B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Freedom Communications Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Viapointe, Inc.; Silent Creek Group, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**33-0942814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>**17666 Fitch**<br>**Irvine, CA**    ZIP CODE **92614** | Street Address of Joint Debtor (No. & Street, City, State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (Includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (consolidated with affiliates)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☒ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☒ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Freedom Communications Holdings, Inc.** | |
|---|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **See Annex 1** | Case Number: **As Assigned** | Date Filed: **Same** |
|---|---|---|
| District: **District of Delaware** | Relationship: **Affiliate** | Judge: **As Assigned** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                              _____<br>                              (Name of landlord that obtained judgment)

                              _____<br>                              (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Freedom Communications Holdings, Inc.** |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11 , 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>    Telephone Number (if not represented by attorney)<br><br>_____<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>    (Printed Name of Foreign Representative)<br><br>_____<br>    Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X ~~~~~~~~~~  *Michael Nestor*<br>    Signature of Attorney for Debtor(s)        ( 3526)<br><br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600; Fax (302) 571-1253<br><br>Robert A. Klyman<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234; Fax: (213) 891-8763<br><br>Michael J. Riela<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200; Fax: (212) 751-4864<br><br>Date: **September 1, 2009**<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  *Mark A. McEachen*<br>    Signature of Authorized Individual<br>    Mark A. McEachen<br>    Printed Name of Authorized Individual<br><br>    Authorized Person<br>    Title of Authorized Individual<br><br>Date: **September 1, 2009** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

<u>**ANNEX 1**</u>

<u>**LIST OF AFFILIATED DEBTORS**</u>

        On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. Freedom Communications Holdings, Inc.
2. Freedom Communications, Inc.
3. Freedom Broadcasting, Inc.
4. Freedom Broadcasting of Florida, Inc.
5. Freedom Broadcasting of Florida Licensee, L.L.C.
6. Freedom Broadcasting of Michigan, Inc.
7. Freedom Broadcasting of Michigan Licensee, L.L.C.
8. Freedom Broadcasting of New York, Inc.
9. Freedom Broadcasting of New York Licensee, L.L.C.
10. Freedom Broadcasting of Oregon, Inc.
11. Freedom Broadcasting of Oregon Licensee, L.L.C.
12. Freedom Broadcasting of Southern New England, Inc.
13. Freedom Broadcasting of Southern New England Licensee, L.L.C.
14. Freedom Broadcasting of Texas, Inc.
15. Freedom Broadcasting of Texas Licensee, L.L.C.
16. Freedom Broadcasting of Tennessee, Inc.
17. Freedom Broadcasting of Tennessee Licensee, L.L.C.
18. Freedom Magazines, Inc.
19. Freedom Metro Information, Inc.
20. Freedom Newspapers, Inc.
21. Orange County Register Communications, Inc.
22. OCR Community Publications, Inc.
23. OCR Information Marketing, Inc.
24. Appeal-Democrat, Inc.
25. Florida Freedom Newspapers, Inc.
26. Freedom Arizona Information, Inc.
27. Freedom Colorado Information, Inc.
28. Freedom Eastern North Carolina Communications, Inc.
29. Freedom Newspapers of Illinois, Inc.
30. Freedom Newspapers of Southwestern Arizona, Inc.
31. Freedom Shelby Star, Inc.
32. Illinois Freedom Newspapers, Inc.
33. Missouri Freedom Newspapers, Inc.
34. Odessa American
35. The Times-News Publishing Company
36. Victor Valley Publishing Company
37. Daily Press

38. Freedom Newspaper Acquisitions, Inc.
39. The Clovis News-Journal
40. Freedom Newspapers of New Mexico L.L.C.
41. Gaston Gazette LLP
42. Lima News
43. Porterville Recorder Company
44. Seymour Tribune Company
45. Victorville Publishing Company
46. Freedom Newspapers
47. The Creative Spot, L.L.C.
48. Freedom Interactive Newspapers, Inc.
49. Freedom Interactive Newspapers of Texas, Inc.
50. Freedom Services, Inc.

