## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
FREEDOM COMMUNICATIONS HOLDINGS,                           :   Case No. 09-13046 (BLS)
INC.,                                                      :
                                                           :
      Debtor.                :
---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
FREEDOM COMMUNICATIONS, INC.,                              :   Case No. 09-13047 (BLS)
                                                           :
      Debtor.                :
---------------------------------------------------------- x
                                                           :
In re:                                                     :
                                                           :   Chapter 11
FREEDOM BROADCASTING, INC.,                                :
                                                           :   Case No. 09-13048 (BLS)
      Debtor.                :
---------------------------------------------------------- x
                                                           :
In re:                                                     :
                                                           :
FREEDOM BROADCASTING OF FLORIDA,                           :   Chapter 11
INC.,                                                      :
                                                           :   Case No. 09-13049 (BLS)
      Debtor.                :
---------------------------------------------------------- x
                                                           :
In re:                                                     :
                                                           :
FREEDOM BROADCASTING OF FLORIDA                            :   Chapter 11
LICENSEE, L.L.C.,                                          :
                                                           :   Case No. 09-13050 (BLS)
      Debtor.                :
---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM BROADCASTING OF MICHIGAN, INC., | : : | Case No. 09-13051 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | |
| FREEDOM BROADCASTING OF MICHIGAN LICENSEE, L.L.C., | : : | Chapter 11<br>Case No. 09-13052 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | |
| FREEDOM BROADCASTING OF NEW YORK, INC., | : : | Chapter 11<br>Case No. 09-13053 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | |
| FREEDOM BROADCASTING OF NEW YORK LICENSEE, L.L.C., | : : | Chapter 11<br>Case No. 09-13054 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | |
| FREEDOM BROADCASTING OF OREGON, INC., | : : | Chapter 11<br>Case No. 09-13055 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | |
| FREEDOM BROADCASTING OF OREGON LICENSEE, L.L.C., | : : | Chapter 11<br>Case No. 09-13056 (BLS) |
| Debtor. | : | |

DB02:8677666.1    068715.1001

| | |
|---|---|
| In re:<br>FREEDOM BROADCASTING OF SOUTHERN NEW ENGLAND, INC.,<br>Debtor. | Chapter 11<br>Case No. 09-13057 (BLS) |
| In re:<br>FREEDOM BROADCASTING OF SOUTHERN NEW ENGLAND LICENSEE, L.L.C.,<br>Debtor. | Chapter 11<br>Case No. 09-13058 (BLS) |
| In re:<br>FREEDOM BROADCASTING OF TEXAS, INC.,<br>Debtor. | Chapter 11<br>Case No. 09-13059 (BLS) |
| In re:<br>FREEDOM BROADCASTING OF TEXAS LICENSEE, L.L.C.,<br>Debtor. | Chapter 11<br>Case No. 09-13061 (BLS) |
| In re:<br>FREEDOM BROADCASTING OF TENNESSEE, INC.,<br>Debtor. | Chapter 11<br>Case No. 09-13062 (BLS) |
| In re:<br>FREEDOM BROADCASTING OF TENNESSEE LICENSEE, L.L.C.,<br>Debtor. | Chapter 11<br>Case No. 09-13063 (BLS) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM MAGAZINES, INC., | : | |
| Debtor. | : | Case No. 09-13064 (BLS) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM METRO INFORMATION, INC., | : | |
| Debtor. | : | Case No. 09-13065 (BLS) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM NEWSPAPERS, INC., | : | |
| Debtor. | : | Case No. 09-13066 (BLS) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ORANGE COUNTY REGISTER COMMUNICATIONS, INC., | : | Case No. 09-13067 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| OCR COMMUNITY PUBLICATIONS, INC., | : | |
| Debtor. | : | Case No. 09-13068 (BLS) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| OCR INFORMATION MARKETING, INC., | : | |
| Debtor. | : | Case No. 09-13069 (BLS) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| APPEAL-DEMOCRAT, INC., | : | Case No. 09-13070 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FLORIDA FREEDOM NEWSPAPERS, INC., | : | Case No. 09-13071 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM ARIZONA INFORMATION, INC., | : | Case No. 09-13072 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM COLORADO INFORMATION, INC., | : | Case No. 09-13073 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM EASTERN NORTH CAROLINA COMMUNICATIONS, INC., | : | Case No. 09-13074 (BLS) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM NEWSPAPERS OF ILLINOIS, INC., | : | Case No. 09-13075 (BLS) |
| Debtor. | : | |

