**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Freedom Communications Holdings, Inc., *et al.* | : | Case No. 09-13046 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| ---------------------------------- | | |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K. Street, N.W., Washington, DC 20005, Phone: 202-326-4070 ex. 3614, Fax: 202-842-2643

2. **Nelson Gonzalez**, c/o Callahan & Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, CA 92707, Phone: 714-241-4444, Fax: 714-241-4445

3. **Telerep LLC**, Attn: Pamela D' Elia, 1 Dag Hammarskjold Plaza, New York, NY 10017, Phone: 212-759-8787, Fax: 212-486-0811

4. **Pitman Co.**, Attn: Eileen Mezzo, VP Finance, 721 Union Blvd., Totowa, NJ 07512, Phone: 973-890-8519, Fax: 973-237-9101

5. **Alan J. Bell**, 428 Paseo Miramar, Pacific Palisades, CA 90272, Phone: 310-503-5544, Fax: 310-459-8739


                     ROBERTA A. DEANGELIS
                     Acting United States Trustee, Region 3


                      /s/ David L. Buchbinder for
                     WILLIAM K. HARRINGTON
                     ASSISTANT UNITED STATES TRUSTEE

DATED: September 10, 2009

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael R. Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253