## EXHIBIT A

**Bar Date Notice**

DB02:8827185.1

068715.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------------- x
```
In re:                                                        :   Chapter 11
                                                              :
FREEDOM COMMUNICATIONS HOLDINGS, INC., et al.,                :   Case No. 09-13046 (BLS)
                                                              :
                                          Debtors.            :   Jointly Administered
```
--------------------------------------------------------------------- x
```

## NOTICE OF DEADLINES AND BAR DATES
## FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS

**PLEASE TAKE NOTICE:**

On **September 1, 2009** (the "**Petition Date**"), the debtors and debtors-in-possession in the above-captioned case (each a "**Debtor**" and collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The names of the Debtors and their respective addresses, case numbers, and federal tax identification numbers are set forth in the chart that follows at the end of this Notice.

The Bankruptcy Court has entered an order (the "**Bar Date Order**") establishing deadlines to file **proofs of claim** for all claims against the Debtors that arose prior to the Petition Date of September 1, 2009, excluding claims pursuant to section 503(b)(9) of the Bankruptcy Code (a "**503(b)(9) Claim**").

As to 503(b)(9) Claims against the Debtors, the Bar Date Order establishes a deadline to file **requests for payment** with respect to such claims. If you believe you hold a 503(b)(9) Claim, information as to the deadline and procedure for asserting such claim is available at www.loganandco.com, along with a 503(b)(9) Request for Payment form that you are invited to use.

**You should not file a proof of claim if you do not have a claim against the Debtors. The fact that you received this Notice does not necessarily mean that you have a claim or that either the Debtors or the Bankruptcy Court believe that you have a claim.**

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, trust, or governmental unit) that holds or asserts a claim against any of the Debtors must file a proof of claim with original signature, substantially conforming to the proof of claim form included herewith (a "**Proof of Claim**"), so that it is actually received by Logan & Company, Inc. ("**Logan**"), the approved Bankruptcy Court claims agent in these chapter 11 cases, on or before the applicable Bar Date, as set forth below. Proofs of Claim sent by first-class mail, overnight delivery or via hand-delivery must be sent/delivered to the following address:

> Freedom Communications
> Claims Docketing Dept.
> c/o Logan & Company, Inc.
> 546 Valley Road
> Upper Montclair, New Jersey 07043

To be properly filed, a Proof of Claim must be filed against the specific Debtor against which the claimant holds or asserts a claim. For example, if a claimant holds or asserts a claim against Freedom Communications Holdings, Inc., the Proof of Claim must specify Freedom Communications Holdings, Inc. If the claimant fails to specify the Debtor against which its claim is asserted, the claim shall be deemed to be asserted against Freedom Communications, Inc. and the claimant shall have no rights against any other of the Debtors. If a claimant wishes to assert a claim against more than one Debtor, separate Proof of Claim forms must be filed against each applicable Debtor.

Proofs of Claim will be deemed timely filed only if actually received by Logan on or before the Bar Date associated with such claim. Further, Logan will not accept Proofs of Claim sent by facsimile, telecopy, e-mail, or other electronic submission, and such claims will not be deemed to be properly filed claims.

**General Bar Date.** Except as otherwise provided herein, each person or entity, holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date (excluding a 503(b)(9) Claim) must file a Proof of Claim so that it is actually received by Logan on or before [_____] at 4:00 p.m. (prevailing Eastern Time) (the "**General Bar Date**").

1

**Governmental Unit Bar Date**. Each governmental unit holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date must file a Proof of Claim so that it is actually received by Logan on or before March 1, 2010 at 4:00 p.m. (prevailing Eastern Time).

**Amended Schedules Bar Date**. If, on or after the date on which the Debtors serve this Notice, the Debtors amend their schedules of liabilities (the "**Schedules**") (i) to reduce the undisputed, noncontingent, and liquidated amount of a scheduled claim, (ii) to change the nature or characterization of a scheduled claim or the Debtor against whom the claim is scheduled, or (iii) to add a new claim to the Schedules, the affected claimant, if it disagrees with the amendment or supplement and has not previously filed a Proof of Claim with respect to such claim, is required to file a Proof of Claim in respect of the amended or new scheduled claim so that the Proof of Claim is actually received by Logan on or before the later of (x) the General Bar Date or (y) thirty (30) days after the claimant is served with notice of the applicable amendment to the Schedules.

