# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re )<br><br>    **Freedom Communications Holdings,** )<br>    **Inc.** )<br><br>               **Debtor.** ) | **Chapter 11**<br><br>**Case No: 09-13046  (BLS)** |

## SCHEDULES OF ASSETS AND LIABILITIES

Freedom Communications Holdings, Inc. (the "Debtor") hereby submits its Schedules of Assets and Liabilities (the "Schedules") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has compiled the information contained in the Schedules based on its books and records maintained in the ordinary course of business.

The Schedules remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Schedules. The Debtor reserves the right to amend the Schedules from time to time as may be necessary or appropriate.

### <u>Declaration</u>

I, Mark A. McEachen, in my capacity as a director, officer or authorized person acting on behalf of the Debtor, declare under penalty of perjury that I have reviewed the information contained in these Schedules, and subject to any and all notes applicable to the Schedules and my reliance on the Debtor's personnel, with the assistance of the Debtors' advisors, to the extent involved in the preparation of these Schedules, that they are true and correct to the best of my knowledge, information and belief.

Dated: October 24, 2009

                        Name:  Mark A. McEachen

                        Title:  Senior Vice President & Chief Financial Officer<br>                                Freedom Communications Holdings, Inc.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: <u>Freedom Communications Holdings, Inc.</u>

Case No.    __09-13046__

Chapter    __11__

## SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE SCHEDULES

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED YES / NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 1 | $0 | | |
| B - PERSONAL PROPERTY | YES | 8 | $14,370 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 4 | | $772,485,444 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Total of claims on Schedule E) | YES | 2 | | $0 | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 3 | | $2,117 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 10 | | | |
| H - CODEBTORS | YES | 6 | | | |
| I -CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| **Total number of sheets of all Schedules** | | 34 | | | |

Total Assets >    **$14,370**

Total Liabilities >    **$772,487,561**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number: 09-13046**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### GENERAL

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Freedom Communications Holdings, Inc. ("FCHI") and each of its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), including the above-captioned Debtor, were prepared pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete.

The Debtors reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim that may or may not be reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Mark A. McEachen, the Senior Vice President and Chief Financial Officer of FCHI, the ultimate parent company of the Debtor, who is also either a director, officer, or authorized person acting on behalf of the Debtor. In reviewing and signing the Schedules and Statements, Mr. McEachen necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. McEachen has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

### Description of the Cases

On September 1, 2009, the Debtors filed voluntary petitions in this Court under chapter 11 of the Bankruptcy Code. Their cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10346 (BLS). The Debtors currently are operating their businesses and managing their properties as debtors in possession pursuant to the Bankruptcy Code.

### Basis of Presentation

For financial reporting purposes, prior to the Petition Date, the Debtors generally prepared consolidated financial statements that were audited annually and included financial information for the parent and all subsidiaries. Unlike the consolidated financial information used for the Debtors' financial reporting purposes, the Schedules reflect the assets and liabilities of each Debtor on the basis of such Debtor's accounting records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

### Accuracy

Although every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve the right to amend the Schedules and Statements as necessary or appropriate. The financial information disclosed in the Schedules and Statements has not been required to be prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons or entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations between any information and reports prepared for any other disclosure purposes or for any evaluations of the Debtors based on this financial information or any other information.

### Reporting Date

The Schedules have been prepared as of the close of business on August 31, 2009, which represented the close of the Debtors' August accounting period, and is the day immediately prior to the Petition Date.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number: 09-13046**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Book Value

Each asset and liability of each Debtor is shown on the basis of the book value of the asset or liability in the Debtors' accounting books and records. Unless otherwise noted, the carrying value on the Debtors' books, rather than the current market values, of the Debtors' interests in property is reflected on the Schedules. All intercompany balances are shown at the book values set forth in the books and records of the Debtors.

### Undetermined Amounts

The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

### Property and Equipment - Owned

Unless otherwise noted, owned property and equipment are stated at net book value. The cost of property, plant, and equipment is depreciated and amortized using principally the straight-line method over the estimated useful lives of the assets, ranging from three to thirty years.

### Property and Equipment - Leased

In the ordinary course of their business, the Debtors may lease equipment from certain third-party lessors for use in the daily operation of their business. Any such leases are set forth in Schedule G. The property subject to any of such leases is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases reflected in the Statements as property or assets of third-parties within the control of the Debtors. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues.

### Disputed, Contingent and/or Unliquidated Claims

Certain claims listed in the Schedules may be designated as contingent, unliquidated, and/or disputed. A failure to designate a claim on the Schedules as contingent, unliquidated, and/or disputed does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to nature, amount, liability, or status, either by amending the Schedules or, if permitted by the Court, filing an objection to the claim

### Causes of Action and Litigation Rights

Certain of the Debtors have set forth on the Schedules causes of action or litigation rights that they may have against third parties. Each of the Debtors reserves all of its rights with respect to any and all causes of action and litigation rights that it may have, whether or not such cause of action or litigation right has been listed on the Schedules. Nothing in the Schedules shall be deemed a waiver by any of the Debtors of any cause of action, litigation right, or of any other right.

### Schedule-Specific Notes

Each of Schedules A, B, D, E, F and G contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those schedule specific notes are incorporated herein by reference.

