# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Freedom Communications Holdings, Inc. | Case No: 09-13046 (BLS) |
| Debtor. | |

## STATEMENT OF FINANCIAL AFFAIRS

Freedom Communications Holdings, Inc. (the "Debtor") hereby submits its Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has compiled the information contained in the Schedules based on its books and records maintained in the ordinary course of business.

The Statements remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Schedules. The Debtor reserves the right to amend the Statements from time to time as may be necessary or appropriate.

### Declaration

I, Mark A. McEachen, in my capacity as a director, officer or authorized person acting on behalf of the Debtor, declare under penalty of perjury that I have reviewed the information contained in these Statements, and subject to any and all notes applicable to the Statements and my reliance on the Debtor's personnel, with the assistance of the Debtors' advisors, to the extent involved in the preparation of these Statements, that they are true and correct to the best of my knowledge, information and belief.

Dated: October 24, 2009

_____
Signature

Name: Mark A. McEachen

Title: Senior Vice President & Chief Financial Officer
      Freedom Communications Holdings, Inc.

# STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  | Chapter 11 |
|---|---|---|
| In re: | Freedom Communications Holdings, Inc. | Case Number 09-13046 |
|  | Debtor. |  |

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a statement on which the informaiton for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, mangaging executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None 
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of debtor's businessbusiness, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).

### 2. Income other than from employment or operation of business

None ☑
    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two year** immediately preceding the commencement of this case. Give particular If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).

### 3. Payments to Creditors

*Complete a. or b., as appropriate, and c.*

None ✔  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ✔  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ✔  c. *All debtors:* List all payments made within **one year** immediately preceeding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

> **The Officers & Directors of this Debtor are also Officers & Directors of Freedom Communications, Inc. Payments made to such Officers & Directors are listed on the Statement of Financial Affairs of Freedom Communications Inc. or, where applicable, the Statements of Financial Affiars of other affiliated Debtors.**
>
> **Certain insiders are stockholders. In their capacity as stockholders, they may have received stock in lieu of cash dividends.**

### 4. Suits, executions, garnishments, and attachments

None ✔  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ✔  b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures, and returns

None ☑ — List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ — a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ — b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ — List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ — List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 o chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ — List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, or consultation concerning debt consolidation, relief under the bankruptcy laws, preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

   **See Attachment 9 of the Statement of Financial Affairs for Freedom Communications, Inc., for payments made on behalf of Freedom Communications, Inc. and the affiliated Debtors.**

### 10. Other transfers

None ☑ — List all other property, other than property transferred in the ordinary course of the business or financial affairs of the Debtor transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against debts or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑  If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

None ☑  ### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within **eight-years** immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purposes of this questions, the following definitions apply:

"Environmental Law" means any federal, state, of local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑    c. List all judicial or administrative proceedings, including settlements or order, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location, and names of business

None ☐    *a. If the debtor is an individual,* list the names, addresses and taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six-years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting of equity securities within the **six-years** immediately preceding the commencement of this case

*If the debtor is a partnership,* list the names, addresses and taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **six-years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses and taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **six-years** immediately preceding the commencement of this case.

**See attachment 18a of the Statement of Financial Affairs**

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six-years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sold proprietor or otherwise self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**Nancy S. Trillo, Vice President, Enterprise Finance, Controller & Treasurer. There may be additional employees who help maintain the books under supervision.**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Deloitte & Touche LLP, 695 Town Center Dr., Suite 1200, Costa Mesa, CA 92626** | **2007 to Present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**Nancy S. Trillo, Vice President, Enterprise Finance, Controller & Treasurer. There may be additional employees who help maintain the books under supervision.**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

**During the applicable period, the Debtor has periodically submitted its consolidated financial statements to its primary lenders, insurance carriers, and, in certain circumstances to other parties in the ordinary course of business, including in support of requests for extensions of trade credit and in connection with investor relations correspondence. Additionally, the Debtor may have provided financial statements to various third parties in connection with potential asset purchases or sales and evaluating prospective business relationships. A list of recipients is available upon request.**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of the debtor's property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent of more of the voting or equity securities of the corporation.

**See attachment 21b of the Statement of Financial Affairs**

**22. Former partners, officers, directors, and shareholders.**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within **one year** immediately preceding the commencement of this case.

