# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| **Freedom Broadcasting of Florida, Inc.** ) | **Case No: 09-13049 (BLS)** |
| Debtor. ) | |

## STATEMENT OF FINANCIAL AFFAIRS

Freedom Broadcasting of Florida, Inc. (the "Debtor") hereby submits its Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has compiled the information contained in the Schedules based on its books and records maintained in the ordinary course of business.

The Statements remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Schedules. The Debtor reserves the right to amend the Statements from time to time as may be necessary or appropriate.

### Declaration

I, Mark A. McEachen, in my capacity as a director, officer or authorized person acting on behalf of the Debtor, declare under penalty of perjury that I have reviewed the information contained in these Statements, and subject to any and all notes applicable to the Statements and my reliance on the Debtor's personnel, with the assistance of the Debtors' advisors, to the extent involved in the preparation of these Statements, that they are true and correct to the best of my knowledge, information and belief.

Dated: October 24, 2009

Signature

Name:  Mark A. McEachen

Title:  Senior Vice President & Chief Financial Officer
Freedom Communications Holdings, Inc.

# STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  |  | **Chapter 11** |
| In re: __Freedom Broadcasting of Florida, Inc.__ | **Case Number** | **09-13049** |
| Debtor. |  |  |

This statement is to be completed by every debtor. Spouses filing a joint petition may file a statement on which the informaiton for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of debtor's businessbusiness, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).

#### See attachment 1 of the Statement of Financial Affairs

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two year** immediately preceding the commencement of this case. Give particular If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).

### 3. Payments to Creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☐

b.*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**See attachment 3b of the Statement of Financial Affairs**

**None**
☐

c.*All debtors:* List all payments made within **one year** immediately preceeding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**See attachment 3c of the Statement of Financial Affairs**

**None**
☐

### 4. Suits, executions, garnishments, and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**See attachment 4a of the Statement of Financial Affairs**

**None**
☑

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures, and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**See attachment 7 of the Statement of Financial Affairs**

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 o chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**See attachment 8 of the Statement of Financial Affairs**

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, or consultation concerning debt consolidation, relief under the bankruptcy laws, preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**See Attachment 9 of the Statement of Financial Affairs for Freedom Communications, Inc., for payments made on behalf of Freedom Communications, Inc. and the affiliated Debtors.**

**10. Other transfers**

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the Debtor transferred either absolutely or as security on behalf of the Debtor within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11.  Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**See attachment 11 of  the Statement of Financial Affairs**

---

### 12.  Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13.  Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against debts or deposit of the debtor within   **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 14.  Property held for another person

List all property owned by another person that the debtor holds or controls.

---

### 15.  Prior address of debtor

None ☑

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None ☑

### 16.  Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within **eight-years** immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purposes of this questions, the following definitions apply:

"Environmental Law" means any federal, state, of local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or order, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location, and names of business

None ☐  *a. If the debtor is an individual,* list the names, addresses and taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six-years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting equity securities within the **six-years** immediately preceding the commencement of this case

   *If the debtor is a partnership,* list the names, addresses and taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **six-years** immediately preceding the commencement of this case.

   *If the debtor is a corporation,* list the names, addresses and taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **six-years** immediately preceding the commencement of this case.

**See attachment 18a of the Statement of Financial Affairs**

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six-years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sold proprietor or otherwise self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐     a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

> **Nancy S. Trillo, Vice President, Enterprise Finance, Controller & Treasurer of Freedom Communications Holdings, Inc., the parent corporation of all Debtors. There may be additional employees who help maintain the books under supervision.**

None ☐     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Deloitte & Touche LLP, 695 Town Center Dr., Suite 1200, Costa Mesa, CA 92626** | **2007 to Present** |

None ☐     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

> **Nancy S. Trillo, Vice President, Enterprise Finance, Controller & Treasurer of Freedom Communications Holdings, Inc., the parent corporation of all Debtors. There may be additional employees who help maintain the books under supervision.**

None ☐     d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

> **During the applicable period, Freedom Communications Holdings, Inc., the Debtors' parent company has periodically submitted its consolidated financial statements to its primary lenders, insurance carriers, and, in certain circumstances to other parties in the ordinary course of business, including in support of requests for extensions of trade credit and in connection with investor relations correspondence. Additionally, the Debtor may have provided financial statements to various third parties in connection with potential asset purchases or sales and evaluating prospective business relationships. A list of recipients is available upon request.**

### 20. Inventories

None ☑     a. List the dates of the last two inventories taken of the debtor's property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent of more of the voting or equity securities of the corporation.

**See attachment 21b of the Statement of Financial Affairs**

### 22. Former partners, officers, directors, and shareholders.

None ☑     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑     b. If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**See attachment 3c of the Statement of Financial Affairs.**

**The Debtor's receipts are regularly swept by Freedom Communications, Inc.**

### 24. Tax Consolidation Group

None ☐     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-years** immediately preceding the commencement of this case.

**See attachment 24 of the Statement of Financial Affairs**

### 25. Pension Funds

None ☑     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six-years** immediately preceding the commencement of this case.

