IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FREEDOM COMMUNICATIONS HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 09-13046 (BLS) |
| | ) | Re: Docket No. 371 & 372 |
| Debtor. | ) ) | |
| | ) | |

Objection Deadline: December 7, 2009 at 10:00 a.m. (ET)
Hearing Date: December 17, 2009 at 2:00 p.m. (ET)

## SUPPLEMENT TO COMMITTEE'S OBJECTION TO DEBTORS' DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION

---

[1] The debtors in these chapter 11 cases ("Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Freedom Communications Holdings, Inc. (2814); Freedom Communications, Inc. (0750); Freedom Broadcasting, Inc. (0025); Freedom Broadcasting of Florida, Inc. (6581); Freedom Broadcasting of Florida Licensee, LLC (1198); Freedom Broadcasting of Michigan, Inc. (6110); Freedom Broadcasting of Michigan Licensee, LLC (1122); Freedom Broadcasting of New York, Inc. (6522); Freedom Broadcasting of New York Licensee, LLC (9356); Freedom Broadcasting of Oregon, Inc. (7291); Freedom Broadcasting of Oregon Licensee, LLC (9295); Freedom Broadcasting of Southern New England, Inc. (7274); Freedom Broadcasting of Southern New England Licensee, LLC (1177); Freedom Broadcasting of Texas, Inc. (2093); Freedom Broadcasting of Texas Licensee, LLC (1147); Freedom Broadcasting of Tennessee, Inc. (7961); Freedom Broadcasting of Tennessee Licensee, LLC (9430); Freedom Magazines, Inc. (0328); Freedom Metro Information, Inc. (1604); Freedom Newspapers, Inc. (3240); Orange County Register Communications, Inc. (7980); OCR Community Publications, Inc. (9752); OCR Information Marketing, Inc. (7983); Appeal-Democrat, Inc. (4121); Florida Freedom Newspapers, Inc. (4227); Freedom Arizona Information, Inc. (5796); Freedom Colorado Information, Inc. (7806); Freedom Eastern North Carolina Communications, Inc. (5563); Freedom Newspapers of Illinois, Inc. (2222); Freedom Newspapers of Southwestern Arizona, Inc. (5797); Freedom Shelby Star, Inc. (8425); Illinois Freedom Newspapers, Inc. (8308); Missouri Freedom Newspapers, Inc. (8310); Odessa American (7714); The Times-News Publishing Company (0230); Victor Valley Publishing Company (6082); Daily Press (3610); Freedom Newspaper Acquisitions, Inc. (4322); The Clovis News-Journal (5820); Freedom Newspapers of New Mexico, LLC (5360); Gaston Gazette LLP (4885); Lima News (6918); Porterville Recorder Company (7735); Seymour Tribune Company (7550); Victorville Publishing Company (7617); Freedom Newspapers (7766); The Creative Spot, LLC (2420); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Services, Inc. (3125). The address for Freedom Communications Holdings, Inc. and certain other Debtors is 17666 Fitch, Irvine, California 92614.

The Official Committee of Unsecured Creditors (the "Committee") of Freedom Communications Holdings, Inc. ("Freedom") and its affiliated debtors (collectively with Freedom, the "Debtors"), by and through its counsel, respectfully submits this supplement to the chart attached to its initial objection to the adequacy of the *Disclosure Statement With Respect to Joint Plan of Reorganization Under Chapter 11, Title 11, United States Code of Freedom Communications Holdings, Inc., et al., Debtors* [Docket No. 372] (the "Disclosure Statement"). Late in the day on December 14, 2009, the Debtors filed an amended and supplemented disclosure statement. While the Committee was left with insufficient time to respond to the multitude of changes made to the proposed Disclosure Statement and the plan itself, the Committee attempted to update the chart attached as Exhibit A to its initial objection in an effort to highlight for the Court the continuing deficiencies in the Disclosure Statement. The updated chart is annexed hereto as **Exhibit A**.

## Conclusion

The Committee reserves its right to further supplement this Objection. Based upon its initial objection and this supplement, the Committee respectfully requests that the Court deny approval of the Disclosure Statement, find that the proposed Plan is patently unconfirmable on its face, and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: December 17, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ B. Grohsgal*<br>Robert J. Feinstein (NY Bar No. RF-2836)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Bruce Grohsgal (DE Bar No. 3583)<br>David A. Abadir (NY Bar No. DA-0741)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: rfeinstein@pszjlaw.com<br>      akornfeld@pszjlaw.com<br>      bgrohsgal@pszjlaw.com<br>      dabadir@pszjlaw.com<br><br>Counsel to the Official Committee of Unsecured Creditors for Freedom Communications Holdings, Inc. et al. |