| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| Daily Press | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-13083 |
| Debtor | } **Amount $1,000.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ST MARY HOSPITAL FOUNDATION**
**PO BOX 7025**
**APPLE VALLEY, CA 92307**

The transfer of your claim as shown above in the amount of **$1,000.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3092297

## TRANSFER NOTICE

ST MARY HOSPITAL FOUNDATION ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for ____ ____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Daily Press** (the "Debtor"), in the aggregate amount of **$1,000.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware. administered as Case No. 09-13083.

IN WITNESS WHEREOF, Assignor has signed below as of the 8th day of December, 2009.

ST MARY HOSPITAL FOUNDATION

(Signature)

Randy Bevilacqua, VP
(Print Name and Title)



(Signature)

Michael Handler
(Print Name of Witness)

Daily Press
ST MARY HOSPITAL FOUNDATION

3092297