## CERTIFICATE OF THE ASSISTANT SECRETARY
## AS TO RESOLUTIONS ADOPTED BY THE BOARD OF
## DIRECTORS OF FREEDOM COMMUNICATIONS HOLDINGS, INC.

I, the undersigned, do hereby certify that the Board of Directors of Freedom Communications Holdings, Inc. (the "Company") duly adopted the following resolutions at a meeting held on _August 31_ , 2009, and that such resolutions have not been repealed or amended and remain in full force and effect:

      RESOLVED, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

      RESOLVED, that the persons listed in Schedule I attached hereto and any other person authorized to act (collectively, the "Authorized Persons"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court in such form and at such time as the Authorized Person executing said petition on behalf of the Company shall determine; and it is further

      RESOLVED, that the Authorized Persons, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, a plan support agreement, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals, and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, including any and all action necessary or proper in connection with obtaining cash collateral usage authorization, with a view to the successful prosecution of such case; and it is further

      RESOLVED, that the Company, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be, and it hereby is, authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company and certain of its subsidiaries; and it is further

      RESOLVED, that the Authorized Persons, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to retain professionals to render services to the Company in connection

with the chapter 11 case, including, without limitation, the firms Latham & Watkins LLP and Young Conaway Stargatt & Taylor, LLP to act as chapter 11 counsel; Houlihan, Lokey, Howard & Zukin, Inc., to act as financial advisor; and AlixPartners LLC, to act as restructuring consultant; and it is further

RESOLVED, that the Authorized Persons be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable in the good faith judgment of such Authorized Person to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that the Authorized Persons be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses incurred in connection with the transactions contemplated by these resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, I have executed this Certificate as of August 31, 2009.

By: _Katherine Bartzoff_
Katherine Bartzoff
Assistant Secretary

2

## <u>SCHEDULE I</u>

Authorized Persons

Mark A. McEachen
Nancy S. Trillo
Marcy E. Bruskin

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
```
In re:                                            :    Chapter 11
                                                  :
FREEDOM COMMUNICATIONS HOLDINGS,      :    Case No. 09-_____ (____)
INC., et al.,                                     :
                                                  :
         Debtors.                             :    Joint Administration Pending
```
------------------------------------------------------------ x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

Set forth below is a list of the creditors holding the 30 largest unsecured claims against Freedom Communications Holdings, Inc. and its affiliates and subsidiaries that have contemporaneously commenced chapter 11 cases (collectively the "Debtors"). The list has been prepared on a consolidated basis, from the books and records of the Debtors. The information contained in this list was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases and represents the Debtors' best estimate of the largest unsecured claims that creditors may assert against them, as of September 1, 2009. The consolidated list of creditors set forth herein does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims, or (c) directors, officers, employees, or any other persons having claims under the Debtors' non-qualified retirement benefit plans. The information presented in this list shall not constitute an admission by, nor is it binding upon, the Debtors.[1]