DB02:8677666.1　　068715.1001

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC., | : | Case No. 09-13076 (BLS) |
| Debtor. | : | |
| In re: | : | |
| FREEDOM SHELBY STAR, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 09-13077 (BLS) |
| In re: | : | |
| ILLINOIS FREEDOM NEWSPAPERS, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 09-13078 (BLS) |
| In re: | : | |
| MISSOURI FREEDOM NEWSPAPERS, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 09-13079 (BLS) |
| In re: | : | Chapter 11 |
| ODESSA AMERICAN, | : | Case No. 09-13080 (BLS) |
| Debtor. | : | |
| In re: | : | |
| THE TIMES-NEWS PUBLISHING COMPANY, | : | Chapter 11 |
| Debtor. | : | Case No. 09-13081 (BLS) |

| | |
|---|---|
| In re: | Chapter 11 |
| VICTOR VALLEY PUBLISHING COMPANY, | Case No. 09-13082 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| DAILY PRESS, | Case No. 09-13083 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| FREEDOM NEWSPAPER ACQUISITIONS, INC., | Case No. 09-13084 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| THE CLOVIS NEWS-JOURNAL, | Case No. 09-13085 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| FREEDOM NEWSPAPERS OF NEW MEXICO L.L.C., | Case No. 09-13086 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| GASTON GAZETTE LLP, | Case No. 09-13087 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| LIMA NEWS, | Case No. 09-13088 (BLS) |
| Debtor. | |

DB02:8677666.1                                                                                                                                   068715.1001

| | |
|---|---|
| In re: | : |
| PORTERVILLE RECORDER COMPANY, | : Chapter 11 |
| Debtor. | : Case No. 09-13089 (BLS) |
| ------------------------------------------------------------- x | |
| In re: | : |
| SEYMOUR TRIBUNE COMPANY, | : Chapter 11 |
| Debtor. | : Case No. 09-13090 (BLS) |
| ------------------------------------------------------------- x | |
| In re: | : |
| VICTORVILLE PUBLISHING COMPANY, | : Chapter 11 |
| Debtor. | : Case No. 09-13091 (BLS) |
| ------------------------------------------------------------- x | |
| In re: | : |
| FREEDOM NEWSPAPERS, | : Chapter 11 |
| Debtor. | : Case No. 09-13092 (BLS) |
| ------------------------------------------------------------- x | |
| In re: | : |
| THE CREATIVE SPOT, L.L.C., | : Chapter 11 |
| Debtor. | : Case No. 09-13093 (BLS) |
| ------------------------------------------------------------- x | |
| In re: | : |
| FREEDOM INTERACTIVE NEWSPAPERS, INC., | : Chapter 11 |
| Debtor. | : Case No. 09-13094 (BLS) |
| ------------------------------------------------------------- x | |
| In re: | : |
| FREEDOM INTERACTIVE NEWSPAPERS OF TEXAS, INC., | : Chapter 11 |
| Debtor. | : Case No. 09-13095 (BLS) |
| ------------------------------------------------------------- x | |

DB02:8677666.1

068715.1001

In re:
FREEDOM SERVICES, INC.,
          Debtor.

Chapter 11

Case No. 09-13096 (BLS)

---x

**ORDER UNDER FED. R. BANKR. 1015 AND DEL. BANKR. L.R. 1015-1**
**AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the Debtors for an order, under Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of their chapter 11 cases; and the Court having reviewed the Motion and the McEachen Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 09-13046 (BLS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

```
------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
FREEDOM COMMUNICATIONS HOLDINGS,                        :  Case No. 09-13046 (BLS)
INC., et al.,                                           :
                                                        :
         Debtors.¹                                      :  Jointly Administered
------------------------------------------------------- x
```

The footnote 1 reference in such caption shall refer parties in interest to a complete listing of the Debtors' names.

4. This caption shall be deemed to satisfy any applicable requirements of Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Freedom Communications Holdings, Inc., Case No. 09-13046 (BLS).

6. A docket entry shall be made in the chapter 11 cases of all Debtors other than Freedom Communications Holdings, Inc., substantially as follows:

> "An order has been entered in this case consolidating this case with the case of Freedom Communications Holdings, Inc., Case No. 09-13046 (BLS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 09-13046 (BLS) should be consulted for all matters affecting this case."

7. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

DB02:8677666.1                                                              068715.1001

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware
September 2, 2009

*[Signed: Kevin Carey for Judge Shannon]*

KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

DB02:8677666.1　　　　　　068715.1001