**Rejection Bar Date**. A Proof of Claim relating to a Debtor's rejection of an executory contract or unexpired lease pursuant to a Court order entered prior to the applicable Debtor's plan of reorganization must be filed so that it is actually received by Logan on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such Court order; *provided, however,* that the Debtors may seek an earlier filing deadline for any Rejection Damages Claim in any rejection motion, and the Court may order an earlier filing deadline for any Rejection Damages Claim in any rejection order.

For purposes of the Bar Date Order and this Notice, the term "**claim**" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured as of the Petition Date.

The following persons and entities need NOT file a proof of claim:

a)  any person or entity that has already properly filed a Proof of Claim against the correct Debtor(s) with either Logan or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

b)  any person or entity (i) whose claim is listed in the Debtors' Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or characterization of its claim as set forth in the Schedules (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules);

c)  professionals retained by the Debtors or the Committee pursuant to orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to Bankruptcy Code sections 330, 331 and 503(b);

d)  any person or entity that asserts an administrative expense claim against the Debtors pursuant to Bankruptcy Code section 503(b); provided, however, that, any person or entity that has a 503(b)(9) Claim must file a 503(b)(9) Request for Payment on or before the deadline established by the Bar Date Order (see www.loganandco.com for additional information);

e)  current officers and directors of the Debtors who assert claims for indemnification and/or contribution arising as a result of such officers' or directors' prepetition or postpetition services to the Debtors;

f)  any Debtor asserting a claim against another Debtor;

g)  any wholly-owned non-debtor subsidiary of a Debtor asserting a claim against a Debtor; and

h)  any person or entity whose claim against the Debtors has been allowed by an order of the Court, entered on or before the applicable Bar Date.

Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) holding an interest in the Debtors (an "**Interest Holder**"), which interest is based exclusively upon the ownership of common or preferred stock in a corporation, a general or limited partnership interest in a partnership, a membership interest in a limited liability company, warrants, or rights to purchase, sell, or subscribe to such a security or interest (any such security being referred to in this Notice as an "**Interest**"), need not file a proof of interest on or before the General Bar Date; provided, however, that Interest Holders who wish to assert claims against the Debtors that arise out of or relate to the ownership or purchase of an Interest, including claims arising out of or relating to the sale, issuance or distribution of such Interest, must file Proofs of Claim on or before the General Bar Date, unless another exception identified in the Bar Date Order applies.

Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely Proof of Claim in the form and manner specified by the Bar Date Order and this Notice, and that fails to do so on or before the Bar Date associated with such claim (or other applicable date as may be fixed by the Court), (i) shall not, with respect to such claim, be treated as a creditor of the Debtors for the purposes of

2

voting upon any plan in these proceedings and (ii) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.

The Debtors reserve the right to (i) dispute, or to assert offsets or defenses against, any claim filed or any claim listed or reflected in the Schedules as to nature, amount, liability, classification, or otherwise; and (ii) subsequently designate any claim as disputed, contingent, or unliquidated. Nothing contained in this Notice shall preclude the Debtors from objecting to any filed claim on any grounds.

Acts or omissions of the Debtors, if any, that occurred prior to the Petition Date, including acts or omissions related to any indemnity agreements, guarantees, goods sold, or services provided to or rendered by the Debtors, may give rise to claims against the Debtors notwithstanding the fact that such claims (or any injuries on which they are based) may be contingent or may not have matured or become fixed or liquidated prior to the Petition Date. Therefore, any person or entity that holds or asserts a claim or a potential claim against the Debtors, no matter how remote or contingent, must file a Proof of Claim on or before the applicable Bar Date.

You may be listed as the holder of a claim against the Debtors in the Schedules, as the same may be amended from time to time. To determine if and how you are listed on the Schedules, if a Proof of Claim form is enclosed herewith, please refer to the Proof of Claim form, near the top of the right hand side of the first page, for scheduled claim information. If you hold or assert a claim that is not listed in the Schedules or if you disagree with the amount or priority of your claim as listed in the Schedules, or your claim is listed in the Schedules as "contingent," "unliquidated," or "disputed," you must file a Proof of Claim.

Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. In addition, copies of the Debtors' Schedules and Bar Date Order may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801; or viewed and downloaded free of charge on Logan's website (www.loganandco.com); or viewed and downloaded for a fee at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website. Information relating to these chapter 11 cases, including all documents referenced in this notice, can be viewed at www.loganandco.com.

Questions concerning the contents of this Bar Date Notice and requests for Proofs of Claim should be directed to Logan at (973) 509-3190. Please note that Logan's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.

Dated: _____, 2009

LATHAM & WATKINS LLP  
Robert A. Klyman, Esq.  
355 South Grand Avenue  
Los Angeles, California 90071-1560  
Facsimile: (213) 891-8763  

LATHAM & WATKINS LLP  
Rosalie Walker Gray, Esq.  
Michael J. Riela, Esq.  
885 Third Avenue  
New York, New York 10022-4834  
Facsimile: (212) 751-4864  

Co-Counsel for the Debtors and Debtors in Possession

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Michael R. Nestor, Esq.  
Kara Hammond Coyle, Esq.  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Facsimile: (302) 571-1253  

Co-Counsel for the Debtors and Debtors in Possession

## RESTRUCTURING INFORMATION LINE. 1-800-299-1960

**The names of the Debtors (including other names used by the Debtors in the last 8 years) and their respective addresses, case numbers, and federal tax identification numbers are set forth in the following chart.**

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| Freedom Communications Holdings, Inc. Viapointe, Inc. Silent Creek Group, Inc. | 17666 Fitch Irvine, CA 92614 | 09-13046 | 33-0942814 |
| Freedom Communications, Inc. Freedom Interactive Newspapers of California, Inc. My OrangeCounty.com, Inc. OC Video Project, Inc. The Orange County Register | 17666 Fitch Irvine, CA 92614 | 09-13047 | 95-1140750 |

3

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| Freedom Broadcasting, Inc. | 17666 Fitch<br>Irvine, CA 92614 | 09-13048 | 33-0790025 |
| Freedom Broadcasting of Florida, Inc.<br>WPEC-TV | 1100 Fairfield Drive<br>West Palm Beach, FL 33407 | 09-13049 | 33-0686581 |
| Freedom Broadcasting of Florida Licensee, L.L.C. | 1100 Fairfield Drive<br>West Palm Beach, FL 33407 | 09-13050 | 20-0501198 |
| Freedom Broadcasting of Michigan, Inc.<br>WWMT-TV<br>WLAJ-TV | 5815 S. Pennsylvania Avenue<br>Lansing, MI 48911 | 09-13051 | 38-3396110 |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | 5815 S. Pennsylvania Avenue<br>Lansing, MI 48911 | 09-13052 | 20-0501122 |
| Freedom Broadcasting of New York, Inc.<br>WRGB-TV<br>WCWN-TV | 1400 Balltown Road<br>Schenectady, NY 12309 | 09-13053 | 14-1676522 |
| Freedom Broadcasting of New York Licensee, L.L.C. | 1400 Balltown Road<br>Schenectady, NY 12309 | 09-13054 | 20-0499356 |
| Freedom Broadcasting of Oregon, Inc.<br>KTVL-TV | 1440 Rossanley Drive<br>Medford, OR 97501 | 09-13055 | 95-3557291 |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | 1440 Rossanley Drive<br>Medford, OR 97501 | 09-13056 | 20-0499295 |
| Freedom Broadcasting of Southern New England, Inc.<br>WLNE-TV | 17666 Fitch<br>Irvine, CA 92614 | 09-13057 | 95-3777274 |
| Freedom Broadcasting of Southern New England Licensee, L.L.C. | 17666 Fitch<br>Irvine, CA 92614 | 09-13058 | 20-0501177 |