### Notes Control

In the event that the Schedules differ from any of the foregoing Notes, the Notes shall control.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☑ Check this box if debtor has no real property to report on this Schedule A.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| | | | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Schedule Exhibit B-2 | $14,370 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamps, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of policy and itemize surrender or refund value of each. | X | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | |

**In re:** <u>Freedom Communications Holdings, Inc.</u>          **Case Number:** <u>09-13046</u>

Debtor                                                                                          (if known)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plants. | X | | |
| 13. Stock and interests in incorporated and unincorporated business. Itemize. | | See Attached Schedule Exhibit B-13 | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | See Attached Schedule Exhibit B-21 | Undetermined |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26.  Boats, motors, and accessories. | X | | |
| 27.  Aircraft and accessories. | X | | |
| 28.  Office equipment, furnishings, and supplies. | X | | |
| 29.  Machinery, fixtures, equipments, and supplies used in business. | X | | |
| 30.  Inventory | X | | |
| 31.  Animals | X | | |
| 32. Crops - growing or harvested. Give particulars | X | | |
| 33.  Farming equipment and implements. | X | | |
| 34.  Farm supplies, chemicals, and feed. | X | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | |

**Freedom Communications Holdings, Inc.**

**Case Number:  09-13046**

## SPECIFIC NOTES REGARDING SCHEDULE B

IT WOULD BE PROHIBITIVELY EXPENSIVE AND UNDULY BURDENSOME TO OBTAIN CURRENT MARKET VALUATIONS OF THE DEBTOR'S PROPERTY INTERESTS. ACCORDINGLY, CURRENT BOOK VALUES, AS OF AUGUST 31, 2009, OF THE DEBTOR'S INTERESTS IN PROPERTIES, WHICH MAY NOT EQUATE TO CURRENT MARKET VALUES, ARE REFLECTED ON THE DEBTOR'S SCHEDULES UNLESS OTHERWISE NOTED.

THE DEBTOR HAS GRANTED LIENS IN SUBSTANTIALLY ALL OF ITS PROPERTIES TO SECURE THE CLAIM UNDER THAT CERTAIN CREDIT AGREEMENT DATED MAY 18, 2004, AS AMENDED AMONG FREEDOM COMMUNICATIONS, INC. AS BORROWER, CERTAIN OF THE OTHER DEBTORS AS GUARANTORS, JPMORGAN CHASE, N.A. AS ADMINISTRATIVE AGENT, AND THE LENDERS AS NAMED THEREIN.

THE DEBTOR RESERVES ALL OF ITS RIGHTS WITH RESPECT TO ANY AND ALL CAUSES OF ACTION, LITIGATION RIGHTS, AND OTHER RIGHTS REGARDLESS OF WHETHER THEY HAVE BEEN LISTED AS ASSETS ON SCHEDULE B.

DISCLAIMER: Certain of the Notes listed above may not apply to this Debtor.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number:  09-13046**

**Exhibit  B-2**
**Checking, savings, or other financial accounts, CDs, etc.**

| Bank Name | Account No. | Address | 8/31/2009 Bank Balance |
|---|---|---|---|
| BANK OF AMERICA | CORPORATE DIVIDEND | INTEGRATED TREASURY SERVICES -SPECIAL ACTION WEST , 1755 GRANT ST. BLDG C 4TH FLOOR | $14,370 |
| | XXXXXXXX61575 | CONCORD , CA  94520 | |

**$14,370**

**Specific Notes**

**Freedom Communications Holdings, Inc.**

**Case Number:  09-13046**

**Exhibit  B-13**
**Stock and interests in incorporated and unincorporated business.**

| Entity | Percentage Ownership | Net Book Value |
|---|---|---|
| FREEDOM COMMUNICATIONS, INC. | 100.00% | Undetermined |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**
**Case Number:  09-13046**

**Exhibit  B-21**
**Other contingent and unliquidated claims of every nature, etc.**

| Name | Net Book Value |
|------|---------------:|
| FEDERAL NET OPERATING LOSS CARRYFORWARD | Undetermined |
| STATE CAPITAL LOSS CARRYFORWARDS | Undetermined |
| STATE ENTERPRISE ZONE AND MANUFACTURERS INVESTMENT CREDIT CARRYFORWARDS | Undetermined |
| STATE NET OPERATING LOSS CARRYFORWARDS | Undetermined |
| **TOTAL** | **Undetermined** |

**Specific Notes**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number:  09-13046**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than on of these three columns.)  Report the total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C | U | D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY | NOTES |
|---|---|---|---|---|---|---|---|---|
| See Exhibit D-1 immediately following Schedule D | X | Secured Debt | ☑ | ☑ | ☐ | $770,552,344 | Undetermined | X |
| See Exhibit D-2 immediately following Exhibit D-1 | X | Letters of Credit | ☑ | ☑ | ☐ | $1,933,100 | Undetermined | X |
| | | | ☐ | ☐ | ☐ | | | X |
| | | | ☐ | ☐ | ☐ | | | X |
| | | | ☐ | ☐ | ☐ | | | X |
| | | | ☐ | ☐ | ☐ | | | X |

<u>3</u>  continuation sheets attached

**Total**        **$772,485,444**        **$0**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number: 09-13046**

## SPECIFIC NOTES REGARDING SCHEDULE D

**Creditors Holding Secured Claims**

THE DEBTOR HAS NOT LISTED ON THIS SCHEDULE ANY SECURED CLAIMS OF ANY MECHANICS OR MATERIALMEN. SUCH OMISSION IS WITHOUT PREJUDICE TO THE RIGHT OF THE DEBTOR TO RECOGNIZE A MECHANICS OR MATERIALMEN LIEN.

THIS SCHEDULE DOES NOT INCLUDE SECURED CLAIMS OWING TO GOVERNMENTAL UNITS THAT ARE AUTHORIZED TO BE PAID PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO PAY PREPETITION TAXES AND FEES ENTERED ON SEPTEMBER 2, 2009.

CERTAIN CREDITORS WHO OTHERWISE HAVE UNSECURED CLAIMS HAVE WITHHELD AMOUNTS OWING TO THE DEBTOR, AND HAVE ASSERTED RIGHTS OF SETOFF WITH RESPECT TO SUCH AMOUNTS. AS A RESULT, SUCH CREDITORS' CLAIMS MAY BE CONSIDERED TO BE SECURED CLAIMS TO THE EXTENT OF THE AMOUNTS WITHHELD. THE DEBTOR HAS NOT YET ACKNOWLEDGED THE VALIDITY OF ANY ASSERTED SETOFF RIGHTS AND HAS NOT LISTED ANY OF SUCH CREDITORS AS SECURED CREDITORS ON THIS SCHEDULE. INSTEAD, SUCH CREDITORS HAVE BEEN LISTED ON SCHEDULE F.