**See attachment 22b of the Statement of Financial Affairs**

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**The Officers & Directors of this Debtor are also Officers & Directors of Freedom Communications, Inc. Payments made to such Officers & Directors are listed on the Statement of Financial Affairs of Freedom Communications Inc. or, where applicable, the Statements of Financial Affairs of other affiliated Debtors.**

**24. Tax Consolidation Group**

None ☐  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-years** immediately preceding the commencement of this case.

**See attachment 24 of the Statement of Financial Affairs**

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six-years** immediately preceding the commencement of this case.

**Freedom Communications Holdings, Inc.**
**Case Number: 09-13046**

Attachment 18a

**18a. Nature, location, and names of business**

| Name | Taxpayer ID No (ITIN) / Complete EIN | Address | End Date, if any |
|---|---|---|---|
| FREEDOM COMMUNICATIONS, INC. | 95-1140750 | 17666 FITCH, IRVINE, CA 92614 | |

**Specific Notes**

**Freedom Communications Holdings, Inc.**  
**Case Number: 09-13046**  
**Attachment 21b**

**21b. Current Officers, Directors and Stockholders holding 5% or more of the voting or equity securities**

| Name | Title | Nature and % of Stock Ownership |
|---|---|---|
| BLACKSTONE FC CAPITAL PARTNERS IV L.P. | STOCKHOLDER | 6.68% STOCKHOLDER |
| BLACKSTONE FC COMMUNICATIONS PARTNERS L.P. | STOCKHOLDER | 20.04% STOCKHOLDER |
| DOUGLAS RAYMOND HARDIE SEPARATE PROPERTY TRUST | STOCKHOLDER | 5.32% STOCKHOLDER |
| PROVIDENCE EQUITY PARTNERS IV L.P. | STOCKHOLDER | 18.99% STOCKHOLDER |
| ROBIN J. HARDIE SEPARATE PROPERTY TRUST | STOCKHOLDER | 5.44% STOCKHOLDER |
| THRESHIE, LTD. | STOCKHOLDER | 7.36% STOCKHOLDER |
| THOMAS W. BASSETT | CHAIRMAN, DIRECTOR AND STOCKHOLDER | |
| BURL OSBORNE | DIRECTOR AND INTERIM PRESIDENT & CHIEF EXECUTIVE OFFICER | |
| GREGORY J. WALLACE | DIRECTOR AND STOCKHOLDER | |
| ROBIN J. HARDIE | DIRECTOR AND STOCKHOLDER | |
| CHRIS PHILIBBOSIAN | DIRECTOR | |
| DAVID M. TOLLEY | DIRECTOR | |
| JAMES J. SPANFELLER | DIRECTOR | |
| JILL A. GREENTHAL | DIRECTOR | |
| RAYMOND C. H. BRYAN | DIRECTOR AND STOCKHOLDER | |
| WILLIAM F. BAKER | DIRECTOR | |
| DOREEN D. WADE | PRESIDENT, BROADCAST DIVISION | |
| DOUGLAS S. BENNETT | PRESIDENT, INTERACTIVE DIVISION | |
| JONATHAN SEGAL | PRESIDENT, NEWSPAPERS DIVISION | |
| KATHERINE BARTZOFF | ASSISTANT SECRETARY | |
| MARCY E. BRUSKIN | VICE PRESIDENT HUMAN RESOURCES AND ORGANIZATIONAL DEVELOPMENT | |
| MARK A. MCEACHEN | SENIOR VICE PRESIDENT & CHIEF FINANCIAL OFFICER | |
| NANCY S. TRILLO | VICE PRESIDENT, ENTERPRISE FINANCE, CONTROLLER & TREASURER | |
| RACHEL L. SAGAN | VICE PRESIDENT, GENERAL COUNSEL & SECRETARY | |

**Freedom Communications Holdings, Inc.**  
Case Number: 09-13046

**Attachment 22b**

**22b. Former Officers and Directors**

| Name | Title |
|---|---|
| HOLLY F. ETLIN | INTERIM CFO |
| JOANNE NORTON | VICE PRESIDENT SHAREHOLDER RELATIONS & ASSISTANT SECRETARY |
| SCOTT N. FLANDERS | PRESIDENT, CEO & DIRECTOR |

**24. Tax Consolidation Group**

| Legal Entity Which Paid Taxes | EIN |
|---|---|
| FREEDOM COMMUNICATIONS HOLDINGS, INC. | 33-0942814 |
| FREEDOM COMMUNICATIONS, INC. | 95-1140750 |

**Specific Notes**

Freedom Communications Holdings, Inc. became the parent of the consolidated group and Freedom Communications, Inc. ceased to be the parent of the consolidated group on May 18, 2004.