**1.  Income from employment or operation of business.**

| Year | Amount |
|---|---|
| 12/31/2007 Revenue | $27,549,206 |
| 12/31/2008 Revenue | $25,673,023 |
| 8/31/2009 YTD Revenue | $12,553,234 |

**3b. Payments made to creditors within the period June 3, 2009 through August 31, 2009**

| Payee | Address | City, State & Zip | Clear Date | Payment Number | Payment Amount | Total Amount Paid |
|---|---|---|---|---|---|---|
| AIR COASTAL HELICOPTERS INC | 2615 LANTANA RD STE J | LANTANA, FL  33634 | 6/9/2009 | 04434 | $23,128 | |
| AIR COASTAL HELICOPTERS INC | 2615 LANTANA RD STE J | LANTANA, FL  33634 | 6/26/2009 | 06685 | $10,000 | |
| AIR COASTAL HELICOPTERS INC | 2615 LANTANA RD STE J | LANTANA, FL  33634 | 7/14/2009 | 08488 | $528 | |
| AIR COASTAL HELICOPTERS INC | 2615 LANTANA RD STE J | LANTANA, FL  33634 | 7/23/2009 | 09803 | $10,000 | |
| AIR COASTAL HELICOPTERS INC | 2615 LANTANA RD STE J | LANTANA, FL  33634 | 8/14/2009 | 122178 | $1,829 | |
| AIR COASTAL HELICOPTERS INC | 2615 LANTANA RD STE J | LANTANA, FL  33634 | 8/20/2009 | 123111 | $10,000 | |
| | | | TOTAL  **AIR COASTAL HELICOPTERS INC** | | | **$55,485** |
| AMERICAN EXPRESS | PO BOX  360001 | FT LAUDERDALE, FL  33336-0001 | 6/19/2009 | 433972 | $23,488 | |
| AMERICAN EXPRESS | PO BOX  360001 | FT LAUDERDALE, FL  33336-0001 | 7/21/2009 | 445658 | $20,748 | |
| AMERICAN EXPRESS | PO BOX  360001 | FT LAUDERDALE, FL  33336-0001 | 8/20/2009 | 452537 | $21,114 | |
| | | | TOTAL  **AMERICAN EXPRESS** | | | **$65,351** |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 6/3/2009 | 430740 | $1,809 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 6/12/2009 | 433353 | $824 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 6/17/2009 | 434844 | $281 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 7/8/2009 | 441546 | $744 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 7/24/2009 | 445299 | $1,632 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 7/30/2009 | 447591 | $2,297 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 8/10/2009 | 449430 | $2,782 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 8/12/2009 | 451672 | $747 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 8/21/2009 | 453472 | $1,980 | |
| ANGELS AUTO CARE CENTER | 1800  AVENUE  L | RIVIERA BEACH, FL  33404 | 8/28/2009 | 456043 | $1,067 | |
| | | | TOTAL  **ANGELS AUTO CARE CENTER** | | | **$14,163** |
| ASCAP - 7TH FL | ONE LINCOLN PLAZA, 7TH FL | NEW YORK, NY  10023 | 6/4/2009 | 430633 | $4,252 | |
| ASCAP - 7TH FL | ONE LINCOLN PLAZA, 7TH FL | NEW YORK, NY  10023 | 6/26/2009 | 436486 | $67 | |
| ASCAP - 7TH FL | ONE LINCOLN PLAZA, 7TH FL | NEW YORK, NY  10023 | 7/2/2009 | 439951 | $4,224 | |
| ASCAP - 7TH FL | ONE LINCOLN PLAZA, 7TH FL | NEW YORK, NY  10023 | 8/5/2009 | 449325 | $4,233 | |
| ASCAP - 7TH FL | ONE LINCOLN PLAZA, 7TH FL | NEW YORK, NY  10023 | 8/26/2009 | 455949 | $61 | |
| | | | TOTAL  **ASCAP - 7TH FL** | | | **$12,837** |
| ASSOCIATED PRESS BROADCAST SERVICES | PO BOX 414212 | BOSTON, MA  02241-4212 | 6/4/2009 | 430789 | $10,227 | |
| ASSOCIATED PRESS BROADCAST SERVICES | PO BOX 414212 | BOSTON, MA  02241-4212 | 7/7/2009 | 441590 | $10,227 | |
| ASSOCIATED PRESS BROADCAST SERVICES | PO BOX 414212 | BOSTON, MA  02241-4212 | 8/13/2009 | 451705 | $10,227 | |
| | | | TOTAL  **ASSOCIATED PRESS BROADCAST SERVICES** | | | **$30,680** |
| AT&T (SHARED) | PO BOX 105262 | ATLANTA, GA  30348-5262 | 6/18/2009 | 434055 | $861 | |
| AT&T (SHARED) | PO BOX 105262 | ATLANTA, GA  30348-5262 | 7/24/2009 | 445745 | $1,148 | |
| AT&T (SHARED) | PO BOX 105262 | ATLANTA, GA  30348-5262 | 8/21/2009 | 452670 | $1,043 | |
| | | | TOTAL  **AT&T (SHARED)** | | | **$3,052** |
| AT&T MOBILITY-CINGULAR WIRELESS | PO BOX 78405 | PHOENIX, AZ  85062-8405 | 6/11/2009 | 432633 | $4,391 | |
| AT&T MOBILITY-CINGULAR WIRELESS | PO BOX 78405 | PHOENIX, AZ  85062-8405 | 6/29/2009 | 435947 | $6,072 | |
| AT&T MOBILITY-CINGULAR WIRELESS | PO BOX 78405 | PHOENIX, AZ  85062-8405 | 8/12/2009 | 449069 | $5,525 | |
| | | | TOTAL  **AT&T MOBILITY-CINGULAR WIRELESS** | | | **$15,989** |
| AVID TECHNOLOGY INC | PO BOX 3197 | BOSTON, MA  02241-3197 | 6/16/2009 | 05476 | $12,950 | |
| | | | TOTAL  **AVID TECHNOLOGY INC** | | | **$12,950** |
| AWS - WEATHERBUG -Convergence Techn | DEPT 0152 - PO BOX 120152 | DALLAS, TX  75312-0152 | 6/11/2009 | 04664 | $1,167 | |
| AWS - WEATHERBUG -Convergence Techn | DEPT 0152 - PO BOX 120152 | DALLAS, TX  75312-0152 | 7/30/2009 | 10558 | $2,333 | |
| | | | TOTAL  **AWS - WEATHERBUG -Convergence Techn** | | | **$3,500** |
| BARON SERVICES INC | 4930 RESEARCH DR | HUNTSVILLE, AL  35805 | 6/18/2009 | 05758 | $5,115 | |
| BARON SERVICES INC | 4930 RESEARCH DR | HUNTSVILLE, AL  35805 | 7/23/2009 | 09621 | $5,115 | |