---

[1]    The Debtors will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth herein. The Debtors reserve the right to amend this list based on information existing as of the filing date. Furthermore, except where noted, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed, and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JPMorgan Chase Bank, N.A., as administrative agent | c/o Cravath, Swaine & Moore LLP<br>Attn: Robert Trust<br>825 Eighth Ave.<br>New York, NY 10019<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700 | Bank loan (unsecured portion) | Not applicable | $770,552,344.03 (excluding contingent letter of credit obligations).<br><br>The value of the collateral securing this claim has not yet been determined. |
| Plaintiffs in *Gonzalez, et al. v. Freedom Communications, Inc., et al.*, Case No. 03CC08756, a class action lawsuit filed in the Superior Court of California, County of Orange | c/o Callahan & Blaine LLP<br>Attn: Daniel J. Callahan<br>3 Hutton Centre Dr.<br>Santa Ana, CA 92707<br>Tel: (714) 241-4444<br>Fax: (714) 241-4445 | Litigation claim | Contingent, unliquidated, disputed | Unknown (contingent settlement in amount of $28,900,000 was terminated upon the commencement of these chapter 11 cases). |
| Kingworld Productions, Inc. | c/o CBS Television Distribution<br>2401 Colorado Ave.<br>Santa Monica, CA 90404<br>Tel: (310) 264-3300<br>Fax: (310) 264-3301 | Trade debt | | $1,460,294.00 |
| North Pacific Paper Corporation | 3001 Industrial Way<br>Longview, WA 98632<br>Tel: (360) 636-6400<br>Fax: (360) 636-6881 | Trade debt | | $1,224,789.00 |
| Bowater America Inc. | 5300 Cureton Ferry Rd.<br>Catawba, SC 29704<br>Attn: Lana Nebbs<br>Tel: (803) 981-8000<br>Fax: (803) 981-8181 | Trade debt | | $753,326.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Inland Empire Paper Company | 3320 N. Argonne<br>Millwood, WA 99212<br>Tel: (509) 924-1911<br>Fax: (509) 927-8461 | Trade debt | | $590,502.00 |
| SP Newsprint Co. LLC | 245 Peachtree Center Ave., NE, Suite 1800<br>Atlanta, GA 30303<br>Tel: (404) 979-6600<br>Fax: (404) 979-6615 | Trade debt | | $548,151.00 |
| Vertis Inc. | 250 West Pratt St., Suite 1800<br>Baltimore, MD 21201<br>Tel: (410) 528-9800<br>Fax: (410) 528-9287 | Trade debt | | $381,416.35 |
| Impression Inks West | 7333 Jack Newell Blvd., Suite 200<br>Fort Worth, TX 76118<br>Tel: (817) 595-1754<br>Fax: (817) 595-3521 | Trade debt | | $374,591.10 |
| Abitibi Consolidated Sales Corp. | 5300 Cureton Ferry Rd.<br>Catawba, SC 29704<br>Attn: Lana Nebbs<br>Tel: (803) 981-8000<br>Fax: (573) 581-8711 | Trade debt | | $356,630.50 |
| Infosys | Plot No. 44 & 97A, Electronics City<br>Hosur Rd.<br>Bangalore - 560 100<br>Attn: Legal Counsel<br>Tel: 91 80 2852 0261<br>Fax: 91 80 2852 0362 | Trade debt | | $319,000.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fisher Printing Inc. | 2257 N. Pacific St.<br>Orange, CA 92865<br>Tel: (714) 998-9200<br>Fax: (714) 998-8400 | Trade debt | | $302,334.39 |