| Freedom Broadcasting of Texas, Inc.<br>KFDM-TV | 2955 I-10 East<br>Beaumont, TX 77702 | 09-13059 | 95-3872093 |
| Freedom Broadcasting of Texas Licensee, L.L.C. | 2955 I-10 East<br>Beaumont, TX 77702 | 09-13061 | 20-0501147 |
| Freedom Broadcasting of Tennessee, Inc.<br>WTVC-TV | 4279 Benton Drive<br>Chattanooga, TN 37406 | 09-13062 | 58-1117961 |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | 4279 Benton Drive<br>Chattanooga, TN 37406 | 09-13063 | 20-0499430 |
| Freedom Magazines, Inc.<br>B.Y.O.B/Freedom, Inc.<br>Free World Trade Media Group, Inc. | 17666 Fitch<br>Irvine, CA 92614 | 09-13064 | 33-0570328 |
| Freedom Metro Information, Inc. | 17666 Fitch<br>Irvine, CA 92614 | 09-13065 | 33-0991604 |
| Freedom Newspapers, Inc.<br>Journal Review Incorporated | 17666 Fitch<br>Irvine, CA 92614 | 09-13066 | 33-0743240 |
| Orange County Register Communications, Inc.<br>Freedom Orange County Information, Inc.<br>Freedom Orange County Newspapers, Inc.<br>The Orange County Register<br>Aliso Viejo News<br>Anaheim Bulletin<br>Anaheim Hills News<br>Canyon Life<br>Capistrano Valley News<br>The Current (East/West)<br>Dana Point News<br>Excelsior<br>The Fountain Valley View<br>Fullerton News Tribune<br>Huntington Beach Wave (North/South)<br>Irvine World News/OC Post<br>Ladera Post<br>Laguna News-Post<br>Laguna Niguel News<br>Laguna Woods Globe<br>Orange City News<br>OC Saver<br>Placentia News-Times<br>Rancho Santa Margarita News<br>Saddleback Valley News (Lake Forest/Laguna Hills)<br>Saddleback Valley News (Mission Viejo edition)<br>San Clemente Sun Post News | 625 N. Grand Avenue<br>Santa Ana, CA 92701 | 09-13067 | 33-0867980 |

4

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| Star Progress (La Habra/Brea)<br>The Tustin News<br>Yorba Linda Star | | | |
| **OCR Community Publications, Inc.**<br>Coast<br>Coast Kids<br>Preferred Destinations<br>Orange County Kids<br>Orange County Home | 625 N. Grand Avenue<br>Santa Ana, CA 92701 | 09-13068 | 33-0879752 |
| **OCR Information Marketing, Inc.** | 625 N. Grand Avenue<br>Santa Ana, CA 92701 | 09-13069 | 33-0867983 |
| **Appeal-Democrat, Inc.**<br>Appeal-Democrat<br>The Willows-Journal<br>Orland Press-Register<br>Colusa County Sun-Herald<br>Corning Observer | 1530 Ellis Lake Drive<br>Marysville, CA 95901 | 09-13070 | 68-0424121 |
| **Florida Freedom Newspapers, Inc.**<br>Emerald Coast Media and Marketing<br>Freedom Interactive Newspapers of Florida, Inc.<br>The News Herald<br>Northwest Florida Daily News<br>The Walton Sun<br>The Destin Long<br>The Star<br>The Apalachicola Times<br>Santa Rosa Press Gazette<br>Crestview News Bulletin<br>Washington County News<br>Holmes County Times-Advertiser | 501 W. 11th Street<br>Panama City, FL 32401 | 09-13071 | 59-1264227 |
| **Freedom Arizona Information, Inc.**<br>Freedom Interactive Newspapers of Arizona, Inc.<br>Freedom Newspapers of Arizona, Inc.<br>Mesa Tribune<br>Daily News-Sun<br>Ahwatukee Foothills News<br>Chandler Tribune<br>Gilbert Tribune<br>Queen Creek Tribune<br>East Valley Tribune | 120 West First Avenue<br>Mesa, AZ 85210 | 09-13072 | 33-0915796 |
| **Freedom Colorado Information, Inc.**<br>Freedom Interactive Newspapers of Colorado, Inc.<br>The Gazette, Inc.<br>The Gazette | 30 South Prospect Street<br>Colorado Springs, CO 80903 | 09-13073 | 84-1517806 |
| **Freedom Eastern North Carolina Communications, Inc.**<br>Ellis Publishing Company<br>Havelock Newspapers, Inc.<br>Kinston Free Press Company<br>Sun Journal Incorporated<br>Jacksonville Daily News Company<br>The Daily News<br>Sun Journal<br>The Free Press<br>The Havelock News<br>Topsail Advertiser<br>The Jones Post | 1300 Gum Branch Road<br>Jacksonville, NC 28540 | 09-13074 | 56-2185563 |