THE DEBTOR HAS NOT LISTED ON THIS SCHEDULE THE CLAIMS OF CERTAIN ENTITIES TO WHOM THE DEBTOR PROVIDED SECURITY DEPOSITS AND WHO MAY HAVE SECURED CLAIMS TO THE EXTENT OF SUCH SECURITY DEPOSITS. THE CLAIMS OF SUCH ENTITIES HAVE BEEN LISTED ON SCHEDULE F. STATUTORY OR INCHOATE LIEN RIGHTS MAY EXIST IN FAVOR OF CERTAIN CREDITORS. THE DEBTOR HAS NOT LISTED ON THIS SCHEDULE ANY CREDITORS WHO MAY HAVE SECURED CLAIMS BASED ON ANY SUCH STATUTORY OR INCHOATE LIEN RIGHTS.

CERTAIN CLAIMS LISTED ON THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED. A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION.

EXCEPT AS PROVIDED IN THE FINAL CASH COLLATERAL ORDER DATED OCTEOBER 15, 2009, THE DEBTOR RESERVES THE RIGHT TO DISPUTE, OR ASSERT OFFSETS OR DEFENSES TO, ANY CLAIM REFLECTED ON THIS SCHEDULE AS TO NATURE, AMOUNT, LIABILITY OR STATUS.  ANY CAPITALIZED LEASE OBLIGATIONS ARE NOT INCLUDED ON THIS SCHEDULE BUT ARE LISTED ON SCHEDULE F. THE INCLUSION OF SUCH OBLIGATIONS ON SCHEDULE F DOES NOT INDICATE ANY CHANGE IN THE DEBTOR'S HISTORIC ACCOUNTING CHARACTERIZATION OF ANY LEASE AS A CAPITALIZED LEASE AND IS WITHOUT PREJUDICE TO THE DEBTOR'S CHARACTERIZATION OF ANY LEASE AS A CAPITALIZED LEASE OR AS A SECURED CLAIM FOR ANY PURPOSE.

DISCLAIMER: Certain of the Notes listed above may not apply to this Debtor.

<u>**Freedom Communications Holdings, Inc.**</u>

**Case Number:  09-13046**

**Exhibit:  D-1**

**Secured Debt**

| <u>Name</u> | <u>Address</u> | <u>City, State & Zip</u> | <u>Description</u> | <u>C</u> | <u>U</u> | <u>D</u> | Claim<br><u>Amount</u> |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK, N.A.,<br>AS ADMINISTRATIVE AGENT | 277 PARK AVENUE, 8TH FLOOR | NEW YORK, NY  10172 | PRINCIPAL AMOUNT (DOES NOT INCLUDE ACCRUED AND UNPAID INTEREST) | ☑ | ☑ | ☐ | $770,552,344 |
|  |  |  |  |  |  |  | $770,552,344 |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit D-2**
**Letters of Credit**

| Name | Address | City, State & Zip | Description | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 277 PARK AVENUE, 8TH FLOOR | NEW YORK, NY  10172 | LETTER OF CREDIT - SOUTHERN CALIFORNIA EDISON COMPANY | ☑ | ☑ | ☐ | $563,100 |
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 277 PARK AVENUE, 8TH FLOOR | NEW YORK, NY  10172 | LETTER OF CREDIT - MUTUAL INDEMNITY, LTD. | ☑ | ☑ | ☐ | $300,000 |
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 277 PARK AVENUE, 8TH FLOOR | NEW YORK, NY  10172 | LETTER OF CREDIT - MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES | ☑ | ☑ | ☐ | $100,000 |
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 277 PARK AVENUE, 8TH FLOOR | NEW YORK, NY  10172 | LETTER OF CREDIT - ACE AMERICAN INSURANCE CO. | ☑ | ☑ | ☐ | $570,000 |
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 277 PARK AVENUE, 8TH FLOOR | NEW YORK, NY  10172 | LETTER OF CREDIT - DIRECTOR OF RHODE ISLAND WORKER'S COMPENSATION | ☑ | ☑ | ☐ | $400,000 |

$1,933,100

**Freedom Communications Holdings, Inc.**

**Case Number: 09-13046**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, or wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Section 507(a)(2).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(3).

☐ Contribution to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(4).

☐ Certain farmers and fisherman

Claims of certain farmers and fisherman, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Section 507(a)(5).

☐ Deposits by individuals

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Section 507(a)(6).

☐ Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Section 507(a)(7).

☐ Taxes and Certain Other Debts Owed to Government Units

Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Section 507(a)(8).

☐ Commitments to Maintain the capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Section 507(a)(9).

☐ Administrative Expense Claims

Claims for the value of any goods received by the debtor within 20 days before the Petition Date in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**<u>Freedom Communications Holdings, Inc.</u>**

**Case Number: 09-13046**

## SPECIFIC NOTES REGARDING SCHEDULE E

**<u>Creditors Holding Unsecured Priority Claims</u>**

THIS SCHEDULE DOES NOT INCLUDE ANY PRIORITY CLAIMS OWING TO GOVERNMENTAL UNITS THAT ARE AUTHORIZED TO BE PAID PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO PAY PREPETITION TAXES AND FEES ENTERED ON SEPTEMBER 2, 2009.