**3b. Payments made to creditors within the period June 3, 2009 through August 31, 2009**

| Payee | Address | City, State & Zip | Clear Date | Payment Number | Payment Amount | Total Amount Paid |
|---|---|---|---|---|---|---|
| BARON SERVICES INC | 4930 RESEARCH DR | HUNTSVILLE, AL  35805 | 8/14/2009 | 122142 | $5,115 | |
| | | **TOTAL   BARON SERVICES INC** | | | | $15,345 |
| BENNETT– RICHARD | 2020 AVENUE G | RIVIERA BEACH, FL  33404 | 6/15/2009 | 433359 | $700 | |
| BENNETT– RICHARD | 2020 AVENUE G | RIVIERA BEACH, FL  33404 | 7/3/2009 | 440045 | $2,330 | |
| BENNETT– RICHARD | 2020 AVENUE G | RIVIERA BEACH, FL  33404 | 8/10/2009 | 449436 | $2,330 | |
| BENNETT– RICHARD | 2020 AVENUE G | RIVIERA BEACH, FL  33404 | 8/31/2009 | 456050 | $2,330 | |
| | | **TOTAL   BENNETT– RICHARD** | | | | $7,690 |
| BLACK BOX CORPORATION | PO BOX 371671 | PITTSBURGH, PA  15251-7971 | 6/16/2009 | 434405 | $148 | |
| BLACK BOX CORPORATION | PO BOX 371671 | PITTSBURGH, PA  15251-7971 | 6/23/2009 | 436285 | $207 | |
| BLACK BOX CORPORATION | PO BOX 371671 | PITTSBURGH, PA  15251-7971 | 6/30/2009 | 439756 | $4,771 | |
| BLACK BOX CORPORATION | PO BOX 371671 | PITTSBURGH, PA  15251-7971 | 7/28/2009 | 447256 | $4,934 | |
| BLACK BOX CORPORATION | PO BOX 371671 | PITTSBURGH, PA  15251-7971 | 8/12/2009 | 451438 | $83 | |
| | | **TOTAL   BLACK BOX CORPORATION** | | | | $10,143 |
| BMI - BROADCAST MUSIC INTERNATIONAL | PO BOX 406785 | ATLANTA, GA  30384-6785 | 6/17/2009 | 434675 | $62 | |
| BMI - BROADCAST MUSIC INTERNATIONAL | PO BOX 406785 | ATLANTA, GA  30384-6785 | 7/3/2009 | 439952 | $3,533 | |
| BMI - BROADCAST MUSIC INTERNATIONAL | PO BOX 406785 | ATLANTA, GA  30384-6785 | 7/22/2009 | 445131 | $20 | |
| BMI - BROADCAST MUSIC INTERNATIONAL | PO BOX 406785 | ATLANTA, GA  30384-6785 | 8/10/2009 | 449327 | $3,311 | |
| | | **TOTAL   BMI - BROADCAST MUSIC INTERNATIONAL** | | | | $6,926 |
| BROADCAST INCENTIVE TRAVEL | 110 PAINTERS MILL RD  STE 36 | OWINGS MILL, MD  21117 | 6/16/2009 | 05249 | $87,472 | |
| | | **TOTAL   BROADCAST INCENTIVE TRAVEL** | | | | $87,472 |
| BUENA VISTA TELEVISION | 1000 W TEMPLE ST REMITTANCE BANKING-GRND FLR | LOS ANGELES, CA  90074-6582 | 6/10/2009 | 04447 | $59,635 | |
| BUENA VISTA TELEVISION | 1000 W TEMPLE ST REMITTANCE BANKING-GRND FLR | LOS ANGELES, CA  90074-6582 | 7/16/2009 | 08611 | $59,635 | |