| Telerep LLC | 1 Dag Hammarskjold Plaza<br>885 Second Ave.<br>New York, NY 10017<br>Tel: (212) 759-8787<br>Fax: (212) 486-0811 | Trade debt | | $274,996.59 |
| Central Ink Corporation | 1100 North Harvester Rd.<br>West Chicago, IL 60185<br>Tel: (800) 345-2541<br>Fax: (630) 231-6585 | Trade debt | | $226,152.94 |
| Warner Brothers Entertainment Inc. | 4000 Warner Blvd., Bldg. 118<br>Room 4220<br>Burbank, CA 91522<br>Attn: TV Accounting<br>Tel: (818) 954-5310<br>Fax: (818) 954-2024 | Trade debt | | $190,296.00 |
| Nielson Media Research | 770 Broadway<br>New York, NY 10003<br>Tel: (866)563-2084 x 7333<br>Fax: (201) 590-6923 | Trade debt | | $187,367.43 |
| Mexico Plastics Company Inc. | 2000 West Boulevard St.<br>Mexico, MO 65265<br>Tel: (573) 581-4128<br>Fax: (573) 581-4461 | Trade debt | | $186,249.49 |
| Boise Paper Inc. | 1111 West Jefferson St., Suite 200<br>Boise, ID 83702<br>Tel: (208) 384-7000<br>Fax: (208) 395-7395 | Trade debt | | $142,410.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CBS Corporation | 51 West 52nd St.<br>New York, NY 10019<br>Tel: (212) 975-4321<br>Fax: (212) 975-4516 | Trade debt | | $140,692.00 |
| Blinder Group Inc. | 6139 Fjord Way<br>New Port Richey, FL 34652<br>Tel: (727) 847-2464<br>Fax: (727) 847-5959 | Trade debt | | $129,360.00 |
| Press One Customer Care Inc. | 123 North College Ave., Suite 120<br>Ft. Collins, CO 80524<br>Tel: (970) 493-0470<br>Fax: (970) 493-0475 | Trade debt | | $127,988.54 |
| Buena Vista Television | 1000 West Temple St.<br>Los Angeles, CA 90074<br>Attn: Remittance Banking<br>Tel: (818) 460-6552<br>Fax: (818) 460-5296 | Trade debt | | $124,005.41 |
| Monster Inc. | 5 Clock Tower Place, Suite 500<br>Maynard, MA 01754<br>Tel: (978) 461-8000<br>Fax: (978) 461-8100 | Trade debt | | $114,419.16 |
| Dielectric Communications | 22 Tower Road<br>Raymond, ME 04071<br>Tel: (207) 655-8100<br>Fax: (207) 655-8177 | Trade debt | | $106,658.99 |
| Blue Heron Paper Company | 419 Main St.<br>Oregon City, OR 97045<br>Tel: (503) 650-4211<br>Fax: (503) 650-4595 | Trade debt | | $103,695.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Texas Type Co. (a division of G.E. Richards Company) | 12961 Park Central, Suite 1430<br>San Antonio, TX 78216<br>Tel: (210) 402- 6700<br>Fax: (210) 402-0770 | Trade debt | | $103,429.65 |
| Pitman Company | 2260 Cordelia Rd.<br>Fairfield, CA 94534<br>Tel: (888) 274-8626<br>Fax: (800) 626-7889 | Trade debt | | $100,712.67 |
| OrangeSoda, Inc. | 732 East Utah Valley Dr., Suite 320<br>American Fork, UT 84003<br>Tel: (801) 610-2500<br>Fax: (801) 610-2501 | Trade debt | | $76,242.78 |
| G.E. Richards Graphic Supplies Co., Inc. | 928 Links Ave.<br>Landisville, PA 17538<br>Tel: (717) 898-3151<br>Fax: (717) 898-9083 | Trade debt | | $66,771.95 |
| AP Newspaper Services | 450 West 33rd St.<br>New York, NY 10001<br>Tel: (212) 621-1808<br>Fax: (212) 621-5447 | Trade debt | | $66,631.61 |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the information contained therein is true and correct, as of the date referred to therein, to the best of my knowledge, information and belief.