| **Freedom Newspapers of Illinois, Inc.**<br>The Telegraph | 111 E. Broadway<br>Alton, IL 62002 | 09-13075 | 37-1402222 |
| **Freedom Newspapers of Southwestern Arizona, Inc.**<br>The Sun<br>The Yuma Sun<br>Bajo El Sol | 2055 South Arizona Avenue<br>Yuma, AZ 85364 | 09-13076 | 33-0915797 |
| **Freedom Shelby Star, Inc.**<br>The Shelby Star<br>The Star | 315 E. Graham Street<br>Shelby, NC 28150 | 09-13077 | 56-2018425 |
| **Illinois Freedom Newspapers, Inc.**<br>Journal-Courier | 235 W. State Street<br>Jacksonville, IL 62650 | 09-13078 | 33-0678308 |
| **Missouri Freedom Newspapers, Inc.**<br>The Sedalia Democrat | 700 S. Massachusetts Avenue<br>Sedalia, MO 65301 | 09-13079 | 33-0678310 |

DB02:8827186.1

068715.1001

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| **Odessa American** <br> El Semanario | 222 W. Fourth Street <br> Odessa, TX 79761 | 09-13080 | 75-0757714 |
| **The Times – News Publishing Company** <br> Times-News | 707 S. Main Street <br> Burlington, NC 27215 | 09-13081 | 56-0430230 |
| **Victor Valley Publishing Company** | 13891 Park Avenue <br> Victorville, CA 92392 | 09-13082 | 95-2406082 |
| **Daily Press** <br> Daily Dispatch <br> Desert Dispatch <br> Hesperia Star <br> The Leader <br> El Mojave | 13891 Park Avenue <br> Victorville, CA 92392 | 09-13083 | 95-2093610 |
| **Freedom Newspaper Acquisitions, Inc.** | 17666 Fitch <br> Irvine, CA 92614 | 09-13084 | 33-0744322 |
| **The Clovis News-Journal** | 521 Pile Street <br> Clovis, NM 88101 | 09-13085 | 85-0035820 |
| **Freedom Newspapers of New Mexico, L.L.C.** <br> Clovis News Journal <br> Portales News-Tribune <br> Quay County Sun | 521 Pile Street <br> Clovis, NM 88101 | 09-13086 | 74-2815360 |
| **Gaston Gazette, LLP** <br> The Gaston Gazette | 1893 Remount Road <br> Gastonia, NC 28054 | 09-13087 | 56-0904885 |
| **Lima News** <br> The Lima News | 3515 Elida Road <br> Lima, OH 45807 | 09-13088 | 34-4466918 |
| **Porterville Recorder Company** <br> The Porterville Recorder <br> Noticiero Semanal | 115 E. Oak Avenue <br> Porterville, CA 93257 | 09-13089 | 95-3317735 |
| **Seymour Tribune Company** <br> The Tribune | 100 St. Louis Avenue <br> Seymour, IN 47274 | 09-13090 | 35-1307550 |
| **Victorville Publishing Company** | 13891 Park Avenue <br> Victorville, CA 92392 | 09-13091 | 33-0047617 |
| **Freedom Newspapers** <br> The Brownsville Herald <br> Valley Morning Star <br> The Monitor <br> Mid-Valley Town Crier <br> Padre Island Breeze <br> The Coastal Current Weekly <br> El Nuevo Heraldo <br> La Frontera <br> El Extra | 1400 E. Nolana Loop <br> McAllen, TX 78504 | 09-13092 | 74-1157766 |
| **The Creative Spot, L.L.C.** <br> Del Rio Advertising | 1400 E. Nolana Loop <br> McAllen, TX 78504 | 09-13093 | 74-2962420 |
| **Freedom Interactive Newspapers, Inc.** <br> Freedom Interactive Media, Inc. | 17666 Fitch <br> Irvine, CA 92614 | 09-13094 | 33-0859343 |
| **Freedom Interactive Newspapers of Texas, Inc.** <br> Rgv.com | 1400 E. Nolana Loop <br> McAllen, TX 78504 | 09-13095 | 74-2988187 |
| **Freedom Services, Inc.** <br> Freedom Interactive Newspapers of North Carolina, Inc. <br> Freedom Interactive Media of North Carolina, Inc. <br> City Junction, LLC | 17666 Fitch <br> Irvine, CA 92614 | 09-13096 | 33-0873125 |

DB02:8827186.1

068715.1001