DISCLAIMER: Certain of the Notes listed above may not apply to this Debtor.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number:  09-13046**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIMS |
|---|---|---|---|---|
| See Exhibit F-1 immediately following Schedule F | | Intercompany Payables | ☐☐☐ | $2,117 |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |
| | | | ☐☐☐ | |

<u>2</u>    total continuation sheets attached          **Total**          **$2,117**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number:  09-13046**

## SPECIFIC NOTES REGARDING SCHEDULE F

**Creditors Holding Unsecured Nonpriority Claims**

THE DEBTOR'S AFFILIATES MAY PAY OBLIGATIONS ON BEHALF OF THE DEBTOR.  CERTAIN OBLIGATIONS THAT ARE LISTED AS CLAIMS ON THIS SCHEDULE F MAY BE CONSIDERED TO BE OBLIGATIONS OF THE DEBTOR'S AFFILIATES.  THE FACT THAT SUCH OBLIGATIONS ARE NOT LISTED ON THIS SCHEDULE F SHALL NOT CONSTITUTE AN ADMISSION AS TO THE ENTITY THAT IS RESPONSIBLE FOR SUCH OBLIGATIONS.

CERTAIN CLAIMS LISTED ON THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED, AND/OR DISPUTED. A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE AS CONTINGENT, UNLIQUIDATED, AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION. THE DEBTOR RESERVES THE RIGHT TO DISPUTE, OR ASSERT OFFSETS OR DEFENSES TO, ANY CLAIM REFLECTED ON THIS SCHEDULE AS TO NATURE, AMOUNT, LIABILITY OR STATUS.

THIS SCHEDULE DOES NOT INCLUDE UNSECURED NON-PRIORITY CLAIMS OWING TO GOVERNMENT UNITS THAT ARE AUTHORIZED TO BE PAID PURSUANT TO THE ORDER AUTHORIZING THE DEBTORS TO PAY PREPETITION TAXES AND FEES ENTERED ON SEPTEMBER 2, 2009.

DISCLAIMER: Certain of the Notes listed above may not apply to this Debtor.

**Freedom Communications Holdings, Inc.**

**Case Number: 09-13046**

**Exhibit F-1**

**Intercompany Payables**

| Creditor Name | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|
| FREEDOM COMMUNICATIONS, INC. | INTERCOMPANY PAYABLE | ☐ | ☐ | ☐ | $2,117 |
| | | | | | $2,117 |

In re: <u>**Freedom Communications Holdings, Inc.**</u>          Case No.          <u>    09-13046          </u>

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.d., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts and/or unexpired leases to report on this Schedule G.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Executory Contracts | See Exhibit G-1 immediately following Schedule G |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

<u>9</u>     total continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**

**Case Number: 09-13046**

### SPECIFIC NOTES REGARDING SCHEDULE G

**Executory Contracts**

LISTING A CONTRACT OR AGREEMENT ON THIS SCHEDULE G DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR AGREEMENT IS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE OR THAT SUCH CONTRACT OR AGREEMENT WAS IN EFFECT ON THE PETITION DATE OR IS VALID OR ENFORCEABLE. ANY AND ALL OF THE DEBTOR'S RIGHTS, CLAIMS AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND AGREEMENTS LISTED ON THIS SCHEDULE G ARE HEREBY RESERVED AND PRESERVED.

OMISSION OF A CONTRACT OR AGREEMENT FROM THIS SCHEDULE G DOES NOT CONSTITUTE AN ADMISSION THAT SUCH OMITTED CONTRACT OR AGREEMENT IS NOT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE. THE DEBTOR'S RIGHTS UNDER THE BANKRUPTCY CODE WITH RESPECT TO ANY SUCH OMITTED CONTRACTS OR AGREEMENTS ARE NOT IMPAIRED BY THE OMISSION. THIS SCHEDULE G MAY BE AMENDED AT ANY TIME TO ADD ANY OMITTED CONTRACT OR AGREEMENT.