| BUENA VISTA TELEVISION | 1000 W TEMPLE ST REMITTANCE BANKING-GRND FLR | LOS ANGELES, CA  90074-6582 | 8/12/2009 | 122031 | $59,635 | |
| | | **TOTAL   BUENA VISTA TELEVISION** | | | | $178,906 |
| C2 PRODUCTIONS– INC | 15 EAST 32ND ST 6TH FL | NEW YORK, NY  10016 | 6/4/2009 | 430676 | $3,200 | |
| C2 PRODUCTIONS– INC | 15 EAST 32ND ST 6TH FL | NEW YORK, NY  10016 | 7/23/2009 | 445177 | $1,600 | |
| C2 PRODUCTIONS– INC | 15 EAST 32ND ST 6TH FL | NEW YORK, NY  10016 | 8/6/2009 | 449359 | $1,600 | |
| | | **TOTAL   C2 PRODUCTIONS– INC** | | | | $6,400 |
| CBS NEWS - A DIVISION OF CBS INC | 21940 NETWORK PLACE | CHICAGO, IL  60673-1219 | 6/17/2009 | 434676 | $800 | |
| CBS NEWS - A DIVISION OF CBS INC | 21940 NETWORK PLACE | CHICAGO, IL  60673-1219 | 7/23/2009 | 445132 | $1,100 | |
| CBS NEWS - A DIVISION OF CBS INC | 21940 NETWORK PLACE | CHICAGO, IL  60673-1219 | 8/19/2009 | 453282 | $750 | |
| | | **TOTAL   CBS NEWS - A DIVISION OF CBS INC** | | | | $2,650 |
| CBS TELEVISION DISTRIBUTION | PO BOX 70642 | CHICAGO, IL  60673-0642 | 6/18/2009 | 434905 | $21,863 | |
| CBS TELEVISION DISTRIBUTION | PO BOX 70642 | CHICAGO, IL  60673-0642 | 7/23/2009 | 445353 | $21,863 | |
| CBS TELEVISION DISTRIBUTION | PO BOX 70642 | CHICAGO, IL  60673-0642 | 8/20/2009 | 453522 | $21,863 | |
| | | **TOTAL   CBS TELEVISION DISTRIBUTION** | | | | $65,588 |
| CBS TELEVISION NETWORK - JP MORGAN | JP MORGAN CHASE 22508 NETWORK PLACE | CHICAGO, IL  60673-1225 | 6/25/2009 | 436490 | $37,362 | |
| CBS TELEVISION NETWORK - JP MORGAN | JP MORGAN CHASE 22508 NETWORK PLACE | CHICAGO, IL  60673-1225 | 7/30/2009 | 447473 | $37,362 | |
| CBS TELEVISION NETWORK - JP MORGAN | JP MORGAN CHASE 22508 NETWORK PLACE | CHICAGO, IL  60673-1225 | 8/27/2009 | 455955 | $37,362 | |
| | | **TOTAL   CBS TELEVISION NETWORK - JP MORGAN** | | | | $112,086 |
| CDW DIRECT LLC | PO BOX 75723 | CHICAGO, IL  60675-5723 | 7/8/2009 | 441200 | $518 | |
| CDW DIRECT LLC | PO BOX 75723 | CHICAGO, IL  60675-5723 | 7/23/2009 | 444846 | $659 | |
| CDW DIRECT LLC | PO BOX 75723 | CHICAGO, IL  60675-5723 | 8/6/2009 | 449137 | $27 | |
| CDW DIRECT LLC | PO BOX 75723 | CHICAGO, IL  60675-5723 | 8/20/2009 | 452976 | $371 | |
| | | **TOTAL   CDW DIRECT LLC** | | | | $1,575 |
| CNN NEWSOURCE SALES | PO BOX 532455 | CHARLOTTE, NC  28290-2455 | 6/3/2009 | 430632 | $975 | |