Dated: September 1, 2009

_Mark A. McEachen_
Signature
Mark A. McEachen
Name
Authorized Person
Title

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------  x
                                                  :
In re:                                            :   Chapter 11
                                                  :
FREEDOM COMMUNICATIONS                            :   Case No. 09-_____ (___)
HOLDINGS, INC.,                                   :
                                                  :
            Debtor.                               :   Tax I.D. No. 33-0942814
                                                  :
------------------------------------------------  x
```

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the debtor's equity security holders prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3).

| Name of Equity Security Holder | Last Know Address or Place of Business of Equity Security Holder | Number and Kind of units held | |
|---|---|---|---|
| Albert W. Bassett Trust No. 1 f/b/o Catherine B. Kieffer; Catherine B. Kieffer Martin and Mary Elizabeth Bassett, Co-Trustees | | 6,200.25 Series A Shares | 17.0500 Senior Preferred Shares |
| Albert W. Bassett Trust No. 1 f/b/o Elizabeth B. Ottenberg; Elizabeth Ann Bassett and Mary Elizabeth Bassett, Co-Trustees | | 2,066.75 Series A Shares | 5.6900 Senior Preferred Shares |
| Albert W. Bassett Trust No. 1 f/b/o Samuel H. Bassett; Samuel H. Bassett and Mary Elizabeth Bassett, Co-Trustees | | 6,200.25 Series A Shares | 17.0500 Senior Preferred Shares |
| Albert W. Bassett Trust No. 2 f/b/o Catherine B. Kieffer and Issue; Catherine B. Kieffer Martin and Mary Elizabeth Bassett, Co-Trustees | | 7,188.25 Series A Shares | 19.7500 Senior Preferred Shares |
| Albert W. Bassett Trust No. 2 f/b/o Elizabeth B. Ottenberg and Issue; Elizabeth Ann Bassett and Mary Elizabeth Bassett, Co-Trustees | | 7,188.25 Series A Shares | 19.7500 Senior Preferred Shares |
| Albert W. Bassett Trust No. 2 f/b/o Samuel H. Bassett and Issue; Samuel H. Bassett and Mary Elizabeth Bassett, Co-Trustees | | 7,188.25 Series A Shares | 19.7500 Senior Preferred Shares |
| Albert W. Bassett Trust No. 2 f/b/o Thomas W. Bassett and Issue; Thomas W. Bassett and Mary Elizabeth Bassett, Co-Trustees | | 7,188.25 Series A Shares | 19.7500 Senior Preferred Shares |
| Ann T. Roberts Voting Trust established May 2, 2008; Ann T. Roberts, Trustee | | 27,822.40 Series A Shares | 76.7600 Senior Preferred Shares |
| Barrett, Amy Elizabeth; Dean John Barrett, Custodian | | 3,395.00 Series A Shares | 9.3500 Senior Preferred Shares |

| Name of Equity Security Holder | Last Know Address or Place of Business of Equity Security Holder | Number and Kind of units held | |
|---|---|---|---|
| Barrett, Anna Katherine; Dean John Barrett, Custodian | | 3,267.00 Series A Shares | 8.6700 Senior Preferred Shares |
| Barrett, Sophia Grace; Dean John Barrett, Custodian | | 1,177.00 Series A Shares | 2.9200 Senior Preferred Shares |
| Bassett 2003, LP | | 10,500.00 Series A Shares | 28.9000 Senior Preferred Shares |
| Bassett Family 2004 Irrevocable Trust dated June 11, 2004, Kathie Toler Bassett, Trustee | | 6,915.84 Series A Shares | 19.0000 Senior Preferred Shares |
| Bassett, Jennifer A. | | 296.75 Series A Shares | 0.8000 Senior Preferred Shares |
| Bassett, Mary Elizabeth | | 67,695.35 Series A Shares | 186.1500 Senior Preferred Shares |
| Bassett, Samuel H. | | 6,915.84 Series A Shares | 19.0000 Senior Preferred Shares |
| Bollenberghe, Ronald | | 1,112.00 Series A Shares | 3.0500 Senior Preferred Shares |
| Brian A. Wallace Children's Trust Established 12/4/00 (subtrust for Peyton Racer Wallace); Brian A. Wallace, as Trustee | | 3,483.00 Series A Shares | 9.6000 Senior Preferred Shares |