DISCLAIMER: Certain of the Notes listed above may not apply to this Debtor.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Non-Owned Aircraft Liability | | UNKNOWN | |
| CODA Premier Directors & Officers Liability Excess DIC Policy | ACE ILLINOIS UNION INSURANCE CO. | 8755 WEST HIGGINS | CHICAGO, IL 60631 |
| D&O Side A Difference in Conditions Insurance | ACE USA | 140 BROADWAY, 41ST FLOOR | NEW YORK, NY 10005 |
| Foreign Package Insurance | AIG | 175 WATER STREET | NEW YORK, NY 10038 |
| Property Insurance | AIG/LEXINGTON | 175 WATER STREET | NEW YORK, NY 10038 |
| Comprehensive Dishonesty, Disappearance and Destruction Policy | AIG/NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | 175 WATER STREET | NEW YORK, NY 10038 |
| Consulting Agreement | ALAN BELL | ADDRESS WITHHELD | |
| Resignation Agreement and General Release of all Claims | ALAN BELL | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | ANN T. ROBERTS | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 8, 2004 | ANN T. ROBERTS; DAVID A. ROBERTS, TRUSTEE FOR ANN THRESHIE ROBERTS CHILDREN'S TRUST U/A DATED DECEMBER 19, 1992 | ADDRESS WITHHELD | |
| Agreement for Interim Management and Financial Advisory Consulting Services | AP SERVICES, LLP | 2000 TOWN CENTER, SUITE 2400 | SOUTHFIELD, MI 48075 |
| Aviation Liability Insurance | ARCH INSURANCE COMPANY | 6267 CARPINTERIA AVE., SUITE 101 | CARPINTERIA, CA 93013 |
| D&O Runoff Program Insurance | ARCH INSURANCE COMPANY | ONE LIBERTY PLAZA, 53RD FLOOR | NEW YORK, NY 10006 |
| Fiduciary Run Off | ARCH INSURANCE COMPANY | ONE LIBERTY PLAZA, 53RD FLOOR | NEW YORK, NY 10006 |
| Investor Agreement | BLACKSTONE FAMILY COMMUNICATIONS PARTNERSHIP I L.P. | THE BLACKSTONE GROUP L.P.; 345 PARK AVENUE, 31ST FLOOR | NEW YORK, NY 10154 |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Investor Agreement | BLACKSTONE FAMILY INVESTMENT PARTNERSHIP IV-A L.P. | THE BLACKSTONE GROUP L.P.; 345 PARK AVENUE, 31ST FLOOR | NEW YORK, NY 10154 |
| Investor Agreement | BLACKSTONE FC CAPITAL PARTNERS IV L.P. | THE BLACKSTONE GROUP L.P.; 345 PARK AVENUE, 31ST FLOOR | NEW YORK, NY 10154 |
| Investor Agreement | BLACKSTONE FC CAPITAL PARTNERS IV-A L.P. | THE BLACKSTONE GROUP L.P.; 345 PARK AVENUE, 31ST FLOOR | NEW YORK, NY 10154 |
| Investor Agreement | BLACKSTONE FC COMMUNICATIONS PARTNERS L.P. | THE BLACKSTONE GROUP L.P.; 345 PARK AVENUE, 31ST FLOOR | NEW YORK, NY 10154 |
| Share Repurchase Agreement dated May 7, 2004 | BRIAN WALLACE | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 8, 2004 | BRIAN WALLACE; GREGORY J WALLACE, TRUSTEE FOR BRIAN A. WALLACE 2001 IRREVOCABLE INSURANCE TRUST U/A DATED MAY 23, 2001 | ADDRESS WITHHELD | |
| Consulting Agreement | BURL OSBORNE | ADDRESS WITHHELD | |
| Indemnification Agreement | BURL OSBORNE | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | CATHERINE BASSETT MARTIN | ADDRESS WITHHELD | |
| Indemnification Agreement | CHRIS PHILIBBOSIAN | ADDRESS WITHHELD | |
| Employed Lawyers Professional Liability | CHUBB GROUP OF INSURANCE | UNKNOWN | |
| Excess Liability Insurance | CHUBB GROUP OF INSURANCE COMPANIES | 55 WATER STREET; 29TH-30TH FLOORS | NEW YORK, NY 10041 |
| Executive Protection Portfolio | CHUBB GROUP OF INSURANCE COMPANIES/CHUBB SPECIALTY | 55 WATER STREET | NEW YORK, NY 10041 |
| Media Liability Insurance | CHUBB SPECIALTY INSURANCE | 555 S. FLOWER ST 3RD FL | LOS ANGELES, CA 90071 |
| D&O Runoff Program Insurance | CHUBB SPECIALTY INSURANCE | 555 S. FLOWER ST 3RD FL | LOS ANGELES, CA 90071 |
| Group Personal Excess | COLUMBIA CASUALTY (CNA) | 333 EAST BUTTERFIELD RD 7TH FL | LOMBARD, IL 60148 |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Share Repurchase Agreement dated May 7, 2004 | DAVID D. THRESHIE | ADDRESS WITHHELD | |
| Company Sponsored Non-Equity Collateral Assignment Split Dollar Agreement dated June 10, 2004 | DAVID D. THRESHIE; LISA P. THRESHIE, TRUSTEE FOR DAVID DUNLAP THRESHIE CHILDREN'S TRUST U/A DATED DECEMBER 19, 1992 | ADDRESS WITHHELD | |
| Severance, Settlement and Release Agreement | DAVID L. KUYKENDALL | ADDRESS WITHHELD | |
| Indemnification Agreement | DAVID TOLLEY | ADDRESS WITHHELD | |
| Engagement Agreement | DELOITTE & TOUCHE | 695 TOWN CENTER DR, STE 1200 | COSTA MESA, CA 92626 |
| Indemnification Agreement | DOREEN WADE | ADDRESS WITHHELD | |
| Indemnification Agreement | DOUG BENNETT | ADDRESS WITHHELD | |
| Offer Letter/Employment Agreement | DOUG BENNETT | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | DOUGLAS HARDIE | ADDRESS WITHHELD | |
| Company Sponsored Non-Equity Collateral Assignment Split Dollar Agreement dated September 17, 2004 | DOUGLAS HARDIE; THOMAS BASSETT, TRUSTEE FOR DOUGLAS AND JANET HARDIE IRREVOCABLE INSURANCE TRUST U/A DATED SEPTEMBER 17, 2004 | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | ELIZABETH BASSETT | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated July 31, 2004 | ELIZABETH BASSETT; THOMAS BASSETT, TRUSTEE FOR ELIZABETH BASSETT IRREVOCABLE INSURANCE TRUST DATED JULY 31, 2004 | ADDRESS WITHHELD | |
| Consulting Agreement | EMILY KEETON | ADDRESS WITHHELD | |
| News Media Professional Liability | EXECUTIVE RISK INDEMNITY INC. | 82 HOPMEADOW STREET; PO BOX 2002 | SIMSBURY, CT 06070-7683 |
| Excess Liability | FEDERAL INSURANCE COMPANY | 888 S FIGUEROA ST 3RD FL | LOS ANGELES, CA 90017 |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Indemnification Agreement | GREG WALLACE | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | GREGORY WALLACE | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 25, 2004 | GREGORY WALLACE; BRIAN A WALLACE, TRUSTEE FOR GREGORY J. WALLACE 2004 IRREVOCABLE INSURANCE TRUST U/A DATED MAY 23, 2004 | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | JANET BAKER HARDIE | ADDRESS WITHHELD | |
| Assignment Agreement dated September 17, 2004 | JANET BAKER HARDIE | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | JEFFREY WALLACE | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 11, 2004 | JEFFREY WALLACE; GREGORY J WALLACE, TRUSTEE FOR JEFFREY L. WALLACE 2001 IRREVOCABLE INSURANCE TRUST U/A DATED MAY 25, 2001 | ADDRESS WITHHELD | |