**3b. Payments made to creditors within the period June 3, 2009 through August 31, 2009**

| Payee | Address | City, State & Zip | Clear Date | Payment Number | Payment Amount | Total Amount Paid |
|---|---|---|---|---|---|---|
| CNN NEWSOURCE SALES | PO BOX 532455 | CHARLOTTE, NC 28290-2455 | 6/25/2009 | 436485 | $430 | |
| CNN NEWSOURCE SALES | PO BOX 532455 | CHARLOTTE, NC 28290-2455 | 7/6/2009 | 441415 | $3,885 | |
| CNN NEWSOURCE SALES | PO BOX 532455 | CHARLOTTE, NC 28290-2455 | 8/12/2009 | 451587 | $80 | |
| CNN NEWSOURCE SALES | PO BOX 532455 | CHARLOTTE, NC 28290-2455 | 8/18/2009 | 453280 | $2,045 | |
| | | TOTAL  CNN NEWSOURCE SALES | | | | $7,415 |
| CUMMINS POWER SOUTH LLC | PO BOX 403896 | ATLANTA, GA 30384-3896 | 7/7/2009 | 441622 | $264 | |
| CUMMINS POWER SOUTH LLC | PO BOX 403896 | ATLANTA, GA 30384-3896 | 7/30/2009 | 10459 | $7,915 | |
| CUMMINS POWER SOUTH LLC | PO BOX 403896 | ATLANTA, GA 30384-3896 | 8/20/2009 | 123010 | $270 | |
| | | TOTAL  CUMMINS POWER SOUTH LLC | | | | $8,449 |
| DELL MARKETING LP | PO BOX 910916 | PASADENA, CA 91110-0916 | 8/11/2009 | 451404 | $746 | |
| DELL MARKETING LP | PO BOX 910916 | PASADENA, CA 91110-0916 | 8/18/2009 | 452966 | $11,267 | |
| | | TOTAL  DELL MARKETING LP | | | | $12,013 |
| DIELECTRIC COMMUNICATIONS | PO BOX 277883 | ATLANTA, GA 30384-7883 | 7/22/2009 | 445098 | $504 | |
| DIELECTRIC COMMUNICATIONS | PO BOX 277883 | ATLANTA, GA 30384-7883 | 7/28/2009 | 447447 | $5,861 | |
| DIELECTRIC COMMUNICATIONS | PO BOX 277883 | ATLANTA, GA 30384-7883 | 8/6/2009 | 449310 | $48,410 | |
| | | TOTAL  DIELECTRIC COMMUNICATIONS | | | | $54,775 |
| FLA Dept of Rev | 5050 W TENNESSEE ST | TALLAHASSEE, FL 32399-0125 | 6/19/2009 | ACH | $1,204 | |
| FLA Dept of Rev | 5050 W TENNESSEE ST | TALLAHASSEE, FL 32399-0125 | 7/20/2009 | ACH | $743 | |
| FLA Dept of Rev | 5050 W TENNESSEE ST | TALLAHASSEE, FL 32399-0125 | 8/20/2009 | ACH | $10,771 | |
| | | TOTAL  FLA Dept of Rev | | | | $12,718 |
| FLEET SERVICES | PO BOX 6293 | CAROL STREAM, IL 60197-6293 | 6/4/2009 | 430783 | $5,441 | |
| FLEET SERVICES | PO BOX 6293 | CAROL STREAM, IL 60197-6293 | 7/8/2009 | 441585 | $6,428 | |
| FLEET SERVICES | PO BOX 6293 | CAROL STREAM, IL 60197-6293 | 7/28/2009 | 447641 | $6,749 | |
| FLEET SERVICES | PO BOX 6293 | CAROL STREAM, IL 60197-6293 | 8/26/2009 | 455757 | $6,908 | |
| | | TOTAL  FLEET SERVICES | | | | $25,527 |
| FLORIDA POWER & LIGHT COMPANY (FPL) | GENERAL MAIL FACILITY | MIAMI, FL 33188-0001 | 7/21/2009 | 445484 | $17,234 | |
| FLORIDA POWER & LIGHT COMPANY (FPL) | GENERAL MAIL FACILITY | MIAMI, FL 33188-0001 | 7/28/2009 | 448009 | $5,958 | |
| FLORIDA POWER & LIGHT COMPANY (FPL) | GENERAL MAIL FACILITY | MIAMI, FL 33188-0001 | 8/20/2009 | 456549 | $6,436 | |
| | | TOTAL  FLORIDA POWER & LIGHT COMPANY (FPL) | | | | $29,628 |
| GLOBAL ALLIANCE ENVIROGREEN BUILDING SOLUTIONS | 1700 N DIXIE HIGHWAY SUITE 145 | BOCA RATON, FL 33432 | 6/3/2009 | 03856 | $1,088 | |
| GLOBAL ALLIANCE ENVIROGREEN BUILDING SOLUTIONS | 1700 N DIXIE HIGHWAY SUITE 145 | BOCA RATON, FL 33432 | 7/16/2009 | 08740 | $2,750 | |
| GLOBAL ALLIANCE ENVIROGREEN BUILDING SOLUTIONS | 1700 N DIXIE HIGHWAY SUITE 145 | BOCA RATON, FL 33432 | 8/14/2009 | 122171 | $2,652 | |
| GLOBAL ALLIANCE ENVIROGREEN BUILDING SOLUTIONS | 1700 N DIXIE HIGHWAY SUITE 145 | BOCA RATON, FL 33432 | 8/20/2009 | 123099 | $700 | |
| | | TOTAL  GLOBAL ALLIANCE ENVIROGREEN BUILDING SOLUTIONS | | | | $7,190 |
| HARRIS CORP BROADCAST - CHICAGO | PO BOX 96776 | CHICAGO, IL 60693 | 7/23/2009 | 09554 | $161 | |
| | | TOTAL  HARRIS CORP BROADCAST - CHICAGO | | | | $161 |
| HEARTLAND VIDEO SYSTEMS~ INC | 1311 PILGRIM RD | PLYMOUTH, WI 53073 | 7/10/2009 | 441549 | $248 | |
| HEARTLAND VIDEO SYSTEMS~ INC | 1311 PILGRIM RD | PLYMOUTH, WI 53073 | 8/28/2009 | 456046 | $1,612 | |
| | | TOTAL  HEARTLAND VIDEO SYSTEMS~ INC | | | | $1,860 |
| MUSIC REPORT INC (MRI) | 21122 ERWIN ST | WOODLAND HILL, CA 91367 | 6/23/2009 | 436489 | $1,275 | |
| MUSIC REPORT INC (MRI) | 21122 ERWIN ST | WOODLAND HILL, CA 91367 | 7/28/2009 | 447471 | $1,275 | |
| MUSIC REPORT INC (MRI) | 21122 ERWIN ST | WOODLAND HILL, CA 91367 | 8/25/2009 | 455954 | $1,275 | |
| | | TOTAL  MUSIC REPORT INC (MRI) | | | | $3,825 |
| NAB BROADCASTERS (NATIONAL ASSOC OF BROADCASTER) | PO BOX 1474 | WASHINGTON, DC 20013-1474 | 6/18/2009 | 434637 | $896 | |
| NAB BROADCASTERS (NATIONAL ASSOC OF BROADCASTER) | PO BOX 1474 | WASHINGTON, DC 20013-1474 | 7/23/2009 | 445090 | $896 | |