| Brian A. Wallace Children's Trust Established 12/4/00 (subtrust for William Driver Wallace); Brian A. Wallace, as Trustee | | 3,483.00 Series A Shares | 9.6000 Senior Preferred Shares |
| Brian A. Wallace Revocable Trust; Brian A. Wallace, Trustee | | 111,288.95 Series A Shares | 306.0500 Senior Preferred Shares |
| Brian Andrew Wallace Gift Trust; Gregory James Wallace, Successor Trustee | | 31,496.00 Series A Shares | 86.6000 Senior Preferred Shares |
| Bryan, Jennifer Ann Terrell | | 10.00 Series A Shares | 0.0500 Senior Preferred Shares |
| Bryan, Noah Xavier; Christopher Harry Sieber Bryan, Custodian | | 1.00 Series A Shares | 0.0030 Senior Preferred Shares |
| Bryan, Raymond Clark Hoiles | | 20,000.00 Series A Shares | 55.0000 Senior Preferred Shares |
| Bryan, Taylor Grace; Christopher Harry Sieber Bryan, Custodian | | 5.00 Series A Shares | 0.0140 Senior Preferred Shares |
| C. H. and M. S. Hoiles Memorial Trust; Elizabeth Ann Bassett and Samuel H. Bassett, Co-Trustees | | 107,000.00 Series A Shares | 294.2500 Senior Preferred Shares |

| Name of Equity Security Holder | Last Know Address or Place of Business of Equity Security Holder | Number and Kind of units held | |
|---|---|---|---|
| Clarence H. Hoiles Trust #3; Thomas W. Bassett, Richard A. Wallace and Mary Elizabeth Bassett, Co-Trustees | | 56,626.82 Series A Shares | 155.7200 Senior Preferred Shares |
| Cory F. Hardie Separate Property Trust; Cory Ritchie, Trustee | | 30.00 Series A Shares | 0.1000 Senior Preferred Shares |
| David Clyde Hardie Separate Property Trust; David C. Hardie and Janice Wapple Hardie, Co-Trustees | | 124.00 Series A Shares | 0.3500 Senior Preferred Shares |
| David D. Threshie Voting Trust established May 2, 2008; David D. Threshie, Trustee | | 27,787.34 Series A Shares | 77.0500 Senior Preferred Shares |
| David Dunlap Threshie Children's Trust dated December 19, 1992; Ann Threshie Roberts and Susan Threshie Barrett, Special Trustees | | 2,356.00 Series A Shares | 5.8200 Senior Preferred Shares |
| David Dunlap Threshie Trust dated December 19, 1992; David Dunlap Threshie, Trustee | | 289.00 Series A Shares | 0.8000 Senior Preferred Shares |
| Douglas R. Hardie, Inc. | | 1,518.75 Series A Shares | 4.2000 Senior Preferred Shares |
| Douglas Raymond Hardie Separate Property Trust; Douglas R. Hardie and Janet Baker Hardie, Co-Trustees | | 335,326.33 Series A Shares | 922.1500 Senior Preferred Shares |
| Elizabeth Ann Bassett 2001 Revocable Trust; Elizabeth Ann Bassett, Trustee | | 117,906.41 Series A Shares | 324.2500 Senior Preferred Shares |
| Gregory J. Wallace Revocable Trust; Gregory J. Wallace, Trustee | | 170,101.90 Series A Shares | 467.7600 Senior Preferred Shares |
| Hardie Descendants' Trust; David C. Hardie, Melissa H. Coslor and Steven R. Hardie, Co-Trustees | | 14,151.00 Series A Shares | 38.9000 Senior Preferred Shares |
| Janet Baker Hardie Separate Property Trust; Janet Baker Hardie, Trustee | | 24,224.07 Series A Shares | 66.6000 Senior Preferred Shares |
| Jeffrey L. Wallace Children's Trust Established 12/21/99 (subtrust for Amy Elizabeth Wallace); Jeffrey L. Wallace, as Trustee | | 3,828.00 Series A Shares | 10.5500 Senior Preferred Shares |
| Jeffrey L. Wallace Children's Trust Established 12/21/99 (subtrust for Dana Nicole Wallace); Jeffrey L. Wallace, as Trustee | | 3,828.00 Series A Shares | 10.5500 Senior Preferred Shares |
| Jeffrey L. Wallace Revocable Trust; Jeffrey L. Wallace, Trustee | | 119,643.95 Series A Shares | 329.0000 Senior Preferred Shares |
| Jeffrey Lind Wallace Gift Trust; Gregory James Wallace, Successor Trustee | | 25,025.00 Series A Shares | 68.8000 Senior Preferred Shares |
| Jodi Feinstein Wallace Revocable Trust dated 9/26/00; Jodi Feinstein Wallace, Trustee | | 1,133.00 Series A Shares | 3.1000 Senior Preferred Shares |

| Name of Equity Security Holder | Last Know Address or Place of Business of Equity Security Holder | Number and Kind of units held | |