| Indemnification Agreement | JILL GREENTHAL | ADDRESS WITHHELD | |
| Consulting Agreement | JOANNE NORTON | ADDRESS WITHHELD | |
| Indemnification Agreement | JONATHAN SEGAL | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | JUDITH H. THRESHIE | ADDRESS WITHHELD | |
| Engagement Agreement | LATHAM & WATKINS | 885 THIRD AVENUE | NEW YORK, NY 10022 |
| Manuscript Domestic Property Policy | LEXINGTON INSURANCE COMPANY | UNKNOWN | |
| Commercial Automobile Liability and Physical Damage | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 175 BERKELEY ST | BOSTON, MA 02117 |
| Commercial General Liability | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 175 BERKELEY ST | BOSTON, MA 02117 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Revised Directors & Officers Liability Insurance | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 175 BERKELEY ST | BOSTON, MA 02117 |
| Engagement Agreement | LOGAN & COMPANY | 546 VALLEY ROAD | UPPER MONTCLAIR, NJ 07043 |
| Indemnification Agreement | MARCY BRUSKIN | ADDRESS WITHHELD | |
| Indemnification Agreement | MARK MASIELLO | ADDRESS WITHHELD | |
| Indemnification Agreement | MARK MCEACHEN | ADDRESS WITHHELD | |
| Offer Letter/Employment Agreement | MARK MCEACHEN | ADDRESS WITHHELD | |
| Agreement to Reinstate Share Repurchase Agreement and Terminate Collateral Assignment Split Dollar Agreement dated January 1, 2009 | MARY E. BASSETT; THOMAS W. BASSETT, TRUSTEE OF THE BASSET FAMILY IRREVOCABLE INSURANCE TRUST NO. 1 FOR DESCENDANTS U/A DATE MAY 10, 1993 | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | MARY ELIZABETH BASSETT | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | MELANIE COSLOR | ADDRESS WITHHELD | |
| Indemnification Agreement | MICHAEL DOMINGUEZ | ADDRESS WITHHELD | |
| Severance, Settlement and Release Agreement | N. CHRISTIAN ANDERSON, III | ADDRESS WITHHELD | |
| Consulting Agreement | N. CHRISTIAN ANDERSON, III | ADDRESS WITHHELD | |
| Indemnification Agreement | NANCY TRILLO | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | PATRICIA HOILES WALLACE | ADDRESS WITHHELD | |
| Engagement Letter re RITA | PRICEWATERHOUSECOOPERS LLP | 2020 MAIN STREET; SUITE 400 | IRVINE, CA 92614 |
| Engagement Letter re Sec. 108 Tax Restructuring | PRICEWATERHOUSECOOPERS LLP | 2020 MAIN STREET; SUITE 400 | IRVINE, CA 92614 |
| Engagment Letter re Stock Basis and E&P Calculations | PRICEWATERHOUSECOOPERS LLP | 2020 MAIN STREET; SUITE 400 | IRVINE, CA 92614 |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit  G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Investor Agreement | PROVIDENCE EQUITY OPERATING PARTNERS IV L.P. | PROVIDENCE EQUITY PARTNERS, INC.; 50 KENNEDY PLAZA | PROVIDENCE, RI  02903 |
| Investor Agreement | PROVIDENCE EQUITY PARTNERS IV L.P. | PROVIDENCE EQUITY PARTNERS, INC.; 50 KENNEDY PLAZA | PROVIDENCE, RI  02903 |
| Investor Agreement | PROVIDENCE EQUITY PARTNERS, INC. | SIMPSON THACHER & BARTLETT LLP; 425 LEXINGTON AVE | NEW YORK, NY  10017 |
| Share Repurchase Agreement dated May 7, 2004 | R. DAVID THRESHIE, JR. | ADDRESS WITHHELD | |
| Company Sponsored Non-Equity Endorsement Split Dollar Agreement dated May 28, 2006 | R. DAVID THRESHIE, JR. & JUDITH H. THRESHIE; ANN T. ROBERTS, SUSAN T. BARRETT AND DAVID D. THRESHIE, TRUSTEES FOR SPECIAL INSURANCE TRUST UNDER THE THRESHIE FAMILY INCOME TRUST U/A DATED OCTOBER 2, 1992 | ADDRESS WITHHELD | |
| Indemnification Agreement | RACHEL SAGAN | ADDRESS WITHHELD | |
| Indemnification Agreement | RAYMOND BRYAN | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 8, 2004 | RAYMOND C. H. BRYAN; RONALD SHEIMAN & WALTER LEASK, TRUSTEES FOR RAYMOND C.H. BRYAN 2001 INSURANCE TRUST U/A DATED NOVEMBER 8, 2001 | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | RAYMOND C.H. BRYAN | ADDRESS WITHHELD | |
| Consulting Agreement | RICHARD A. WALLACE | ADDRESS WITHHELD | |
| Consulting Agreement | RICHARD WALLACE | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | RICHARD WALLACE | ADDRESS WITHHELD | |
| Company Sponsored Non-Equity Collateral Assignment Split Dollar Agreement dated November 9, 2004 | RICHARD WALLACE; GREGORY WALLACE, PARTNER OF GJB PARTNERSHIP | ADDRESS WITHHELD | |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Company Sponsored Non-Equity Collateral Assignment Split Dollar Agreement dated November 9, 2004 | RICHARD WALLACE; GREGORY WALLACE, PARTNER OF GJB PARTNERSHIP | ADDRESS WITHHELD | |
| Letter Agmt Modification of the Share Repurchase Agreement in Respect of Richard and Patricia Wallace, Insureds dated November 5, 2008 | RICHARD WALLACE; PARTRICIA WALLACE; GJB INVESTMENT PARTNERSHIP | ADDRESS WITHHELD | |
| Letter Agmt Modification of the Share Repurchase Agreement in Respect of Richard and Patricia Wallace, Insureds dated November 5, 2008 | RICHARD WALLACE; PARTRICIA WALLACE; GJB INVESTMENT PARTNERSHIP | ADDRESS WITHHELD | |
| Excess Policy | RLI INSURANCE COMPANY | 47 MAPLE STREET ; THIRD FL ATRIUM | SUMMIT, NJ 07901 |
| Indemnification Agreement | ROBIN HARDIE | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | ROBIN J. HARDIE | ADDRESS WITHHELD | |
| Excess Directors and Officers Liability Policy | RSUI GROUP INC | 945 EAST PACES FERRY ROAD STE 1800 | ATLANTA , GA 30326 |
| Share Repurchase Agreement dated May 7, 2004 | SAMUEL BASSETT | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated August 1, 2004 | SAMUEL BASSETT; JENNIFER BASSETT, TRUSTEE FOR BASSETT 2004 GST INSURANCE TRUST U/A DATED JULY 30, 2004 | ADDRESS WITHHELD | |
| Indemnification Agreement | SCOTT N. FLANDERS | ADDRESS WITHHELD | |
| Engagement Agreement | SITRICK & COMPANY | 1840 CENTURY PARK EAST, SUITE 800 | LOS ANGELES, CA 90067 |
| Lead Umbrella Liability | ST.PAUL FIRE & MARINE INSURANCE COMPANY | 888 S FIGUEROA ST 3RD FL | LOS ANGELES, CA 90017 |
| Share Repurchase Agreement dated May 7, 2004 | SUSAN BARRETT | ADDRESS WITHHELD | |