**3b. Payments made to creditors within the period June 3, 2009 through August 31, 2009**

| Payee | Address | City, State & Zip | Clear Date | Payment Number | Payment Amount | Total Amount Paid |
|---|---|---|---|---|---|---|
| NAB BROADCASTERS (NATIONAL ASSOC OF BROADCASTER) | PO BOX 1474 | WASHINGTON, DC  20013-1474 | 8/20/2009 | 453238 | $896 | |
| | | TOTAL   NAB BROADCASTERS (NATIONAL ASSOC OF BROADCASTER) | | | | $2,688 |
| Neopost | PO BOX 31021 | TAMPA, FL  33631-3021 | 7/2/2009 | ACH | $2,570 | |
| Neopost | PO BOX 31021 | TAMPA, FL  33631-3021 | 8/24/2009 | ACH | $500 | |
| | | TOTAL   Neopost | | | | $3,070 |
| NIELSEN MEDIA RESEARCH INC - EFT | PO BOX 532453 | CHARLOTTE, NC  28290-2453 | 6/18/2009 | 05757 | $125 | |
| NIELSEN MEDIA RESEARCH INC - EFT | PO BOX 532453 | CHARLOTTE, NC  28290-2453 | 7/23/2009 | 09618 | $125 | |
| NIELSEN MEDIA RESEARCH INC - EFT | PO BOX 532453 | CHARLOTTE, NC  28290-2453 | 8/20/2009 | 123086 | $125 | |
| | | TOTAL   NIELSEN MEDIA RESEARCH INC - EFT | | | | $375 |
| OneDOMAIN INC | 501 RIVERCHASE PKWY E STE 200 | HOOVER, AL  35244 | 6/11/2009 | 04655 | $1,475 | |
| OneDOMAIN INC | 501 RIVERCHASE PKWY E STE 200 | HOOVER, AL  35244 | 7/16/2009 | 08706 | $1,475 | |
| OneDOMAIN INC | 501 RIVERCHASE PKWY E STE 200 | HOOVER, AL  35244 | 7/30/2009 | 10549 | $1,475 | |
| | | TOTAL   OneDOMAIN INC | | | | $4,425 |
| PINNACLE TOWERS LLC # 409250 | PO BOX 409250 | ATLANTA, GA  30384-9250 | 6/26/2009 | 438965 | $2,088 | |
| PINNACLE TOWERS LLC # 409250 | PO BOX 409250 | ATLANTA, GA  30384-9250 | 7/29/2009 | 447942 | $2,088 | |
| PINNACLE TOWERS LLC # 409250 | PO BOX 409250 | ATLANTA, GA  30384-9250 | 8/25/2009 | 456485 | $2,088 | |
| | | TOTAL   PINNACLE TOWERS LLC # 409250 | | | | $6,263 |
| PROFESSIONAL COMMUNICATIONS SYSTEMS | 5426 BEAUMONT CENTER BLVD STE 350 | TAMPA, FL  33634 | 7/7/2009 | 441534 | $1,013 | |
| PROFESSIONAL COMMUNICATIONS SYSTEMS | 5426 BEAUMONT CENTER BLVD STE 350 | TAMPA, FL  33634 | 7/22/2009 | 445284 | $2,585 | |
| PROFESSIONAL COMMUNICATIONS SYSTEMS | 5426 BEAUMONT CENTER BLVD STE 350 | TAMPA, FL  33634 | 8/14/2009 | 451666 | $533 | |
| PROFESSIONAL COMMUNICATIONS SYSTEMS | 5426 BEAUMONT CENTER BLVD STE 350 | TAMPA, FL  33634 | 8/19/2009 | 453462 | $5,419 | |
| | | TOTAL   PROFESSIONAL COMMUNICATIONS SYSTEMS | | | | $9,549 |
| REX THREE INC | 15431 SW 14TH ST | SUNRISE, FL  33326 | 7/1/2009 | 439792 | $21,609 | |
| | | TOTAL   REX THREE INC | | | | $21,609 |
| SIMPLEXGRINNELL LP | DEPT CH 10320 | PALATINE, IL  60055-0320 | 7/30/2009 | 10476 | $653 | |
| | | TOTAL   SIMPLEXGRINNELL LP | | | | $653 |
| SOUTH FLORIDA BUSINESS REPORT - DAVID WEIR | 125 SHORE CT 207B | NORTH PALM BEACH, FL  33408 | 6/3/2009 | 03825 | $405 | |
| SOUTH FLORIDA BUSINESS REPORT - DAVID WEIR | 125 SHORE CT 207B | NORTH PALM BEACH, FL  33408 | 7/1/2009 | 07391 | $4,500 | |
| SOUTH FLORIDA BUSINESS REPORT - DAVID WEIR | 125 SHORE CT 207B | NORTH PALM BEACH, FL  33408 | 7/16/2009 | 08924 | $672 | |
| SOUTH FLORIDA BUSINESS REPORT - DAVID WEIR | 125 SHORE CT 207B | NORTH PALM BEACH, FL  33408 | 8/14/2009 | 121738 | $973 | |
| | | TOTAL   SOUTH FLORIDA BUSINESS REPORT - DAVID WEIR | | | | $6,550 |
| SPECTRASITE  COMMUNICATIONS INC | PO BOX  751760 | CHARLOTTE, NC  28275-1760 | 6/16/2009 | 434340 | $2,978 | |
| SPECTRASITE  COMMUNICATIONS INC | PO BOX  751760 | CHARLOTTE, NC  28275-1760 | 7/22/2009 | 444804 | $2,978 | |
| SPECTRASITE  COMMUNICATIONS INC | PO BOX  751760 | CHARLOTTE, NC  28275-1760 | 8/18/2009 | 454211 | $2,978 | |
| | | TOTAL   SPECTRASITE  COMMUNICATIONS INC | | | | $8,934 |
| STAPLES ADVANTAGE | PO BOX 71217 | CHICAGO, IL  60694-1217 | 6/12/2009 | 433389 | $859 | |
| STAPLES ADVANTAGE | PO BOX 71217 | CHICAGO, IL  60694-1217 | 6/25/2009 | 436661 | $1,301 | |
| STAPLES ADVANTAGE | PO BOX 71217 | CHICAGO, IL  60694-1217 | 7/29/2009 | 447255 | $363 | |
| STAPLES ADVANTAGE | PO BOX 71217 | CHICAGO, IL  60694-1217 | 8/12/2009 | 451437 | $2,164 | |
| | | TOTAL   STAPLES ADVANTAGE | | | | $4,687 |
| TELCOVE OPERATIONS | DEPARTMENT 182 | DENVER, CO  80291-0182 | 6/17/2009 | 434090 | $6,401 | |
| TELCOVE OPERATIONS | DEPARTMENT 182 | DENVER, CO  80291-0182 | 7/8/2009 | 07967 | $6,478 | |
| TELCOVE OPERATIONS | DEPARTMENT 182 | DENVER, CO  80291-0182 | 8/20/2009 | 123128 | $6,504 | |
| | | TOTAL   TELCOVE OPERATIONS | | | | $19,382 |