|---|---|---|---|
| John Dean Barrett Trust dated 6/30/89; John Dean Barrett, Trustee (also known as the Dean John Barrett Trust dated 6/30/89; Dean John Barrett, Trustee) | | 400.00 Series A Shares | 1.1000 Senior Preferred Shares |
| Kieffer, Ashley L. | | 1,052.00 Series A Shares | 2.9000 Senior Preferred Shares |
| Kieffer, Brian P. | | 71.00 Series A Shares | 0.2000 Senior Preferred Shares |
| Kieffer, Matthew J. | | 1,052.00 Series A Shares | 2.9000 Senior Preferred Shares |
| Kieffer, Patrick R. | | 1,052.00 Series A Shares | 2.9000 Senior Preferred Shares |
| Mabelle S. Hoiles Trust #3; Thomas W. Bassett, Richard A. Wallace and Mary Elizabeth Bassett, Co-Trustees | | 26,776.86 Series A Shares | 73.6300 Senior Preferred Shares |
| MacKinnon, Michael Robert | | 444.00 Series A Shares | 1.2000 Senior Preferred Shares |
| Martin, Catherine B. | | 6,915.84 Series A Shares | 19.0000 Senior Preferred Shares |
| Martin, Catherine B. Kieffer | | 44,428.24 Series A Shares | 122.2000 Senior Preferred Shares |
| Mary Elizabeth Bassett Grantor Retained Annuity Trust #3 dtd April 30, 2007; Mary Elizabeth Bassett, Trustee | | 0.00 Series A Shares | 137.2500 Senior Preferred Shares |
| Mary Elizabeth Bassett Revocable Trust; Mary Elizabeth Bassett, Trustee | | 199,062.30 Series A Shares | 410.1500 Senior Preferred Shares |
| Matthew L. Roberts Irrevocable Trust; Ann Threshie Roberts, Trustee | | 3,866.00 Series A Shares | 10.6500 Senior Preferred Shares |
| Melanie Coslor Irrevocable Trust; Mikaela Rivera, Trustee | | 6,986.00 Series A Shares | 19.2000 Senior Preferred Shares |
| Melanie H. Coslor Separate Property Trust; Melanie Rose MacKinnon, Trustee | | 31,000.00 Series A Shares | 85.2500 Senior Preferred Shares |
| Melanie H. Coslor Trust; Malcolm Moore, Trustee | | 119,688.00 Series A Shares | 329.1500 Senior Preferred Shares |
| Melissa Jane Hardie Coslor Separate Property Trust; Melissa Jane Hardie Coslor and David C. Hardie, Co-Trustees | | 236.00 Series A Shares | 0.6500 Senior Preferred Shares |
| Patricia Hoiles Wallace Trust; Patricia Hoiles Wallace, Trustee | | 268,144.52 Series A Shares | 737.4000 Senior Preferred Shares |

| Name of Equity Security Holder | Last Know Address or Place of Business of Equity Security Holder | Number and Kind of units held | |
|---|---|---|---|
| Richard Allan Wallace Trust; Richard Allan Wallace, Trustee | | 39,246.57 Series A Shares | 107.9500 Senior Preferred Shares |
| Roberts Family Trust established 6/6/00; David A. Roberts and Ann Threshie Roberts, Trustees | | 250.00 Series A Shares | 0.7000 Senior Preferred Shares |
| Roberts, Melissa Ann; David A. Roberts, Custodian | | 3,866.00 Series A Shares | 10.3900 Senior Preferred Shares |
| Robin J. Hardie Separate Property Trust; Robin J. Hardie, Trustee | | 342,725.63 Series A Shares | 942.5000 Senior Preferred Shares |
| Robin J. Hardie Trust; Thomas W. Bassett, Trustee | | 37,915.94 Series A Shares | 104.2500 Senior Preferred Shares |
| Rose, Maitreya; Melissa H. Coslor, Custodian | | 1,597.00 Series A Shares | 4.4000 Senior Preferred Shares |
| Samuel Howard Bassett Revocable Trust; Samuel Howard Bassett, Trustee | | 47,358.49 Series A Shares | 130.2500 Senior Preferred Shares |
| Susan T. Barrett Voting Trust established May 2, 2008; Susan T. Barrett, Trustee | | 26,926.30 Series A Shares | 75.0200 Senior Preferred Shares |
| Susan Threshie Barrett Children's Trust; Ann Threshie Roberts and David Dunlap Threshie, Special Trustees | | 589.00 Series A Shares | 1.2800 Senior Preferred Shares |
| Thomas W. Bassett Revocable Trust u/d/t 3/7/86; Thomas W. Bassett, Trustee | | 126,557.32 Series A Shares | 348.0400 Senior Preferred Shares |
| Threshie Family Income Trust dated October 2, 1992; Ann Threshie Roberts, Susan Patricia Barrett & David Dunlap Threshie, Co-Trustees | | 14,714.90 Series A Shares | 40.4500 Senior Preferred Shares |