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**
**Exhibit G-1**
**Contracts - Executory Contracts And Unexpired Leases**

| Contract Description | Name | Address | City, State & Zip |
|---|---|---|---|
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 8, 2004 | SUSAN BARRETT; DEAN JOHN BARRETT, TRUSTEE FOR SUSAN THRESHIE BARRETT CHILDREN'S TRUST U/A DATED DECEMBER 19, 1992 | ADDRESS WITHHELD | |
| Directors & Officers Run Off Policy | THE HARTFORD INSURANCE GROUP | 2 PARK AVENUE; 5TH FLOOR | NEW YORK, NY 10016 |
| Foreign Commercial Package | THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | UNKNOWN | |
| Indemnification Agreement | THOMAS BASSETT | ADDRESS WITHHELD | |
| Share Repurchase Agreement dated May 7, 2004 | THOMAS BASSETT | ADDRESS WITHHELD | |
| Company Sponsored Equity Collateral Assignment Split Dollar Agreement dated June 11, 2004 | THOMAS BASSETT; KATHIE TOLER BASSETT, TRUSTEE FOR BASSETT FAMILY 2004 IRREVOCABLE TRUST, DATED JUNE 11, 2004 | ADDRESS WITHHELD | |
| Special Coverages Policy | US SPECIALTY (VIA PIA) | 37 RADIO CIRCLE DRIVE | MOUNT KISCO, NY 10549 |
| Indemnification Agreement | WILLIAM BAKER | ADDRESS WITHHELD | |
| Cornerstone A-Side Management Liability Directors & Officers | XL SPECIALTY INSURANCE | SEAVIEW HOUSE; 70 SEAVIEW AVENUE | STAMFORD, CT 6902 |
| Foreign Business Auto Liability | ZURICH AMERICAN INSURANCE | UNKNOWN | |
| Fiduciary Liability Excess | ZURICH AMERICAN INSURANCE COMPANY | 1 LIBERTY PLAZA 30TH FLOOR | NEW YORK, NY 10006 |
| Prive Company Directors, Officers and Employees Liability | ZURICH AMERICAN INSURANCE COMPANY | 1 LIBERTY PLAZA 30TH FLOOR | NEW YORK, NY 10006 |
| Storage Tank Liability and Cleanup | ZURICH AMERICAN INSURANCE COMPANY | 1400 AMERICAN LANE | SCHAUMBURG, IL 60196 |

# UNITED STATES BANKRUPTCY COURT

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtor

| <u>NAME AND ADDRESS OF CODEBTOR</u> | <u>DESCRIPTION</u> |
|---|---|
| APPEAL-DEMOCRAT, INC.<br><br>1530 ELLIS LAKE DRIVE<br>MARYSVILLE, CA 95901 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |
| FLORIDA FREEDOM NEWSPAPERS, INC.<br><br>501 W. 11TH ST.<br>PANAMA CITY, FL 32401 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |
| FREEDOM ARIZONA INFORMATION, INC.<br><br>120 WEST FIRST AVE.<br>MESA, AZ 85210 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |
| FREEDOM BROADCASTING OF FLORIDA<br>LICENSEE, L.L.C.<br>1100 FAIRFIELD DRIVE<br>WEST PALM BEACH, FL 33407 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |
| FREEDOM BROADCASTING OF FLORIDA, INC.<br><br>1100 FAIRFIELD DRIVE<br>WEST PALM BEACH, FL 33407 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |
| FREEDOM BROADCASTING OF MICHIGAN<br>LICENSEE, L.L.C.<br>5815 S. PENNSYLVANIA AVE.<br>LANSING, MI 48911 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |
| FREEDOM BROADCASTING OF MICHIGAN, INC.<br><br>5815 S. PENNSYLVANIA AVE.<br>LANSING, MI 48911 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 |