**3b. Payments made to creditors within the period June 3, 2009 through August 31, 2009**

| Payee | Address | City, State & Zip | Clear Date | Payment Number | Payment Amount | Total Amount Paid |
|---|---|---|---|---|---|---|
| TELEREP LLC | PO BOX 101936 | ATLANTA, GA  30392 | 6/3/2009 | 430635 | $40,077 | |
| TELEREP LLC | PO BOX 101936 | ATLANTA, GA  30392 | 7/6/2009 | 439953 | $23,097 | |
| TELEREP LLC | PO BOX 101936 | ATLANTA, GA  30392 | 7/30/2009 | 447039 | $21,275 | |
| TELEREP LLC | PO BOX 101936 | ATLANTA, GA  30392 | 8/6/2009 | 448467 | $16,884 | |
| TELEREP LLC | PO BOX 101936 | ATLANTA, GA  30392 | 8/20/2009 | 452771 | $6,150 | |
| | | **TOTAL   TELEREP LLC** | | | | **$107,482** |
| TOWER CONSULTANTS INC | 15 SURREY CT | COLUMBIA, SC  29212 | 8/11/2009 | 449355 | $83,478 | |
| | | **TOTAL   TOWER CONSULTANTS INC** | | | | **$83,478** |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 6/10/2009 | 432689 | $71 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 6/18/2009 | 434133 | $124 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 6/24/2009 | 436014 | $79 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 7/1/2009 | 439256 | $34 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 7/6/2009 | 440730 | $85 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 7/16/2009 | 443191 | $67 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 7/23/2009 | 444116 | $91 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 7/29/2009 | 447681 | $80 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 8/4/2009 | 448601 | $265 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 8/11/2009 | 451749 | $86 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 8/19/2009 | 453579 | $70 | |
| UPS - CONSOLIDATED BILLING ACCOUNT | PO BOX 894820 | LOS ANGELES, CA  90189-4820 | 8/26/2009 | 456143 | $55 | |
| | | **TOTAL   UPS - CONSOLIDATED BILLING ACCOUNT** | | | | **$1,109** |
| UTAH SCIENTIFIC | 4750 WILEY POST WAY  SUITE 150 | SALT LAKE CITY, UT  84116 | 7/7/2009 | 441551 | $8,815 | |
| UTAH SCIENTIFIC | 4750 WILEY POST WAY  SUITE 150 | SALT LAKE CITY, UT  84116 | 7/28/2009 | 447597 | $3,412 | |
| | | **TOTAL   UTAH SCIENTIFIC** | | | | **$12,227** |
| VIDEO COMMUNICATIONS INC | 146 CHESTNUT ST | SPRINGFIELD, MA  01103 | 6/16/2009 | 434582 | $3,609 | |
| VIDEO COMMUNICATIONS INC | 146 CHESTNUT ST | SPRINGFIELD, MA  01103 | 7/22/2009 | 445038 | $3,609 | |
| VIDEO COMMUNICATIONS INC | 146 CHESTNUT ST | SPRINGFIELD, MA  01103 | 8/18/2009 | 453169 | $10,836 | |
| | | **TOTAL   VIDEO COMMUNICATIONS INC** | | | | **$18,054** |
| WEATHER CENTRAL | PO BOX 88688 | MILWAUKEE, WI  53288-0688 | 6/5/2009 | 430672 | $1,001 | |
| WEATHER CENTRAL | PO BOX 88688 | MILWAUKEE, WI  53288-0688 | 6/19/2009 | 434727 | $5,189 | |
| WEATHER CENTRAL | PO BOX 88688 | MILWAUKEE, WI  53288-0688 | 7/1/2009 | 439981 | $1,001 | |
| WEATHER CENTRAL | PO BOX 88688 | MILWAUKEE, WI  53288-0688 | 8/19/2009 | 453010 | $1,001 | |
| | | **TOTAL   WEATHER CENTRAL** | | | | **$8,192** |
| | | **TOTAL** | | | | **$1,191,074** |

**General Notes**

Freedom Communications, Inc. transfers the requisite funds to Freedom Services, Inc., which in turn issues the applicable payments to the creditors of the Debtor.

Due to privacy concerns, this Statement does not include employee payroll amounts. Upon request, a list of such amounts will be provided on a confidential basis to the Office of the United States Trustee and key interested parties who have executed a confidentiality agreement.

**3c. Payments made to insiders within the period September 1, 2008 through August 31, 2009**

| Payee | Description | Check Date | Payment Number | Payment Amount | Total Amount Paid |
|-------|-------------|------------|----------------|----------------|-------------------|
| Dawson-Wade, Doreen | Expense Reimbursement | 9/25/2008 | 315486 | $29 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 9/25/2008 | 315486 | $24 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 9/25/2008 | 315486 | $71 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 9/25/2008 | 315486 | $12 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 12/4/2008 | 343340 | $91 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 12/4/2008 | 343340 | $47 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 12/4/2008 | 343340 | $52 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 12/4/2008 | 343340 | $118 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 12/4/2008 | 343340 | $28 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 12/4/2008 | 343340 | $180 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $16 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $155 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $40 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $119 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $17 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $26 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $43 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $24 | |
| Dawson-Wade, Doreen | Expense Reimbursement | 5/21/2009 | 427150 | $34 | |
| | | **TOTAL   Dawson-Wade, Doreen** | | | **$1,126** |
| Kennedy, Edward Brien | Expense Reimbursement | 10/1/2008 | 70352 | $2,041 | |
| Kennedy, Edward Brien | Expense Reimbursement | 10/1/2008 | 70352 | $626 | |
| Kennedy, Edward Brien | Expense Reimbursement | 10/1/2008 | 70352 | $807 | |
| Kennedy, Edward Brien | Expense Reimbursement | 10/1/2008 | 70352 | $1,547 | |
| Kennedy, Edward Brien | Expense Reimbursement | 11/17/2008 | 77157 | $858 | |
| Kennedy, Edward Brien | Expense Reimbursement | 11/20/2008 | 77860 | $1,246 | |
| Kennedy, Edward Brien | Expense Reimbursement | 12/31/2008 | 83428 | $470 | |
| Kennedy, Edward Brien | Expense Reimbursement | 3/6/2009 | 92281 | $707 | |
| Kennedy, Edward Brien | Expense Reimbursement | 4/27/2009 | 98302 | $193 | |
| Kennedy, Edward Brien | Expense Reimbursement | 6/15/2009 | 05195 | $41 | |
| | | **TOTAL   Kennedy, Edward Brien** | | | **$8,537** |
| | | | **TOTAL** | | **$9,662** |

## General Notes

Freedom Communications, Inc. transfers the requisite funds to Freedom Services, Inc., which in turn issues the applicable payments to the insiders of the Debtor.