| Threshie Family Trust Part A, dated December 23, 1988; Robert D. Threshie, Jr., Trustee | | 4,570.80 Series A Shares | 12.5500 Senior Preferred Shares |
| Threshie Family Trust Part B, dated December 23, 1988; Judith H. Threshie, Trustee | | 76,507.76 Series A Shares | 210.4300 Senior Preferred Shares |
| Threshie, Lisa | | 689.00 Series A Shares | 1.9000 Senior Preferred Shares |
| Threshie, Ltd., a California limited partnership | | 463,874.00 Series A Shares | 1,275.6500 Senior Preferred Shares |
| Wallace, Elizabeth Ackland | | 1,000.00 Series A Shares | 2.7500 Senior Preferred Shares |
| Wallace Family Income Trust established April 17, 1993; Gregory J. Wallace, Jeffrey L. Wallace and Brian A. Wallace, Trustees | | 47,481.38 Series A Shares | 130.5500 Senior Preferred Shares |

| Name of Equity Security Holder | Last Know Address or Place of Business of Equity Security Holder | Number and Kind of units held | |
|---|---|---|---|
| Blackstone Family Communications Partnership I L.P. | | 64,223.51 Series B Shares 24,890.71 Series C Shares | 230.94 Junior Preferred Shares |
| Blackstone FC Capital Partners IV-A L.P. | | 4,892.56 Series B Shares 1,896.18 Series C Shares | 17.59 Junior Preferred Shares |
| Blackstone Family Investment Partnership IV-A L.P. | | 16,467.57 Series B Shares 6,382.22 Series C Shares | 59.22 Junior Preferred Shares |
| Blackstone FC Communications Partners L.P. | | 923,830.52 Series B Shares 358,043.18 Series C Shares | 3,322.08 Junior Preferred Shares |
| Blackstone FC Capital Partners IV L.P. | | 307,991.22 Series B Shares 119,366.22 Series C Shares | 1,107.53 Junior Preferred Shares |
| Providence Equity Operating Partners IV L.P. | | 3,917.96 Series C Shares | 10.15 Junior Preferred Shares |
| Providence Equity Partners IV L.P. | | 1,214,737.93 Series C Shares | 3,148.09 Junior Preferred Shares |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing list of equity security holders and that the information contained therein is true and correct, as of the date referred to therein, to the best of my knowledge, information and belief.

Dated: September 1, 2009

_Mark A. McEachen_
Signature
Mark A. McEachen
Name
Authorized Person
Title

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------
                              x
                              :

In re:                          :    Chapter 11
                              :

FREEDOM COMMUNICATIONS   :   Case No. 09-_____ (___)
HOLDINGS, INC.,                :
                              :

        Debtor.           :    Tax I.D. No. 33-0942814
--------------------------------------------------------- x

**STATEMENT OF CORPORATE OWNERSHIP**

Following is the list of corporations which own ten percent or more of the debtor's stock. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Holder | Kind | Percentage of ownership |
|---|---|---|
| Blackstone FC Communications Partners L.P.; Blackstone Family Communications Partnership I L.P.; Blackstone FC Capital Partners IV-A L.P.; Blackstone Family Investment Partnership IV-A L.P.; Blackstone FC Communications Partners L.P.; Blackstone FC Capital Partners IV L.P.; <br><br> -and- <br><br> The Blackstone Group <br><br> 345 Park Avenue, 14th Floor, New York, New York 10154 | Common and Preferred Stock | 28.8% |
| Providence Equity Partners IV L.P.; Providence Equity Operating Partners IV L.P.; <br><br> -and- <br><br> Providence Equity Partners, Inc., <br><br> 50 Kennedy Plaza, 18th Floor, Providence, Rhode Island 02903 | Common and Preferred Stock | 19.2% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement of corporate ownership and it is true and correct to the best of my knowledge, information and belief.

Dated: September 1, 2009

Signature
Mark A. McEachen
Name
Senior Vice President and Chief Financial Officer
Title