# UNITED STATES BANKRUPTCY COURT

### SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtor

| **NAME AND ADDRESS OF CODEBTOR** | **DESCRIPTION** |
|---|---|
| FREEDOM BROADCASTING OF NEW YORK LICENSEE, L.L.C.<br>1400 BALLTOWN ROAD<br>SCHENECTADY, NY  12309 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF NEW YORK, INC.<br>1400 BALLTOWN ROAD<br>SCHENECTADY, NY  12309 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF OREGON LICENSEE, L.L.C.<br>1440 ROSSANLEY DRIVE<br>MEDFORD, OR  97501 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF OREGON, INC.<br>1440 ROSSANLEY DRIVE<br>MEDFORD, OR  97501 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF SOUTHERN NEW ENGLAND LICENSEE, L.L.C.<br>17666 FITCH<br>IRVINE, CA  92614 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF SOUTHERN NEW ENGLAND, INC.<br>17666 FITCH<br>IRVINE, CA  92614 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF TENNESSEE LICENSEE, L.L.C.<br>4279 BENTON DRIVE<br>CHATTANOOGA, TN  37406 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |

# UNITED STATES BANKRUPTCY COURT

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtor

| **NAME AND ADDRESS OF CODEBTOR** | **DESCRIPTION** |
|---|---|
| FREEDOM BROADCASTING OF TENNESSEE, INC.<br><br>4279 BENTON DRIVE<br>CHATTANOOGA, TN  37406 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF TEXAS LICENSEE, L.L.C.<br>2955 I-10 EAST<br>BEAUMONT, TX  77702 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING OF TEXAS, INC.<br><br>2955 I-10 EAST<br>BEAUMONT, TX  77702 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM BROADCASTING, INC.<br><br>17666 FITCH<br>IRVINE, CA  92614 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM COLORADO INFORMATION, INC.<br><br>30 SOUTH PROSPECT ST.<br>COLORADO SPRINGS, CO  80903 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM COMMUNICATIONS, INC.<br><br>17666 FITCH<br>IRVINE, CA  92614 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM EASTERN NORTH CAROLINA COMMUNICATIONS, INC.<br>1300 GUM BRANCH RD.<br>JACKSONVILLE, NC  28540 | JPMORGAN CHASE BANK, N.A., AS<br>ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |

# UNITED STATES BANKRUPTCY COURT

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtor

| **NAME AND ADDRESS OF CODEBTOR** | **DESCRIPTION** |
|---|---|
| FREEDOM INTERACTIVE NEWSPAPERS OF TEXAS, INC. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 1400 E. NOLANA LOOP | 277 PARK AVENUE, 8TH FLOOR |
| MCALLEN, TX  78504 | NEW YORK, NY  10172 |
| FREEDOM INTERACTIVE NEWSPAPERS, INC. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 17666 FITCH | 277 PARK AVENUE, 8TH FLOOR |
| IRVINE, CA  92614 | NEW YORK, NY  10172 |
| FREEDOM MAGAZINES, INC. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 17666 FITCH | 277 PARK AVENUE, 8TH FLOOR |
| IRVINE, CA  92614 | NEW YORK, NY  10172 |
| FREEDOM METRO INFORMATION, INC. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 17666 FITCH | 277 PARK AVENUE, 8TH FLOOR |
| IRVINE, CA  92614 | NEW YORK, NY  10172 |
| FREEDOM NEWSPAPER ACQUISITIONS, INC. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 17666 FITCH | 277 PARK AVENUE, 8TH FLOOR |
| IRVINE, CA  92614 | NEW YORK, NY  10172 |
| FREEDOM NEWSPAPERS OF ILLINOIS, INC. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 111 E. BROADWAY | 277 PARK AVENUE, 8TH FLOOR |
| ALTON, IL  62002 | NEW YORK, NY  10172 |
| FREEDOM NEWSPAPERS OF NEW MEXICO L.L.C. | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| 521 PILE ST. | 277 PARK AVENUE, 8TH FLOOR |
| CLOVIS, NM  88101 | NEW YORK, NY  10172 |

# UNITED STATES BANKRUPTCY COURT

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtor

| **NAME AND ADDRESS OF CODEBTOR** | **DESCRIPTION** |
|---|---|
| FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC.<br>2055 SOUTH ARIZONA AVE.<br>YUMA, AZ  85364 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM NEWSPAPERS, INC.<br><br>17666 FITCH<br>IRVINE, CA  92614 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM SERVICES, INC.<br><br>17666 FITCH<br>IRVINE, CA  92614 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| FREEDOM SHELBY STAR, INC.<br><br>315 E. GRAHAM ST.<br>SHELBY, NC  28150 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| ILLINOIS FREEDOM NEWSPAPERS, INC.<br><br>235 W. STATE ST.<br>JACKSONVILLE, IL  62650 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| LIMA NEWS<br><br>3515 ELIDA ROAD<br>LIMA, OH  45807 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| MISSOURI FREEDOM NEWSPAPERS, INC.<br><br>700 S. MASSACHUSETTS AVE.<br>SEDALIA, MO  65301 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |

# UNITED STATES BANKRUPTCY COURT

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtor

| <u>NAME AND ADDRESS OF CODEBTOR</u> | <u>DESCRIPTION</u> |
|---|---|
| OCR COMMUNITY PUBLICATIONS, INC.<br><br>625 N. GRAND AVE.<br>SANTA ANA, CA  92701 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| OCR INFORMATION MARKETING, INC.<br><br>625 N. GRAND AVE.<br>SANTA ANA, CA  92701 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| ODESSA AMERICAN<br><br>222 E. FOURTH ST.<br>ODESSA, TX  79761 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| ORANGE COUNTY REGISTER COMMUNICATIONS, INC.<br>625 N. GRAND AVE.<br>SANTA ANA, CA  92701 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| THE CLOVIS NEWS-JOURNAL<br><br>521 PILE ST.<br>CLOVIS, NM  88101 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| THE TIMES-NEWS PUBLISHING COMPANY<br><br>707 S. MAIN STREET<br>BURLINGTON, NC  27215 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |
| VICTOR VALLEY PUBLISHING COMPANY<br><br>13891 PARK AVE.<br>VICTORVILLE, CA  92392 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10172 |