The Debtor's Officers and Directors include individuals who are not employed by this Debtor or did not otherwise receive payments attributable to this Debtor. Any payments received by such individuals are reflected on the Statements of the affiliated Debtors who employ or are otherwise obligated to such individuals.

Amounts above may include non-cash compensation, including but not limited to personal auto use, club memberships, or the employers' contribution to non-qualified plans.  These amounts are taxable to the individuals who received them.

**4a(ii).  Suits and Administrative Proceedings - Debtor as Defendant**

| Case Name | Case Number | Court Name and Location |
|---|---|---|
| MOSES MIMS, JR., V. CHRISTOPHER D. GOLDEN, INDIVIDUAL AND FREEDOM COMMUNICATIONS, INC., DBA WPEC CHANNEL 12 | 50-2008CA-15503 | IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT AND FOR PALM BEACH COUNTY, FLORIDA, FLORIDA |

**Specific Notes**

**4a(iii).  Suits and Administrative Proceedings - Worker's Compensation**

| Claimant Name | Claim Number | Location - City, State  Zip | Status or Disposition |
|---|---|---|---|
| CASEY LANG | 20071060066-0001 | FLORIDA DIVISION OF WORKERS COMPENSATION , FL | PENDING |
| PAUL KASPRZYK | 30090205958-0001 | FLORIDA DIVISION OF WORKERS COMPENSATION , FL | PENDING |

**Specific Notes**

**7. Gifts**

| Payee | Address | City, State, Zip | Amount |
|-------|---------|------------------|--------|
| EQUALITY OF LIFE | 4203 FAIRWAY DR N | JUPITER, FL  33477 | $195 |
| SAVE A PET FLORIDA INC | PO BOX 2444 | WEST PALM BEACH, FL 33480 | $120 |
| | | **Total:** | **$315** |

## 8. Losses

| <u>Date</u> | <u>Description</u> | <u>Total Loss Amount</u> | <u>Company Exposure</u> |
|---|---|---|---|
| 8/5/2009 | DAMAGE DUE TO LIVE VAN HITTING TELEPHONE LINE, DAMAGING MICROWAVE MAST & SATELLITE DISH | $29,284 | $29,284 |
| | **TOTAL** | **$29,284** | **$29,284** |

<u>Specific Notes</u>

The loss amount was less than the policy deductible.

**11. Closed Financial Accounts**

| Bank | Bank Address | City, State Zip | Account Number | Description | Close Date |
|------|-------------|-----------------|----------------|-------------|-----------|
| BANK OF AMERICA | 1655 GRANT ST BDG A, FL 10 | CONCORD, CA 94520-2445 | 1233064048 | PETTY CASH | 2/1/2009 |
| WACHOVIA | 3579 ATLANTA AVENUE | ATLANTA, GA 30354 | 2000009488977 | DEPOSITORY | 2/25/2009 |
| WACHOVIA | 3579 ATLANTA AVENUE | ATLANTA, GA 30354 | 2079930009090 | CONTROLLED DISBURSEMENT ACCT | 2/25/2009 |
| WACHOVIA | 3579 ATLANTA AVENUE | ATLANTA, GA 30354 | 2090001005096 | DEPOSITORY | 2/13/2009 |

**18a.  Nature, location, and names of business**

| Name | Taxpayer ID No (ITIN) / Complete EIN | Address | End Date, if any |
|---|---|---|---|
| FREEDOM BROADCASTING OF FLORIDA LICENSEE, L.L.C. | 20-0501198 | 1100 FAIRFIELD DRIVE, WEST PALM BEACH, FL 33407 | |

**Specific Notes**

**21b.  Current Officers, Directors and Stockholders holding 5% or more of the voting or equity securities**

| Name | Title | Nature and % of Stock Ownership |
|------|-------|--------------------------------|
| FREEDOM BROADCASTING, INC. | SHAREHOLDER | 100% OWNER |
| BRIEN KENNEDY | EXECUTIVE VICE PRESIDENT & GENERAL MANAGER, WPEC | |
| DOREEN D. WADE | DIRECTOR AND PRESIDENT | |
| KATHERINE BARTZOFF | ASSISTANT SECRETARY | |
| MARK A. MCEACHEN | DIRECTOR AND SENIOR VICE PRESIDENT & CHIEF FINANCIAL OFFICER | |
| NANCY S. TRILLO | DIRECTOR AND VICE PRESIDENT & CONTROLLER | |
| RACHEL L. SAGAN | SECRETARY | |

## 24. Tax Consolidation Group

| Legal Entity Which Paid Taxes | EIN |
|---|---|
| FREEDOM COMMUNICATIONS HOLDINGS, INC. | 33-0942814 |
| FREEDOM COMMUNICATIONS, INC. | 95-1140750 |

**Specific Notes**

Freedom Communications Holdings, Inc. became the parent of the consolidated group and Freedom Communications, Inc. ceased to be the parent of the consolidated group on May 18, 2004.