# EXHIBIT B

## Asset Purchase Agreement

**ASSET PURCHASE AGREEMENT**

by and among

**1013 Communications, LLC**

("Buyer"),

**Freedom Arizona Information, Inc.**

("Seller"),

and solely for purposes of Article VII,

**Freedom Newspapers, Inc.**

("Freedom Newspapers")

Dated as of February 12, 2010

# TABLE OF CONTENTS

**Page**

ARTICLE I DEFINITIONS ....................................................................................... 1

ARTICLE II PURCHASE AND SALE OF ASSETS; ASSUMPTION OF LIABILITIES ......... 9
2.1   Purchase and Sale of Purchased Business Assets and Purchased
      Real Property.......................................................................... 9
2.2   Assumption of Liabilities ................................................... 11
2.3   Purchase Price Adjustment ................................................. 12
2.4   Post-Closing Adjustment ..................................................... 12
2.5   Adequacy of Consideration ................................................. 14
2.6   Conditions Precedent and Closing..................................... 14

ARTICLE III REPRESENTATIONS AND WARRANTIES OF BUYER ............................. 17
3.1   Organization ........................................................................ 17
3.2   Authorization ....................................................................... 17
3.3   Financial Capability ............................................................ 18
3.4   Information; Reliance .......................................................... 18
3.5   Brokers and Finders ............................................................ 18
3.6   Buyer Acknowledgement .................................................... 18

ARTICLE IV REPRESENTATIONS AND WARRANTIES OF SELLER........................... 19
4.1   Organization ........................................................................ 19
4.2   Authorization ....................................................................... 19
4.3   Status of Assets and Leases of Seller ................................. 20
4.4   Litigation .............................................................................. 20
4.5   Compliance with Law .......................................................... 20
4.6   Intellectual Property ............................................................ 20
4.7   Collective Bargaining Agreements and Labor Matters........... 20
4.8   Employees ............................................................................ 20
4.9   Environmental, Health and Safety Matters........................ 21
4.10  Financial Information ........................................................... 21
4.11  Material Advertisers and Suppliers .................................... 21
4.12  Vehicles................................................................................ 21
4.13  Broker's and Finder's Fees ................................................. 22
4.14  Exclusivity of Representations ............................................ 22

ARTICLE V CONTINUING OBLIGATIONS OF PARTIES ....................................... 22
5.1   Conduct of Business ............................................................ 22
5.2   Bankruptcy Court Approval................................................. 22
5.3   Cooperation in Assignments and Assumptions ................. 23
5.4   Fulfillment of Conditions .................................................... 24
5.5   Further Assurances .............................................................. 24
5.6   Employee Matters ................................................................ 25

LA\2040920.25

| | | |
|---|---|---|
| 5.7 | Allocation of Purchase Price; Transfer and Property Taxes; Other Taxes | 26 |
| 5.8 | Communication with Vendors and Customers | 26 |
| 5.9 | Access to Information | 26 |
| 5.10 | Publicity | 26 |
| 5.11 | PBS & DTI Systems | 27 |
| 5.12 | Purchased Real Property | 27 |
| 5.13 | Contracts and Unexpired Leases | 28 |
| 5.15 | Cooperation | 28 |

ARTICLE VI NON-SURVIVAL OF REPRESENTATIONS AND WARRANTIES; SURVIVAL OF COVENANTS ..... 28

| | | |
|---|---|---|
| 6.1 | Nonsurvival of Representations and Warranties; Survival of Covenants | 28 |

ARTICLE VII INDEMNIFICATION ..... 28

| | | |
|---|---|---|
| 7.1 | Indemnification of Seller by Buyer | 28 |
| 7.2 | Indemnification of Buyer by Freedom Newspapers | 28 |
| 7.3 | Payments Related to Post-Closing Hiring | 29 |
| 7.4 | Payment | 29 |
| 7.5 | Tax Treatment | 29 |

ARTICLE VIII TERMINATION OF AGREEMENT ..... 29

| | | |
|---|---|---|
| 8.1 | Conditions for Termination | 29 |
| 8.2 | Notice of Termination | 30 |
| 8.3 | Return of Materials | 30 |
| 8.4 | Effect on Obligations | 30 |

ARTICLE IX MISCELLANEOUS ..... 31

| | | |
|---|---|---|
| 9.1 | Assignment | 31 |
| 9.2 | Notices | 31 |
| 9.3 | Choice of Law | 32 |
| 9.4 | Entire Agreement; Amendments and Waivers | 32 |
| 9.5 | Reliance | 32 |
| 9.6 | Expenses | 33 |
| 9.7 | Invalidity | 33 |
| 9.8 | Titles | 33 |
| 9.9 | Cumulative Remedies | 33 |
| 9.10 | Attorneys' Fees | 33 |
| 9.11 | No Joint Venture | 33 |
| 9.12 | Interpretation | 33 |
| 9.13 | Multiple Counterparts | 33 |
| 9.14 | Schedules and Exhibits Incorporated | 33 |

# EXHIBIT LIST

| | |
|---|---|
| Exhibit A | Purchased Tangible Personal Property |
| Exhibit B | Purchased Real Property |
| Exhibit C-1 | Excluded Contracts |
| Exhibit C-2 | Assumed Contracts |
| Exhibit D | Intercompany Accounts |
| Exhibit E | Excluded Assets |
| Exhibit F | Purchased Business Employees |
| Exhibit G | Transition Services Agreement |
| Exhibit H | Assignment and Assumption Agreement/Bill of Sale |
| Exhibit I | Lease Assignment and Assumption |
| Exhibit J | Real Property Lease |
| Exhibit K | Sale Motion |
| Exhibit L | Sale Order |
| Exhibit M | Phoenix Properties Working Capital Detail for the Month Ended September 30, 2009 |
| Exhibit N | Grant Deed |
| Exhibit O | Freedom Severance Plan |
| Exhibit P | Seller's Bad Debt Reserve Policy |

# DISCLOSURE SCHEDULES

Schedule 4.3    Status of Assets and Leases of Seller
Schedule 4.4    Litigation
Schedule 4.5    Compliance with Law
Schedule 4.6    Intellectual Property
Schedule 4.7    Collective Bargaining Agreements and Labor Matters
Schedule 4.8    Employees
Schedule 4.9    Environmental, Health and Safety Matters
Schedule 4.12  Vehicles
Schedule 4.13  Broker's and Finder's Fees

# ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT (this "**Agreement**") is made and entered into as of February 12, 2010, by and among 1013 Communications, LLC, a Nevada limited liability company ("**Buyer**"), Freedom Arizona Information, Inc., a California corporation ("**Seller**"), and solely for purposes of ARTICLE VII hereof, Freedom Newspapers, Inc., a Delaware corporation ("**Freedom Newspapers**").

## RECITALS

A.    Seller and certain of its Affiliates are debtors in possession under Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "**Bankruptcy Code**"), and filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on September 1, 2009 (the "**Petition Date**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), jointly administered Case No. 09-13046 (the "**Bankruptcy Cases**").

B.    Buyer desires to acquire certain assets and assume certain liabilities of Seller.

C.    Seller is willing to sell such assets and transfer such liabilities to Buyer pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Buyer is willing to acquire such assets and assume such liabilities from Seller, all on the terms and conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the conditions, covenants, and representations and warranties set forth in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which the parties acknowledge, Buyer and Seller agree as follows:

## AGREEMENT

## ARTICLE I

## DEFINITIONS

As used herein, the terms below shall have the following meanings:

"**Action**" means any demand, claim, action, suit or proceeding, arbitral action, criminal prosecution or announced investigation by or before any Governmental Authority.

"**Affiliate**" means, with reference to a specified Person or entity, (i) a Person or entity that, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with, the specified Person or entity, or (ii) any Person or entity that is an officer, director, partner, member or trustee of, or serves in a similar capacity with respect to, the specified Person or entity, or for which the specified Person or entity is an officer, partner, member or trustee or serves in a similar capacity; provided, however, that Freedom Communications and its subsidiaries shall be deemed an Affiliate of Seller.

"**Alternative Transaction**" means the consummation of any transaction involving the sale (in a single transaction or a series of transactions) of all or substantially all of

the Purchased Business Assets and the Purchased Real Property, or the sale (in a single transaction or a series of transactions) of all or substantially all of the equity interests in Seller or any of its successors in a transaction where the purchaser of such equity interests does not continue to be bound by the terms hereof, to any party other than Buyer or a designee of Buyer.

"**Assumed Contracts**" means each of those Contracts to be assumed by Buyer, as set forth on **Exhibit C-2**.

"**Assumed Liabilities**" has the meaning ascribed to such term in Section 2.2(a).

"**Assumed Vacation Liabilities**" means liabilities for accrued and unpaid vacation benefits of any Purchased Business Employee who becomes an employee of Buyer.

"**Avoidance Actions**" has the meaning ascribed to such term in the definition of Excluded Assets.

"**Bankruptcy Cases**" has the meaning ascribed to such term in the Recitals.

"**Bankruptcy Code**" has the meaning ascribed to such term in the Recitals.

"**Bankruptcy Court**" has the meaning ascribed to such term in the Recitals.

"**Benchmark Date Net Working Capital**" means one million, five hundred five thousand, one hundred twenty one dollars ($1,505,121) as described in the Phoenix Properties Working Capital Detail for the Month Ended September 30, 2009 attached hereto as **Exhibit M** and Seller's bad debt reserve policy provided to Buyer on January 28, 2010 attached as **Exhibit P**.

"**Business Day**" means each day of the week except Saturdays, Sundays and days on which banking institutions are authorized by Law to close in the State of California.

"**Cash and Cash Equivalents**" means all of Seller's cash disbursements accounts, cash depository accounts, checking accounts, merchant card accounts, and any other cash, cash equivalents or marketable securities.

"**Closing**" means the closing of the transactions contemplated by this Agreement.

"**Closing Date**" has the meaning ascribed to such term in Section 2.6(b).

"**Closing Date Net Working Capital**" means, as of the close of business on the day prior to the Closing Date, total current assets of the Purchased Business less total current liabilities of the Purchased Business, prepared in accordance with generally accepted accounting principles consistent with Seller's September 30, 2009 balance sheet included in **Exhibit M**, except to the extent of the following adjustments: (a) Excluded Assets shall not be included in the calculation of the total current assets of the Purchased Business, (b) Cure Amounts shall not be included in the calculation of total current liabilities of the Purchased Business, (c) total current liabilities shall include all sales Taxes and Property Taxes as of the Closing Date (other than those Property Taxes related to the Freedom Retained Real Property and other Taxes

- 2 -

included in the Excluded Liabilities) and (d) payroll, accrued payroll, accrued rent on rejected leases, Taxes included in Excluded Liabilities and other adjustments of the nature included in calculation of Benchmark Date Net Working Capital included in **Exhibit M** hereto shall not be included in the calculation of total current liabilities of the Purchased Business. Closing Date Net Working Capital shall be calculated in a manner consistent with the calculation of Benchmark Date Net Working Capital included in **Exhibit M** attached hereto (including the adjustments to current assets and current liabilities listed at the end of **Exhibit M**).

"**Closing Purchase Price**" has the meaning ascribed to such term in Section 2.3(b).

"**Closing Statement**" has the meaning ascribed to such term in Section 2.3(a).

"**Contract**" means any agreement, contract, instrument, commitment, Lease, guaranty, indenture, license or other arrangement or understanding (and all amendments, side letters, modifications and supplements thereto) between parties or by one party in favor of another party, whether written or oral.

"**Cure Amounts**" means, with respect to any Assumed Contract, the costs and expenses, as determined by the Bankruptcy Court, if any, necessary to cure defaults of such Assumed Contract pursuant to, and as required by, Section 365 of the Bankruptcy Code.

"**Damages**" means any and all costs, losses, taxes, liabilities, obligations, damages, actions, deficiencies, claims, demands and expenses (including reasonable attorneys' fees) (whether or not arising out of third-party claims or other Claims).

"**Deposit Accounts**" means all deposit accounts of Seller and all rights of Seller with respect thereto.

"**Effective Time**" has the meaning ascribed to such term in Section 2.6(a).

"**Employee Benefit Plan**" means any employee benefit plan, program, policy, practice, agreement or other arrangement providing benefits to any current or former employee, officer or director of Seller, or any beneficiary or dependent thereof, that is sponsored or maintained by Seller or an Affiliate of Seller or to which Seller or an Affiliate contributes or is obligated to contribute or to which Seller has any Liability, in each case related to the Purchased Business Employees, whether or not written, including without limitation any employee benefit plan within the meaning of Section 3(3) of ERISA, and any bonus, incentive, deferred compensation, vacation, stock purchase, stock option, severance, employment, change of control or fringe benefit plan, program, policy, practices, arrangement or agreement.

"**Encumbrance**" means any security interest, lien, collateral assignment, right of setoff, debt, obligation, liability, pledge, levy, charge, escrow, encumbrance, option, right of first refusal, transfer restriction, conditional sale contract, title retention contract, mortgage, lease, deed of trust, hypothecation, indenture, security agreement, easement, servitude, proxy, voting trust or agreement, transfer restriction under any shareholder or similar agreement, or any other agreement, arrangement, contract, commitment, understanding or obligation of any kind whatsoever, whether written or oral, in each case, other than Permitted Encumbrances.

- 3 -

"**Environmental Laws**" means all applicable Laws relating in any way to the environment, preservation or reclamation of natural resources, the management, release or threatened release of any Hazardous Material or to health and safety matters.

"**Estimated Excess Severance Liabilities**" has the meaning ascribed to such term in Section 2.3.

"**Excess Severance Liabilities**" means any Severance Liabilities and any employer payroll Taxes paid by Seller or its Affiliates in connection with Severance Liabilities that in the aggregate exceed $779,000.

"**Excluded Assets**" means: (i) the Freedom Intellectual Property; (ii) Cash and Cash Equivalents as of the Effective Time; (iii) the Deposit Accounts; (iv) the Inter-Company Accounts; (v) the Excluded Contracts; (vi) the Freedom Retained Real Property; (vi) all preference or avoidance claims and actions of Seller, including, without limitation, any such claims and actions arising under Sections 510, 544, 545, 547, 548, 549 and 550 of the Bankruptcy Code (the "**Avoidance Actions**"); (vii) all Employee Benefit Plans and all assets related thereto; (viii) all credits, claims, refunds, abatements, variances, allocations, causes of action, rights, claims and defenses with respect to the Excluded Liabilities; (ix) income Tax books and records; (x) any tangible or intangible assets, property or rights owned by any Person other than Seller (it being understood that Affiliates of Seller are not selling or transferring any assets or rights under this Agreement); and (xi) those assets set forth on **Exhibit E.**

"**Excluded Contracts**" means those Contracts set forth on **Exhibit C-1** attached hereto.

"**Excluded Employee**" means Julie Moreno.

"**Excluded Liabilities**" has the meaning ascribed to such term in Section 2.2(b).

"**Freedom Intellectual Property**" means any Intellectual Property that is (i) not primarily related to the Purchased Business, or (ii) not solely owned by Seller.

"**Freedom Retained Real Property**" means any and all real property of Seller other than the Purchased Real Property.

"**Freedom Severance Plan**" means the Freedom Communications, Inc. Associate Severance Program set forth on **Exhibit O**.

"**Governmental Authority**" means any court, tribunal, authority, administrative agency, commission, official or other instrumentality of the United States, or any domestic state, county, city or other political subdivision.

"**Grant Deed**" has the meaning ascribed to such term in Section 2.6(c)(ix).

"**Hazardous Materials**" means all explosive or radioactive substances or wastes, and all hazardous or toxic substances, wastes or other pollutants, including petroleum or petroleum distillates, asbestos or asbestos containing materials, polychlorinated biphenyls, radon

- 4 -

gas, infectious or medical wastes and all other substances or wastes of any nature regulated pursuant to any Environmental Law.

"**Intellectual Property**" means (a) all trademarks, service marks, domain names, trade dress, logos, tradenames and corporate names, and registrations and applications for registration thereof, (b) all copyrightable works, copyrights and registrations and applications for registration thereof, (c) all Software, (d) all internet or worldwide web sites and all related content and programming, and (e) all trade secrets, know-how and confidential business, financial and marketing information, confidential manufacturing and production processes and techniques, confidential research and development information, and confidential customer and supplier lists and information, whether patentable or unpatentable and whether or not reduced to practice.

"**Inter-Company Accounts**" means the accounts set forth on **Exhibit D.**

"**Knowledge**" of Seller with respect to a given matter means the actual knowledge of Julie Moreno, Jason Joseph, John Allen or Burl Osbourne.

"**Law**" means all laws, statutes, rules, regulations, ordinances and other pronouncements having the effect of law of the United States or any political subdivision thereof, or any Governmental Authority, or any other laws or reported decisions of any court thereof.

"**Leased Premises**" means any real property leased by Seller, as tenant, pursuant to a Lease.

"**Leases**" means all leases and subleases or licenses, including all modifications and amendments thereof, under which a Person has the right to use real or personal property or rights of way.

"**Liability**" or "**Liabilities**" means any direct or indirect liability, indebtedness, guaranty, obligation, commitment, expense, claim or deficiency of any type whatsoever, whether accrued, absolute or contingent, matured or unmatured, liquidated or unliquidated, known or unknown, asserted or unasserted or due or to become due.

"**Material Adverse Effect**" means any change, event, occurrence or circumstance that has had a material adverse effect on the condition of the Purchased Business, the Purchased Business Assets or the Assumed Liabilities, taken as a whole; excluding any change, event, occurrence or circumstance to the extent that it results from or arises out of: (i) general economic or regulatory, legislative or political conditions or securities, credit, financial or other capital markets conditions, in each case in the United States or any foreign jurisdiction; (ii) conditions specific to the industries in which the Purchased Business operates, (iii) Seller's proposed wind down of operations of the Purchased Business as publicly announced on November 2, 2009 or the impact of Seller's ongoing bankruptcy proceeding or any order of the Bankruptcy Court; and (iv) the execution, announcement, or performance of, or compliance with, this Agreement or the consummation of the transactions contemplated herein, including the impact thereof on relationships, contractual or otherwise, with governmental entities, customers, suppliers, licensors, distributors, partners or employees.

- 5 -

"**Monetary Liens**" means monetary liens created by Seller or its predecessors in title to the Purchased Real Property.

"**Offer List**" has the meaning ascribed to such term in Section 5.6(a).

"**Order**" means any writ, judgment, decree, directive, injunction, settlement, agreement or similar order of any Governmental Authority (in each such case whether preliminary or final) applicable to the operation of the Purchased Business or Purchased Business Assets.

"**PBS/DTI Licenses**" has the meaning ascribed to such term in Section 5.11.

"**Permit**" means any authorization, license, permit, certificate, approval or clearance of any Governmental Authority.

"**Permitted Encumbrance**" means (a) any restriction on transfer arising under applicable securities law; (b) any Encumbrances for Taxes, assessments or other governmental charges not yet due and payable or the amount or validity of which is being contested in good faith; (c) mechanics', carriers', workers', repairers' and similar Encumbrances arising or incurred in the ordinary course of business that are not yet due and payable; (d) zoning, entitlement, building and other land use regulations imposed by governmental agencies having jurisdiction over any Purchased Real Property or Freedom Retained Real Property; and (e) covenants, conditions, restrictions, easements and other similar matters of record affecting title to any of the Purchased Real Property or the Freedom Retained Real Property, none of which materially impairs the occupancy or use of such real property for the purposes for which it is currently used.

"**Permitted Exceptions**" means any or all of the following:

(a)     those matters appearing on the Title Commitment (as defined below) which are not Monetary Liens;

(b)     the lien of all ad valorem real estate taxes and assessments not yet due and payable as of the Closing Date, subject to adjustment as herein provided; and

(c)     all local, state and federal laws, ordinances or governmental regulations, including, but not limited to, building and zoning laws, ordinances and regulations, now or hereafter in effect relating to the Purchased Real Property.

"**Person**" means and includes any individual and any corporation, partnership, joint venture, limited liability company, trust, unincorporated organization, government or any department or agency thereof, or any other entity.

"**Petition Date**" has the meaning ascribed to such term in the Recitals.

"**Property Taxes**" means real property, personal property and similar ad valorem Taxes.

"**Purchase Price**" has the meaning ascribed to such term in Section 2.3(b).

- 6 -

"**Purchased Business**" means all businesses operated in connection with (i) the publication of the East Valley Tribune, Mesa Tribune, Gilbert Tribune, Chandler Tribune and Queen Creek Tribune newspapers and the eastvalleytribune.com, evtrib.com, aztrib.com, gilberttribune.com, chandlertribune.com and queencreektribune.com websites and domain names, (ii) the Daily News-Sun and yourwestvalley.com, dailynews-sun.com, surprisetoday.com and westvalleypreps.com websites and domain names, (iii) the Ahwatukee Foothills News and ahwatukee.com website and domain name, and (iv) the Arizona Interactive Media Group and azimg.com, veep4u.com, and azclipper.com websites and domain names.

"**Purchased Business Assets**" has the meaning ascribed such term in Section 2.1(b).

"**Purchased Business Employees**" means those employees primarily assigned to the Purchased Business as set forth on **Exhibit F**.

"**Purchased Real Property**" has the meaning ascribed such term in Section 2.1(d).

"**Qualifying Offer**" means an offer of employment at Closing from Buyer to a Purchased Business Employee whereby (a) such Purchased Business Employee's base salary or hourly wage rate, as applicable, is substantially equivalent to his or her base salary as of day preceding the Closing Date and (b) such Purchased Business Employee's duties and responsibilities under such offer are substantially similar to those performed under his or her employment by Seller as of the date preceding the Closing Date.

"**Real Property Lease**" means that certain lease of certain Freedom Retained Real Property between Seller, as landlord and Buyer, as tenant, effective as of the Closing in the form set forth in **Exhibit J**.

"**Sale Motion**" has the meaning ascribed to such term in Section 5.2(a).

"**Sale Order**" has the meaning ascribed to such term in Section 5.2(b).

"**Seller's Closing Certificate**" has the meaning ascribed to such term in Section 2.3(a).

"**Severance Liabilities**" means (a) any payments to any Purchased Business Employees under the Freedom Severance Plan paid or incurred by Seller or its Affiliates at Closing (including, but not limited to, any severance payments and any reimbursements by Seller of COBRA premiums, but specifically excluding any bonus payments and commissions and any unused accrued vacation payouts thereunder); (b) any payments that Seller or its Affiliates elect to make at Closing to any Purchased Business Employee who does not receive a Qualifying Offer from Buyer (including, but not limited to, any severance payments and any reimbursements by Seller of COBRA premiums, but specifically excluding (i) any bonus payments and commissions (ii) any unused accrued vacation payouts and (iii) any payments in excess of what such Purchased Business Employee would be entitled to under the Freedom Severance Plan if such employee had not received any offer of employment from Buyer), for the

- 7 -

avoidance of doubt, payments under this subsection (b) need not be paid at Closing, but shall be included in Seller's Closing Certificate.

"**Software**" means any computer program, operating system, application, system, firmware or software of any nature, whether operational, active, under development or design, non-operational or inactive, including all object code, source code, comment code, algorithms, processes, formulae, interfaces, navigational devices, menu structures or arrangements, icons, operational instructions, scripts, commands, syntax, screen designs, reports, designs, concepts, visual expressions, technical manuals, tests scripts, user manuals and other documentation therefor, whether in machine-readable form, virtual machine-readable form, programming language, modeling language or any other language or symbols, and whether stored, encoded, recorded or written on disk, tape, film, memory device, paper or other media of any nature and all databases necessary or appropriate in connection with the operation or use of any such computer program, operating system, application, system, firmware or software.

"**Successful Bidder**" means any party or parties who separately or collectively acquires all or substantially all of the Purchased Business Assets (in a single transaction or a series of transactions) or all or substantially all of the equity interests (in a single transaction or a series of transactions) of Seller or any of its successors.

"**Tax**" means all taxes and similar charges, fees, levies or other assessments imposed by a Governmental Authority (whether federal, state, local, or foreign), including, without limitation, income, excise, franchise, real or personal property, sales, transfer, gains, gross receipts, occupation, privilege, payroll, wage, unemployment, workers' compensation, social security, national health contributions, pension and employment insurance contributions, use, value added, capital, license, severance, stamp, premium, windfall profits, environmental, capital stock, profits, withholding, disability, registration, customs duties, employment, alternative or add-on minimum, estimated or other tax of any kind whatsoever, and including, without limitation, any related interest, penalties or additions to tax.

"**Termination Date**" has the meaning ascribed to such term in Section 8.1(a).

"**Transaction Documents**" means this Agreement, the Assignment and Assumption Agreement, the Transition Services Agreement, the Real Property Lease, each Assignment of Lease, the Grant Deed and each and every other document, instrument and certificate provided for herein to which Seller or Buyer, as applicable, is a party.

"**Transfer Taxes**" has the meaning ascribed to such term in Section 5.7(a).

"**Transition Services Agreement**" shall have the meaning ascribed to such term in Section 2.6(c)(vi).

"**WARN Act**" means the Worker Adjustment and Retraining Notification Act, 29 U.S.C. Sections 2101-2109 and related regulations, as amended, and any similar state or local law.

"**Working Capital Adjustment Amount**" means either (i) the amount (expressed as a negative number) by which the Closing Date Net Working Capital Amount is

- 8 -

less than the Benchmark Date Net Working Capital or (ii) the amount (expressed as a positive number) by which the Closing Date Net Working Capital Amount is greater than the Benchmark Date Net Working Capital.

## ARTICLE II

## PURCHASE AND SALE OF ASSETS; ASSUMPTION OF LIABILITIES

2.1 **Purchase and Sale of Purchased Business Assets and Purchased Real Property**.

(a)     Subject to the terms and conditions set forth in this Agreement, including, without limitation, approval from the Bankruptcy Court, Seller shall sell, convey, transfer, assign and deliver to Buyer all of Seller's right, title and interest as of the Effective Time in, to and under the Purchased Business Assets free and clear of Encumbrances. Seller shall retain (and Buyer shall have no rights to) all right, title and interest in the Excluded Assets.

(b)     Subject to the terms and conditions set forth in this Agreement, including, without limitation, Buyer's election under Section 5.12 hereof and approval from the Bankruptcy Court, Seller shall sell, convey and transfer to Buyer all of Seller's right, title and interest as of the Effective Time in, to and under the Purchased Real Property, and Buyer shall purchase and accept from Seller all of Seller's right title and interest in, to and under the Purchased Real Property, free and clear of all Encumbrances other than the Permitted Exceptions.

(c)     The term "**Purchased Business Assets**" shall mean all of the tangible and intangible assets solely owned by Seller and used primarily in the operation of the Purchased Business, including all of Seller's right, title and interest in and to the following (except to the extent that any of the following contain Excluded Assets):

(i)     subject to the adjustment in Sections 2.3 and 2.4, all current assets relating primarily to the Purchased Business, including accounts receivable, notes receivable, inventory and prepaid expenses;

(ii)     all machinery, equipment, printing presses, owned vehicles, furniture, furnishings, fixtures, office equipment, supplies, tools, parts, printing plates and other tangible personal property that is either (x) listed on **Exhibit A**, or (y) both (1) used or held in connection with the Purchased Business and (2) located on either the Purchased Real Property, the real property subject to the Real Property Lease, or the real property subject to the Leases being assigned to Buyer pursuant to the Lease Assignment and Assumption;

(iii)     all right, title and interest in, to and under (i) all Assumed Contracts and (ii) all orders, commitments and agreements relating to subscriptions and advertisements which have been entered into by Seller in the ordinary course of business prior to the Effective Time;

- 9 -

(iv)     all Intellectual Property, goodwill and all copies and tangible embodiments thereof, and all licenses and sublicenses granted and obtained with respect thereto (to the extent transferable and included with the Assumed Contracts), and rights thereunder, remedies against infringements thereof, and rights to protection of interests therein under the Laws of all jurisdictions, in each case owned by or licensed to Seller relating exclusively to the Purchased Business (but, in each case, excluding the Freedom Intellectual Property), including, without limitation, (i) the tradenames East Valley Tribune, Mesa Tribune, Gilbert Tribune, Chandler Tribune and Queen Creek Tribune newspapers and the eastvalleytribune.com, evtrib.com and aztrib.com websites and domain names, (ii) the tradename Daily News-Sun and the yourwestvalley.com, dailynews-sun.com, surprisetoday.com and westvalleypreps.com websites and domain names, (iii) the tradename Ahwatukee Foothills News and the ahwatukee.com website and domain name, and (iv) the tradename Arizona Interactive Media Group and the azimg.com, veep4u.com, and azclipper.com websites and domain names and such other Intellectual Property set forth on **Schedule 4.6**;

(v)     Permits relating solely to the Purchased Business to the extent transferable under applicable Law, including, without limitation, any Purchased Business's qualification as a newspaper of general circulation and registration as a newspaper entitled to second-class postage rates;

(vi)     all other technical information, data and know-how relating exclusively to the Purchased Business, including all such products and publications currently produced, formerly produced or contemplated for production by Seller, and all such techniques, discoveries, improvements, designs, patterns, production processes, specifications and other non-public information and data;

(vii)     all of the editorial material, photos, art work and related files owned by or licensed to Seller relating exclusively to the Purchased Business and prepared, created or acquired by Seller solely with respect to the Purchased Business, including, without limitation, such editorial material, photos and artwork in the process of preparation;

(viii)     all of Seller's subscription and circulation lists, customer lists and supplier lists and correspondence relating solely to the Purchased Business and all promotional and advertising literature and materials (including original mats and plates in the possession of advertising agencies and all advertising space reservations, advertising insertion orders, records of current and former advertisers and any prospect lists for advertising) relating solely to the Purchased Business and all materials used for mailing list development and subscription promotion and fulfillment for the publications and websites solely of the Purchased Business;

(ix)     all of Seller's library and archives of back and current issues of the publications and websites solely of the Purchased Business and other materials owned by Seller relating historically to the publication and distribution of the publications and websites solely of the Purchased Business;

(x)     all masthead rights;

- 10 -

(xi)    all telephone, telex and telephone facsimile numbers and other directory listings utilized by Seller exclusively in the conduct of the Purchased Business;

(xii)    all books and records (including all data and other information stored on discs, tapes or other media) other t han income Tax books and records and personnel files (of which Buyer shall receive a copy) of Seller (provided; however that Seller may keep a copy for its records of all books and records);

(xiii)    all computer hardware and Software owned solely by Seller and used primarily in the conduct of the Purchased Business, together with all users' manuals, training manuals and other system and operations documentation relating to such computer hardware and Software;

(xiv)    all claims, deposits, prepayments, credits, refunds, causes of action, rights of recovery, rights of set-off and rights of recoupment; and

(xv)    all guarantees, warranties, indemnities and similar rights in favor of Seller with respect to any Purchased Business Assets.

(d)    The term **"Purchased Real Property"** shall mean that certain real property located at 10102 West Santa Fe Drive, Sun City, Arizona, and legally described on **Exhibit B** attached hereto and made a part hereof (the "**Land**"), and all improvements, buildings, parking facilities and other structures located on the Land, together with any appurtenant easements, rights of way, licenses and hereditaments thereto

2.2    **Assumption of Liabilities**.

(a)    Subject to the terms and conditions set forth in this Agreement, Buyer shall assume and timely, promptly and fully pay, perform, satisfy and discharge all Assumed Liabilities. The term **"Assumed Liabilities"** shall mean the following Liabilities of Seller:

(i)    all Liabilities in the Closing Date Net Working Capital (including, without limitation, all current liabilities even if such current liabilities meet the definition of, arise from, or are related to Excluded Assets, Excluded Liabilities or Excluded Contracts);

(ii)    all Liabilities pursuant to the Assumed Contracts other than Liabilities incurred prior to September 1, 2009 or Liabilities for any breach or default arising prior to the Effective Time;

(iii)    all Cure Amounts listed in **Exhibit C-2** relating to the Assumed Contracts;

(iv)    all Assumed Vacation Liabilities;

(v)    subject to Buyer's election under Section 5.12 hereof, all Liabilities attributable to the Purchased Real Property, including, without limitation, all Liabilities under Environmental Laws;

- 11 -

(vi)     any and all Liabilities for Taxes arising from or with respect to the Purchased Business Assets, the Purchased Real Property (subject to Buyer's election under Section 5.12 hereof) or the Purchased Business that are related or attributable to the operation of the Purchased Business or ownership of the Purchased Business Assets (other than Liabilities for income Taxes of Seller and Property Taxes imposed with respect to the Freedom Retained Real Property, except as otherwise provided in the Real Property Lease(s) and any Taxes specifically allocated to Buyer pursuant to Section 5.7).

(b)     Subject to the terms and conditions set forth in this Agreement, Buyer shall not assume or be liable for or bound by any Liabilities, obligations or commitments of Seller arising out of the operation of the Purchased Business or the ownership of the Purchased Business Assets prior to the Effective Time other than the Assumed Liabilities (collectively, the **"Excluded Liabilities"**).

2.3     **Purchase Price Adjustment**.

(a)     Not more than fifteen Business Days (but at least two Business Days) prior to the Closing Date, Seller shall cause to be prepared and delivered to Buyer a certificate (the **"Seller's Closing Certificate"**), setting forth Seller's good faith estimates and calculations of (i) the Closing Date Net Working Capital Amount and the Working Capital Adjustment Amount (ii) subject to Buyer's compliance with Section 5.6, the Excess Severance Liabilities (the **"Estimated Excess Severance Liabilities"**); (iii) the Assumed Vacation Liabilities; and (iv) the Cure Amounts as of the Effective Time.

(b)     The **"Closing Purchase Price"** shall be (i) Two Million Fifty Thousand Dollars ($2,050,000); plus or minus (ii) the Working Capital Adjustment Amount; plus (iii) the Estimated Excess Severance Liabilities; plus (iv) the Cure Amounts for the Assumed Contracts. For the purposes of this Section 2.3(b), the amounts of (ii) and (iii) of the preceding sentence shall be those set forth in Seller's Closing Certificate.

2.4     **Post-Closing Adjustment**.

(a)     As promptly as practicable, but no later than forty-five (45) days following the Closing Date, Buyer will cause to be prepared and delivered to Seller a certificate (the **"Closing Statement"**) setting forth Buyer's good faith calculation of the items set forth in Seller's Closing Certificate.

(b)     During the 30-day period following delivery of the Closing Statement, Buyer will make available to Seller and its accountants and other advisors all records and work papers used in preparing the calculations set forth in the Closing Statement. If Seller disagrees with any of Buyer's calculations set forth in the Closing Statement, Seller may, within such 30-day period following delivery of the Closing Statement, deliver a written notice (the **"Closing Statement Objection Notice"**) to Buyer disagreeing with such calculations and setting forth Seller's good faith calculation of such amounts. Any such Closing Statement Objection Notice shall specify in reasonable detail those items and amounts as to which Seller disagrees. Seller shall be deemed to have agreed with all undisputed items and undisputed amounts contained in the Closing Statement. If Seller does not deliver a Closing Statement Objection Notice within

- 12 -

such 30-day period, then the amounts set forth in the Closing Statement shall be deemed to be finally determined as set forth on Buyer's calculation thereof.

(c)     If a Closing Statement Objection Notice is delivered pursuant to Section 2.4(b), Seller and Buyer shall, during the 30-day period following such delivery, use their good faith, commercially reasonable efforts to reach agreement on the value of the disputed items or amounts. If Seller and Buyer reach such an agreement, such agreement shall be final, binding and conclusive upon Seller and Buyer. If, at the end of such period, Seller and Buyer are unable to reach such agreement, they shall promptly thereafter cause a "big four" or other reputable independent accounting firm of nationally recognized standing reasonably satisfactory to Seller and Buyer to review this Agreement for the purpose of calculating the value of those items or amounts disputed by Seller in the Closing Statement Objection Notice and which remain in dispute. Seller and Buyer shall use their commercially reasonable efforts to cause such independent accountants to review those items or amounts remaining in dispute as promptly as practicable, but in any event within 30 days of the date on which such dispute is referred to such independent accountants. In making such calculations, such independent accountants (A) shall consider only those items or amounts disputed by Seller in the Closing Statement Objection Notice which remain in dispute; and (B) shall act as an expert and not as an arbitrator. The independent accountants' determination will be based upon its independent review of those items or amounts in dispute and such independent accountants shall deliver to Seller and Buyer as promptly as practicable (but in any event within 30 days of its retention) a written report setting forth such determination, provided, however, that such determination shall not assign a value to any item or amount in dispute greater than the greatest value for such item or amount assigned by Seller, on the one hand, or Buyer, on the other hand, or less than the smallest value for such item or amount assigned by Seller, on the one hand, or Buyer, on the other hand. Such report shall be final, binding and conclusive upon Seller and Buyer. The cost of such review and report shall be borne (and paid) by Seller or by Buyer, as applicable, in inverse proportion as they may prevail on those items or amount submitted for resolution by the independent accountants, which proportionate allocation shall be determined by such independent accountants.

(d)     "**Final Resolution Date**" shall be (x) thirty (30) days after delivery of the Closing Statement if no Closing Statement Objection Notice is delivered, or (y) if a Closing Statement Objection Notice is timely delivered, then the earlier of when the parties reach a written agreement on the value of all disputed items or amounts or the independent accountant delivers its report pursuant to Section 2.4(c).

(e)     The "**Post-Closing Adjustment Amount**" shall be an amount (which may be expressed as a positive or negative number) equal to the sum of (A) the amount (expressed as a positive or negative number) by which the Working Capital Adjustment Amount as finally determined pursuant to Section 2.4(b) exceeds or is less than the Working Capital Adjustment Amount paid at Closing pursuant to Section 2.3(b); plus (B) the amount (expressed as a positive or negative number) by which the Excess Severance Liabilities as finally determined pursuant to Section 2.4(b) exceed or are less than the Estimated Excess Severance Liabilities, provided, that any downward adjustment pursuant to this subsection (B) shall be limited to the amount of the Estimated Excess Severance Liabilities; plus (C) the amount (expressed as a positive or negative number) by which the aggregate Cure Amounts for

- 13 -

the Assumed Contracts as finally determined pursuant to Section 2.4(b) exceed or are less than the Cure Amounts determined pursuant to Section 2.3.

(f)　　If the Post-Closing Adjustment Amount, as finally determined pursuant to this Section 2.4, is a positive number, Buyer shall, within five Business Days after the Final Resolution Date, deliver to Seller, by wire transfer of immediately available funds to the account designated by Seller, an aggregate amount equal to the Post-Closing Adjustment Amount. If the Post-Closing Adjustment Amount, as finally determined pursuant to this Section 2.4, is a negative number, Seller shall, within five Business Days after the Final Resolution Date, deliver to Buyer, by wire transfer of immediately available funds to the account designated by Buyer, an aggregate amount equal to the Post-Closing Adjustment Amount.

(g)　　Any Post-Closing Adjustment Amount payments made under this Section 2.4 shall be treated as adjustments to the Purchase Price for all Tax purposes to the extent permitted by applicable Law.

2.5　　**Adequacy of Consideration**.　　The parties acknowledge and agree that the payment of the Purchase Price by Buyer to Seller and Buyer's agreement to assume and perform the Assumed Liabilities is full and fair consideration for Seller's agreement to sell and deliver to Buyer possession of the Purchased Business Assets and, subject to Buyer's election under Section 5.12 hereof, the Purchased Real Property.

2.6　　**Conditions Precedent and Closing**.

(a)　　**Conditions to Obligations of Each Party to Effect the Acquisition**. The respective obligations of each party to this Agreement to effect the Closing shall be subject to the entry of the Sale Order by the Bankruptcy Court, which may be waived by Buyer and Seller (in writing signed by all parties).

(b)　　**Closing**.　　The Closing shall take place at the offices of Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071 on (a) a date mutually agreeable to Buyer and Seller but not later than the fifth Business Day after the Sale Order shall have become a final, non-appealable order and following the satisfaction or waiver of all of the conditions set forth in Sections 2.6(c) and 2.6(d) below (other than conditions that by their nature are to be satisfied at Closing, but subject to satisfaction or waiver of such conditions), or (b) at such other place or on such other date as is mutually acceptable to Buyer and Seller, and shall be deemed to occur at 11:59 p.m., California time on such date (such date, the "**Closing Date**" and such time, the "**Effective Time**"). At the Effective Time:

(i)　　Buyer shall pay to Seller in cash by wire transfer the Closing Purchase Price;

(ii)　　Buyer shall assume operating control of the Purchased Business from Seller;

(iii)　　Seller shall transfer the Purchased Business Assets to Buyer;

- 14 -

(iv)     Buyer shall assume the Assumed Liabilities from Seller; and

(v)     Buyer and Seller shall make such other deliveries as are required by Section 2.6(c) and 2.6(d) below.

(c)     **Conditions to Closing Obligations of Buyer**. The obligation of Buyer to effect the Closing is subject to the fulfillment at or prior to the Closing Date of each of the following conditions, any or all of which may be waived in whole or in part by Buyer to the extent permitted by applicable Law:

(i)     the representations and warranties of Seller shall be true and correct in all material respects when made and on and as of the Closing Date (or such other date specified on the representation or warranty) with such force and effect as though made on and as of the Closing Date, except to the extent that the failure of all such representations and warranties to be so true and correct, in the aggregate, has not had a Material Adverse Effect;

(ii)     Seller shall have performed and complied with all of its pre-Closing agreements, covenants and obligations hereunder in all material respects;

(iii)     Seller shall have delivered an officer's certificate of Seller duly executed by a senior officer of Seller, certifying that the conditions specified in Section 2.6(c)(i) and (ii) have been satisfied;

(iv)     there shall not be in effect on the Closing Date any Order or Law restraining, enjoining or otherwise prohibiting or making illegal the consummation of any of the transactions contemplated by this Agreement;

(v)     Seller shall have executed and delivered to Buyer all assignment documents, bills of sale and other instruments of sale, transfer and conveyance that Seller deems reasonably necessary and requested in writing by Buyer to consummate the transactions contemplated by this Agreement or to evidence Buyer's interest in and title to the Purchased Business Assets and Buyer's assumption of the Assumed Liabilities, including, but not limited to, an Assignment and Assumption Agreement, in the form attached as **Exhibit H**, in each case, which shall be in full force and effect as of the Closing.

(vi)     Buyer and Seller shall have entered into a Transition Services Agreement in the form attached as **Exhibit G** (the "**Transition Services Agreement**"), which shall be in full force and effect as of the Closing;

(vii)     With respect to each of the Leased Premises, Buyer and Seller shall execute and deliver an assignment and assumption of the related lease in each case substantially in the form attached as **Exhibit I** (the "**Lease Assignment and Assumption**"), in each case, which shall be in full force and effect as of the Closing;

(viii)     Buyer and Seller shall have entered into the Real Property Lease in the form attached as **Exhibit J**, and, in the event that Buyer elects to exclude the Purchased Real Property from the assets to be transferred to Buyer at Closing pursuant to Section 5.12, Seller and Buyer shall have entered into a one-year lease of the Purchased Real Property for lease

- 15 -

consideration to Seller of one dollar (which shall be renewable upon the same terms for an additional one-year at Buyer's election) substantially on the terms set forth in **Exhibit J**, in each case, which shall be in full force and effect as of the Closing;

(ix)     subject to Buyer's election under Section 5.12 hereof, Seller shall convey and transfer to Buyer the Purchased Real Property, by execution and delivery of a Special Warranty Deed in the form attached hereto as **Exhibit N** (the "**Grant Deed**"), subject only to Permitted Exceptions;

(x)     the Bankruptcy Court shall have entered the Sale Order in accordance with Section 5.2;

(xi)     Seller shall have executed and delivered such other documents or instruments as Buyer may reasonably request or may be required to effect the transactions contemplated by this Agreement and the Transaction Documents, including, but not limited to, such documentation required to transfer of record the registered Intellectual Property set forth on **Schedule 4.6**.

(d)     <u>Conditions of Seller to Closing</u>. The obligation of Seller to effect the Closing is subject to the fulfillment at or prior to the Closing Date of each of the following conditions, any or all of which may be waived in whole or in part by Seller to the extent permitted by applicable Law:

(i)     the representations and warranties of Buyer shall be true and correct in all material respects when made and on and as of the Closing Date with such force and effect as though made on and as of the Closing Date;

(ii)     Buyer shall have performed and complied with all of its pre-Closing agreements, covenants and obligations hereunder in all material respects;

(iii)     Buyer shall have delivered an officer's certificate of Buyer duly executed by a senior officer of Buyer, certifying that the conditions specified in Section 2.6(d)(i) and (ii) have been satisfied;

(iv)     Buyer shall have assumed each of the Assumed Contracts listed on **Exhibit C-2** and the Bankruptcy Court shall have entered an order permitting the assumption by Seller, and the sale and assignment to Buyer, of each of such contracts;

(v)     there shall not be in effect on the Closing Date any Order or Law restraining, enjoining or otherwise prohibiting or making illegal the consummation of any of the transactions contemplated by this Agreement;

(vi)     Buyer and Seller shall have entered into a Transition Services Agreement in the form attached as **Exhibit G**, which shall be in full force and effect as of the Closing;

(vii)     With respect to each of the Leased Premises, Buyer and Seller shall execute and deliver an assignment and assumption of the related lease or shall execute a

- 16 -

sublease relating thereto substantially in the form attached as **Exhibit I**, in each case, which shall be in full force and effect as of the Closing;

(viii) Buyer and Seller shall have entered into the Real Property Lease in the form attached as **Exhibit J**, and, in the event that Buyer elects to exclude the Purchased Real Property from the assets to be transferred to Buyer at Closing pursuant to Section 5.12, Seller and Buyer shall have entered into a one-year lease of the Purchased Real Property for lease consideration to Seller of one dollar (which shall be renewable upon the same terms for an additional one-year term at Buyer's election) substantially on the terms set forth in **Exhibit J**, in each case, which shall be in full force and effect as of the Closing;

(ix) Seller shall have delivered to Buyer a certificate of non-foreign status pursuant to Treasury Regulations Section 1.1445-2;

(x) the Bankruptcy Court shall have entered the Sale Order in accordance with Section 5.2;

(xi) Buyer shall have executed and delivered any and all instruments of sale, transfer and conveyance that Buyer deems reasonably necessary and requested in writing by Seller to transfer the Purchased Business Assets to Buyer effective as of the Effective Time, including, but not limited to, a Bill of Sale and an Assignment and Assumption Agreement, in the form attached as **Exhibit H**, which, in each case, shall be in full force and effect as of the Closing; and

(xii) Buyer shall have executed and delivered such other documents or instruments as Seller may reasonably request or may be required to effect the transactions contemplated by this Agreement and the Transaction Documents.

## ARTICLE III

## REPRESENTATIONS AND WARRANTIES OF BUYER

Buyer hereby represents and warrants to Seller as of the date of this Agreement and the Effective Time, as follows:

3.1 **Organization**. Buyer is a limited liability company duly organized, validly existing and in good standing as a limited liability company under the laws of the State of Nevada, and Buyer has all requisite power and authority to own, lease and operate its properties and conduct its business as presently being conducted. Buyer is qualified to do business and is in good standing in each jurisdiction where the ownership, leasing or operation of its assets or properties or conduct of its business requires such qualification.

3.2 **Authorization**. Buyer has all requisite power and authority, and has taken all actions necessary, to execute and deliver each of the Transaction Documents, to consummate the transactions contemplated hereby and thereby and to perform its obligations hereunder and thereunder. The execution and delivery of the Transaction Documents and the consummation of the transactions contemplated by the Transaction Documents have been duly authorized by all necessary action of Buyer, including any and all necessary approvals of its managing member(s)

- 17 -

and equity holders. This Agreement has been duly executed and delivered by Buyer and constitutes, and each other Transaction Document, when so duly executed and delivered by Buyer at Closing, will constitute, Buyer's legal, valid and binding obligations, enforceable against Buyer subject to (a) the laws and regulations of general application relating to bankruptcy, insolvency, and the relief of debtors and (b) laws and regulations regarding specific performance, injunctive relief and other equitable remedies.

3.3 **Financial Capability**. Buyer (a) has, and at the Closing will have, sufficient internal funds (without giving effect to any unfunded financing, regardless of whether any such financing is committed) available to pay the Purchase Price (as it may be adjusted), the Cure Amounts and any expenses incurred by Buyer in connection with the transactions contemplated by this Agreement, (b) has, and at the Closing will have, the resources and capabilities (financial or otherwise) to perform its obligations hereunder, including its obligation to assume and timely, promptly and fully pay, perform, satisfy and discharge all Assumed Liabilities, and (c) has not incurred any obligation, commitment, restriction or liability of any kind, which would impair or adversely affect such resources and capabilities.

3.4 **Information; Reliance**. Buyer (i) has had an opportunity to ask questions and obtain information that it deems relevant to the purchase of the Purchased Business Assets and the Purchased Real Property and the assumption of the Assumed Liabilities, so as to make a reasonable and informed investment decision with regard to the transactions contemplated hereby. Buyer has had the opportunity to retain and consult with its own legal and financial counsel and advisors, and has done so to the extent that Buyer deems appropriate, in connection with its negotiation and execution of the Transaction Documents. Buyer has, through its counsel and advisors or personally, participated in the drafting and negotiation of the Transaction Documents, and hereby represents to Seller that it fully understands the terms and provisions included herein and therein. Buyer acknowledges and agrees that, except for the representations and warranties made by Seller expressly set forth in this Agreement, neither Buyer nor any Affiliate or representative thereof shall be entitled to rely upon any representation or warranty of any kind made by Seller or any Affiliate or representative thereof.

3.5 **Brokers and Finders** Buyer represents and warrants to Seller that no broker or finder has acted for it or any entity controlling, controlled by or under common control with it in connection with transactions contemplated by this Agreement and no broker or other Person is entitled to any commission or finder's fee in connection with any of such transactions.

3.6 **Buyer Acknowledgement**.

(a) BUYER UNDERSTANDS AND ACKNOWLEDGES THAT (I) THE FINANCIAL CONDITION OF THE PURCHASED BUSINESS MAY CHANGE SUBSTANTIALLY BETWEEN THE DATE OF THIS AGREEMENT AND THE CLOSING DATE, AND (II) NO SUCH CHANGE IN THE FINANCIAL CONDITION OF THE PURCHASED BUSINESS SHALL ENTITLE BUYER TO AN ADJUSTMENT OF THE PURCHASE PRICE EXCEPT AS EXPRESSLY PROVIDED IN SECTIONS 2.3 AND 2.4 OR EXCUSE BUYER FROM PERFORMING ITS OBLIGATIONS HEREUNDER.

(b)     As of the Closing, Buyer will have had an opportunity to review all aspects of the Purchased Real Property to its full and complete satisfaction. Subject to Buyer's election under Section 5.12 hereof, except for Seller's express representations, warranties and covenants contained herein, (a) Buyer has agreed to accept the Purchased Real Property "AS-IS, WHERE IS, AND WITH ALL FAULTS," and (b) Buyer unconditionally and completely releases Seller from any and all costs, liability, damage, injury, expense, cause of action, claims and liabilities of every nature now or hereafter arising (collectively, **"Property Claims"**) with respect to the Purchased Real Property and the condition thereof, including any such Property Claims that Buyer does not know or suspect to exist in its favor as of the Closing Date, which if known to Buyer would have materially affected Buyer's willingness to enter into this Agreement.

(c)     Except for the express representations and warranties of Seller set forth in this Agreement, Buyer acknowledges and agrees that Seller has made no warranties or representations of any nature whatsoever as to the Purchased Real Property. Except as expressly set forth in this Agreement, Seller disclaims any and all express or implied representations and warranties, and Buyer waives irrevocably all of same (including, but not limited to, the size of the Purchased Real Property, the zoning and current entitlements, the suitability of the Purchased Real Property for Buyer's intended use, the feasibility of additional entitlements, the effects of governmental restrictions, soils and geology conditions, access, ingress and egress, easements with respect to the Purchased Real Property, the presence of contaminants, condition of title, insurability and all other matters of any and every nature concerning the Purchased Real Property).

## ARTICLE IV

## REPRESENTATIONS AND WARRANTIES OF SELLER

Seller represents and warrants to Buyer as of the date of this Agreement and the Effective Time, as follows:

4.1     **Organization**. Seller is a corporation duly organized, validly existing and in good standing as a domestic corporation under the laws of the State of California, and has all requisite corporate power and authority to own, lease and operate its properties and conduct its business as presently being conducted. Seller is qualified to do business and is in good standing as a foreign corporation in Arizona.

4.2     **Authorization**. Subject to approval of the Bankruptcy Court, Seller has all requisite corporate (or other) power and authority, and has taken all actions necessary, to execute and deliver each of the Transaction Documents, to consummate the transactions contemplated hereby and thereby and to perform its obligations thereunder. This Agreement has been duly executed and delivered by Seller and constitutes, and each other Transaction Document, when so duly executed and delivered by Seller at Closing, will constitute, a legal, valid and binding obligation of Seller, enforceable against Seller in accordance with its terms, subject to (a) approval by the Bankruptcy Court, and the laws and regulations of general application relating to bankruptcy, insolvency and the relief of debtors, and (b) laws and regulations regarding specific performance, injunctive relief and other equitable remedies.

- 19 -

4.3 **Status of Assets and Leases of Seller.** Seller owns or has the right to transfer all of the Purchased Business Assets and Purchased Real Property (or Seller's leasehold interest therein, where appropriate), in each case, free of Encumbrances other than Permitted Encumbrances and Permitted Exceptions. Other than either (x) as set forth on **Schedule 4.3**, (y) the Excluded Assets, or (z) any services or assets contemplated to be provided under the Transition Services Agreement, the Purchased Business Assets and Purchased Real Property include all assets necessary for the operation of the Purchased Business at Closing as currently conducted, except for such assets the lack of which would result in a Material Adverse Effect.

4.4 **Litigation.** Except for the Bankruptcy Cases, as set forth on **Schedule 4.4**, or as may arise in connection with the Bankruptcy Cases there are no Actions by or before any Governmental Authority pending or, to the Knowledge of Seller, threatened in writing against Seller or any of its Affiliates that either (a) question or challenge the validity of this Agreement or any action taken or proposed to be taken by Seller pursuant hereto or in connection with the transactions contemplated hereby or (b) involve or affect the Purchased Business Assets, the Purchased Real Property or the Purchased Business, in each case, that has resulted in a Material Adverse Effect.

4.5 **Compliance with Law.** Except to the extent excused by or unenforceable as a result of the commencement or pendency of the Bankruptcy Cases or the application of any provision of the Bankruptcy Code or as set forth on **Schedule 4.5**, to the Knowledge of Seller (i) Seller has not received any written notice that it is in material violation of any Law applicable to the operation of the Purchased Business and (ii) Seller is not under investigation with respect to any material violation of any Law applicable to its operation of the Purchased Business, in each case, that has resulted in a Material Adverse Effect.

4.6 **Intellectual Property.** With respect to any Intellectual Property included in the Purchased Business Assets, (i) **Schedule 4.6** identifies each trade name and each registered trademark, registered service mark, registered copyright, and domain name owned by Seller, and each pending application or application for registration for the foregoing that has been filed on behalf of Seller; and (ii) with respect to each such item of Intellectual Property required to be identified on **Schedule 4.6**: (x) Seller possesses and, following the Closing, Buyer will possess all right, title and interest in and to such item, free and clear of all Encumbrances other than Permitted Encumbrances except as has not resulted in a Material Adverse Effect; and (y) no Action is pending or, to Seller's Knowledge, threatened that challenges the legality, validity, enforceability, use or ownership of such item.

4.7 **Collective Bargaining Agreements and Labor Matters.** Except as set forth on **Schedule 4.7**, (a) there are no collective bargaining agreements to which Seller is a party involving the Purchased Business or any other labor union contract applicable to the Purchased Business Employees; (b) Seller is not currently engaged in negotiations with any union or other employee representative with respect to any such employees; and (c) to the Knowledge of Seller there are no activities or proceedings of any labor union to organize or represent such employees.

4.8 **Employees.** Seller has previously delivered to Buyer a schedule of the following information for each Purchased Business Employee of Seller (including any such employee on leave of absence or layoff status): (i) name; (ii) job title; (iii) date of hire; (iv) current salary or

- 20 -

hourly wage rate; and (v) if on leave, the period of the leave. Except as set forth on **Schedule 4.8** or as Seller has disclosed on a schedule previously delivered to Buyer, Seller has not made any promises for the payment of any bonuses or backpay to any Purchased Business Employees.

4.9 **Environmental, Health and Safety Matters**. Except as set forth on **Schedule 4.9** or, for the purpose of subsections (a), (b) and (c) hereunder, as has not resulted in a Material Adverse Effect:

(a) To the Knowledge of Seller, Seller has obtained all material Permits required by applicable Environmental Laws necessary for the operation of the Purchased Business, all such Permits are valid and in full force and effect, and Seller is in compliance in all material respects with all of the terms and conditions of such Permits.

(b) To the Knowledge of Seller, there is no proceeding pending for which Seller has been served with written notice or, to the Knowledge of Seller, threatened which would result in the reversal, rescission, termination, material modification or suspension of any material environmental, health or safety permits necessary for the operation of the Purchased Business, and to the Knowledge of Seller, there is no basis for any such proceeding.

(c) To the Knowledge of Seller, Seller has operated and is operating the Purchased Business in all material respects in compliance with all Environmental Laws applicable to Seller.

(d) To the Knowledge of Seller, Seller has not received any written notice, and there is no investigation pending or threatened, to the effect that Seller or any Purchased Business has or may have material Liability for or as a result of the release or threatened release of a Hazardous Material into the environment or for the suspected unlawful presence of Hazardous Material thereon.

4.10 **Financial Information**. Seller has made available to Buyer the unaudited balance sheets of the Purchased Business as at September 30, 2009 and as at December 31, 2009 (the "**Balance Sheets**"). The Balance Sheets were prepared from the books of account and other financial records of Seller in accordance with GAAP, consistently applied throughout the periods indicated, subject to normal year-end adjustments and the absence of footnotes, and present fairly, as stated therein, in all material respects, the financial position of the Purchased Business as of such date and for the periods covered thereby.

4.11 **Material Advertisers and Suppliers**.

(a) Advertisers. Seller has previously delivered to Buyer a schedule listing the ten (10) largest advertisers of the last fiscal year ended December 31, 2009.

(b) Suppliers. Seller has previously delivered to Buyer a schedule listing the five (5) largest suppliers of the Purchased Business for the last fiscal year ended December 31, 2009.

4.12 **Vehicles**. **Schedule 4.12** lists substantially all motor vehicles owned or leased by Seller and used or held for use exclusively in the conduct of the Purchased Business.

- 21 -

4.13 **Broker's and Finder's Fees**. Except as set forth on **Schedule 4.13**, Seller represents and warrants to Buyer that no broker, finder or financial advisor has acted for them or any entity controlling, controlled by or under common control with it in connection with transactions contemplated by this Agreement and, to the Knowledge of Seller, no broker or other Person is entitled to any commission or finder's fee in connection with any of such transactions.

4.14 **Exclusivity of Representations**. EXCEPT AS EXPRESSLY SET FORTH IN THIS ARTICLE IV (AS MODIFIED BY THE EXHIBITS HERETO), SELLER MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AT LAW OR IN EQUITY, IN RESPECT OF ANY OF ITS ASSETS (INCLUDING THE PURCHASED BUSINESS ASSETS AND THE PURCHASED REAL PROPERTY), LIABILITIES (INCLUDING THE ASSUMED LIABILITIES) OR OPERATIONS, INCLUDING, WITH RESPECT TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, OR NON INFRINGEMENT, AND ANY SUCH OTHER REPRESENTATIONS OR WARRANTIES ARE HEREBY EXPRESSLY DISCLAIMED, AND NONE SHALL BE IMPLIED AT LAW OR IN EQUITY.

## ARTICLE V

## CONTINUING OBLIGATIONS OF PARTIES

5.1 **Conduct of Business**. Except (a) as otherwise contemplated by this Agreement or (b) as consented to in writing by Buyer (which consent shall not be unreasonably withheld or delayed), from and after the date hereof until the Closing, Seller will operate the Purchased Business in the ordinary course of business, subject to any impact relating to (x) Seller's proposed wind down of operations of the Purchased Business as publicly announced on November 2, 2009 (y) the impact of Seller's ongoing bankruptcy proceeding or any order of the Bankruptcy Court, or (z) the execution, announcement, or performance of, or compliance with, this Agreement or the consummation of the transactions contemplated herein.

5.2 **Bankruptcy Court Approval**.

(a) **Seller's Chapter 11 Bankruptcy Cases**. Seller and Buyer acknowledge and agree that this Agreement and the transactions contemplated hereby are contingent upon the approval and authorization of the Bankruptcy Court. Seller hereby agrees to file a motion in the form attached hereto as **Exhibit K** (the "**Sale Motion**") promptly following the date on which this Agreement is executed, and to seek Bankruptcy Court approval of this Agreement and the transactions contemplated hereby, subject to higher and better offers and Bankruptcy Court approval of an auction (to the extent necessary) of the Purchased Business Assets and Purchased Real Property to be commenced no later than March 10, 2010. From the date hereof (and any prior time) and until the transactions contemplated hereby are consummated, Seller is permitted to cause its Representatives and Affiliates to initiate contact with, and solicit or encourage submission of any inquiries, proposals or offers by any Person in connection with any Alternative Transaction.

(b) **Sale Order**. Following the filing of the Sale Motion, Seller shall use its commercially reasonable efforts to diligently prosecute and obtain the entry of an order of the

- 22 -

Bankruptcy Court approving this Agreement and the transactions contemplated hereby in all material respects in the form attached hereto as **Exhibit L** (the "**Sale Order**") and to perform such other acts as may be necessary to permit Seller to convey any interests it has in the Purchased Business Assets and, subject to Buyer's election under Section 5.12, the Purchased Real Property to Buyer as required by this Agreement. Any changes material to the form of the Sale Order affecting the terms of the transactions contemplated by this Agreement must be approved by Buyer in its reasonable discretion and Seller in its reasonable discretion. The Sale Order contemplated hereby shall contain findings of fact and conclusions of law establishing, among other things, that: (a) Seller is authorized to transfer to Buyer any interests Seller has in the Purchased Business Assets and Purchased Real Property under the Bankruptcy Code; (b) Seller is authorized to assume the Assumed Contracts and assign them to Buyer; and (c) Buyer is a good faith purchaser entitled to the protections of Section 363(m) of the Bankruptcy Code. In the event the Sale Order is appealed, Seller and Buyer shall each use their respective commercially reasonable efforts to defend such appeal or, by mutual written agreement, close the transactions contemplated hereby unless such closing is stayed by Bankruptcy Court order. Seller shall keep Buyer reasonably informed of the status of its efforts to obtain the entry of the Sale Order. Seller shall give Buyer reasonable advance written notice of any hearings regarding the motions required to obtain the issuance of the Sale Order and Buyer shall have the right to attend and be heard at any such hearings.

(c) **Cooperation in Bankruptcy Court Matters**. Buyer agrees that it will promptly take such actions as are reasonably requested by Seller to assist in obtaining entry of the Sale Order and a finding of adequate assurance of future performance by Buyer under any Assumed Contracts as required by Section 365(b)(1)(C) of the Bankruptcy Code, including, without limitation, furnishing affidavits or other documents or information for filing with the Bankruptcy Court. With respect to each such Contract, Buyer shall use commercially reasonable efforts to provide adequate assurance as required under the Bankruptcy Code of the future performance of the applicable Contract. Buyer agrees that it will promptly take all actions reasonably required by Seller or ordered by the Bankruptcy Court to assist in obtaining the Bankruptcy Court's entry of an order approving this Agreement, such as furnishing affidavits, non-confidential financial information, confidential information subject to a reasonable form of confidentiality agreement or other documents or information for filing with the Bankruptcy Court and making its employees and representatives available to be interviewed by Seller's attorneys and to testify before the Bankruptcy Court and at depositions, with respect to demonstrating adequate assurance of future performance by Buyer under any such Contract. If a written objection is filed to the motion seeking approval of this Agreement, which is an objection which would prohibit or otherwise prevent the Closing from occurring pursuant to the terms of this Agreement, Seller and Buyer shall use commercially reasonable efforts to have such objection overruled.

5.3 **Cooperation in Assignments and Assumptions**. Prior to and after the Effective Time, but subject to further approval by the Bankruptcy Court of such assumption and assignment, Seller shall use its commercially reasonable efforts, both prior to and after the Closing, and Buyer will cooperate in any reasonable manner to assign all Contracts and Permits included in the Purchased Business Assets and Purchased Real Property to Buyer, and to release Seller from any obligations thereunder. Notwithstanding the foregoing, if Seller identifies any Contract or Permit after the Effective Time relating exclusively to the Purchased Business Assets

- 23 -

and Purchased Real Property (other than Excluded Assets), Seller shall notify Buyer of the existence of such Contract or Permit and Buyer may in its reasonable discretion assume such Contract or Permit, in which case Seller shall use commercially reasonable efforts to assign and transfer such Contract or Permit to Buyer, subject to further approval by the Bankruptcy Court of such assignment and assumption; provided, however, that Buyer shall be responsible for payment of any Cure Amount under such Contract or Permit. If any Contract to be assigned to Buyer pursuant to this Agreement cannot be assigned under Section 365 of the Bankruptcy Code or as a matter of Law shall require the consent of any party thereto other than Seller, this Agreement shall not constitute an agreement to assign such Contract, and such Contract shall not be assigned to or assumed by Buyer if an actual or attempted assignment thereof would be prohibited as a matter of Law. Seller shall use its commercially reasonable efforts and Buyer will cooperate in any reasonable manner to obtain such consents, to the extent required, of such other parties to such Contracts and Permits. If any such consent cannot be obtained, at Buyer's election, Seller and Buyer will cooperate in any reasonable arrangement designed to obtain for Buyer all benefits and privileges of the applicable Contract and Permit and discharging and indemnifying Seller and its Affiliates from continuing liabilities or obligations thereunder.

     5.4   **Fulfillment of Conditions**. Each of Buyer and Seller will take all commercially reasonable steps necessary or desirable and proceed diligently and in good faith to satisfy each condition to the obligations of the other party hereto contained in this Agreement and will not take or fail to take any action that would reasonably be expected to result in the nonfulfillment of any such condition.

     5.5   **Further Assurances**. Upon the terms and subject to the conditions contained herein, the parties agree, at any time and from time to time, after the Closing Date: (i) to use all reasonable efforts to take, or cause to be taken, all actions and to do, or cause to be done, all things necessary, proper or advisable to consummate and make effective the transactions contemplated by the Transaction Documents; (ii) to execute any documents, instruments or conveyances of any kind which may be reasonably necessary or advisable to carry out any of the transactions contemplated hereunder; and (iii) to cooperate with each other in connection with the foregoing. Seller acknowledges and agrees that, from and after the Closing, Buyer shall be entitled to possession of all documents, books, records, agreements, and financial data of any sort (of Seller only) relating solely to Purchased Business Assets, Purchased Real Property and Assumed Liabilities, except for any corporate documents, minute books and similar records relating to Seller and, except as provided in Section 2.1(c)(xii), the Tax returns, books and records of Seller. Seller may retain copies of all documents, books, records, agreements and financial data for archival purposes.

5.6    **Employee Matters**.

(a)    No later than February 18, 2010, Buyer shall deliver to Seller a list of all Purchased Business Employees to whom Buyer intends to offer at-will employment commencing as of the Closing Date (the "**Offer List**"). No later than five days prior to its delivery to the Purchased Business Employees on the Offer List, Buyer shall deliver to Seller for its approval (which shall not be unreasonably withheld) the form of letter by which Buyer shall offer at-will employment to the Purchased Business Employees included on the Offer List (such letter, the "**Offer Letter**"). The Offer Letter shall indicate (i) that the offer of at-will employment is an offer of an alternative position with a Successor Company (as such term is defined in the Freedom Severance Plan), (ii) the location at which the at-will employment is offered (iii) that the offeree must respond within five (5) days of receipt of the Offer Letter, and (iv) that the offeree must acknowledge the terms of, countersign and return the Offer Letter. No later than one (1) Business Day after any auction concerning the Purchased Business Assets (if Buyer is the Successful Bidder in such auction) or, if no auction occurs in connection with the sale of the Purchased Business Asset, not later than one (1) Business Date after the date on which the Sale Motion is heard by the Bankruptcy Court, Buyer shall deliver offers of employment commencing on the Closing Date to all Purchased Business Employees on the Offer List in the form of the Offer Letter. No later than five (5) Business Days prior to the Closing, Buyer will notify Seller of all employees of Seller who accepted Buyer's offer of employment.

(b)    Buyer shall have the right, but not the obligation, to employ or engage as contractors or employees any or all of the Purchased Business Employees (other than the Excluded Employee) as Buyer determines to be qualified in its absolute and sole discretion and in accordance with Buyer's employment practices and procedures. Buyer shall have no obligation or duty to hire any of the Purchased Business Employees. The terms and conditions of employment of any Purchased Business Employees employed by Buyer (such employees, the "**Hired Employees**") shall be determined by Buyer in its absolute and sole discretion. Effective as of and following the Effective Time, Buyer shall have all responsibility for, and Seller shall have no obligations with respect to, the Hired Employees in connection with their employment with Buyer, including, without limitation, all payroll and benefits, during all periods as of and subsequent to the Effective Time. Without limiting the generality of the foregoing; (i) Buyer shall be responsible for procuring for and enrolling Hired Employees in its applicable medical and dental benefit plans effective at and as of the Effective Time; and (ii) Seller shall terminate the employment of all Purchased Business Employees other than the Excluded Employee as of the Closing Date. Nothing contained in this Agreement shall confer upon any Purchased Business Employee any right with respect to continuance of employment by Buyer or its designee, nor shall any provision of this Agreement create any third party beneficiary rights in any Purchased Business Employee.

(c)    Seller will not implement a "plant closing" or "mass layoff" before the Closing Date without advance notification to and approval of Buyer. Seller shall comply with the WARN Act, as applicable, including provision of required notices; provided that Buyer provides Seller with timely information regarding the employees that it intends to hire as provided above.

- 25 -

5.7 **Allocation of Purchase Price; Transfer and Property Taxes; Other Taxes**.

(a) No later than three (3) Business Days prior to the Closing Date, Buyer and Seller shall agree upon a schedule (**Schedule 5.7**) setting forth an allocation of the Purchase Price (and all other capitalized costs) to each of the Purchased Business Assets and Purchased Real Property. Such allocation shall be made in accordance with the provisions of section 1060 of the Code and the Treasury Regulations issued thereunder, and shall be binding upon Buyer and Seller for all purposes. Each party agrees to file Tax returns consistent with such allocation.

(b) The Purchase Price is exclusive of all transfer taxes, sales and use taxes, filing and recordation and documentary fees and similar charges relating to the sale or transfer of the Purchased Business Assets and Purchased Real Property hereunder ("**Transfer Taxes**"). Seller shall request an order of the Bankruptcy Court pursuant to Section 1146 of the Bankruptcy Code exempting the transfers pursuant to this Agreement from any Transfer Taxes; provided, however, that to the extent such Transfer Taxes are imposed, Buyer and Seller shall each be responsible for the payment of one-half of such Transfer Taxes, which shall be payable by the parties at Closing.

(c) Buyer shall timely pay to the applicable Governmental Authority any Taxes included in Assumed Liabilities and, to the extent Seller could have any liability therefor under applicable Law or otherwise, shall promptly provide Seller with evidence of payment and satisfaction thereof reasonably acceptable to Seller. To the extent Seller (or its Affiliates) receives any bill for such Taxes, Seller shall promptly forward such bill to Buyer for payment by Buyer.

(d) Subject to Buyer's election under Section 5.12 hereof, Seller and Buyer shall each be responsible for the payment of one-half of (i) the cost of recording the Grant Deed and (ii) the cost of title insurance insuring Buyer's title to the Purchased Real Property, both of which shall be payable by the parties at Closing.

5.8 **Communication with Vendors and Customers**. After the Closing, Buyer shall be responsible for communicating with vendors and customers of the Purchased Business regarding the assignment and transition of Seller's agreements, arrangements and relationships with such parties to Buyer.

5.9 **Access to Information**. From the date of this Agreement until the Closing, Seller will provide Buyer with reasonable access to the facilities, books and records (other than personnel files) of the Purchased Business and shall instruct the employees, accountants, and other agents and representatives (collectively, "**Representatives**") of Seller and its Affiliates to reasonably cooperate with Buyer and Buyer's Representatives in connection with Buyer's review of the Purchased Business and the Purchased Business Assets.

5.10 **Publicity**. No party hereto shall, on or prior to the Closing Date, issue or make any press release or other public announcement with respect to this Agreement or the transactions contemplated hereby, or otherwise make any public disclosures relating thereto, without the prior consultation in good faith with the other party before issuing such press release or making such public announcement and providing the other party a reasonable opportunity to

- 26 -

comment thereon. Notwithstanding the foregoing, it is understood and acknowledged by the parties hereto that the terms of this Agreement and the transactions contemplated hereby will be described in pleadings filed with the Bankruptcy Court, discussed in related hearings, and disclosed to creditors and other parties in interest, and a copy of this Agreement will become a matter of public record upon filing with the Bankruptcy Court, none of which shall require the prior written consent of Buyer.

5.11  **PBS & DTI Systems.**  Seller shall use its commercially reasonable efforts to deliver to Buyer within five (5) Business Days after Closing, the material data within the PBS circulation system (the "**PBS System**") of Seller in digital format. To the extent that such licenses are Excluded Assets or not capable of assignment by Seller to Buyer hereunder without additional consideration to licensor, Seller shall use its commercially reasonable efforts to cooperate with Buyer to obtain, at Buyer's sole cost and expense, either partial assignment of such software licenses or new licenses for the PBS System and such other software systems licensed from Digital Technology International, LLC and all related and supporting software (collectively the "**PBS/DTI Licenses**"), provided, however that Buyer acknowledges that the DTI Licenses are Excluded Contracts listed on **Exhibit C-1** and may not be separately assignable to Buyer. To the extent that such assets are Excluded Assets or the information technology hardware included in the Purchased Business Assets is insufficient to operate the PBS System, Seller shall use its commercially reasonable efforts to cooperate with Buyer or Buyer's Representatives to (a) obtain, at Buyer's sole cost and expense, the information technology hardware sufficient to operate the PBS System and all related and supporting software and (b) migrate and transfer, at Buyer's sole cost and expense, the material data within the PBS System to such information technology hardware.

5.12  **Purchased Real Property.**  From the date of this Agreement until five (5) Business Days before the Closing, Seller will provide Buyer with reasonable access to the Purchased Real Property for the sole purpose of conducting (at Buyer's sole expense) a Phase I environmental study thereon. Unless previously obtained by Buyer, Seller shall use its commercially reasonable efforts to deliver, or cause to be delivered to Buyer, at least seven (7) Business Days prior to the Closing Date, a preliminary title report, title commitment or proforma with respect to the Purchased Real Property issued by First American Title Insurance Company or another insurer mutually acceptable to Seller and Buyer for a standard coverage owner's policy of title insurance in the amount of the approximate fair market value of the Purchased Real Property as reasonably agreed upon by Seller and Buyer, together with legible and complete copies of all exceptions and matters referred to therein. Buyer shall provide written notice to Seller within five (5) Business Days prior to the Closing Date, of Buyer's election to include or exclude the Purchased Real Property from the assets to be transferred from Seller to Buyer at Closing. Buyer's election under this Section 5.12 shall not impact Buyer's obligation to effect the Closing or result in the failure of any of Buyer's Conditions to Closing in Section 2.6 to be satisfied. In the event that Buyer elects to exclude the Purchased Real Property from the assets to be transferred to Buyer at Closing, (x) Seller and Buyer shall enter into a one-year lease of the Purchased Real Property for lease consideration to Seller of one dollar (which shall be renewable upon the same terms for an additional one-year term at Buyer's election) substantially on the terms set forth in **Exhibit J** and (y) as noted on **Exhibit A**, certain assets related to the Purchased Real Property shall become Excluded Assets.

- 27 -

5.13    **Contracts and Unexpired Leases**.  Seller shall use its commercially reasonable effort to provide to Buyer within five (5) Business Days hereof a true and complete listing all executory Contracts and unexpired Leases related to the Purchased Business as contemplated by Federal Rule of Bankruptcy Procedure 1007.

5.14    **Cooperation**.  Seller and Buyer shall use their commercially reasonable efforts to cooperate fully with each other after the Closing Date with respect to any Action by or against Seller or Buyer, as the case may be, in respect of the Purchased Business Assets, the Purchased Real Property, the Excluded Assets or the Liabilities of the Purchased Business, whether or not assumed by Buyer.

<div align="center">

**ARTICLE VI**

**NON-SURVIVAL OF REPRESENTATIONS AND WARRANTIES;
SURVIVAL OF COVENANTS**

</div>

6.1    **Nonsurvival of Representations and Warranties; Survival of Covenants**.  All representations and warranties set forth in this Agreement or any certificate, document or instrument delivered in connection herewith shall terminate upon the earlier of the Closing or the termination of this Agreement in accordance with Article VIII hereof, and neither of the parties shall have any liability to the other after their termination for any breach thereof.  Only those covenants that contemplate actions to be taken or obligation in effect after the Closing or termination of this Agreement, as the case may be, shall survive in accordance with their terms.

<div align="center">

**ARTICLE VII**

**INDEMNIFICATION**

</div>

7.1    **Indemnification of Seller by Buyer**.  Buyer hereby agrees to indemnify Seller and its Affiliates and each of their respective officers, directors, stockholders, managers, members, partners, employees, successors and assigns (collectively, the "**Seller Indemnified Parties**") and hold each of them harmless from and against and pay on behalf or reimburse any such Seller Indemnified Party in respect of the entirety of any Liability which such Seller Indemnified Party may suffer, sustain or become subject to, as the result of, arising out of, relating to or in connection with (a) the Excess Severance Liabilities or Assumed Vacation Liabilities or (b) Liabilities arising after the Closing and related to any employee or employee benefit plan of Buyer or its Affiliates (including, without limitation, the types of plans and other compensation included in the definition of Employee Benefit Plan).

7.2    **Indemnification of Buyer by Freedom Newspapers**.  Freedom Newspapers hereby agrees to indemnify Buyer and its Affiliates and each of their respective officers, directors, stockholders, managers, members, partners, employees, successors and assigns (collectively, the "**Buyer Indemnified Parties**") and hold each of them harmless from and against and pay on behalf or reimburse any such Buyer Indemnified Party in respect of the entirety of any Liability which such Buyer Indemnified Party may suffer, sustain or become subject to, as the result of, arising out of, relating to or in connection with any Action by any Purchased Business Employee not hired by Buyer (or any personal representative, executor or

<div align="center">- 28 -</div>

conservator therefore) to the extent such Action relates to the Seller's failure to pay Severance Liabilities.

7.3    **Payments Related to Post-Closing Hiring**.

(a)    Seller and Freedom Newspapers hereby agree that if, within ninety (90) days after the Closing Date, any Purchased Business Employee reimburses Seller or its Affiliates, pursuant to the Rehire Rights provisions of the Freedom Severance Plan, for any payments for Severance Liabilities received, Seller or Freedom Newspapers shall pay to Buyer the amount of such reimbursement to the extent such payment was included in the Excess Severance Liabilities (provided; however, that in no event shall payments received hereunder exceed that amount received by Seller on account of the Excess Severance Liabilities).

(b)    Buyer hereby agree that if, within ninety (90) days of the Closing Date, any Purchased Business Employee not included on the Offer List is hired by Buyer or its Affiliates, Buyer shall pay to Seller the amount of any payments for Severance Liabilities paid by Seller or its Affiliates to or on behalf of such Purchased Business Employee to the extent that any increase in the Purchase Price as finally determined pursuant to Section 2.4 does not account for such payments.

7.4    **Payment**.  Any indemnification or payment by Buyer, Seller or Freedom Newspapers pursuant to this Article VII shall be effected by wire transfer of immediately available funds to an account designated by Seller or Buyer within three Business Days after the determination of the amount thereof, whether pursuant to an order of the Bankruptcy Court or other Governmental Authority, or pursuant to a settlement or agreement between Buyer and Seller or Buyer and Freedom Newspapers.

7.5    **Tax Treatment**.  Any indemnification payments made pursuant to this Article VII shall constitute an adjustment of the Purchase Price for Tax purposes and shall be treated as such by parties on their Tax returns to the extent permitted by Law.

## ARTICLE VIII

## TERMINATION OF AGREEMENT

8.1    **Conditions for Termination**.  This Agreement may be terminated and neither party shall be required to consummate the Closing prior to the Closing as follows:

(a)    by Buyer or Seller, if the Closing shall not have occurred by the close of business on the later of (i) March 31, 2010, (ii) five (5) Business Days after the Sale Order becomes a final, non-appealable order (but in no event later than 62 days after the date of this Agreement), or (iii) such later date as Buyer and Seller shall agree (the "**Termination Date**"); provided, further, that if the Closing shall not have occurred on or before the Termination Date due to a material breach of any representation, warranty, covenant or agreement contained in this Agreement by Buyer or Seller, then the breaching party may not terminate this Agreement pursuant to this Section 8.1(a);

(b)    by mutual written consent of Seller and Buyer;

- 29 -

(c)     by Seller or Buyer if there shall be in effect a final, non-appealable order of a governmental body of competent jurisdiction restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated hereby, it being agreed that the parties hereto shall promptly appeal any adverse determination which is not non-appealable (and pursue such appeal with reasonable diligence); or

(d)     by Buyer or Seller, if the Bankruptcy Court shall enter an order approving an agreement contemplating an Alternative Transaction;

(e)     by Buyer, if (i) there shall have been a breach by Seller of any representation, warranty, covenant or agreement contained in this Agreement or that would result in a failure of a condition set forth in Section 2.6(c), and such breach has not been cured or waived by Buyer on or before the thirtieth (30th) day after written notice is given by Buyer to Seller or (ii) any condition set forth in Section 2.6(c) shall have become impossible or impracticable to satisfy with the use of commercially reasonable efforts, if the failure of such condition to be satisfied is not caused by a breach of this Agreement by Buyer; or

(f)     by Seller if (i) there shall have been a breach by Buyer of any representation, warranty, covenant or agreement contained in this Agreement that would result in a failure of a condition set forth in Section 2.6(d), and such breach has not been cured or waived by Seller on or before the thirtieth (30th) day after written notice is given by Seller to Buyer; or (ii) any condition set forth in Section 2.6(d) shall have become impossible or impracticable to satisfy with the use of commercially reasonable efforts, if the failure of such condition to be satisfied is not caused by a breach of this Agreement by Seller.

8.2     **Notice of Termination**.  In the event of termination by Buyer or Seller, or both, pursuant to Section 8.1, written notice thereof shall forthwith be given to the other party, and this Agreement shall terminate, and the purchase of the Purchased Business Assets and Purchased Real Property hereunder shall be abandoned, without further action by Buyer or Seller.

8.3     **Return of Materials**.  If this Agreement is terminated as provided herein each party shall return all documents, work papers and other material of any other party relating to the transactions contemplated hereby, whether obtained before or after the execution hereof, to the party furnishing the same.

8.4     **Effect on Obligations**.  In the event that this Agreement is validly terminated as provided herein, each of the parties shall be relieved of its duties and obligations arising under this Agreement after the date of such termination and such termination shall be without liability to Buyer or Seller; provided, however, nothing in this Section 8.4 shall relieve Buyer or Seller of any liability for fraud or willful breach of this Agreement prior to the date of termination and all Damages recoverable by the non-breaching party shall include all attorneys' fees reasonably incurred by such party in connection with the transactions contemplated hereby; and provided, further, that the obligations of the parties set forth in Section 5.10 and ARTICLE VIII and IX shall survive any such termination and shall be enforceable hereunder.

- 30 -

# ARTICLE IX

## MISCELLANEOUS

9.1 **Assignment**. Except as expressly provided herein, neither this Agreement nor any of the rights or obligations hereunder may be assigned by any party without the prior written consent of the other parties which shall not be unreasonably withheld; except that Seller may, without such consent, assign this Agreement and its rights and obligations hereunder to any Affiliate of Seller or to a successor in interest which shall assume all obligations and liabilities of Seller hereto. Subject to the foregoing, this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns, and no other person shall have any right, benefit or obligation under this Agreement as a third party beneficiary or otherwise.

9.2 **Notices**. All notices, requests, demands and other communications which are required or may be given under this Agreement shall be in writing and shall be deemed to have been duly given when received if personally delivered; when transmitted if transmitted by facsimile, electronic or digital transmission method; the day after it is sent, if sent for next day delivery to a domestic address by recognized overnight delivery service (e.g., Federal Express); and upon receipt, if sent by certified or registered mail, return receipt requested. In each case notice shall be sent to:

| | |
|---|---|
| If to Seller: | Freedom Arizona Information, Inc. |
| | c/o Freedom Communications, Inc. |
| | 17666 Fitch |
| | Irvine, CA 92614 |
| | Facsimile: (949) 798-3524 |
| | |
| | FEIN: 33-0915796 |
| | |
| With a copy to: | Freedom Communications, Inc. |
| | 17666 Fitch |
| | Irvine, CA 92614 |
| | Facsimile: (949) 798-3524 |
| | Attn: General Counsel |
| | |
| If to Buyer: | 1013 Communications LLC |
| | 575 13th Street |
| | Boulder, CO 80302 |
| | Facsimile: (303) 499-9796 |
| | Attn: Mr. Randy Miller |
| | |
| | FEIN: _____ |

LA\2040920.25

With a copy to:     Lane & Waterman LLP
                               220 N. Main Street, Suite 600
                               Davenport, IA 52801
                               Facsimile: (563) 324-1616
                               Attn: Edmund H. Carroll, Esq.

or to such other place and with such other copies as either party may designate as to itself by written notice to the others.

9.3    **Choice of Law**. The parties agree that this Agreement and any disputes, controversies or claims arising hereunder or related to the transactions contemplated hereby shall be interpreted according to the laws of the State of Delaware, excluding its choice of law rules that would apply any other law. If any matters in dispute are required to be settled by litigation, then such trials will be decided by the Bankruptcy Court. **THE PARTIES WAIVE TRIAL BY JURY IN ANY SUCH ACTION(S) AND CONFIRM THAT THIS WAIVER IS A MATERIAL INDUCEMENT TO ENTER INTO TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT.** Without limiting any party's right to appeal any order of the Bankruptcy Court, (a) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from, or be connected with, this Agreement, any breach or default hereunder, or the transactions contemplated hereby, and (b) any and all proceedings related to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the parties hereby consent to and submit to the jurisdiction and venue of the Bankruptcy Court and shall receive notices at such locations as indicated in Section 9.2.

9.4    **Entire Agreement; Amendments and Waivers**. This Agreement, and that certain confidentiality agreement entered into between the parties hereto relating to the transactions contemplated hereby, together with the Transaction Documents and all exhibits hereto constitute the entire agreement among the parties pertaining to the subject matter hereof and supersede all prior agreements, understandings, negotiations and discussions, whether oral or written, of the parties, including, without limitation, Buyer's Letters of Intent dated November 23, 2009 and January 15, 2010 and countersigned by Seller on November 25, 2009 and January 15, 2010, respectively. This Agreement may not be amended except by an instrument in writing signed on behalf of each of the parties hereto. Any failure on the part of any party hereto to comply with any of its obligations, agreements or conditions hereunder may be waived by any other party to whom such compliance is owed. No amendment, supplement, modification or waiver of this Agreement shall be binding unless executed in writing by the party to be bound thereby. No waiver of any of the provisions of this Agreement shall be deemed or shall constitute a waiver of any other provision hereof (whether or not similar), nor shall such waiver constitute a continuing waiver unless otherwise expressly provided. Each of the exhibits referred to herein and attached hereto is an integral part of this Agreement and is incorporated herein by this reference.

9.5    **Reliance**. BUYER CONFIRMS THAT IT HAS NOT RELIED ON ANY WARRANTY, REPRESENTATION, COVENANT OR UNDERTAKING OF ANY PERSON WHICH IS NOT EXPRESSLY CONTAINED IN THIS AGREEMENT.

9.6     **Expenses**. Except as otherwise set forth herein, each of the parties shall bear such party's own fees, costs and expenses (including legal and accounting fees) incurred by such party in connection with the preparation and negotiation of this Agreement and the related agreements and documents referred to herein and in connection with the consummation of the transactions contemplated by this Agreement.

9.7     **Invalidity**. In the event that any one or more of the provisions contained in this Agreement or in any other instrument referred to herein, shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, then to the maximum extent permitted by law, such invalidity, illegality or unenforceability shall not affect any other provision of this Agreement or any other such instrument.

9.8     **Titles**. The titles, captions or headings herein are inserted for convenience of reference only and are not intended to be a part of or to affect the meaning or interpretation of this Agreement.

9.9     **Cumulative Remedies**. All rights and remedies of any of the parties hereto are cumulative of each other and of every other right or remedy such party may otherwise have at law or in equity, and the exercise of one or more rights or remedies shall not prejudice or impair the concurrent or subsequent exercise of other rights or remedies.

9.10     **Attorneys' Fees**. If any party to this Agreement brings an action to enforce its rights under this Agreement, the prevailing party shall be entitled to recover its costs and expenses, including, without limitation, reasonable attorneys' fees, incurred in connection with such action, including any appeal of such action.

9.11     **No Joint Venture**. Neither party shall make any warranties or representations, or assume or create any obligations, on the other party's behalf except as may be expressly permitted hereunder or in writing by such other party. Each party hereto shall be solely responsible for the actions of all its respective employees, agents and representatives.

9.12     **Interpretation**. This Agreement has been negotiated between the parties and shall not be deemed to be drafted by, or the product of, either party. As such, this Agreement shall not be interpreted in favor of, or against, either party.

9.13     **Multiple Counterparts**. This Agreement may be executed in one or more counterparts (including by facsimile), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

9.14     **Schedules and Exhibits Incorporated.** All Schedules and Exhibits attached hereto are incorporated herein by reference, and all blanks in such Schedules and Exhibits, if any, will be filled in as required in order to consummate the transactions contemplated herein and in accordance with this Agreement.

[Remainder of page intentionally left blank]

LA\2040920.25

IN WITNESS WHEREOF, the parties executed and delivered this Agreement as of the day and year first above written.

"SELLER"

**FREEDOM ARIZONA INFORMATION, INC.,**
a California corporation

By: _____
     Name: _____
     Its: _____


"BUYER"

**1013 COMMUNICATIONS, LLC,**
a Nevada limited liability company

By: _____
     Name: _Randy Miller_____
     Its: _Manager_____

Solely for the purposes of Article VII,

**"FREEDOM NEWSPAPERS"**

**FREEDOM NEWSPAPERS, INC.,**
a Delaware corporation

By: _____
     Name: _____
     Its: _____

- 34 -

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the date first above written.

FREEDOM ARIZONA
INFORMATION, INC.

By: _Mark McEachen_.
Name: Mark McEachen
Its:    Senior Vice President and Chief
       Financial Officer

FREEDOM NEWSPAPERS, INC.

By: _Mark McEachen_.
Name: Mark McEachen
Its:    Senior Vice President and Chief
       Financial Officer

**Exhibit A**

**Purchased Tangible Personal Property**

**[SEE ATTACHED]**

# Exhibit A

## Purchased Tangible Personal Property

ACQUISITION

OLD FIXED ASSETS BY ACQUISITION

# Exhibit A

## Purchased Tangible Personal Property

ASSET BALANCE DEPRECIATION

| Asset ID | Coding | End Bal. | Net Book Value Description | Asset Type | Acquisition / Comment Action Date | Asset GL Acct # | Class | Cost Center/Location | Department Dept GL GL Acct # | Description | Manufacturer | Model Number | Property Prop | Setting ID | Vendor | SUB EXEMPT/EQUIVALENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A000434 | | 122.40 | 6.80 MOTION DRIVE | Camera | 9/30/2000 | | General Office Equipment | | | FIELD CAMERA | | | PP | 32 | 405 | Under $2,500 |
| A000405 | | 1,377.60 | 1,339.20 $31.00 AQUA MIRROR CAMERA | Camera | 9/30/2000 | | General Office Equipment | | | FIELD CAMERA | | | PP | 32 | 406 | Under $2,500 |
| A000406 | | 640.97 | 640.97 HOLMITE SCANNER | Camera | 9/30/2000 | | General Office Equipment | | | MULTIMEDIA MAPPER | | | PP | 32 | 1261 | Under $2,500 |
| A000082 | | 750.00 | 714.81 3DIM CAMERA | Camera | 9/30/2000 | | General Office Equipment | | | PROMOTION STUDIO | | | PP | 32 | 1354 | Under $2,500 |
| A000003 | | 6,916.60 | 5,341.00 314.40 DIGITAL CAMERA | Camera | 9/30/2000 | | General Office Equipment | | | PROMOTION STUDIO | | | PP | 32 | 1263 | Under $2,500 |
| A000221 | | 283.00 | 263.20 16.00 PAGE CAMERA | Camera | 9/30/2000 | | General Office Equipment | | | NEWSPRINT WAREHOUSE | | | PP | 32 | 819 | Under $2,500 |
| Misc000009 | | 549.86 | 470.35 73.30 Canon 1.4LF w/ shoecard | Camera | 4/10/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000009 Under $2,500 |
| Misc000100.1 | | 1,545.46 | 1,333.32 205.84 Canon EOS 3 | Camera | 4/10/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100.1 Under $2,500 |
| Misc000100.2 | | 1,545.46 | 1,333.32 205.84 Canon EOS 3 | Camera | 4/10/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100.2 Under $2,500 |
| Misc000100.3 | | 1,545.46 | 1,333.18 205.32 Canon EOS 3 | Camera | 4/10/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100.3 Under $2,500 |
| Misc000004 | | 825.10 | 715.44 109.72 Canon Lens Canon 1000 EF/424 | Camera | 4/10/2001 | | General Office Equipment | | | | | | PP | 32 | 000004 | Misc000004 Under $2,500 |
| Misc000112 | | 1,637.47 | 1,419.20 218.27 Canon Lens Canon 17-35/294 | Camera | 4/10/2001 | | General Office Equipment | | | | Canon | 17-35/294 | PP | 32 | 000004 | Misc000112 Under $2,500 |
| Misc000112.2 | | 1,637.47 | 1,419.20 218.27 Canon Lens Canon 17-35/294 | Camera | 4/10/2001 | | General Office Equipment | | | | Canon | 17-35/294 | PP | 32 | 000055 | Misc000112.2 Under $2,500 |
| Misc000112.3 | | 1,637.50 | 1,419.00 218.60 Canon Lens Canon 17-35/294 | Camera | 4/10/2001 | | General Office Equipment | | | | Canon | 17-35/294 | PP | 32 | 000055 | Misc000112.3 Under $2,500 |
| Misc000131 | | 2,004.40 | 2,001.20 Canon D30 Camera Body | Camera | 4/10/2001 | | General Office Equipment | | | | Canon | D30 | PP | 32 | | Misc000131 Under $2,500 |
| Misc000132 | | 2,065.40 | 2,062.16 Canon D30 Camera Body | Camera | 4/10/2001 | | General Office Equipment | | | | Canon | D30 | PP | 32 | | Misc000132 Under $2,500 |
| Misc000133 | | 2,001.60 | 2,070.30 Canon D30 Camera Body | Camera | 4/10/2001 | | General Office Equipment | | | | Canon | D30 | PP | 32 | | Misc000133 Under $2,500 |
| Misc000005 | | 2,061.60 | 2,070.30 Canon D30 Camera Body | Camera | 4/10/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000005 Under $2,500 |
| Misc000006 | | 1,732.72 | 1,504.41 Canon 1S | Camera | 5/10/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000006 Under $2,500 |
| Misc000006 | | 2,331.38 | 1,950.80 Canon Equipment | Camera | 3/16/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000006 Under $2,500 |
| Misc000011 | | 1,327.06 | 1,311.39 Canon 7S | Camera | 6/30/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000011 Under $2,500 |
| Misc000000 | | 1,410.80 | 1,196.43 CANON 17-35 2.8 LENS | Camera | 5/30/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000000 Under $2,500 |
| Misc000012 | | 1,510.80 | 550.96 LENS EF SIGNS | Camera | 7/1/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000012 Under $2,500 |
| Misc000013 | | 1,140.82 | 1,140.82 LENS CANON 70-200 2.8 LENS | Camera | 7/1/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000013 Under $2,500 |
| Misc000005 | | 1,300.00 | 905.17 CANON 550EX FLASH | Camera | 7/1/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000005 Under $2,500 |
| Misc000100.1 | | 3,051.60 | 2,504.43 CANON D30 DIGITAL CAMERA W/300X FLASH & BATTERY | Camera | 7/1/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100.1 Under $2,500 |
| Misc000100.2 | | 3,051.60 | 2,504.43 CANON D30 DIGITAL CAMERA W/300X FLASH & BATTERY | Camera | 7/1/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100.2 Under $2,500 |
| Misc000100.3 | | 3,051.61 | 2,505.04 CANON D30 DIGITAL CAMERA W/300X FLASH & BATTERY | Camera | 7/1/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100.3 Under $2,500 |
| Misc000100 | | 800.55 | 657.05 CANON EOS/D2 DIGITAL CAMERA 8M CAMERA 3/4 | Camera | 9/20/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000100 Under $2,500 |
| Misc000162 | | 2,621.81 | 2,621.81 CANON D30 DIGITAL CAMERA 3/4 | Camera | 9/20/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000162 Under $2,500 |
| Misc000162 | | 2,671.00 | 2,671.00 CANON D30 DIGITAL CAMERA 3/4 | Camera | 9/20/2001 | | General Office Equipment | | | | | | PP | 32 | | Misc000162 Under $2,500 |
| Misc000200 | | 4,945.00 | 3,957.13 947.87 NIKON DIGITAL CAMERA KIT | Camera | 9/20/2001 | | General Office Equipment | | | 127 West 1st Avenue Mesa, AZ 82818 | | | PP | 32 | | Misc000200 Under $2,500 |
| Misc000200 | | 5,353.75 | 4,361.96 APX Digital Camera | Camera | 9/1/2001 | | General Office Equipment | | | | | | PP | 32 | 097142 000004 | Misc000200 Under $2,500 |
| Misc000170.1 | | 5,199.75 | 3,999.70 806.47 Canon EOS 10D Digital Cameras | Camera | 9/1/2002 | | General Office Equipment | | | 0000-13-1200-0000443-0000-0000 | Canon | EOS 10 | PP | 32 | 000003 | Misc000170.1 Under $2,500 |
| Misc000170.2 | | 5,199.75 | 3,999.70 Canon EOS 10D Camera | Camera | 9/1/2002 | | General Office Equipment | | | | Canon | EOS 10 | PP | 32 | 000003 | Misc000170.2 Under $2,500 |
| Misc000170.3 | | 5,199.75 | 3,999.70 Canon EOS 10D Camera | Camera | 9/1/2002 | | General Office Equipment | | | | Canon | EOS 10 | PP | 32 | 000001 | Misc000170.3 Under $2,500 |
| Misc000170.4 | | 5,199.75 | 3,999.70 Canon EOS 10D Camera | Camera | 9/1/2002 | | General Office Equipment | | | | Canon | EOS 10 | PP | 32 | 000002 | Misc000170.4 Under $2,500 |
| Misc000170.5 | | 5,199.75 | 3,999.70 Canon EOS 10D Camera | Camera | 9/1/2002 | | General Office Equipment | | | | Canon | EOS 10 | PP | 32 | 000002 | Misc000170.5 Under $2,500 |
| Misc000100 | | 10,420.00 | 7,742.35 3,090.42 Canon EOS 10D Digital Cameras (2) | Camera | 7/1/2003 | | General Office Equipment | | | | Canon | | PP | 32 | | Misc000100 Under $2,500 |
| MESA A063.1 | | 1,956.55 | 1,078.96 896.47 Canon EOS 10D Digital Cameras | Camera | 9/1/2004 | | General Office Equipment | | | | Canon | E0S20D | PP | 32 | 000006 | MESA A063.1 Under $2,500 |
| MESA A063.2 | | 1,956.55 | 1,078.96 896.47 Canon EOS 10D Digital Cameras | Camera | 9/1/2004 | | General Office Equipment | | | | Canon | E0S20D | PP | 32 | 000007 | MESA A063.2 Under $2,500 |
| MESA A063.3 | | 1,956.57 | 1,078.18 850.39 Canon EOS 10D Digital Cameras | Camera | 9/1/2004 | | General Office Equipment | | | | Canon | E0S20D | PP | 32 | 000001 | MESA A063.3 Under $2,500 |
| MESA A150 | | 1,431.00 | 606.45 824.54 Canon EOS 20D Camera | Camera | 9/1/2005 | | General Office Equipment | | | | Canon | E0S20D | PP | 32 | 000001 | MESA A150 Under $2,500 |
| MESA A170 | | 1,431.00 | 606.45 824.54 Canon EOS 20D Camera | Camera | 9/1/2005 | | General Office Equipment | | | | Canon | E0S20D | PP | 32 | | MESA A170 Under $2,500 |
| MESA A72 | | 1,431.00 | 606.45 824.54 Canon EOS 20D Camera | Camera | 9/1/2005 | | General Office Equipment | | | | None | E0S20D | PP | 32 | | MESA A72 Under $2,500 |
| MESA A78 | | 476.00 | 474.55 Canon 70-200 2.8 USM Lens | Camera | 9/1/2009 | | General Office Equipment | | | | None | 070-200/2.8 | PP | 32 | | MESA A78 Under $2,500 |
| MESA A82 | | 149.57 | 62.78 68.22 Canon Deluxe Soft-Lock, 3 & 4LD8 each | Camera | 9/1/2009 | | General Office Equipment | | | | None | SF311A | PP | 32 | | MESA A82 Under $2,500 |
| MESA A66 | | 290.85 | 137.90 172.52 Lexar 8GB Flash, Lexar 8x 512GB Memory Cards, 3 ea | Camera | 9/1/2009 | | General Office Equipment | | | | None | LX313CK | PP | 32 | | MESA A66 Under $2,500 |
| MESA A100 | | 115.66 | 51.56 63.99 Kenko Tilte UV Haze Lens Filter, 4 ea | Camera | 9/1/2009 | | General Office Equipment | | | | None | KITUVZ | PP | 32 | | MESA A100 Under $2,500 |

Exhibit A

# Purchased Tangible Personal Property

*Note: Seller makes no representations or warranties regarding the assets balances, depreciation or net book value numbers contained herein.
*Note: In the event that Buyer elects to exclude the Purchased Real Property from the assets to be transferred to Buyer at Closing pursuant to 6.12, the utility installations and like improvements located at or on the Purchased Real Property set forth on this Exhibit A shall be deemed Excluded Assets.

| Asset ID | ASSET BALANCE Ending | DEPRECIATION End Bal. | Net Book Valu | Description | Asset Type | Acquisition I | Commen | Accum Depr GL Acct # | Asset GL Acct # | Class | Cost Centr | Custodian | Departmer | Depr Exp GL Acct # | Descripti | Descripti | Project | Location | Manufacturer | Model Number | Property | Property | Selling E | Serial Nu | Tag ID | Vendor | RECONCILIATION OLD ASSET ID# | NEW ASSET ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MESA4770 | 1,334.13 | 567.00 | 767.13 | Canon EOS 20D Camera | Cameras | 9/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | EOS20D | PP | 32 | | | | | MESA4770 | Under $2,500 |
| MESA4780 | 1,334.13 | 567.00 | 767.13 | Canon EOS 20D Camera | Cameras | 9/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | EOS20D | PP | 32 | | | | | MESA4780 | Under $2,500 |
| MESA4790 | 1,334.13 | 567.00 | 767.13 | Canon EOS 20D Camera | Cameras | 9/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | EOS20D | PP | 32 | | | | | MESA4790 | Under $2,500 |
| MESA4800 | 509.97 | 216.75 | 293.22 | Canon BG-E2 Grip, 3 at $169.99 each | Cameras | 9/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | BGE2 | PP | 32 | | | | | MESA4800 | Under $2,500 |
| MESA4810 | 149.97 | 63.75 | 86.22 | Canon BP511A Battery, 3 at $49.99 each | Cameras | 9/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | BP511A | PP | 32 | | | | | MESA4810 | Under $2,500 |
| MESA4820 | 799.92 | 339.95 | 459.97 | Lexar 1GB 80x CF Memory Cards, 8 at $99.99 ea | Cameras | 9/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | LX1GB80X | PP | 32 | | | | | MESA4820 | Under $2,500 |
| MESA5060 | 1,399.99 | 560.00 | 839.99 | Canon 16-35 2.8 | Cameras | 12/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA5060 | Under $2,500 |
| MESA5070 | 159.71 | 63.88 | 95.83 | Kenko 77MM UV Haze - 4 @ $39.92 each | Cameras | 12/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA5070 | Under $2,500 |
| MESA5080 | 1,140.00 | 456.00 | 684.00 | Canon 70-200 2.8 LUSM | Cameras | 12/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA5080 | Under $2,500 |
| MESA5090 | 1,140.00 | 456.00 | 684.00 | Canon 70-200 2.8 LUSM | Cameras | 12/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA5090 | Under $2,500 |
| MESA5100 | 399.99 | 160.00 | 239.99 | Canon 580 EX Flash | Cameras | 12/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA5100 | Under $2,500 |
| MESA5110 | 264.50 | 105.79 | 158.71 | Lexar 1GB 80x CF - 2 @ $132.25 each | Cameras | 12/1/2005 | | | | General Office Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA5110 | Under $2,500 |
| MESA5630 | 2,809.02 | 912.92 | 1,896.10 | Canon EOS 30D 8.2 Megapixel Digital SLR Camer | Cameras | 9/1/2006 | | | | Computer Equipment | | | | | | | | Sun City | | | PP | 32 | | | | | MESA5630 | Under $2,500 |
| MESA5650 | 1,405.48 | 456.79 | 948.69 | Nikon 17-55MM F/2.8G ED-IF AF-S CX (1) | Cameras | 9/1/2006 | | | | Computer Equipment | | | | | | | | Gilbert | | | PP | 32 | | | | | MESA5650 | Under $2,500 |
| MESA5660 | 1,748.36 | 568.23 | 1,180.13 | Nikon D200 Digital SLR Camera Set | Cameras | 9/1/2006 | | | | Computer Equipment | | | | | | | | Gilbert | | | PP | 32 | | | | | MESA5660 | Under $2,500 |
| MESA5740 | 363.48 | 118.14 | 245.34 | Nikon SB 800 AF Speedlight Flash | Cameras | 9/1/2006 | | | | Computer Equipment | | | | | | | | Gilbert | | | PP | 32 | | | | | MESA5740 | Under $2,500 |
| MESA5790 | 3,709.44 | 1,205.56 | 2,503.88 | EOS-1D MARK II N KIT DIGITAL CAMERA | Cameras | 9/1/2006 | | 0000-16310-00000-03-0000-0000 | 0000-15310-00000-03-0000-0000 | Computer Equipment | | | | 9001-70010-11500-03-0000-8100 0000 | | | | 10631 S. 51st Street Suite 1 Phoenix, AZ 85044 | | | PP | 32 | | 420324 | 000047 | | MESA5790 | MESA5790 |
| MESA5830 | 1,213.30 | 363.99 | 849.31 | Canon 70-200 2.8 LUSM with Kenko 77mm UV Haze | Cameras | 12/1/2006 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | 000068 | | MESA5830 | Under $2,500 |
| MESA5840 | 1,213.29 | 363.99 | 849.30 | Canon 70-200 2.8 LUSM with Kenko 77mm UV Haze | Cameras | 12/1/2006 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | 000069 | | MESA5840 | Under $2,500 |
| MESA5850 | 1,212.89 | 363.87 | 849.02 | Canon 70-200 2.8 LUSM with Kenko 77mm UV Haze | Cameras | 12/1/2006 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | 000070 | | MESA5850 | Under $2,500 |
| MESA5860 | 2,026.47 | 607.95 | 1,418.52 | Canon EOS 30D Body with 580EX Flash, Lexar 1G | Cameras | 12/1/2006 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | 000072 | | MESA5860 | Under $2,500 |
| MESA5870 | 3,175.00 | 952.51 | 2,222.49 | Canon EOS 1D KRKII N | Cameras | 12/1/2006 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | 000073 | | MESA5870 | Under $2,500 |
| MESA5880 | 3,175.00 | 952.51 | 2,222.49 | Canon EOS 1D KRKII N | Cameras | 12/1/2006 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | 000074 | | MESA5880 | Under $2,500 |
| MESA6020 | 679.60 | 169.89 | 509.71 | Powershot S3 IS 6MP Canon Digital Camera with | Cameras | 6/1/2007 | | 0000-16310-00000-03-0000-0000 | 0000-15310-00000-03-0000-0000 | Computer Equipment | | | | 9001-70010-11500-03-0000-8100 0000 | | | | 10631 S. 51st Street Suite 1 Phoenix, AZ 85044 | | | PP | 32 | | | | | MESA6020 | Under $2,500 |
| MESA6030 | 1,150.00 | 287.49 | 862.51 | EF300MM F4 ISUSM Canon Lens | Cameras | 6/1/2007 | | 0000-16310-00000-03-0000-0000 | 0000-15310-00000-03-0000-0000 | Computer Equipment | | | | 9001-70010-11500-03-0000-8100 0000 | | | | 10631 S. 51st Street Suite 1 Phoenix, AZ 85044 | | | PP | 32 | | | | | MESA6030 | Under $2,500 |
| MESA6040 | 1,139.00 | 284.75 | 854.25 | EF24-70MM F2.8L USM Canon Lens | Cameras | 6/1/2007 | | 0000-16310-00000-03-0000-0000 | 0000-15310-00000-03-0000-0000 | Computer Equipment | | | | 9001-70010-11500-03-0000-8100 0000 | | | | 10631 S. 51st Street Suite 1 Phoenix, AZ 85044 | | | PP | 32 | | | | | MESA6040 | Under $2,500 |
| MESA6050 | 399.00 | 99.75 | 299.25 | 580EX Canon Speedlight | Cameras | 6/1/2007 | | | | Computer Equipment | | | | | | | | Ahwatukee | | | PP | 32 | | | | | MESA6050 | Under $2,500 |
| MESA6070 | 317.59 | 79.40 | 238.19 | Canon Off Camera Shoe Cord, Ritex SD Cards, R | Cameras | 6/1/2007 | | | | Computer Equipment | | | | | | | | Ahwatukee | | | PP | 32 | | | | | MESA6070 | Under $2,500 |
| MESA6080 | 3,497.60 | 845.25 | 2,652.35 | Nikon D200 Digital SLR w/ complete package | Cameras | 7/1/2007 | | 0000-16310-00000-02-0000-0000 | 0000-15310-00000-02-0000-0000 | Computer Equipment | | | | 9001-70010-16500-02-0000-8100 0000 | | | | 10102 Santa Fe Drive Sun City, AZ 85351 | | | PP | 32 | | | | | MESA6080 | MESA6080 |
| MESA6990 | 621.99 | 129.58 | 492.41 | Wireless WMS-Pro Microphone w/ associated par | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | | | | PP | 32 | | | | | MESA6990 | Under $2,500 |
| MESA7000 | 938.59 | 195.53 | 743.06 | 2 - Canon Elura 100 Mini DV Camco. | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA7000 | Under $2,500 |
| MESA7010 | 1,108.94 | 231.01 | 877.93 | 6 - Olympus DM-10 digital Recorder/MP3 Player | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA7010 | Under $2,500 |
| MESA7020 | 7,870.00 | 1,639.58 | 6,230.42 | JVC GY-HD110U | Cameras | 11/1/2007 | | 0000-16230-00000-01-0000-0000 | 0000-15230-00000-01-0000-0000 | Computer Equipment | | | | 9000-70010-14000-04-0000-8100 0000 | | | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 32 | | | | | MESA7020 | MESA7020 |
| MESA7030 | 2,701.60 | 562.84 | 2,138.76 | Apple Mac Pro DC 2x 7/2.66 250GB 1GB | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 13 | | | | | MESA7030 | Under $2,500 |
| MESA7040 | 385.15 | 80.25 | 304.90 | Kingston 2GB Kit 667 FBDIMM | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 13 | | | | | MESA7040 | Under $2,500 |
| MESA7060 | 367.30 | 76.51 | 290.79 | Kingston 2GB Kit 667 FBDIMM | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA7060 | Under $2,500 |
| MESA7080 | 972.76 | 202.66 | 770.10 | Apple Cinema 23in LCD DVI SLV | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 17 | | | | | MESA7080 | Under $2,500 |
| MESA7090 | 1,929.47 | 401.99 | 1,527.48 | 3 - Apple 750GB SATA HDD Kit F/MAC PRO | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA7090 | Under $2,500 |
| MESA7100 | 269.46 | 56.14 | 213.32 | SQR Squeeze 4.5 Flash w/ ON2 VP6 | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA7100 | Under $2,500 |
| MESA7130 | 3,390.00 | 706.25 | 2,683.75 | JVC BR-HD50U HD Recorder w/ converter | Cameras | 11/1/2007 | | 0000-16230-00000-01-0000-0000 | 0000-15230-00000-01-0000-0000 | Computer Equipment | | | | 9000-70010-14000-04-0000-8100 0000 | | | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 32 | | | | | MESA7130 | MESA7130 |
| MESA7160 | 716.54 | 149.27 | 567.27 | Kingston 4Gb Kit of 2 DDR2-667 SC5 200P | Cameras | 11/1/2007 | | | | Computer Equipment | | | | | | | | Mesa | | | PP | 32 | | | | | MESA7160 | Under $2,500 |
| MESA7510 | 6,861.00 | 1,429.38 | 5,431.62 | Canon EF 400mm f/2.8L IS USM Image Stabilizer | Cameras | 11/1/2007 | | 0000-16230-00000-01-0000-0000 | 0000-15230-00000-01-0000-0000 | Computer Equipment | | | | 9000-70010-14000-04-0000-8100 0000 | | | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 32 | | | | | MESA7510 | MESA7510 |
| A000065 | 82.00 | 82.00 | 0.00 | SCANNING RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | EDITORIAL | | | | | | AHWATAUKEE | | | PP | 6 | | | 1941 | | A000065 | Under $2,500 |
| A000066 | 95.00 | 95.00 | 0.00 | SCANNING RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | EDITORIAL CONFERENCE | | | | | | MESA | | | PP | 6 | | | 1246 | | A000066 | Under $2,500 |
| A000067 | 103.00 | 103.00 | 0.00 | SCANNING RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | EDITORIAL CONFERENCE | | | | | | MESA | | | PP | 6 | | | 1251 | | A000067 | Under $2,500 |
| A000068 | 77.00 | 77.00 | 0.00 | SCANNING RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | EDITORIAL DARKROOM | | | | | | MESA | | | PP | 6 | | | 1282 | | A000068 | Under $2,500 |
| A000069 | 2,506.00 | 2,506.00 | 0.00 | HAND-HELD UHF TWO-WAY RADIO-6 | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | MAILROOM SUPERVISOR | | | | | | MESA | | | PP | 6 | | | 425 | | A000069 | Under $2,500 |
| A000071 | 44.00 | 44.00 | 0.00 | SCANNING RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | PHOTO LAB 2 | | | | | | SUN CITY | | | PP | 6 | | | 2253 | | A000071 | Under $2,500 |
| A000072 | 123.00 | 123.00 | 0.00 | SCANNING RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | EDITORIAL CORE | | | | | | SCOTTSDALE | | | PP | 6 | | | 2758 | | A000072 | Under $2,500 |
| A000249 | 860.00 | 860.00 | 0.00 | SATELLITE RECEIVER | Communication Equipment (GOE) | 8/3/2000 | | | | General Office Equipment | | COMPUTER | | | | | | SUN CITY | | | PP | 6 | | | 2367 | | A000249 | Under $2,500 |

## Purchased Tangible Personal Property

*Note: Certain asset types that are nonrecoverable or nonrefundable, depreciable or non-book value numbers combined herein.*
*Note: Unless otherwise stated these amounts are available for the Purchased Asset Property, those amounts in U.S. the utility*
*installations and the improvements located at or on the Purchased Real Property set forth on the Exhibit A shall be deemed Included therein.*

| Asset ID | Acq Amt | Net Book Value | Depreciation | Asset Type | Class Code | Acquisition / Commence Accum Depr GC Asset 4 | Asset GC Asset 4 | Cost Cent/Control No | Class | Department Dept GC, Asset 4 | Description/Description/Project Location | Manufacturer / Serial Number | Property | Property/Type ID | Vendor | GL/IRS RETIRE CAPITALIZATION RECONCILIATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A000230 | 753.00 | 753.00 | 0.00 | Construction Engineered (GOD) | VIDEOCONF/DIGITAL SATELLITE RECEIVER | 9/2/2000 | | COMPUTER | | General Office | SUN CITY | | PP | 5 | 2390 | Under $2,500 |
| A000278 | 12,343.00 | 12,343.00 | 0.00 | Communications Engineered (GOD) | TELEPHONE SYSTEM | 9/2/2000 | | STORAGE | | General Office | AHWATUKEE | | PP | 5 | 1871 | Under $2,500 |
| A000279 | 7,243.00 | 7,243.00 | 0.00 | Communications Engineered (GOD) | CANCELLANEOUS TELEPHONE EQUIPMENT | 9/2/2000 | | VARIOUS | | General Office | MESA | | PP | 5 | 2919 | Under $2,500 |
| A002731 | 5,534.00 | 5,534.00 | 0.00 | Communications Engineered (GOD) | INTERNET BASED TELEPHONE SYSTEM | 9/2/2000 | | RECEPTION | | General Office | TEMPE | | PP | 5 | 2849 | Under $2,500 |
| A002733 | 546.00 | 546.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | ADVERTISING CORE 1 | | Equipment | MESA | | PP | 5 | 1471 | Under $2,500 |
| A002739 | 466.00 | 466.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | CLASSIFIED | | Equipment | MESA | | PP | 5 | 1953 | Under $2,500 |
| A002742 | 11,157.00 | 11,157.00 | 0.00 | Equipment (GOD) | FREE/ACTIVE DEALER | 9/2/2000 | | COMPUTER | | Equipment | MESA | | PP | 5 | 944 | Under $2,500 |
| A002744 | 33.00 | 33.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | LOBBY | | Equipment | MESA | | PP | 5 | 1152 | Under $2,500 |
| A002745 | 35.00 | 35.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | MULTIMEDIA CLIPPER | | Equipment | MESA | | PP | 5 | 1987 | Under $2,500 |
| A002749 | 33.00 | 33.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | KEYBOARD EXECUTIVE 2 | | Equipment | MESA | | PP | 5 | 690 | Under $2,500 |
| A002750 | 2,841.00 | 2,841.00 | 0.00 | Communications Engineered (GOD) | DIGITAL TELEPHONE SYSTEM | 9/2/2000 | | TELEMARKETING | | Equipment | MESA | | PP | 5 | 263 | Under $2,500 |
| A002751 | 144,418.00 | 144,418.00 | 0.00 | Communications Engineered (GOD) | DIGITAL TELEPHONE SYSTEM | 9/2/2000 | | TELEPHONE ROOM | | Equipment | MESA | | PP | 5 | 1014 | Under $2,500 |
| A002752 | 0.00 | 0.00 | 0.00 | Equipment (GOD) | VOICE MAIL SYSTEM | 9/2/2000 | | TELEPHONE ROOM | | Equipment | MESA | | PP | 5 | 1315 | Under $2,500 |
| A002753 | 107.00 | 107.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | MAP AREA | | Equipment | SUN CITY | | PP | 5 | 2145 | Under $2,500 |
| A002754 | 20,566.00 | 20,566.00 | 0.00 | Communications Engineered (GOD) | TELEPHONE SYSTEM | 9/2/2000 | | RECEPTION | | Equipment | SUN CITY | | PP | 5 | 5829926-2939 | Under $2,500 |
| A002755 | 390.00 | 390.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | EDITORIAL CORE | | Equipment | SCOTTSDALE | | PP | 5 | 2741 | Under $2,500 |
| A002760 | 5,414.00 | 5,414.00 | 0.00 | Communications Engineered (GOD) | TELEPHONE SYSTEM | 9/2/2000 | | LOBBY | | Equipment | SCOTTSDALE | | PP | 5 | 2853 | Under $2,500 |
| A002761 | 2,545.00 | 2,545.00 | 0.00 | Equipment (GOD) | DATABASE TEST SYSTEM | 9/2/2000 | | COMPUTER | | Equipment | MESA | | PP | 5 | 832 | Under $2,500 |
| A002764 | 359.00 | 359.00 | 0.00 | Equipment (GOD) | TELEPHONE HEADSET | 9/2/2000 | | PRESS | | Equipment | MESA | | PP | 5 | 673 | Under $2,500 |
| A002784 | 528.00 | 528.00 | 0.00 | Equipment (GOD) | PRESS GAUGE SET | 9/15/2001 | | | | Equipment | | AD02744 | PP | 5 | | Under $2,500 |
| New2000036 | 5,278.50 | 5,278.50 | 0.00 | Communications Engineered (GOD) | 21 IP Telephones - Chandler | 9/18/2001 | | | | Communications | | | PP | 5 | | Under $2,500 |
| MESA3498 | 530.95 | 493.51 | 67.12 | Engineered (GOD) | Unitron SC7002 Base Unit | 9/30/2004 | | | | Engineered | | | PP | 6 | | Under $2,500 |
| MESA3499 | 531.00 | 493.41 | 66.49 | Engineered (GOD) | Unitron SC7002 Mobile Unit | 9/30/2004 | | | | Engineered | | | PP | 6 | | Under $2,500 |
| MESA3500 | 531.00 | 493.41 | 66.49 | Engineered (GOD) | Unitron SC7002 Mobile Unit | 9/30/2004 | | | | Engineered | | | PP | 6 | | Under $2,500 |
| MESA3510 | 531.00 | 493.41 | 66.49 | Engineered (GOD) | Unitron SC7002 Mobile Unit | 9/30/2004 | | | | Engineered | | | PP | 6 | | Under $2,500 |
| MESA3330 | 531.00 | 493.41 | 66.49 | Engineered (GOD) | Unitron SC7002 Mobile Unit | 9/30/2004 | | | | Engineered | | | PP | 6 | | Under $2,500 |
| MESA3333 | 531.00 | 493.41 | 66.49 | Communications Engineered (GOD) | Prolink iPROING Connectivity | 9/30/2004 | | | | Communications | | | PP | 6 | | Under $2,500 |
| MESA3302 | 478.34 | 413.52 | 64.42 | Communications Engineered (GOD) | Prolink iPROING Digital Trunking | 9/30/2004 | | | | Communications | | | PP | 6 | | Under $2,500 |
| MESA3370 | 478.34 | 413.52 | 64.42 | Communications Engineered (GOD) | Prolink iPROING Digital Trunking | 9/30/2004 | | | | Communications | | | PP | 6 | | Under $2,500 |
| MESA3372 | 478.34 | 413.52 | 64.42 | Communications Engineered (GOD) | Prolink iPROING Digital Trunking | 9/30/2004 | | | | Communications | | | PP | 6 | | Under $2,500 |
| MESA3460 | 4,311.22 | 838.30 | 3,472.92 | Engineered (GOD) | DM Kit immobilizer system (AZ240) per John Allen | 12/1/2003 | | 0000-3010-40000-01-00000-0000 8100 0000 | | Engineered | 2017 N. Nevada, Chandler, AZ 85225 | AT&T | PP | 6 | | MESA0060 Under $2,500 |
| MESA4790 | 1,301.40 | 271.72 | 1,125.71 | Equipment (GOD) | Labor & material on aus benefor 9" overall roll | 13/1/2004 | | 0000-15216-60000-01-00000-0000 8100 0000 | | Equipment | Gilbert 2017 N. Nevada, Chandler, AZ 85225 | CT0 | PP | 6 | | MESA0700 Under $2,500 |
| MESA3310 | 1,933.33 | 1,563.00 | 7,904.63 | Equipment (GOD) | 3/4 pipe & gas - foolpod component w/unit & tubes | 13/1/2005 | | 0000-15216-40000-01-00000-0000 8100 0000 | | Equipment | Gilbert | CT0 | PP | 6 | | MESA0760 Under $2,500 |
| MESA3010 | 365.51 | 109.96 | 455.55 | Equipment (GOD) | Cmbln fan go - foolpod component video & | 13/1/2005 | | | | Equipment | GGent | 40269 | PP | 6 | | MESA3010 Under $2,500 |
| 000013 | 24,547.62 | 24,547.62 | 0.00 | Equipment (GOD) | 50 WEMP CENTER 50 LAPTOPS | 1/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000016 | 1,788.00 | 782.80 | 0.00 | Equipment (GOD) | Apple Pro-tools 00 | 1/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000017 | 1,555.00 | 1,555.00 | 0.00 | Equipment (GOD) | Apple Pro-tools 0 | 2/1/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000018 | 3,414.00 | 3,414.00 | 0.00 | Equipment (GOD) | POWEREDGE C4472/thru 120GB 40GB GB V/S SIT USB FLOPPY DRIVE W/ | 2/1/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000019 | 1,748.00 | 1,748.00 | 0.00 | Equipment (GOD) | POWEREDGE C4472/thru 120GB 40GB GB V/S SIT USB FLOPPY DRIVE W/ | 2/1/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000172 | 124.00 | 124.00 | 0.00 | Equipment (GOD) | (3) FLAT PANEL 2390 SCSI CARD KIT | 2/22/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000430 | 124.00 | 124.00 | 0.00 | Equipment (GOD) | DECADES | 2/22/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000440 | 543.00 | 543.00 | 0.00 | Equipment (GOD) | (3) H7-DCM C44103 31/16.8 MONITOR | 2/22/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| 000029 | 2,055.47 | 2,055.47 | 0.00 | Computer Equipment | ViewSonic Table/FC V1100 & Battery | 12/1/2002 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| New2000109 | 14,644.32 | 14,644.32 | 0.00 | Computer Equipment | Network Port Installation | 4/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $10,000 |
| New2000102 | 1,170.00 | 1,170.00 | 0.00 | Computer Equipment | Circulation State Upgrade | 4/30/2001 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| New2000115 | 1,750.00 | 1,750.00 | 0.00 | Computer Equipment | PCI COLOR LASER Jet 4500 w/ Chandler | 5/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| New2000016 | 5,870.00 | 5,870.00 | 0.00 | Computer Equipment | HP COLOR LASERJET 4500N PRINTER | 7/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $10,000 |
| New2000010 | 6,403.34 | 6,403.34 | 0.00 | Computer Equipment | CABLING INSTALLATION | 7/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $10,000 |
| New2000009 | 1,951.00 | 1,951.00 | 0.00 | Computer Equipment | POWEREDGE C4480/thru 4440 | 7/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |
| New2000008 | 1,568.00 | 1,568.00 | 0.00 | Computer Equipment | POWEREDGE C4480/thru 4440 | 7/1/2001 | | | | Computer Equipment | | | PP | 17 | | Under $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

*Note: Under state regulations or related tax laws, depreciable or indirect value matters contained herein.
*Note: to the extent that is subject to the Purchased Real Property from the taxes to be transferred by Payer of Closing pursuant to U.S. the utility
Installation or like the bypass remedy limited as an indirect Personal Property exempt as Installation and Exchange Schedule Taxes.

**ASSET BALANCE/DEPRECIATION**

| Asset ID | Ending | End Bal. | Net Book Value/Description | Asset Type | Acquisition (In-service) Date | Cost Center/Allocation | Class | Department (Dept Exp G/L Acct #) | Asset G/L Acct # | Description/Description/Project Location | Manufacturer | Model Number | Property | Property | Setting G Detail Key Tag ID | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Idnxd00203 | 2,063.90 | | 0.00 POWERMAC G4/HD400AC | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd00203 Unit/d $2,500 |
| Idnxd00208 | 110,478.66 | 110,478.66 | 0.00 APS 3000 PROCESS/COOLER/CHARGER | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd00208 Unit/d $2,500 |
| Idnxd00071 | 4,990.60 | 4,990.60 | 0.00 (2) HP LASERJET 4000N PRINTERS | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd00070 Unit/d $2,500 |
| Idnxd00070 | 2,938.60 | 2,938.60 | 0.00 (2) HP LASERJET 4000N PRINTERS | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd00070 Unit/d $2,500 |
| Idnxd00110 | 5,673.00 | 5,673.00 | 0.00 HP COLOR LASERJET 8500N PRINTER | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd00110 Unit/d $2,500 |
| Idnxd01100 | 1,972.00 | 1,972.00 | 0.00 APPLE POWERMAC G4/466MHZ | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01100 Unit/d $2,500 |
| Idnxd01100 | 2,063.90 | 2,063.90 | 0.00 APPLE POWERMAC G4/466MHZ HDD DRIVE | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01100 Unit/d $2,500 |
| Idnxd01210 | 2,996.00 | 2,996.00 | 0.00 HP COLOR LASERJET 4500N PRINTER | Computer Equipment | 7/10/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01210 Unit/d $2,500 |
| Idnxd01240 | 12,951.04 | 12,951.04 | 0.00 DELL POWEREDGE CONVERSION MODULES/CAGE | Computer Equipment | 9/20/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01240 Unit/d $2,500 |
| Idnxd01090 | 726.00 | 726.00 | 0.00 QUARK/XPRESS 4.1 | Computer Equipment | 9/20/2001 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01090 Unit/d $2,500 |
| Idnxd01790 | 45,412.00 | 45,412.00 | 0.00 Network and Phone Upgrade – HW | Computer Equipment | 1/9/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01790 Unit/d $2,500 |
| Idnxd01120 | 1,568.10 | 1,568.10 | 0.00 Adult (4) Dark Cameras Telephone | Computer Equipment | 1/9/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd01120 Unit/d $2,500 |
| Idnxd02010 | 5,774.00 | 5,774.00 | 0.00 HP Color LaserJet 8550N Printer | Computer Equipment | 2/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02010 Unit/d $2,500 |
| Idnxd02040 | 50,408.00 | 50,408.00 | 0.00 Onelines VAI | Computer Equipment | 4/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02040 Unit/d $2,500 |
| Idnxd02090 | 447.00 | 447.00 | 0.00 (2) Adobe Photoshop | Computer Equipment | 8/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02090 Unit/d $2,500 |
| Idnxd02200 | 417.00 | 417.00 | 0.00 (2) Acrobat | Computer Equipment | 8/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02200 Unit/d $2,500 |
| Idnxd02210 | | 417.00 | 0.00 (2) Illustrator | Computer Equipment | 8/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02210 Unit/d $2,500 |
| Idnxd02220 | 4,506.04 | 4,506.04 | 0.00 Dell WS/CDD Q50-Kit, IOU & Client Bldr C5453 Bldg | Computer Equipment | 8/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02220 Unit/d $2,500 |
| Idnxd02230 | 731.96 | 731.96 | 0.00 Cisco SMARTnet (Insight Inc) | Computer Equipment | 8/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02230 Unit/d $2,500 |
| Idnxd02240 | 2,000.00 | 2,000.00 | 0.00 Citrix Connection (Enterprise Tech) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02240 Unit/d $2,500 |
| Idnxd02250 | 4,515.00 | 4,515.00 | 0.00 CarSys WIN (Enterprise Tech) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02250 Unit/d $2,500 |
| Idnxd02160 | 1,373.84 | 1,373.84 | 0.00 Dell Latitude C610 server (Micro Warehouse) 3-Camera LEX80 3-Camera LEX80 IDS-SM-5400N (Micro Warehouse) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02160 Unit/d $2,500 |
| Idnxd02170 | 3,103.01 | 3,103.01 | 0.00 4 Camera DM0 90 Server (Micro Warehouse) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02170 Unit/d $2,500 |
| Idnxd02130 | 13,962.38 | 13,962.38 | 0.00 4Camera DM0 90 Server (Micro Warehouse) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02130 Unit/d $2,500 |
| Idnxd02140 | 10,573.23 | 10,573.23 | 0.00 ACPU SPINT PRO (Micro Warehouse) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02140 Unit/d $2,500 |
| Idnxd02410 | 755.60 | 755.60 | 0.00 14 build Monitor (Zones) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02410 Unit/d $2,500 |
| Idnxd02420 | 115.00 | 115.00 | 0.00 14 WaveRun 512 MB PC100 (Zones) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02420 Unit/d $2,500 |
| Idnxd02440 | 8,720.00 | 8,720.00 | 0.00 Adept Power Host Kit (Zones) | Computer Equipment | 9/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02440 Unit/d $2,500 |
| Idnxd02150 | 3,750.00 | 3,750.00 | 0.00 Citrix Connection (Enterprise Tech) | Computer Equipment | 10/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02150 Unit/d $2,500 |
| Idnxd02121 | 22,003.00 | 22,003.00 | 0.00 Dell Hardware | Computer Equipment | 10/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02121 Unit/d $2,500 |
| Idnxd02160 | 7,003.50 | 7,003.50 | 0.00 Citrix Connection (Enterprise Tech) | Computer Equipment | 11/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02160 Unit/d $2,500 |
| Idnxd02290 | 1,397.00 | 1,397.00 | 0.00 Adept Server (Area Module 6003) (Zones) | Computer Equipment | 11/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02290 Unit/d $2,500 |
| Idnxd02300 | 12,345.22 | 12,345.22 | 0.00 (3) 2GB Memory | Computer Equipment | 12/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02300 Unit/d $2,500 |
| Idnxd02130 | 4,555.52 | 4,555.52 | 0.00 CPU F4 U2/AWIN2D131 | Computer Equipment | 12/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02130 Unit/d $2,500 |
| Idnxd02160 | 1,395.94 | 1,395.94 | 0.00 (3) Power Vans | Computer Equipment | 12/1/2002 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02160 Unit/d $2,500 |
| Idnxd02180 | 49,500.28 | 49,500.28 | 0.00 P3E Upgrade | Computer Equipment | 1/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02180 Unit/d $2,500 |
| Idnxd02380 | 54,684.44 | 54,684.44 | 0.00 Sun System Upgrade | Computer Equipment | 1/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02380 Unit/d $2,500 |
| Idnxd02200 | 19,336.58 | 19,336.58 | 0.00 Corporate Oline Network Project | Computer Equipment | 1/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02200 Unit/d $2,500 |
| Idnxd02040 | 2,159.34 | 2,159.34 | 0.00 HP 5100 tn PS120 Drive | Computer Equipment | 3/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02040 Unit/d $2,500 |
| Idnxd02150 | 3,173.54 | 3,173.54 | 0.00 Gloss ELP Project (Information/Host) | Computer Equipment | 3/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02150 Unit/d $2,500 |
| Idnxd02050 | 8,715.53 | 8,715.53 | 0.00 Epson 7500 (Multilabel 24" Printer w/ Rely Cable) | Computer Equipment | 3/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02050 Unit/d $2,500 |
| Idnxd02150 | 8,560.73 | 8,560.73 | 0.00 Backup system replacement | Computer Equipment | 6/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02150 Unit/d $2,500 |
| Idnxd02150 | 14,300.00 | 14,300.00 | 0.00 Color Predict Printer | Computer Equipment | 9/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02150 Unit/d $2,500 |
| Idnxd02160 | 29,232.03 | 29,232.03 | 0.00 Oline Development Upgrade – Interactive | Computer Equipment | 11/1/2003 | | Computer Equipment | | | | | | PP | 17 | | | Idnxd02160 Unit/d $2,500 |
| Idnxd02100 | 11,300.33 | 11,300.33 | 0.00 Semi VPS 500 Subscribe | Computer Equipment | 11/1/2003 | | Computer Equipment | | | | | | PP | 17 | 02202008 | 32338131910 | | MEGA02100 Unit/d $2,500 |
| MEGA3300 | 11,815.42 | 11,815.42 | 0.00 NP Design Jet Printer | Computer Equipment | 5/1/2004 | | Computer Equipment | | | | | | PP | 17 | | | MEGA3300 Unit/d $2,500 |
| MEGA3430 | 8,505.57 | 8,505.57 | 0.00 HP Design x0 Server Project Host Standardize/KW3500 | Computer Equipment | 9/1/2004 | Office | Computer Equipment | | | | Hewitt Packard | 100AC | | | | MEGA3430 Under $2,500 |
| MEGA3340 | 5,266.00 | 5,266.00 | 0.00 Electro Gloss DataFlex | Computer Equipment | 9/20/2004 | Office | Computer Equipment | | | | | | PP | 17 | | | MEGA3340 Under $2,500 |
| MEGA3350 | 1,364.16 | 1,364.16 | 0.00 CE PS/Oline Server TileDisk Printry X5000 Laptop w/ Battery | Computer Equipment | 11/1/2004 | Home | Computer Equipment | | | | | | PP | 17 | | | MEGA3350 Under $2,500 |
| MEGA3720 | 2,976.94 | 2,976.94 | 0.00 ARK | Computer Equipment | 12/1/2004 | Home | Computer Equipment | | | | | | PP | 17 | | | MEGA3720 Under $2,500 |
| MEGA3790 | 112,063.00 | 112,063.00 | 0.00 TestOlive Dealer | Computer Equipment | 12/1/2004 | | Computer Equipment | | | | | | PP | 17 | | | MEGA3790 Under $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

*Note: Under items to represent assets previously depreciated and consolidated at some other depreciation rate or method, or an estimate of net book value numbers combined herein. To be the event that such assets are available as Purchased Real Property than the assets to be conveyed as Exhibit of Equities pursuant to § 1.1, the shifts of the Purchased Real Property found at in the Purchased Real Property to be indexed/recorded Exhibit B.*

| Asset ID | Ending End Bal. | Net Book Value Description | Asset Type | Acquisition | Comment Accum Depr GL Acct # | Asset GL Acct # | Depreciation Dept GL Acct # | Class | Description/Description/Project Location | Manufacturer | Model Number | Serial No Tag ID - Transfer | Property Setting ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSSA3000 | 20,421.58 | 0.00 SQL Server, OS's Install, Dialog Ltd | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA3070 | 1,918.33 | 0.00 ICT Computer - Apple FM G3 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA3080 | 1,918.33 | 0.00 ICT Computer - Apple FM G3 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA3090 | 5,943.98 | 0.00 Macintosh 5 Server | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA3100 | 2,505.00 | 0.00 Apple FM G4 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA3120 | 1,716.17 | 0.00 Apple FM G4 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA3070 | 156.99 | 0.00 2 x AC/AC Adapters | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4000 | 70,283.54 | 0.00 Prowler Folder | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4020 | 1,793.59 | 0.00 Apple FM G5 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4050 | 931.65 | 0.00 2 x Single LPD SP X00 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4070 | 427.04 | 0.00 2 - Advanced Port Replicators | Computer Equipment | 12/1/2004 | 0000-1000-0000-0-00-0000-0000 | 0000-15230-30000-01-0000-0000 | | Computer Equipment | Mesa 120 West 1st Avenue Mesa, AZ 85210 | | | | PP 57 |
| MSSA4100 | 5,025.43 | 0.00 2x Dimension 2400 Series | Computer Equipment | 12/1/2004 | | | 0100-0000 | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4110 | 9,025.43 | 0.00 2x Inspiron 600M | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4120 | 1,272.24 | 0.00 HP LaserJet 4200N | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4140 | 16,523.49 | 0.00 16 - 20GB Hard drives | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4150 | 168.50 | 0.00 Bingell LPT.P | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4160 | 2,718.71 | 0.00 8 - 17" Monitors | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4170 | 11,326.78 | 0.00 8 - 17" Monitors | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4180 | 11,326.78 | 0.00 24 - Optiplex GX160 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4190 | 7,043.91 | 0.00 2 - OptiPort 2870 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4200 | 1,933.37 | 0.00 5 x Deck G5 SFF | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4210 | 2,311.65 | 0.00 Window 2000 Notebook | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4390 | 3,944.07 | 0.00 Color LaserJet 5550N | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | Hewlett Packard | LJ550N | JP80685123 | PP 57 |
| MSSA4400 | 2,414.61 | 0.00 Apple IDM 23 G5 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4400 | 554.63 | 0.00 16" Monitor | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4400 | 1,905.68 | 0.00 24-Port Network Hub | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4410 | 182.50 | 0.00 Kingston 2000 Powerless G5 | Computer Equipment | 12/1/2004 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4420 | 408.84 | 0.00 2 - Music Products | Equipment | 12/1/2004 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4390.0 | 20,315.14 | 14.03 Optiflex GX290, Small Hardware Furniture 4 | Equipment | 7/1/2005 | | | | Computer Equipment | Gilbert | Hewlett Packard | SUP01G550IC | JT40134145 | PP 57 |
| MSSA4420 | 1,473.37 | 502.14 OptiFlex GX260 (TRI#5 PLANNETW - | Equipment | 9/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4410 | 5,518.50 | 350.16 Dimension 8400 Series | Equipment | 9/1/2005 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4420 | 103.37 | 324.91 2 - Inspiron 1000 2009 Power Mac G5 | Equipment | 9/1/2005 | | | | Computer Equipment | Gilbert | Epson | 4990 | D2905N0977 | PP 57 |
| MSSA4430 | 48,858.75 | 104.14 24 x Apple FM G5 | Equipment | 9/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4440 | 344.92 | 315.00 Apple Xserve 250GB | Computer Equipment | 9/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4450 | 1,618.78 | 73.39 Miras0 Server Rack | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4460 | 2,186.73 | 1,173.33 24x67 Power Mac G5/130GJz SP 250M | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4470 | 446.20 | 2,185.72 15" Monitors | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4480 | 17,218.93 | 444.20 10 - 19" Monitors | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4485 | 535.45 | 2,309.69 1 Cube Hardware & Implementation | Computer Equipment | 7/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4500 | 3,634.43 | 491.45 OptiFlex GX280, Small Hardware Furniture 4 | Computer Equipment | 9/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4610 | 1,372.24 | 300.14 LaserJet 5550/230V P/Printer | Computer Equipment | 9/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4610 | 165.00 | 1,472.41 24 x Apple Style 4m 2009 Printer | Computer Equipment | 9/1/2005 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4610 | 400.00 | 154.14 36-44 OPTI(STD) 1GB 320/4490 NT | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4620 | | 313.00 2 LaCle Extreme 250 GB 7200rpm G5 | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4660 | 1,405.00 | 7520 LaserJet | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Mesa | | | | PP 57 |
| MSSA4660 | 1,405.00 | 1,173.33 24x67 Power Mac G5/1.5GHz SP 250M | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4680 | 2,435.00 | 1,173.33 24x67 Power Mac G5/130GJz SP 250M | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4690 | 2,705.00 | 2,167.22 437.50 Paizop Server 3.1 | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4870 | 4,195.00 | 3,485.44 924.18 800 Xserve 3.3GP 1G5 500 G3 | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4880 | 704.50 | 633.64 123.75 Monitor | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4910 | 718.50 | 326.16 113.62 Monitor | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4810 | 1,520.64 | 615.64 323.11 Power Mac G5/1.5GHz SP 250M | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4990 | 1,392.64 | 1,105.04 323.11 Power Mac G5/1.5GHz SP 250M | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |
| MSSA4990 | 233.34 | 195.45 33.68 2 - Edge 1GB PC3200 RS @ $115.67 ea. | Computer Equipment | 10/1/2005 | | | | Computer Equipment | Gilbert | | | | PP 57 |

Page 48 of 25

**Purchased Tangible Personal Property**

*Note: Sale-leaseback transactions are reproduced on the book or method of maximum tax retirement method of book.*
*Note: To the extent based upon other classes of assets for the Purchased Real Property that are not associated based on the entity.*
*Applies to all parcels set forth in the list of the Purchased Personal Property on any Exhibit B and the present period.*

| | ASSET BALANCE/DEPRECIATION | | | | | | | | | | | | | | | | | | | | | | | SOFTWARE/SECURITY RECOVERY PROPERTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset ID | Ending | End Bal. | Net Book Value | Depreciation | Asset Type | Asset Description | Association Commence Acctn Acct # | Asset ID, Acct # | Asset ID, Acct # | Association Commence Acctn Acct # | Date | Cost Center/Description | Department/Dept ID, Acct # | Class | Description/Descript/Project/Location | Manufacturer | Model Number | Property Property | Setting ID | Serial No | Tag ID | Vendor | | | PP/17 Under $5,500 |

*(Table body contains dense rows of fixed-asset records — Asset IDs in the NESA5xxx series, Computer Equipment class, locations including Mesa, Gilbert, and Chandler AZ, account numbers, acquisition dates 12/1/2005–9/1/2007, Property Property = PP, code 17, "Under $5,500" — individual numeric values not legibly reproducible.)*

Exhibit A

# Purchased Tangible Personal Property

*Note: Dates represent ... represents real tangible personal property ... recorded herein.*
*Note: the ... the Purchased Real Property then the excess is capitalized ...*
*Note: ... the depreciation method is ... Purchased Real Property ...*

## ASSET BALANCE/DEPRECIATION

OLD ASSET/ENTITY/ASSET
Tag
ID

| Asset ID | Ending | End Bal | Net Book Value | Description | Asset Type | Class | Acquisition | Comment | Account Descr GL Acct # | Asset GL Acct # | Cost Center/Custodian | Cost | Department Descr Cost GL Acct # | Detailed/Descr/Job Project/Location | Mandatory Cost to Date | Sys | Model Number | Property | Property | End/Exp GL End/Exp Tag ID | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Wide multi-column asset register; individual row values are not legibly readable at this resolution.)*

# Exhibit A

## Purchased Tangible Personal Property

Note: Dollar values shown represent amounts (acquisition) reported by the entity indicated by entries in certain columns are indicated. This is the entity's information and does not represent the Purchased Real Property that relates to the Purchased Real Property, etc. In the entity columns installations and the improvements located at or on the Purchased Real Property and built on the Leased Building if such.

| SIC & ASSET EQUITY MANAGEMENT | |
|---|---|
| SIC & ASSET EQUITY | |

| Asset ID | Entity | Net Book Value | Net Book Value/Depreciation | Acquisition Date | Asset Type | Class | Cost Center/Description | Description/Property Location | Manufacturer | Model Number | Property Type | Property GL Acct # | Selling GL Acct # No-Tax ID | Vendor | SIC & ASSET EQUITY MANAGEMENT SIC & ASSET EQUITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MESA4200 | 2,968.51 | 1,656.61 | 1,576.90 | 12/1/2007 | Computer Equipment | Computer Equipment | | | | | PP | 07 | | 037342252F2 | MESA4200 — Under $2,500 |
| MESA4110 | 2,674.33 | 1,146.71 | 1,724.97 | 12/1/2007 | Computer Equipment | Computer Software | | | | | PP | 07 | | | MESA4110 — Under $2,500 |
| MESA4130 | 403.33 | 195.10 | 207.13 | 12/1/2007 | Computer Equipment | Computer Software | | | | | PP | 07 | | | MESA4130 — Under $2,500 |
| MESA4140 | 251.37 | 118.50 | 174.82 | 12/1/2007 | Computer Equipment | Computer Software | | Gilbert | | | PP | 07 | | | MESA4140 — Under $2,500 |
| MESA4150 | 7,416.00 | 2,875.59 | 4,464.61 | 12/1/2007 | Computer Equipment | Computer Equipment | | Gilbert | | | PP | 17 | 63-35045 | | MESA4150 — MESA4150 |
| MESA4230 | 256,341.32 | 183,033.91 | 73,303.42 | 5/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | | | PP | 17 | | | MESA4230 — MESA4230 |
| MESA4240 | 15,306.65 | 7,360.75 | 7,919.90 | 7/31/2007 | Computer Equipment | Computer Equipment | | Gilbert | | | PP | 17 | | | MESA4240 — MESA4240 |
| MESA4370 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 632A Selfwell | | PP | 17 | | | MESA4370 — Under $2,500 |
| MESA4380 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 632A Selfwell | | PP | 17 | | | MESA4380 — Under $2,500 |
| MESA4390 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 632A Selfwell | | PP | 17 | | | MESA4390 — Under $2,500 |
| MESA4400 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 632A Selfwell | | PP | 17 | | | MESA4400 — Under $2,500 |
| MESA4410 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | LiveDef | | PP | 17 | | | MESA4410 — Under $2,500 |
| MESA4420 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 632A Selfwell | | PP | 17 | | | MESA4420 — Under $2,500 |
| MESA4430 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | LiveDef | | PP | 17 | | | MESA4430 — Under $2,500 |
| MESA4070 | 1,345.20 | 314.50 | 1,030.52 | 12/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 632A Selfwell | | PP | 17 | | | MESA4070 — Under $2,500 |
| MESA4310 | 1,345.20 | 314.50 | 1,030.52 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | LiveDef | | PP | 17 | | | MESA4310 — Under $2,500 |
| MESA4120 | 3,937.37 | 709.39 | 3,230.04 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 123-1635 | | PP | 17 | | | MESA4120 — Under $2,500 |
| MESA4160 | 2,874.10 | 683.30 | 2,141.60 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | A0C53115 | | PP | 17 | | | MESA4160 — Under $2,500 |
| MESA4220 | 1,050.83 | 238.99 | 812.26 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 123-3400 | | PP | 17 | | | MESA4220 — Under $2,500 |
| MESA4250 | 1,253.53 | 232.32 | 901.13 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 222-3947 | | PP | 17 | | | MESA4250 — Under $2,500 |
| MESA4300 | 1,234.64 | 232.32 | 1,055.53 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 222-3947 | | PP | 17 | | | MESA4300 — Under $2,500 |
| MESA4320 | 349.73 | 60.71 | 289.61 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4320 — Under $2,500 |
| MESA4330 | 349.73 | 60.71 | 289.61 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4330 — Under $2,500 |
| MESA4340 | 349.73 | 60.71 | 289.61 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4340 — Under $2,500 |
| MESA4350 | 349.73 | 60.71 | 289.61 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4350 — Under $2,500 |
| MESA4360 | 349.73 | 60.71 | 289.61 | 9/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4360 — Under $2,500 |
| MESA4500 | 1,453.80 | 247.62 | 1,143.18 | 10/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4500 — Under $2,500 |
| MESA4510 | 1,453.80 | 247.62 | 1,143.18 | 10/1/2008 | Computer Equipment | Computer Equipment | | Gilbert | 40-A80 | | PP | 17 | | | MESA4510 — Under $2,500 |
| MESA4440 | 0,311.21 | 1,737.05 | 7,504.16 | 1/1/2009 | Computer Equipment | Computer Equipment | | Sun City | LGL02310, LGL02510, DWVCL300 | | PP | 07 | | | MESA4440 — MESA4440 |
| MESA4450 | 16,025.00 | 297.14 | 15,768.56 | 11/1/2008 | Computer Equipment | General Office Equipment | | Scottsdale | | | PP | 07 | | | MESA4450 — MESA4450 |
| 000000 | 8,328.00 | 8,328.00 | 0.00 | 2/22/2002 | Copier | General Office Equipment | | | | | PP | 07 | | | 000000 — Under $2,500 |
| 000000 | 2,000.00 | 2,000.00 | 0.00 | 2/22/2002 | Copier | General Office Equipment | | | | | PP | 07 | 2911 | | 000000 — Under $2,500 |
| A00071 | 2,000.00 | 458.00 | 0.00 | 2/22/2002 | Copier | General Office Equipment | | | | | PP | 07 | 2842 | | A00071 — Under $2,500 |
| A00021 | 3,672.00 | 639.00 | 0.00 | 6/22/2002 | Copier | General Office Equipment | | LOBBY | | | PP | 07 | | | A00021 — Under $2,500 |
| MESA4000 | 2,905.04 | 653.04 | 0.00 | 9/1/2007 | Copier | General Office Equipment | | | | | PP | 07 | | | MESA4000 — Under $2,500 |
| MESA4050 | 7,804.62 | 3,393.64 | 4,611.02 | 9/1/2007 | Copier | General Office Equipment | | Phoenix, AZ 85051 | | HP010402237 | PP | 07 | | | MESA4050 — MESA4050 |
| MESA4010 | 6,238.00 | 2,372.23 | 3,863.77 | 9/1/2007 | Copier | General Office Equipment | | Phoenix, AZ 85044 | LEF1U013913 | | PP | 07 | | | MESA4010 — MESA4010 |
| MESA4040 | 10,715.27 | 3,716.88 | 6,993.39 | 11/1/2007 | Copier | General Office Equipment | | AZ 85019 | LZH2K22FF | | PP | 07 | | | MESA4040 — MESA4040 |
| MESA4470 | 5,720.65 | 1,682.38 | 3,727.29 | 11/1/2007 | Copier | General Office Equipment | | AZ 85019 | | | PP | 07 | | | MESA4470 — MESA4470 |
| MESA4160 | 8,158.17 | 2,763.11 | 7,115.17 | 11/1/2007 | Copier | General Office Equipment | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 07 | | | MESA4160 — MESA4160 |
| MESA4170 | 8,814.87 | 2,315.27 | 4,334.90 | 11/1/2007 | Copier | General Office Equipment | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 07 | | | MESA4170 — MESA4170 |
| MESA4100 | 8,558.00 | 3,019.37 | 9,538.63 | 11/1/2007 | Copier | General Office Equipment | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 07 | | | MESA4100 — MESA4100 |
| MESA4110 | 4,988.53 | 2,381.34 | 6,116.60 | 2/1/2008 | Copier | General Office Equipment | | 120 West 1st Avenue Mesa, AZ 85210 | | | PP | 07 | | | MESA4110 — MESA4110 |

Exhibit A

Purchased Tangible Personal Property

ASSET BALANCE/DEPRECIATION

OLD ASSET ENTITY MAPS
Acceptable

Exhibit A

# Purchased Tangible Personal Property

*Note: Seller makes no representations or warranties regarding the assets balances, depreciation or net book value numbers contained herein.
*Note: In the event that Buyer elects to exclude the Purchased Real Property from the assets to be transferred to Buyer at Closing pursuant to 5.12, the utility installations and like improvements located at or on the Purchased Real Property set forth on this Exhibit A shall be deemed Excluded Assets.

| | ASSET BALANCE DEPRECIATION | | | | | | | | | | | | | | | | | | | | | | | | | | RECONCILIATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset ID | Ending | End Bal. | Net Book Value | Description | Asset Type | Acquisition | Comment | Accum Depr GL Acct # | Asset GL Acct # | Class | Cost Center | Custodian | Department | Depr Exp GL Acct # | Description | Description | Project | Location | Manufacturer | Model Number | Property | Property | Selling E | Serial Nu | Tag ID | Vendor | OLD ASSET ID# | NEW ASSET ID# |
| MESA8830 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8840 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8850 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8860 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8870 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8880 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8890 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8900 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8910 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8920 | 529.42 | 61.77 | 467.65 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8930 | 529.43 | 61.77 | 467.66 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8940 | 529.43 | 61.77 | 467.66 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8950 | 529.43 | 61.77 | 467.66 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| MESA8960 | 529.43 | 61.77 | 467.66 | Knoll workstation, delivery, installation & d | Furniture & Fixtures | 10/1/2008 | | | | Furniture & Fixtures | | | | | | | | Gilbert | | Emerald Creel Industries | PP | | | | | | | Under $2,500 |
| 000570 | 1,968.60 | 1,509.27 | 459.33 | (1) Ice Machine, (1) Refrigerator | Kitchen Equipment | 4/1/2002 | | | | Furniture & Fixtures | | | | | | | | | | | PP | 09 | | | | | 000570 | Under $2,500 |
| A000016 | 799,928.00 | 0.00 | 799,928.00 | 2.7 ACRE PARCEL, 10102 SANTA FE DRIVE, SUN CI | Land | 8/3/2000 | | N/A | 0000-15000-00000-02-0000-0000 | Land | | GROUNDS | 8100 | N/A | | | | 10102 Santa Fe Drive Sun City, AZ 85351 | | | LR | 16 | | | 2021 | | A000016 | A000016 |
| A000041 | 5,888.00 | 2,747.74 | 3,140.26 | ASPHALT PARKING AREA | Land Improvements | 8/3/2000 | | 0000-16120-00000-02-0000-0000 | 0000-15120-00000-02-0000-0000 | Land Improvements | | GROUNDS | | 9001-70010-16500-02-0000-0000 | | | | 10102 Santa Fe Drive Sun City, AZ 85351 | | | NR | 19 | | | 2022 | | A000041 | A000041 |
| A000042 | 1,104.00 | 515.20 | 588.80 | CURBING | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2023 | | A000042 | Under $2,500 |
| A000043 | 1,325.00 | 618.33 | 706.67 | ORNAMENTAL TREES | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2024 | | A000043 | Under $2,500 |
| A000044 | 2,208.00 | 1,030.40 | 1,177.60 | BRICK WALL | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2025 | | A000044 | Under $2,500 |
| A000045 | 1,766.00 | 824.14 | 941.86 | PARKING LOT LIGHTS | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2026 | | A000045 | Under $2,500 |
| A000046 | 177.00 | 82.60 | 94.40 | "RESERVED" SIGN | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2027 | | A000046 | Under $2,500 |
| A000047 | 442.00 | 206.27 | 235.73 | FLAGPOLE | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2028 | | A000047 | Under $2,500 |
| A000048 | 3,680.00 | 1,717.33 | 1,962.67 | LANDSCAPING | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2030 | | A000048 | Under $2,500 |
| A000049 | 2,502.00 | 1,167.60 | 1,334.40 | BUILDING LETTERING | Land Improvements | 8/3/2000 | | | | Land Improvements | | GROUNDS | | | | | | SUN CITY | | | NR | 19 | | | 2031 | | A000049 | Under $2,500 |
| A000050 | 2,178.00 | 1,016.41 | 1,161.59 | CHAIN LINK ENCLOSURE | Land Improvements | 8/3/2000 | | | | Land Improvements | | REAR | | | | | | SUN CITY | | | NR | 19 | | | 2441 | | A000050 | Under $2,500 |
| 000360 | 209.09 | 109.19 | 99.90 | BURGLAR INSTALLATION FOR GILBERT BLDG | Leasehold Improvements | 2/19/2002 | | | | Leasehold Improvements | | | | | | | | | | | NR | 33 | | | | | 000360 | Under $2,500 |
| 000400 | 1,650.00 | 861.66 | 788.34 | HAWORTH WORK STATIONS AND INSTALLATION | Leasehold Improvements | 2/22/2002 | | | | Leasehold Improvements | | | | | | | | | | | NR | 33 | | | | | 000400 | Under $2,500 |
| 000410 | 206.25 | 107.70 | 98.55 | CLEAN & SEAL CONCRETE FOR GILBERT BLDG | Leasehold Improvements | 2/22/2002 | | | | Leasehold Improvements | | | | | | | | | | | NR | 33 | | | | | 000410 | Under $2,500 |
| 000500 | 419.23 | 216.62 | 202.61 | Reverse Osmosis Water System | Leasehold Improvements | 3/1/2002 | | | | Leasehold Improvements | | | | | | | | | | | NR | 33 | | | | | 000500 | Under $2,500 |
| 000650 | 599.92 | 296.60 | 303.32 | Network Consulting | Leasehold Improvements | 7/1/2002 | | | | Leasehold Improvements | | | | | | | | | | | NR | 33 | | | | | 000650 | Under $2,500 |
| MESA5210.1 | 12,405.26 | 3,239.24 | 9,166.02 | Chandler Facility Improvements | Leasehold Improvements | 1/1/2006 | | 0000-16130-00000-01-0000-0000 | 0000-15130-0000-01-0000-0000 | Leasehold Improvements | | | 8100 | 9000-70010-40000-01-0000-0000 | | | | 2873 N. Nevada Chandler, AZ 85225 | | | NR | 33 | | | | | MESA5210.1 | MESA5210.1 |
| MESA5210.2 | 6,273.81 | 1,638.07 | 4,635.74 | Chandler Facility Improvements | Leasehold Improvements | 1/1/2006 | | 0000-16130-00000-01-0000-0000 | 0000-15130-0000-01-0000-0000 | Leasehold Improvements | | | 8100 | 9000-70010-40000-01-0000-0000 | | | | 2873 N. Nevada Chandler, AZ 85225 | | | NR | 33 | | | | | MESA5210.2 | MESA5210.2 |
| MESA5560 | 5,624.58 | 1,218.65 | 4,405.93 | Clipper Warehouse - WSC000A4 5 ton 460 V Airc | Leasehold Improvements | 8/1/2005 | | 0000-16130-00000-01-0000-0000 | 0000-15130-00000-01-0000-0000 | Machinery & Equipment | | | 8100 | 9000-70010-40000-01-0000-0000 | | | | 2873 N. Nevada Chandler, AZ 85225 | | | NR | 33 | | | | | MESA5560 | MESA5560 |
| MESA5590 | 4,123.99 | 893.52 | 3,230.47 | Clipper Lunchroom Remodel | Leasehold Improvements | 9/1/2006 | | 0000-16130-00000-01-0000-0000 | 0000-15130-00000-01-0000-0000 | Leasehold Improvements | | | 8100 | 9000-70010-40000-01-0000-0000 | | | | 2873 N. Nevada Chandler, AZ 85225 | | | NR | 33 | | | | | MESA5590 | MESA5590 |
| MESA5600 | 33,124.31 | 7,176.94 | 25,947.37 | Clipper Warehouse Expansion | Leasehold Improvements | 9/1/2006 | | 0000-16130-00000-01-0000-0000 | 0000-15130-00000-01-0000-0000 | Leasehold Improvements | | | 8100 | 9000-70010-40000-01-0000-0000 | | | | 2873 N. Nevada Chandler, AZ 85225 | | | NR | 33 | | | | | MESA5600 | MESA5600 |
| MESA5620 | 7,084.00 | 1,534.88 | 5,549.12 | 7.5 Ton Trane AC Unit | Leasehold Improvements | 9/1/2006 | | 0000-16310-00000-02-0000-0000 | 0000-15310-00000-02-0000-0000 | Machinery & Equipment | | | 8100 | 9001-70010-16500-02-0000-0000 | | | | 10102 Santa Fe Drive Sun City, AZ 85351 | | | NR | 33 | | 540102079L | | | MESA5620 | MESA5620 |
| MESA8620 | 2,500.00 | 194.45 | 2,305.55 | Labor - Wall removal part 1, paint suspened c | Leasehold Improvements | 10/1/2008 | | | | Leasehold Improvements | | | | | | | | Gilbert | | Omar Camargo | NR | 33 | | | | | MESA8620 | Under $2,500 |
| MESA8630 | 1,900.00 | 147.79 | 1,752.21 | Labor - Install conduit for security system ( | Leasehold Improvements | 10/1/2008 | | | | Leasehold Improvements | | | | | | | | Gilbert | | Omar Camargo | NR | 33 | | | | | MESA8630 | Under $2,500 |
| A000351 | 0.00 | 0.00 | 0.00 | CONVEYOR-3 | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 574 | | A000351 | Under $2,500 |
| A000352 | 0.00 | 0.00 | 0.00 | DOUBLE POWER DEFLECTOR BUNDLE DIVERTER-3 | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 575 | | A000352 | Under $2,500 |
| A000353 | 0.00 | 0.00 | 0.00 | 10' STEEL ROLLER LOADER-2 | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 576 | | A000353 | Under $2,500 |
| A000354 | 176.00 | 164.27 | 11.73 | 10' STEEL ROLLER LOADER | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 577 | | A000354 | Under $2,500 |
| A000355 | 0.00 | 0.00 | 0.00 | 8' MAT TOP CONVEYOR | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 582 | | A000355 | Under $2,500 |
| A000356 | 0.00 | 0.00 | 0.00 | 16' MAT TOP CONVEYOR | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 583 | | A000356 | Under $2,500 |
| A000357 | 0.00 | 0.00 | 0.00 | 10' MAT TOP CONVEYOR | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 584 | | A000357 | Under $2,500 |
| A000361 | 16,424.00 | 15,329.07 | 1,094.93 | STRAPPING MACHINE | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | | | PP | 02 | | | 597 | | A000361 | Under $2,500 |
| A000362 | 6,226.00 | 5,810.94 | 415.06 | HOPPER LOADER | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | INSERT STORAGE | | | | | | MESA | GMA | AF-200 | PP | 02 | | 8702001-598 | | | A000362 | Under $2,500 |
| A000363 | 1,053.00 | 982.81 | 70.19 | JOGGER-4 | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | MAILROOM | | | | | | MESA | | | PP | 02 | | | 443 | | A000363 | Under $2,500 |
| A000364 | 102.00 | 95.20 | 6.80 | STRAPPING REEL AND DISPENSER | Newspaper Equipment | 8/3/2000 | | | | Machinery & Equipment | | MAILROOM | | | | | | MESA | | | PP | 02 | | | 449 | | A000364 | Under $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

SUB ASSET/SUB ASSET/<br/>Reconciliation

ASSET BALANCE DEPRECIATION

| Asset ID | Ending | End Bal | Net Book Value/Description | Asset Type | Acquisition/Comment | Asset Acct #, Acct # | Asset Acct #, Acct # | Operation Dept Exp GL Acct # | Cost Center/Description | Class | Description/Description/Project Location | Manufacturer | Model Number | Property Property | Selling Property, Selling GL Detail/No Exp ID | Vendor | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A002071 | 18,964.60 | 18,633.57 | 1,729.83 STACKER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | Sun City | Okidp | | PP | 02 | 479 | A002071 Under $2,500 |
| A002073.1 | 18,187.66 | 18,974.01 | 1,313.75 STACKER-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | | Okidp | SJ.KNV | PP | 02 | 1956 | A002073.1 Under $2,500 |
| A002073.2 | 18,187.66 | 18,974.01 | 1,313.75 STACKER-3 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Okidp | SJ.KNV | PP | 02 | 484 | A002073.2 Under $2,500 |
| A002073.3 | 18,187.66 | 18,974.01 | 1,313.75 STACKER-3 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 484 | A002073.3 Under $2,500 |
| A002073.3 | 18,187.66 | 18,974.01 | 1,313.75 STACKER-3 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Okidp | SJ.KNV | PP | 02 | 484 | A002073.3 Under $2,500 |
| A002075.3 | 18,187.30 | 18,974.72 | 1,313.31 STACKER-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | WI337 | A002075.3 Under $2,500 |
| A002076 | 225,946.00 | 218,463.03 | 13,063.67 584 HOFFPSY/WD FEEDER INSERTER-2 | Equipment | 9/2/2000 | 0000-13210-30000-61-0000-0000 | 0000-13210-30000-61-0000-0000 | | MAILROOM | | 12010st 1st Avenue Mesa, AZ 85210 | GAA | SLS 100 SL-5 | PP | 02 | 81-00022456 | A002076 Under $2,500 |
| A002077 | 212,750.00 | 205,420.00 | 14,347.00 18 HOFFSY/WD FEEDER INSERTER | Equipment | 9/2/2000 | | | 8100.0000 | MAILROOM | | 12010st 1st Avenue Mesa, AZ 85210 | GAA | SLS 100 102 | PP | 02 | 90-10131467 | A002077 Under $2,500 |
| A002078 | 2,192.00 | 2,915.98 | 396.14 MONOPAPER CART-18 | Equipment/Machinery & Equipment | 9/2/2000 | | | 8100.0000 | MAILROOM | | 12010st 1st Avenue Mesa, AZ 85210 | | | PP | 02 | 468 | A002078 Under $2,500 |
| A002079 | 132,910.00 | 124,043.34 | 8,855.66 INSERTER | Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 468 | A002079 Under $2,500 |
| A002080 | 2,540.00 | 1,904.59 | 136.00 CUSTOM MASTER/PAPER/DUMPSTER-5 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Okidp | AT-100 | PP | 02 | 911131 471 | A002080 Under $2,500 |
| A002083.1 | 7,233.50 | 6,778.90 | 454.14 HOPPER LOADER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | GAA | AT-100 | PP | 02 | 971187 471 | A002083.1 Under $2,500 |
| A002083.2 | 7,233.50 | 6,778.90 | 454.14 HOPPER LOADER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | GAA | AT-100 | PP | 02 | 471 | A002083.2 Under $2,500 |
| A002083.3 | 7,233.50 | 6,778.90 | 454.14 HOPPER LOADER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | GAA | AT-100 | PP | 02 | 471 | A002083.3 Under $2,500 |
| A002083.3 | 7,233.50 | 6,778.90 | 454.14 HOPPER/LOADER | Equipment/Machinery & Equipment | 9/2/2000 | 0000-13210-30000-61-0000-0000 | | 8100.0000 | MAILROOM | | NESA | GAA | AT-100 | PP | 02 | 471 | A002083.3 Under $2,500 |
| A002083.4 | 89,771.50 | 83,197.20 | 5,934.30 BELT CONVEYOR SYSTEM | Equipment/Machinery & Equipment | 9/2/2000 | 0000-13210-30000-61-0000-0000 | | 8100.0000 | MAILROOM | | NESA | Okidp | Trek Treck | PP | 02 | 487 | A002083.4.1 Under $2,500 |
| A002084.2 | 89,771.50 | 83,198.33 | 5,985.24 BELT CONVEYOR SYSTEM | Equipment/Machinery & Equipment | 9/2/2000 | 0000-13210-30000-61-0000-0000 | | 8100.0000 | MAILROOM | | NESA | Okidp | Trek Treck | PP | 02 | 487 | A002084.2 Under $2,500 |
| A002085.1 | 15,383.94 | 14,356.40 | 1,023.25 STRAPPER-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Oval | Strapmaster HS | PP | 01 | 100 | A002085.1 Under $2,500 |
| A002085.2 | 15,383.94 | 14,356.40 | 1,023.25 STRAPPER-3 | Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Oval | Strapmaster HS | PP | 02 | 183 | A002085.2 Under $2,500 |
| A002085.3 | 15,383.94 | 14,357.40 | 1,023.28 STRAPPER-3 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Oval | Strapmaster HS | PP | 02 | 183 | A002085.3 Under $2,500 |
| A002092 | 85.24 | 85.24 | 0.00 STRAPPER-3 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 500 | A002092 Under $2,500 |
| A002093 | 87.28 | 87.28 | 0.00 E 8AIT TOP CONVEYOR | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 502 | A002093 Under $2,500 |
| A002095 | 1,309.00 | 1,309.74 | 93.29 PLASTER PALLET-82 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 504 | A002095 Under $2,500 |
| A002096 | 14,145.00 | 13,085.64 | 934.58 I HOPPER INVERTER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 508 | A002096 Under $2,500 |
| A002097.1 | 17,138.40 | 15,955.94 | 1,140.05 STRAPPING MACHINES | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Dynello | DA62 Twin-Track | PP | 02 | 1528 | A002097.1 Under $2,500 |
| A002097.3 | 17,138.40 | 15,955.94 | 1,140.05 STRAPPING MACHINES-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | Dynello | DA62 Twin-Track | PP | 02 | 1528 | A002097.3 Under $2,500 |
| A002098 | 71,843.00 | 66,603.56 | 4,754.14 WRH FIVE STACK | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | 12010st 1st Avenue Mesa, AZ 85210 | DA62 | DA62 Twin-Track | PP | 02 | 512 | A002098 Under $2,500 |
| A002099 | 0.00 | 0.00 | 0.00 DA62 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 513 | A002099 Under $2,500 |
| A002100 | 0.00 | 0.00 | 80 OVERHEAD CONVEYOR-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 514 | A002100 Under $2,500 |
| A002101 | 0.00 | 0.00 | 8.30 101 OVERHEAD CONVEYOR | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 516 | A002101 Under $2,500 |
| A002102 | 0.00 | 0.00 | 8.30 CONVEYOR CONTROLLER-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 517 | A002102 Under $2,500 |
| A002103 | 11,521.67 | 11,321.07 | 806.13 PAPER INSERTER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | SUN CITY | | | PP | 02 | 2453 | A002103 Under $2,500 |
| A002104 | 0.00 | 0.00 | 0.00 48 OVERHEAD CONVEYOR | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | SUN CITY | | | PP | 02 | 1954 | A002104 Under $2,500 |
| A002105 | 7,230.00 | 6,748.54 | 6,749.43 PALLET INVERTER | Equipment/Machinery & Equipment | 9/2/2000 | | | | GARAGE | | ANNAITAUSE | | | PP | 02 | 1954 | A002105 Under $2,500 |
| A002106 | 21,210.00 | 19,804.41 | 1,414.59 STACKER | Equipment/Machinery & Equipment | 9/2/2000 | | | | INSERT STORAGE | | SUN CITY | | | PP | 02 | 514 | A002106 Under $2,500 |
| A002108.1 | 3,113.00 | 2,905.28 | 207.72 AUTOMATIC FEEDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | INSERT STORAGE | | NESA | | | PP | 02 | 505 | A002108.1 Under $2,500 |
| A002108.2 | 3,113.00 | 2,905.58 | 207.34 AUTOMATIC FEEDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | INSERT STORAGE | | NESA | | | PP | 02 | 507 | A002108.2 Under $2,500 |
| A002110 | 525.00 | 490.51 | 34.99 ROLLING METAL STAND-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | INSERT STORAGE | | NESA | | | PP | 02 | 533 | A002110 Under $2,500 |
| A002112 | 190,621.00 | 140,368.63 | 125.97 GDE UNIT INSERTION SYSTEM | Equipment/Machinery & Equipment | 9/2/2000 | 0000-13210-30000-61-0000-0000 | | | MAILROOM | | SUN CITY | | | PP | 02 | 2473 | A002112 Under $2,500 |
| A002113 | 19,216.00 | 18,416.40 | 1,273.60 STACKER | Equipment/Machinery & Equipment | 9/2/2000 | | | 8100.0000 | MAILROOM | | SUN CITY | | | PP | 02 | 2474 | A002113 Under $2,500 |
| A002115 | 0.00 | 0.00 | 0.00 2951 16 FULLEGO/CONVEYOR | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | SUN CITY | | | PP | 02 | 2473 | A002115 Under $2,500 |
| A002116 | 0.00 | 0.00 | 0.00 2951 B AMT FULLEGO/CONVEYOR-2 | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | SUN CITY | | | PP | 02 | 2483 | A002116 Under $2,500 |
| A002117 | 117.00 | 109.30 | 7.80 STRAPPER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | SUN CITY | | | PP | 02 | 479 | A002117 Under $2,500 |
| A002108 | 7,230.00 | 67.38 | 4.80 7 ALUMINUM LADDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | GARAGE | | NESA | | | PP | 02 | 523 | A002108 Under $2,500 |
| A002109 | 143.00 | 133.34 | 9.45 24' ALUMINUM EXTENSION LADDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | ANNAITAUSE | | NESA | | | PP | 02 | 514 | A002109 Under $2,500 |
| A002180 | 307.00 | 286.54 | 204.6 METAL CARDBOARD DUMPSTER | Equipment/Machinery & Equipment | 9/2/2000 | | | | INSERT STORAGE | | NESA | | | PP | 02 | 505 | A002180 Under $2,500 |
| A002182 | 157.00 | 154.37 | 11.73 16' FIBERGLASS STEP-LADDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | INSERT STORAGE | | NESA | | | PP | 02 | 507 | A002182 Under $2,500 |
| A002183 | 80.00 | 85.67 | 5.33 12' ALUMINUM STEP-LADDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 441 | A002183 Under $2,500 |
| A002184 | 115.00 | 107.33 | 7.67 12' FIBERGLASS STEP-LADDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM | | NESA | | | PP | 02 | 479 | A002184 Under $2,500 |
| A002185 | 313.00 | 291.25 | 20.85 8' FIXED LEG STEEL STEP-LADDER | Equipment/Machinery & Equipment | 9/2/2000 | | | | MAILROOM TOOL ROOM | | NESA | | | PP | 02 | 523 | A002185 Under $2,500 |
| A002206 | 45.80 | 42.64 | 3.07 GALL INCINERATOR | Equipment/Machinery & Equipment | 9/2/2000 | | | | PRESS | | NESA | | | PP | 02 | 523 | A002206 Under $2,500 |
| A002213 | 307.00 | 286.54 | 20.45 DRUM PUMP | Equipment/Machinery & Equipment | 9/2/2000 | | | | PRESS | | NESA | | | PP | 02 | 529 | A002213 Under $2,500 |
| A002214 | 307.00 | 286.54 | 20.45 DRUM CART | Equipment/Machinery & Equipment | 9/2/2000 | | | | PRESS | | NESA | | | PP | 02 | 660 | A002214 Under $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

Note: Data shown is representative and depreciation of real book value numbers contained herein. Values shown may not reflect the exact amounts to be included on the Purchased Assets. To the extent the amounts shown on the Purchased Assets are to be included on the Purchased Assets as Closing pursuant to Section 2.1.1, the values shown in the columns below shall govern and control. Values shown in the columns below are estimates and may be subject to true-up.

| Asset ID | EndDep | End Bal | Net Book Val | Description | Asset Type | Acquisition | Accum Depr GL Acct # | Asset GL Acct # | Class | Cost Center/Jobsite | Dept Desc / Dept GL Acct # | Description/Project Location | Manufacturer | Model Number | Property | Tag ID | Vendor | CLT Asset / Book Asset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A00027 | 31.00 | 29.84 | | 2.06 INDUSTRIAL SHOP VACUUM CLEANER | Equipment / Nondepreciable | 9/2/000 | 0000-15318-000000-01-0000.0000 | 0000-1531A-000000-01-0000-0000 | Machinery & Equipment | 8100.0000 | 8100.0000/2018-14000-04-0000-0000 | PRESS ELECTRIC ROOM | MESA | | PP | 02 | 738 | Under $2,500 |
| A00325 | 187.00 | 185.96 | | 15.14 17 EYEGOLASS-EYEBLEACHER | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS ELECTRIC ROOM | MESA | | PP | 02 | 737 | Under $2,500 |
| A00323 | 31.00 | 29.84 | | 2.06 12.5 AMP SHOP VACUUM CLEANER | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 691 | Under $2,500 |
| A00326 | 206.65 | 191.33 | | 15.47 RIGGING AND HOISTING EQUIPMENT | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 694 | Under $2,500 |
| A00329 | 281.00 | 262.27 | | 18.73 HYDRAULIC TOOL | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 637 | Under $2,500 |
| A00328 | 307.00 | 286.54 | | 20.46 HAND TOOL SET | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 723 | Under $2,500 |
| A00329 | 31.00 | 29.04 | | 2.06 24 IN.D. BENCH GRINDER | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 706 | Under $2,500 |
| A00341 | 102.00 | 95.20 | | 6.80 DRILL BIT SET | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 708 | Under $2,500 |
| A00344 | 82.00 | 76.54 | | 5.46 DRILL PRESS | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS MACHINE SHOP | MESA | | PP | 02 | 602 | Under $2,500 |
| A00344 | 307.00 | 286.54 | | 20.46 TOOL SET | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | SHUT-OFF | MESA | | PP | 02 | 3373 | Under $2,500 |
| A00377 | 438.00 | 408.41 | | 29.59 STAND ALONE HYDRAULIC/PALLET TRUCK | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | MAILROOM | BUNCETT | | PP | 02 | 2443 | Under $2,500 |
| A00326 | 369.00 | 344.04 | | 24.42 DESIGN WORKER | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | WORKSHOP | BUNCETT | | PP | 02 | 2428 | Under $2,500 |
| A00309 | 2,922.00 | 2,731.87 | | 195.13 INTOSH INVENTORY | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | INSERT STORAGE | MESA | | PP | 02 | 506 | Under $2,500 |
| A00310 | 7,318.00 | 6,831.06 | | 487.34 PARTS INVENTORY | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | MAILROOM TOOL ROOM | MESA | | PP | 02 | 544 | Under $2,500 |
| A00210 | 3,903.00 | 3,642.81 | | 260.19 BLANKET CRUSHER | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | NEWSPRINT WAREHOUSE | MESA | | PP | 02 | 618 | Under $2,500 |
| A00211 | 12,107.00 | 11,303.87 | | 806.91 24 IN.D. BENCH GRINDER | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PARTS | MESA | Installed on press | PP | 02 | 602 | Under $2,500 |
| A00212 | 7,318.00 | 6,821.06 | | 487.34 MAILING EQUIPMENT PARTS | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PARTS | MESA | | PP | 02 | 603 | Under $2,500 |
| A00215 | 98.00 | 91.46 | | 6.54 CLAMP INVENTORY | Equipment / Nondepreciable | 9/2/000 | | | Machinery & Equipment | 8100.0000 | | PRESS STORAGE | MESA | | PP | 02 | 735 | Under $2,500 |
| Idea002500 | 5,800.00 | 4,705.00 | | 1,095.00 Viking Up Digital Press Racks | Equipment / Nondepreciable | 9/12/002 | | | Machinery & Equipment | 8100.0000 | | | Sullair | V912-20 | PP | 02 | | Under $2,500 |
| Idea002510 | 353.00 | 308.53 | | 132.53 Viking Up Stacker Door in Digital Press Racks | Equipment / Nondepreciable | 9/12/002 | | | Machinery & Equipment | 8100.0000 | | | GWA | L200S | PP | 02 | 122-512545 | Under $2,500 |
| Idea002020 | 11,063.00 | 8,632.19 | | 4,24.81 Rotary Screw Compressor | Equipment / Nondepreciable | 9/12/002 | | | Machinery & Equipment | 8100.0000 | | | GWA | SLS 108 132.2 | PP | 02 | 00-31151 | Under $2,500 |
| Idea002029 | 86,463.61 | 53,640.52 | | 32,823.20 SLS 1089 Rebuild Internal- Alina | Equipment / Nondepreciable | 11/1/003 | | | Machinery & Equipment | 8100.0000 | | | GWA | SLS 108 132.2 | PP | 02 | 00-31151 | Under $2,500 |
| Idea002519 | 5,565.13 | 3,720.73 | | 2,151.40 Press Upgrade | Equipment / Nondepreciable | 4/7/004 | | | Machinery & Equipment | 8100.0000 | | | Dynetic | NP3000 | PP | 02 | WP2237 | Under $2,500 |
| Idea002510 | 33,353.94 | 18,252.43 | | 14,871.41 Dynetic Stripping machine | Equipment / Nondepreciable | 9/10/004 | | | Machinery & Equipment | 8100.0000 | | | Dynetic | LY-175 | PP | 02 | 414012 | Under $2,500 |
| Idea002519 | 7,453.93 | 4,132.83 | | 3,209.10 Dynetic wrap system | Equipment / Nondepreciable | 9/10/004 | | | Machinery & Equipment | 8100.0000 | | | Dynetic | LY-175 | PP | 02 | | Under $2,500 |
| Idea002519 | 26,313.00 | 12,537.65 | | 13,615.55 Tool Holder and conveyor safety - retrofit | Equipment / Nondepreciable | 9/10/004 | | | Machinery & Equipment | 8100.0000 | | | Dynetic | | PP | 02 | Rebuild of A002511 | Under $2,500 |
| Idea002549 | 64,411.07 | 33,493.74 | | 31,313.33 Inserter Line Rebuild | Equipment / Nondepreciable | 12/1/004 | | | Machinery & Equipment | 8100.0000 | | | GMA | | PP | 02 | 67-05522 | Under $2,500 |
| Idea002549 | 50,000.00 | 35,000.00 | | 25,000.00 Video Pack Inserter | Equipment / Nondepreciable | 12/1/004 | | | Machinery & Equipment | 8100.0000 | | | Dynetic | SLS 109 132.2 | PP | 02 | | Under $2,500 |
| MESA010 | 61,611.72 | 45,965.67 | | 15,646.05 Alina Unit Rebuild | Equipment / Nondepreciable | 12/1/004 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | GWA | Various parts | PP | 02 | 04100000C4-L 04100000C4.2 | Under $2,500 |
| MESA024 | 380,146.00 | 190,073.00 | | 190,073.01 Conveyor (C Film + Alina Film) (including processing) | Equipment / Nondepreciable | 12/1/004 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | GWA | Various parts | PP | 02 | | Under $2,500 |
| MESA024 | 18,323.22 | 8,254.53 | | 8,254.53 Inserter #4 Head Rebuild - Complete (C Film + Alina Film) (including processing) | Equipment / Nondepreciable | 12/1/004 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | GMA | | PP | 02 | 02308059 | Under $2,500 |
| MESA040 | 130,784.45 | 68,930.96 | | 72,837.47 processing | Equipment / Nondepreciable | 12/12/004 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | GMA | | PP | 02 | 03-01119 | Under $2,500 |
| MESA043 | 36,533.99 | 17,943.31 | | 21,193.98 Inserter Repair Rebuild - Size City | Equipment / Nondepreciable | 9/10/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dalgo | RSC Inserters | PP | 02 | 22011.630001000100 | Under $2,500 |
| MESA043.1 | 14,133.83 | 8,234.16 | | 7,993.76 Railhead Conveyors, with Bundle Facers | Equipment / Nondepreciable | 7/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dalgo | RSC Inserters | PP | 02 | 21011.630001000100 | Under $2,500 |
| MESA043.2 | 14,133.83 | 8,234.16 | | 7,993.76 Railhead Conveyors, with Bundle Facers | Equipment / Nondepreciable | 7/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dalgo | RSC Inserters | PP | 02 | 22011.630001000100 | Under $2,500 |
| MESA043.3 | 14,133.83 | 8,234.16 | | 7,993.76 Railhead Conveyors, with Bundle Facers | Equipment / Nondepreciable | 7/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dalgo | RSC Inserters | PP | 02 | 01011.72000100200 | Under $2,500 |
| MESA043.4 | 14,133.62 | 8,234.16 | | 7,993.78 Railhead Conveyors, with Bundle Facers | Equipment / Nondepreciable | 7/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dalgo | RSC | PP | 02 | 01011.72000100200 | Under $2,500 |
| MESA048 | 30,536.32 | 15,474.44 | | 16,361.94 Stacker | Equipment / Nondepreciable | 7/1/005 | | | Machinery & Equipment | 8100.0000 | | GN-2000 High Speed Newspaper Trapping Mesa, AZ 85210 | Dynetic | | PP | 02 | 550403003300 | Under $2,500 |
| MESA010 | 16,000.00 | 8,640.67 | | 9,333.33 Deep Stacker | Equipment / Nondepreciable | 10/10/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dynetic | | PP | 02 | 222873361 | Under $2,500 |
| MESA010 | 16,000.00 | 8,646.67 | | 9,333.33 Delpo 200 Stacker | Equipment / Nondepreciable | 12/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Dynetic | | PP | 02 | 222873362 | Under $2,500 |
| MESA050 | 26,469.43 | 14,586.15 | | 21,834.74 Alina Unit Rebuild | Equipment / Nondepreciable | 12/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | GWA | Various parts | PP | 02 | | Under $2,500 |
| MESA050.1 | 12,953.39 | 5,163.22 | | 7,775.17 Folium Wipes - Delpo System | Equipment / Nondepreciable | 12/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Delpo | Viper Wirepane | PP | 02 | 115452 | Under $2,500 |
| MESA050.2 | 12,953.39 | 5,163.22 | | 7,775.17 Folium Wipes - Delpo System | Equipment / Nondepreciable | 12/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Delpo | Viper Wirepane | PP | 02 | 115054 | Under $2,500 |
| MESA050.3 | 12,953.39 | 5,163.22 | | 7,775.17 Folium Wipes - Delpo System | Equipment / Nondepreciable | 12/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Delpo | Viper Wirepane | PP | 02 | 115163 | Under $2,500 |
| MESA050.4 | 12,953.39 | 5,163.22 | | 7,775.17 Folium Wipes - Delpo System | Equipment / Nondepreciable | 12/1/005 | | | Machinery & Equipment | 8100.0000 | | 120 West 3rd Avenue Mesa, AZ 85210 | Delpo | Viper Wirepane | PP | 02 | 115461 | Under $2,500 |

Exhibit A

## Purchased Tangible Personal Property

Note: Dollar values are representations or records regarding the assets' balances, depreciation or net book value purchase (purchase) herein. Values in these fields are based on information derived from the Purchased Real Property that is not the subject of the Acquisition of the Purchased Real Property and is not the subject of the Acquisition. This Exhibit A and its entirety constitutes that is the utility installations and the improvements located at or on the Purchased Real Property set forth on the Exhibit A shall be deemed (collectively).

| ASSET BALANCE/DEPRECIATION | | | | | | | | | | | | | | | | | | | | ACCUMULATED DEPRECIATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Exhibit A

## Purchased Tangible Personal Property

*[Fine print note regarding representations, warranties, Purchased Real Property, and Purchased Tangible Personal Property.]*

### ASSET BALANCE/DEPRECIATION

| Asset Id | Cost Basis | Net Book Value | Description | Asset Type | Acquisition Date | Asset GL Acct # | Department Dept GL Acct # | Description / Product Location | Cost Center / Location | Class | Manufacturer Model Number | Property | Selling Price | Tag ID | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MES4004 | 1,302.74 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000040 | |
| MES4005 | 1,302.74 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000030 | |
| MES4006 | 1,302.73 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000040 | |
| MES4010 | 1,302.74 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000050 | |
| MES4011 | 1,302.74 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000060 | |
| MES4012 | 1,302.73 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000070 | |
| MES4130 | 1,302.74 | 151.75 | 1/1458 Vizio 47" 1080P HDTV LCD 3.72"-55" flat | Office Equipment | 10/1/2009 | | | | Gilbert | General Office Equipment | E205542 / Custom Item | PP | Until $3,500 | 000080 | |
| | 2,413.91 | 1,009.81 | 223.00 (28) TASK OFFICE CHAIRS | Office Equipment and Fixture | 3/20/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | 000060 | |
| 000030 | 233.82 | 245.20 | 73.58 (9)Side Table Top, Chimera | Office Furniture and Fixture | 4/7/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | A20031 | 1521 |
| 000040 | 903.50 | 623.78 | 210.08 Conference | Office Furniture and Fixture | 4/7/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | A20035 | 2004 |
| 000050 | 1,013.12 | 775.71 | 336.41 (2)Office Chairs, (2) Integra Scales | Office Furniture and Fixture | 4/7/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | A20030 | 2207 |
| 000060 | 907.56 | 871.11 | 234.43 (1) Task Kit, (4) Cubby Fixts | Office Furniture and Fixture | 7/1/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | A20035 | 2013 |
| 000070 | 1,045.54 | 1,472.54 | 512.66 (4) Desks, (9) Office Chairs, (4) Credenza | Office Furniture and Fixture | 7/1/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | A20030 | 1058 |
| 000080 | 872.07 | 721.94 | 131.74 | Office Furniture and Fixture | 7/1/2002 | | | | | Furniture & Fixtures | | PP | Until $3,500 | A20035 | 1059 |
| 000090 | 100,205.99 | 93,946.95 | 223.00 (30) TASK OFFICE CHAIRS | Office Furniture and Fixture | 9/3/2007 | 0000-15223-0000-01-0000-0000 | 8300-0000 | 120 West Tail Avenue Mesa, AZ 85210 | VARIOUS | Furniture & Fixtures | | PP | | A20021 | 1066 |
| A20031 | 296.00 | 256.64 | 1838.00 DOUBLE PEDESTAL WOOD DESK-2 | Office Furniture and Fixture | 9/3/2007 | 0000-15223-0000-01-0000-0000 | | AVANTAGE | BUSINESS | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1032 |
| A20035 | 314.00 | 260.06 | 2634.00 FOUR DRAWER LETTER FILE CABINET-3 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | BUSINESS | Furniture & Fixtures | 01 | PP | Until $3,500 | A20025 | 1033 |
| A20030 | 300.00 | 254.67 | 2833 SWIVEL CHAIR-4 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | BUSINESS | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1035 |
| A20035 | 301.00 | 255.00 | 2143.10 WOOD CONFERENCE TABLE | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | CONFERENCE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1045 |
| A20030 | 585.34 | 565.34 | 4068.00 UPHOLSTERED SWIVEL CHAIR-6 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | CONFERENCE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1058 |
| A20036 | 250.00 | 233.34 | 1858.00 FRAMED PHOTOGRAPH-7 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | EDITORIAL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1032 |
| A20037 | 610.00 | 565.34 | 4833 SWIVEL CHAIR-8 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | EDITORIAL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1033 |
| A20072 | 1,002.00 | 825.67 | 8113.00 SINGLE PEDESTAL WOOD DESK-9 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | EDITORIAL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1035 |
| A20073 | 713.00 | 711.20 | 7113.00 SWIVEL CHAIR-10 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | EDITORIAL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20075 | 1045 |
| A20075 | 43.20 | 45.14 | 3.98 TELEDESIGN WOOD CASSETTE TAPE RECORDER | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | EDITORIAL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1048 |
| A20027 | 437.00 | 435.34 | 3245 UPHOLSTERED SWIVEL CHAIR-8 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | EDITORIAL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20070 | 1051 |
| A20064 | 400.00 | 373.34 | 52.40 METAL SHELF-11 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | GARAGE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1587 |
| A20065 | 300.00 | 244.67 | 2435 FRAMED GRAPHIC-12 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | LATERAL HALL | Furniture & Fixtures | 01 | PP | Until $3,500 | A20002 | 1055 |
| A20005 | 300.00 | 254.67 | 2833 SWIVEL CHAIR-4 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | LOBBY | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1049 |
| A20008 | 351.00 | 306.00 | 34 COUNTER UNIT | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | LOBBY | Furniture & Fixtures | 01 | PP | Until $3,500 | A20015 | 1954 |
| A20011 | 355.00 | 355.00 | 14 DR. H.P. REFRIGERATOR | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | LOBBY | Furniture & Fixtures | 01 | PP | Until $3,500 | A20018 | 1562 |
| A20010 | 381.00 | 355.00 | 3545 COUNTER-UNIT | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | LOUNGE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20023 | 1566 |
| A20018 | 112.00 | 118.00 | 2635 DRAFTING TABLE-3 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | LOUNGE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20024 | 1573 |
| A20023 | 300.00 | 306.00 | 2633 COMPUTER HUTCH-4 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | OFFICE-AREA | Furniture & Fixtures | 01 | PP | Until $3,500 | A20025 | 1580 |
| A20024 | 300.00 | 246.00 | 2608 SINGLE PEDESTAL WOOD DESK-3 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | OFFICE-AREA | Furniture & Fixtures | 01 | PP | Until $3,500 | A20040 | 1673 |
| A20040 | 437.00 | 435.34 | 3645 UPHOLSTERED CHAIR-4 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | OFFICE-AREA | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1580 |
| A20041 | 356.00 | 173.00 | 12.45 7' WOOD CONFERENCE TABLE | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | PHOTOGRAPHY | Furniture & Fixtures | 01 | PP | Until $3,500 | A20064 | 1615 |
| A20045 | 413.00 | 301.08 | 20108 WOOD WALL SHELF- | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | PUBLISHER | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 1618 |
| A20049 | 303.00 | 310.00 | 27.84 UPHOLSTERED ARMCHAIR-4 | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | PUBLISHER | Furniture & Fixtures | 01 | PP | Until $3,500 | A20025 | 1623 |
| A20081 | 335.13 | 330.13 | 3320 UPHOLSTERED SOFA | Office Furniture and Fixture | 9/3/2007 | | | AVANTAGE | PUBLISHER | Furniture & Fixtures | 01 | PP | Until $3,500 | A20025 | 1679 |
| A20064 | 1,350.00 | 1,378.20 | 12.14 TWO DRAWER LETTER FILE CABINET-4 | Office Furniture and Fixture | 9/3/2007 | | | MESA | PUBLISHER | Furniture & Fixtures | 01 | PP | Until $3,500 | A20015 | 2003 |
| A20065 | 3,104.00 | 3,111.74 | 223.28 MISCELLANEOUS OFFICE FURNISHINGS | Office Furniture and Fixture | 9/3/2007 | | | MESA | VARIOUS | Furniture & Fixtures | 01 | PP | Until $3,500 | A20027 | 2004 |
| A20067 | 837.00 | 780.07 | 57.13 YAMAHA CONFERENCE TABLE-6 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CONFERENCE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20064 | 2907 |
| A20045 | 1,534.00 | 1,421.74 | 152.28 UPHOLSTERED ARMCHAIR-3 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20065 | 2942 |
| A20065 | 1,143.00 | 1,056.61 | 76.10 SWIVEL CHAIR-3 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20035 | 2943 |
| A20071 | 838.00 | 783.13 | 56.57 DOUBLE PEDESTAL WOOD DESK-4 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20071 | 2930 |
| A20073 | 613.00 | 565.34 | 46.56 UPHOLSTERED ARMCHAIR-4 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20071 | 2961 |
| A20075 | 271.00 | 239.56 | 17.14 TWO DRAWER LETTER FILE CABINET-4 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20073 | 2932 |
| A20076 | 311.00 | 273.00 | 18.86 FOUR DRAWER LETTER FILE CABINET-4 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20075 | 2963 |
| A20079 | 786.00 | 733.00 | 52.48 RETURN-4 | Office Furniture and Fixture | 9/3/2007 | | | TEMPE | CORE | Furniture & Fixtures | 01 | PP | Until $3,500 | A20074 | 2668 |

GCS FIXED ASSETS — Administrative

Exhibit A

## Purchased Tangible Personal Property

Total Dollar value represents a cumulative depreciation, or reduction of net book value regardless of source purchase funds. Value is the net book value which includes the Purchased Real Property item for those funds that begins generated by U.S. the city which the unit of book value to calculate the net book basis in the purchase fund. These numbers reflect deletes and out.

ASSET BALANCED/DEPRECIATION

| Asset ID | Ending | End Bal. | Net Book Value/Description | Asset Type | Acquisition (Date/Placed-in-Service Date) | Asset GL Acct # | Asset GL Acct # | Class | Cost Center Description | Department Dept Exp GL Acct # | Description/Descript/Project-Location | Manufacturer | Model Number | Property | Property Ending GL Ending No./Tag ID | Vendor | 2012 ASSET WITH ASSET CATEGORIZATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Exhibit A

## Purchased Tangible Personal Property

ASSET BALANCE/DEPRECIATION

| Asset ID | Ending | End Bal | Net Book Value/Description | Class | Fund Type | Acquisition Date | Comment Account GL Acct # | Description Own/Det Acct # | Location | Manufacturer | Model Number | Property | Property | Setting ID Serial No | Tag ID | Vendor | Asset ID | Under $2,500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | CLASSIFIED | NESA | | | PP | 01 | | 1799 | | A00109 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | CLASSIFIED | NESA | | | PP | 01 | | 1799 | | A00099 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | CLASSIFIED/LOOKUP | NESA | | | PP | 01 | | 1818 | | A00227 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | COMPUTER | NESA | | | PP | 01 | | 902 | | A00029 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | COMPUTER | NESA | | | PP | 01 | | 905 | | A00041 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | COMPUTER STORAGE | NESA | | | PP | 01 | | 906 | | A00047 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL | NESA | | | PP | 01 | | 1321 | | A00205 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 2 | NESA | | | PP | 01 | | 1328 | | A00061 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 2 | NESA | | | PP | 01 | | 1330 | | A00062 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 2 | NESA | | | PP | 01 | | 1332 | | A00066 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 2 | NESA | | | PP | 01 | | 1348 | | A00072 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 2 | NESA | | | PP | 01 | | 1342 | | A00075 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1422 | | A00077 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1423 | | A00078 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1406 | | A00090 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1409 | | A00084 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1410 | | A00086 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1411 | | A00085 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1415 | | A00088 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1426 | | A00089 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1429 | | A00100 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1421 | | A00102 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1435 | | A00106 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1436 | | A00108 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL 3 | NESA | | | PP | 01 | | 1423 | | A00111 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL ASSISTANT 1 | NESA | | | PP | 01 | | 1440 | | A00111 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL ASSISTANT 1 | NESA | | | PP | 01 | | 1370 | | A00117 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL ASSISTANT 2 | NESA | | | PP | 01 | | 1373 | | A00120 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL ASSISTANT 2 | NESA | | | PP | 01 | | 1379 | | A00122 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1214 | | A00133 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1225 | | A00140 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1225 | | A00141 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1228 | | A00142 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1230 | | A00144 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1241 | | A00152 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL CONFERENCE | NESA | | | PP | 01 | | 1243 | | A00154 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL EXECUTIVE | NESA | | | PP | 01 | | 1300 | | A00113 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL EXECUTIVE | NESA | | | PP | 01 | | 1308 | | A00116 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL EXECUTIVE | NESA | | | PP | 01 | | 1448 | | A00169 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL EXECUTIVE | NESA | | | PP | 01 | | 1453 | | A00181 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL GRAPHIC | NESA | | | PP | 01 | | 1383 | | A00200 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL GRAPHIC | NESA | | | PP | 01 | | 1384 | | A00201 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL GRAPHIC | NESA | | | PP | 01 | | 1331 | | A00206 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL GRAPHIC | NESA | | | PP | 01 | | 1344 | | A00218 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL LIBRARY | NESA | | | PP | 01 | | 1345 | | A00219 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL LIBRARY | NESA | | | PP | 01 | | 1348 | | A00220 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL LIBRARY | NESA | | | PP | 01 | | 1333 | | A00222 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL LIBRARY | NESA | | | PP | 01 | | 1354 | | A00223 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | EDITORIAL LIBRARY | NESA | | | PP | 01 | | 1356 | | A00225 | Under $2,500 |
| | | | | Furniture & Fixtures | Office Furniture and Fixtures | 9/2/2000 | | ELECTRIC PLANT MAINTENANCE | NESA | | | PP | 01 | | 521 | | A00227 | Under $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

This Exhibit A lists the Purchased Tangible Personal Property comprising all of the tangible personal property described in the Purchase Agreement. This list is being provided for convenience only and is not intended to modify or supplement in any manner the description of the Purchased Tangible Personal Property contained herein.

| Asset ID | Ending | End Bal | Net Book Value | Asset Description | Asset Type | Acquisition/Comment | Class | Cost Center/Location | Description/Ownership Product Location | Property | Entity | Tag ID | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A201226 | 255.00 | 244.54 | 15.45 | FIVE DRAWER LATERAL FILE CABINET | Other Furniture and Fixtures | 9/30/2000 | Furniture & Fixtures | FINANCE B4 | NEISA | PP | 01 | | 183 |
| A201274 | 157.00 | 233.21 | 12.29 | WOOD CREDENZA | Other Furniture and Fixtures | 6/30/2000 | Furniture & Fixtures | FINANCE B5 | NEISA | PP | 01 | | 223 |
| A201280 | 240.00 | 234.20 | 11.69 | SWIVEL CHAIR | Office Furniture and Fixtures | 6/30/2000 | Furniture & Fixtures | FINANCE B7 | NEISA | PP | 01 | | 223 |
| A201288 | 256.00 | 245.84 | 18.96 | SINGLE PEDESTAL MODULAR DESK | Office Furniture and Fixtures | 6/30/2000 | Furniture & Fixtures | FINANCE COPY | NEISA | PP | 01 | | 214 |
| A201297 | 1,608.00 | 1,613.32 | 196.87 | UPHOLSTERED SWIVEL CHAIR-21 | Office Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 125 |
| A201298 | 5,372.00 | 5,296.54 | 311.45 | ENCLOSED MODULAR CORNER DESK-51 | Office Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 126 |
| A201300 | 38.00 | 35.47 | 2.53 | PRINTER STAND | Office Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 124 |
| A201301 | 2,820.00 | 2,445.34 | 164.50 | FOUR DRAWER LETTER FILE CABINET | Office Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 135 |
| A201305 | 1,457.00 | 1,339.29 | 97.45 | FIVE DRAWER LATERAL FILE CABINET | Other Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 137 |
| A201307 | 252.00 | 244.54 | 11.45 | FIVE DRAWER LATERAL FILE CABINET | Other Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 147 |
| A201309 | 429.00 | 399.48 | 29.54 | TWO DOOR COMBINATION SAFE | Other Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 148 |
| A201310 | 191.00 | 178.27 | 12.73 | FOUR DOOR FIRE RESISTANT SAFE | Other Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE CORE | NEISA | PP | 01 | | 149 |
| A201312 | 381.00 | 355.60 | 25.42 | 6' STEEL SHELF UNIT | Office Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | FINANCE PAINTER | NEISA | PP | 01 | | 155 |
| A201315 | 167.00 | 155.96 | 11.14 | PICNIC TABLE | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | GROUNDS | NEISA | PP | 01 | | 13 |
| A201319 | 667.00 | 622.53 | 44.47 | FIVE DRAWER LATERAL FILE CABINET | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | HUMAN RESOURCES | NEISA | PP | 01 | | 1736 |
| A201324 | 258.00 | 266.84 | 50.84 | FOUR DRAWER LATERAL FILE CABINET | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | HUMAN RESOURCES EX 2 | NEISA | PP | 01 | | 1752 |
| A201340 | 381.00 | 355.60 | 25.42 | MODULAR CORNER DESK | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | HUMAN RESOURCES EX 3 | NEISA | PP | 01 | | 1789 |
| A201349 | 429.00 | 398.46 | 30.48 | WOOD SHELF-4 | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | HUMAN RESOURCES RECEPTION | NEISA | PP | 01 | | 1747 |
| A201350 | 437.00 | 435.54 | 34.60 | SWIVEL CHAIRS ENCLOSED-2 | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | ENT ROOM | NEISA | PP | 01 | | 500 |
| A201352 | 572.00 | 633.87 | 4.60 | SECURITY CAMERA | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | INSERT STORAGE | NEISA | PP | 01 | | 381 |
| A201356 | 68.00 | 56.00 | 30.65 | SECURITY CAMERA | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | INSERT STORAGE | NEISA | PP | 01 | | 699 |
| A201357 | 391.00 | 420.00 | 21.46 | 7' UPHOLSTERED SOFA | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | INSERT STORAGE | NEISA | PP | 01 | | 681 |
| A201358 | 381.00 | 355.60 | 18.96 | 6' UPHOLSTERED SOFA | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1124 |
| A201371 | 345.00 | 323.14 | 22.86 | FRAMED GRAPHIC | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1125 |
| A201372 | 214.00 | 199.73 | 14.27 | TREELINE" WALL LOGO | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1125 |
| A201373 | 429.00 | 399.46 | 25.42 | UPHOLSTERED ARMCHAIR-4 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1127 |
| A201374 | 381.00 | 355.60 | 26.54 | RECEPTIONIST DESK | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1128 |
| A201375 | 214.00 | 199.73 | 25.40 | UPHOLSTERED ARMCHAIR-4 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1133 |
| A201379 | 1,323.14 | 188.67 | 18.96 | TROPHY CABINET | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1138 |
| A201381 | 1,323.14 | 44.27 | 2.86 | CAMERA ENCLOSURE | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1138 |
| A201383 | 470.00 | 444.37 | 31.75 | SECURITY CAMERA-4 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY | NEISA | PP | 01 | | 1142 |
| A201387 | 358.00 | 366.84 | 22.53 | SWIVEL CHAIR | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | LOBBY WALL | NEISA | PP | 01 | | 1734 |
| A201395 | 26.00 | 24.26 | 1.74 | 5 LB. CO2 FIRE EXTINGUISHER | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM | NEISA | PP | 01 | | 472 |
| A201396 | 762.00 | 709.87 | 37.13 | STEEL WORKTABLE-8 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM | NEISA | PP | 01 | | 475 |
| A201398 | 54.00 | 50.40 | 3.50 | 16 LB. CO2 FIRE EXTINGUISHER | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM WASHROOM | NEISA | PP | 01 | | 477 |
| A201399 | 191.00 | 178.27 | 12.73 | 43 UNIT STORAGE LOCKER | Other Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | MAILROOM | NEISA | PP | 01 | | 483 |
| A201400 | 43.00 | 42.14 | 2.86 | CAMERA ENCLOSURE | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM | NEISA | PP | 01 | | 484 |
| A201404 | 470.00 | 444.37 | 31.75 | SECURITY CAMERA-4 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM | NEISA | PP | 01 | | 488 |
| A201406 | 358.00 | 366.84 | 18.96 | WOOD WORKTABLE | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM | NEISA | PP | 01 | | 515 |
| A201408 | 193.00 | 177.34 | 6.93 | FLAMMABLE MATERIAL CABINET | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM SUPERVISOR | NEISA | PP | 01 | | 412 |
| A201412 | 91.00 | 92.42 | 15.54 | SWIVEL CHAIR | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM TOOL ROOM | NEISA | PP | 01 | | 555 |
| A201419 | 246.00 | 231.45 | 6.93 | FLAMMABLE MATERIAL CABINET | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MAILROOM WASHROOM | NEISA | PP | 01 | | 438 |
| A201421 | 143.00 | 133.47 | 35.66 | STORAGE LOCKER-24 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MULTIMEDIA CLIPPER | NEISA | PP | 01 | | 1842 |
| A201440 | 582.00 | 745.56 | 5.31 | 11 CU. FT. REFRIGERATOR | Other Furniture and Fixtures | 6/20/2000 | Furniture & Fixtures | MULTIMEDIA CLIPPER | NEISA | PP | 01 | | 1846 |
| A201445 | 57.00 | 53.21 | 3.79 | 11 CU. FT. REFRIGERATOR | Office Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MULTIMEDIA CLIPPER | NEISA | PP | 01 | | 1847 |
| A201447 | 1,733.00 | 1,626.13 | 118.67 | SWIVEL CHAIR-32 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MULTIMEDIA CLIPPER | NEISA | PP | 01 | | 1053 |
| A201451 | 6,201.00 | 5,063.84 | 31.14 | SINGLE PEDESTAL METAL DESK-4 | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MULTIMEDIA CLIPPER | NEISA | PP | 01 | | 1072 |
| A201467 | 147.00 | 135.06 | 7.94 | PAINTED SHELF | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MULTIMEDIA CLIPPER | NEISA | PP | 01 | | 1100 |
| A201474 | 266.00 | 275.33 | 18.87 | CIRCULAR DESK | Other Furniture and Fixtures | 5/20/2000 | Furniture & Fixtures | MULTIMEDIA EXECUTIVE | NEISA | PP | 01 | | 1078 |

# Exhibit A

## Purchased Tangible Personal Property

*Note: Seller makes no representations or warranties regarding the asset balances, depreciation or net book value numbers contained herein. The numbers contained herein are from the books and records of Seller and may not be reflective of fair value of the assets. In any event, regardless of the actual numbers, all of the items set out on this Purchased Tangible Personal Property schedule on this Exhibit A shall be deemed Purchased Assets.

### ASSET BALANCES/DEPRECIATION

| Asset ID | Ending | End Bal | Net Book Value / Description | Asset Type | Acquisition / Commence Accum Depr CL Acld # | Class | Cost Center/Custodian | Department / Dept Exp / Description / Project Location | Property | Exp Sched No | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A000498 | 143.00 | 133.47 | 6.33 BLACK & WHITE SECURITY CAMERA | Other Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | MULTIMEDIA HALL | PP | 01 | 1117 |
| A000497 | 43.00 | 40.43 | 2.95 CAMERA MOUNT | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | MULTIMEDIA HALL | PP | 01 | 1118 |
| A000494 | 39.00 | 36.42 | 2.60 EXTINGUISHER | Other Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | MULTIMEDIA LOUNGE | PP | 01 | 1032 |
| A000503 | 197.00 | 185.86 | 11.14 18 CU FT. REFRIGERATOR | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | MULTIMEDIA LOUNGE | PP | 01 | 1041 |
| A000507 | 513.00 | 482.67 | 24.37 7 METAL EQUIPMENT RACK | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | PLANT MAINTENANCE CLOSET 1 | PP | 01 | 565 |
| A000515 | 1,000.00 | 933.34 | 66.66 WOOD WALL SHELF-C | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | PLATE STORAGE | PP | 01 | 457 |
| A000536 | 211.00 | 252.84 | 18.09 FOUR DRAWER LETTER FILE CABINET | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | PRE-PRINT COORDINATOR | PP | 01 | 528 |
| A000542 | 260.00 | 266.24 | 18.09 TWO DRAWER LATERAL FILE CABINET | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | PRESS | PP | 01 | 533 |
| A000545 | 67.00 | 63.53 | 4.47 EXTINGUISHER | Office Furniture and Fixtures | 8/2000 | Furniture & Fixtures | MESA | PRESS | PP | 01 | 636 |
| A000573 | 145.00 | 136.88 | SS 5 LBS CARBON DIOXIDE FIRE EXTINGUISHER | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | ALESA | PRESS ELECTRIC ROOM | PP | 01 | 751 |
| A000575 | 36.00 | 33.60 | 2.40 METAL STORAGE LOCKER | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS ELECTRIC ROOM | PP | 01 | 739 |
| A000578 | 43.00 | 40.14 | SS 5 LBS CARBON DIOXIDE FIRE | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS ELECTRIC ROOM | PP | 01 | 738 |
| A000581 | 20.00 | 18.67 | 1.33 EXTINGUISHER | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS ELECTRIC ROOM | PP | 01 | 763 |
| A000585 | 265.00 | 268.54 | 21.60 METAL LOGO | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS MACHINE SHOP | PP | 01 | 666 |
| A000501 | 54.00 | 50.40 | 3.60 FOUR DRAWER/LEGAL FILE CABINET | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS MACHINE SHOP | PP | 01 | 720 |
| A000506 | 266.00 | 256.54 | 18.09 FOUR DRAWER/LEGAL FILE CABINET | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS MANAGER OFFICE | PP | 01 | 733 |
| A000514 | 211.00 | 252.94 | 18.09 METAL TABLE | Other Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRESS STORAGE | PP | 01 | 722 |
| A000524 | 28.00 | 24.25 | 1.24 HALON FIRE EXTINGUISHER | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PRINT SHOP | PP | 01 | 776 |
| A000547 | 1,040.00 | 876.13 | FOUR DRAWER/LETTER FILE CABINET | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PROMOTION STUDIO | PP | 01 | 1208 |
| A000544 | 43.00 | 40.14 | 2.95 MANAGER/COUNTER | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PROMOTION STUDIO | PP | 01 | 1252 |
| A000507 | 324.00 | 302.40 | 21.60 VINYL ARMCHAIR | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PROMOTION STUDIO | PP | 01 | 1185 |
| A000556 | 428.00 | 399.45 | 28.54 PROFILE DESK WITH WALL SHELF | Other Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PUB. EX. 1 | PP | 01 | 1160 |
| A000563 | 43.00 | 40.14 | 2.95 19" COLOR TELEVISION | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | ALESA | PUB. EX. 1 | PP | 01 | 1172 |
| A000569 | 413.00 | 385.56 | 27.34 6' WOOD SHELF AND CABINET-2 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PUB. LOBBY | PP | 01 | 1176 |
| A000577 | 618.00 | 577.14 | 41.25 COUNTER UNIT | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PUB. LOBBY | PP | 01 | 2331 |
| A000580 | 36.00 | 35.41 | 2.53 UNDER/REFRIGERATOR | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | FUB.EX KITCHEN | PP | 01 | 1151 |
| A000586 | 610.00 | 569.34 | 40.64 OFFICE/WORKSTATION-A | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PUB.SHOS CONFERENCE | PP | 01 | 1187 |
| A000593 | 562.00 | 524.34 | 37.40 10' CONFERENCE TABLE | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | PUB.SHOS CONFERENCE | PP | 01 | 1159 |
| A000583 | 288.00 | 268.94 | 19.09 WOOD BIN | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | REEL ROOM | PP | 01 | 727 |
| A000575 | 763.00 | 709.87 | 51.13 SINGLE FEDERAL METAL DESK WITH | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | SOFTWARE CORE | PP | 01 | 997 |
| A000717 | 400.00 | 373.34 | 26.66 SWIVEL CHAIR | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | SOFTWARE CORE | PP | 01 | 999 |
| A000718 | 28.00 | 26.14 | 1.86 MANAGER/REGULATOR | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | SOFTWARE CORE | PP | 01 | 1002 |
| A000724 | 572.00 | 533.87 | 38.13 7'DRAWER DESK-3 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | SOFTWARE DEVELOPMENT | PP | 01 | 966 |
| A000734 | 197.00 | 185.86 | 11.14 7' WOOD CREDENZA | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | SOFTWARE DEVELOPMENT | PP | 01 | 80 |
| A000748 | 378.00 | 364.60 | 17.14 MODULAR TELEPHONE DESK-11 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TECHNOLOGY MANAGER | PP | 01 | 237 |
| A000778 | 2,333.00 | 2,182.80 | 130.20 MODULAR TELEPHONE DESK-11 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TELEDATA/RETRO | PP | 01 | 249 |
| A000775 | 743.00 | 693.47 | 49.53 SWIVEL CHAIR-3 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TELEDATA/RETRO | PP | 01 | 252 |
| A000784 | 334.00 | 333.34 | 16.64 FOUR/BIN COUNTER | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TELEDATA/RETRO | PP | 01 | 137 |
| A000789 | 232.00 | 244.34 | 17.43 FIVE DRAWER/LETTER FILE CABINET | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TELEPHONE ROOM | PP | 01 | 1627 |
| A000791 | 400.00 | 375.33 | 10.67 4" RACK | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TELEPHONE ROOM | PP | 01 | 2934 |
| A000793 | 333.00 | 310.60 | 22.22 UTILITY TABLE | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TELEPHONE ROOM | PP | 01 | 110 |
| A000794 | 1,957.00 | 1,833.34 | 106.66 SINGLE/DESIGN MODULAR DESK | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | MESA | TRAINING | PP | 01 | 111 |
| A000807 | 1,069.00 | 1,000.20 | 71.44 WITH RETURN-3 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | SUN CITY | ADVERTISING CORE 1 | PP | 01 | 2588 |
| A000809 | 257.00 | 237.60 | 17.14 FIVE DRAWER/LETTER FILE CABINET | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | SUN CITY | ADVERTISING CORE 1 | PP | 01 | 2587 |
| A000813 | 257.00 | 257.00 | 18.40 METAL CREDENZA | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | SUN CITY | ADVERTISING CORE 1 | PP | 01 | 2573 |
| A000818 | 246.00 | 251.40 | 18.54 SINGLE FEDERAL METAL DESK | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | SUN CITY | ADVERTISING CORE 1 | PP | 01 | 2578 |
| A000821 | 437.00 | 425.54 | 30.40 SWIVEL CHAIR-6 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | SUN CITY | ADVERTISING CORE 1 | PP | 01 | 2358 |
| A000827 | 413.00 | 391.60 | 27.34 SINGLE FEDERAL METAL DESK-4 | Office Furniture and Fixtures | 9/2000 | Furniture & Fixtures | SUN CITY | ADVERTISING CORE 1 | PP | 01 | 2504 |

### SUB-RELATED ASSETS

| Asset ID | |
|---|---|
| A000498 | Under $2,500 |
| A000497 | Under $2,500 |
| A000494 | Under $2,500 |
| A000503 | Under $2,500 |
| A000507 | Under $2,500 |
| A000515 | Under $2,500 |
| A000536 | Under $2,500 |
| A000542 | Under $2,500 |
| A000545 | Under $2,500 |
| A000573 | Under $2,500 |
| A000575 | Under $2,500 |
| A000578 | Under $2,500 |
| A000581 | Under $2,500 |
| A000585 | Under $2,500 |
| A000501 | Under $2,500 |
| A000506 | Under $2,500 |
| A000514 | Under $2,500 |
| A000524 | Under $2,500 |
| A000547 | Under $2,500 |
| A000544 | Under $2,500 |
| A000507 | Under $2,500 |
| A000556 | Under $2,500 |
| A000563 | Under $2,500 |
| A000569 | Under $2,500 |
| A000577 | Under $2,500 |
| A000580 | Under $2,500 |
| A000586 | Under $2,500 |
| A000593 | Under $2,500 |
| A000583 | Under $2,500 |
| A000715 | Under $2,500 |
| A000717 | Under $2,500 |
| A000718 | Under $2,500 |
| A000724 | Under $2,500 |
| A000734 | Under $2,500 |
| A000748 | Under $2,500 |
| A000778 | Under $2,500 |
| A000775 | Under $2,500 |
| A000784 | Under $2,500 |
| A000789 | Under $2,500 |
| A000791 | Under $2,500 |
| A000793 | Under $2,500 |
| A000794 | Under $2,500 |
| A000807 | Under $2,500 |
| A000809 | Under $2,500 |
| A000813 | Under $2,500 |
| A000818 | Under $2,500 |
| A000821 | Under $2,500 |
| A000827 | Under $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

ASSET PROPERTY ENTITY
RECONCILIATION

ASSET BALANCE/DEPRECIATION

| Asset ID | Coding End Bal. | Net Book Value/Description | Asset Desc | Class | Cost Cent/Description | Acquisition Common Acqtn Dept DL | Description/Project Location | Tag ID | Vendor | Property | | Asset Property Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A001643 | 451.00 426.54 | 26.46 SWIVEL CHAIR-4 | Office Furniture and Fixtures | Furniture & Fixtures | CIRCULATION | 9/2/2009 | SUN CITY | 2111 | | PP | 01 | A001643 Under $2,500 |
| A001644 | 341.00 305.50 | 23.50 METAL CREDENZA-2 | Office Furniture and Fixtures | Furniture & Fixtures | CIRCULATION | 9/2/2009 | SUN CITY | 2114 | | PP | 01 | A001644 Under $2,500 |
| A001645 | 451.00 426.54 | 36.06 DOUBLE PEDESTAL METAL DESK-3 | Office Furniture and Fixtures | Furniture & Fixtures | CIRCULATION | 9/2/2009 | SUN CITY | 2117 | | PP | 01 | A001645 Under $2,500 |
| A001646 | 296.00 248.34 | 18.96 FIVE DRAWER LEGAL FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | CIRCULATION EXECUTIVE | 9/2/2009 | SUN CITY | 2132 | | PP | 01 | A001646 Under $2,500 |
| A001652 | 672.00 533.87 | 28.13 FIVE DRAWER LEGAL FILE CABINET-2 | Office Furniture and Fixtures | Furniture & Fixtures | CIRCULATION STORAGE | 9/2/2009 | SUN CITY | 2123 | | PP | 01 | A001652 Under $2,500 |
| A001677 | 361.00 355.60 | 25.42 TWO DRAWER LATERAL FILE CABINET-2 | Office Furniture and Fixtures | Furniture & Fixtures | COMPUTER | 9/2/2009 | SUN CITY | 2370 | | PP | 01 | A001677 Under $2,500 |
| A001679 | 296.00 248.34 | 18.96 FOUR DRAWER LATERAL FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | COMPUTER STORAGE | 9/2/2009 | SUN CITY | 2377 | | PP | 01 | A001679 Under $2,500 |
| A001681 | 314.00 303.06 | 28.34 TWO DRAWER LEGAL FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | CUSTOMER SERVICE | 9/2/2009 | SUN CITY | 2051 | | PP | 01 | A001681 Under $2,500 |
| A001701 | 361.00 355.60 | 25.42 TWO DRAWER LEGAL FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | DISPLAY | 9/2/2009 | SUN CITY | 2076 | | PP | 01 | A001701 Under $2,500 |
| A001704 | 320.00 302.49 | 25.06 DOUBLE PEDESTAL WOOD DESK-4 | Office Furniture and Fixtures | Furniture & Fixtures | DISPLAY | 9/2/2009 | SUN CITY | 2081 | | PP | 01 | A001704 Under $2,500 |
| A001705 | 321.00 298.60 | 27.43 FOUR DRAWER LETTER FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | DISPLAY | 9/2/2009 | SUN CITY | 2062 | | PP | 01 | A001705 Under $2,500 |
| A001912 | 1,353.32 1,333.32 | 236.12 DOUBLE PEDESTAL LEGAL FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | EDITORIAL CORE | 9/2/2009 | SUN CITY | 1290 | | PP | 01 | A001912 Under $2,500 |
| A001932 | 257.00 250.00 | 17.14 TWO DRAWER LETTER FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | EDITORIAL CORE | 9/2/2009 | SUN CITY | 2295 | | PP | 01 | A001932 Under $2,500 |
| A001943 | 28.00 26.14 | 1.89 19" COLOR TELEVISION | Office Furniture and Fixtures | Furniture & Fixtures | EDITORIAL CORE | 9/2/2009 | SUN CITY | 2372 | | PP | 01 | A001943 Under $2,500 |
| A001948 | 449.00 416.14 | 28.09 DOUBLE PEDESTAL WOOD LATERAL FILE | Office Furniture and Fixtures | Furniture & Fixtures | EDITORIAL CORE | 9/2/2009 | SUN CITY | 2322 | | PP | 01 | A001948 Under $2,500 |
| A001956 | 440.00 302.49 | 19.00 CABINET | Office Furniture and Fixtures | Furniture & Fixtures | EDITORIAL EXECUTIVE 1 | 9/2/2009 | SUN CITY | 2332 | | PP | 01 | A001956 Under $2,500 |
| A001960 | 224.00 219.05 | 21.08 UPHOLSTERED ARMCHAIR | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE 1 | 9/2/2009 | SUN CITY | 2329 | | PP | 01 | A001960 Under $2,500 |
| A001994 | 361.00 355.60 | 25.42 FIVE DRAWER LETTER FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE 3 | 9/2/2009 | SUN CITY | 2257 | | PP | 01 | A001994 Under $2,500 |
| A002000 | 657.00 622.33 | 44.47 CONFERENCE TABLE-4 | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE CONFERENCE | 9/2/2009 | SUN CITY | 2387 | | PP | 01 | A002000 Under $2,500 |
| A002012 | 1,236.00 1,228.67 | 88.23 UPHOLSTERED CONFERENCE CHAIR-16 | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE CONFERENCE | 9/2/2009 | SUN CITY | 2506 | | PP | 01 | A002012 Under $2,500 |
| A002018 | 38.00 30.00 | 2.20 OVERHEAD PROJECTOR | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE CONFERENCE | 9/2/2009 | SUN CITY | 2517 | | PP | 01 | A002018 Under $2,500 |
| A002023 | 672.00 533.87 | 28.13 FOUR DRAWER LETTER FILE CABINET-4 | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE EXECUTIVE | 9/2/2009 | SUN CITY | 2517 | | PP | 01 | A002023 Under $2,500 |
| A002031 | 1,170.00 1,100.41 | 78.50 FOUR DRAWER LEGAL FILE CABINET-11 | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE MAILROOM | 9/2/2009 | SUN CITY | 2518 | | PP | 01 | A002031 Under $2,500 |
| A002039 | 305.00 294.67 | 20.23 ORNAMENTAL TREE | Office Furniture and Fixtures | Furniture & Fixtures | EXECUTIVE MAILROOM | 9/2/2009 | SUN CITY | 2042 | | PP | 01 | A002039 Under $2,500 |
| A002044 | 450.00 432.50 | 23.40 METAL SHELF-6 | Office Furniture and Fixtures | Furniture & Fixtures | FLOOR | 9/2/2009 | SUN CITY | 2467 | | PP | 01 | A002044 Under $2,500 |
| A002055 | 251.00 239.80 | 17.14 UPHOLSTERED CHAIR | Office Furniture and Fixtures | Furniture & Fixtures | INK STORAGE | 9/2/2009 | SUN CITY | 2270 | | PP | 01 | A002055 Under $2,500 |
| A002064 | 333.00 316.50 | 12.39 WALL COUNTER | Office Furniture and Fixtures | Furniture & Fixtures | LOUNGE | 9/2/2009 | SUN CITY | 2273 | | PP | 01 | A002064 Under $2,500 |
| A002079 | 657.00 622.33 | 44.47 METAL CART-2 | Office Furniture and Fixtures | Furniture & Fixtures | LOUNGE | 9/2/2009 | SUN CITY | 2442 | | PP | 01 | A002079 Under $2,500 |
| A002071 | 214.00 169.72 | 14.27 EIGHT UNIT STORAGE LOCKER | Office Furniture and Fixtures | Furniture & Fixtures | MAILROOM | 9/2/2009 | SUN CITY | 2454 | | PP | 01 | A002071 Under $2,500 |
| A002085 | 257.00 248.20 | 17.05 SWIVEL CHAIR | Office Furniture and Fixtures | Furniture & Fixtures | MAILROOM | 9/2/2009 | SUN CITY | 2149 | | PP | 01 | A002085 Under $2,500 |
| A002098 | 305.00 294.67 | 20.23 SWIVEL CHAIR | Office Furniture and Fixtures | Furniture & Fixtures | MAP AREA | 9/2/2009 | SUN CITY | 2168 | | PP | 01 | A002098 Under $2,500 |
| A002099 | 672.00 533.87 | 28.13 SINGLE PEDESTAL METAL DESK-3 | Office Furniture and Fixtures | Furniture & Fixtures | MAP AREA | 9/2/2009 | SUN CITY | 2168 | | PP | 01 | A002099 Under $2,500 |
| A002007 | 451.00 426.54 | 36.06 DOUBLE PEDESTAL METAL DESK-4 | Office Furniture and Fixtures | Furniture & Fixtures | OPERATIONS CORE 1 | 9/2/2009 | SUN CITY | 2169 | | PP | 01 | A002007 Under $2,500 |
| A002101 | 334.00 302.49 | 21.80 WORK ARMCHAIR | Office Furniture and Fixtures | Furniture & Fixtures | OPERATIONS CORE 1 | 9/2/2009 | SUN CITY | 2147 | | PP | 01 | A002101 Under $2,500 |
| A002104 | 326.00 298.34 | 22.66 SINGLE PEDESTAL MODULAR DESK | Office Furniture and Fixtures | Furniture & Fixtures | OPERATIONS CORE 1 | 9/2/2009 | SUN CITY | 2150 | | PP | 01 | A002104 Under $2,500 |
| A002108 | 318.00 298.34 | 20.56 FIVE DRAWER LEGAL FILE CABINET | Office Furniture and Fixtures | Furniture & Fixtures | OPERATIONS EXECUTIVE | 9/2/2009 | SUN CITY | 2150 | | PP | 01 | A002108 Under $2,500 |
| A002137 | 13.00 12.13 | 0.87 5 U.L CHEMICAL FIRE EXTINGUISHER | Office Furniture and Fixtures | Furniture & Fixtures | OPERATIONS EXECUTIVE | 9/2/2009 | SUN CITY | 2035 | | PP | 01 | A002137 Under $2,500 |
| A002112 | 28.00 26.14 | 1.89 10 U.L CHEMICAL FIRE EXTINGUISHER | Office Furniture and Fixtures | Furniture & Fixtures | PLATE | 9/2/2009 | SUN CITY | 1939 | | PP | 01 | A002112 Under $2,500 |
| A002119 | 40.00 63.23 | 4.47 PLATE BENDER-2 | Office Furniture and Fixtures | Furniture & Fixtures | PRESS AREA | 9/2/2009 | SUN CITY | 2430 | | PP | 01 | A002119 Under $2,500 |
| A002158 | 305.00 294.67 | 20.23 SWIVEL CHAIR | Office Furniture and Fixtures | Furniture & Fixtures | REAR | 9/2/2009 | SUN CITY | 2266 | | PP | 01 | A002158 Under $2,500 |
| A002198 | 278.00 207.00 | 14.40 DOUBLE PEDESTAL METAL DESK WITH RETURN | Office Furniture and Fixtures | Furniture & Fixtures | RECEPTION | 9/2/2009 | MESA NORTH | 858 | | PP | 01 | A002198 Under $2,500 |
| A002207 | 451.00 426.54 | 36.06 SWIVEL CHAIR-4 | Office Furniture and Fixtures | Furniture & Fixtures | DISTRIBUTION OFFICE 1 | 9/2/2009 | MESA NORTH | 860 | | PP | 01 | A002207 Under $2,500 |
| A002221 | 372.00 533.87 | 20.13 CHAIN LINK ENCLOSURE | Office Furniture and Fixtures | Furniture & Fixtures | DISTRIBUTION OFFICE 1 | 9/2/2009 | MESA NORTH | 931 | | PP | 01 | A002221 Under $2,500 |
| A002224 | 500.00 466.66 | 33.34 WOOD SHELF-7 | Office Furniture and Fixtures | Furniture & Fixtures | FRONT | 9/2/2009 | MESA NORTH | 932 | | PP | 01 | A002224 Under $2,500 |
| A002226 | 533.00 491.47 | 35.53 METAL SHELF-7 | Office Furniture and Fixtures | Furniture & Fixtures | FRONT | 9/2/2009 | MESA NORTH | 653 | | PP | 01 | A002226 Under $2,500 |
| A002227 | 568.00 645.27 | 43.73 WOOD SHELF UNIT | Office Furniture and Fixtures | Furniture & Fixtures | FRONT | 9/2/2009 | MESA NORTH | 656 | | PP | 01 | A002227 Under $2,500 |
| A002228 | 57.00 53.31 | 3.79 VINYL AND METAL CHAIR | Office Furniture and Fixtures | Furniture & Fixtures | LOCKUP | 9/2/2009 | MESA NORTH | 661 | | PP | 01 | A002228 Under $2,500 |
| A002229 | 568.00 645.27 | 43.73 WOOD SHELF-2 | Office Furniture and Fixtures | Furniture & Fixtures | LOCKUP | 9/2/2009 | MESA NORTH | 665 | | PP | 01 | A002229 Under $2,500 |
| A002232 | 307.00 332.31 | 23.79 METAL SHELF | Office Furniture and Fixtures | Furniture & Fixtures | RACK REPAIR | 9/2/2009 | MESA NORTH | 843 | | PP | 01 | A002232 Under $2,500 |
| A002233 | 307.00 332.31 | 23.79 METAL SHELF | Office Furniture and Fixtures | Furniture & Fixtures | RACK REPAIR | 9/2/2009 | MESA NORTH | 843 | | PP | 01 | A002233 Under $2,500 |
| A002234 | 307.00 332.31 | 23.79 METAL SHELF | Office Furniture and Fixtures | Furniture & Fixtures | RACK REPAIR | 9/2/2009 | MESA NORTH | 844 | | PP | 01 | A002234 Under $2,500 |

ASSET BALANCE/DEPRECIATION

# Exhibit A

## Purchased Tangible Personal Property

Note: Data below is representative or reasonable regarding the Assets between a non-book value number that is derived from. These Assets were fully depreciated and removed for Purchased Real Property from the time of close. These Assets and/or such Assets as are listed on the Exhibit A and/or the derived Updated Assets.

| Asset ID | Ending | End Int | Net Book Value Description | Asset Type | Acquisition/Commence | Accum Depr GL Acct # | Asset GL Acct # | Class | Cost Center/Location | Department Dept GL Acct # | Manufacturer | Model Number | Property | Property Ending | Serial No Part ID | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A002242 | 538.93 | 733.11 | 58.87 SWIVEL CHAIR H1 | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | SCOTTSDALE | 9022000 | | | PP | 01 | | 2064 |
| A002244 | 35.80 | 74.38 | 1.74 5 LB CO2 FIRE EXTINGUISHER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | SCOTTSDALE | 9022000 | | | PP | 01 | | 2067 |
| A002245 | 2,567.00 | 3,295.87 | SINGLE PEDESTAL MODULAR DESK | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | SCOTTSDALE | 9022000 | | | PP | 01 | | 2070 |
| A002205 | 643.00 | 284.34 | 20.56 FOUR DRAWER LATERAL FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | ADVERTISING | 9022000 | | | PP | 01 | | 2044 |
| A002206 | 29.00 | 29.14 | 1.68 MINI REFRIGERATOR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | ADVERTISING | 9022000 | | | PP | 01 | | 2047 |
| A002221 | 29.60 | 24.25 | 1.74 5 LB CO2 FIRE EXTINGUISHER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | ADVERTISING | 9022000 | | | PP | 01 | | 2027 |
| A002223 | 333.00 | 216.80 | 22.20 3' WOOD CONFERENCE TABLE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CIRCULATION OFFICE | 9022000 | | | PP | 01 | | 2009 |
| A002224 | 910.00 | 833.06 | 60.54 EXECUTIVE SWIVEL CHAIR H2 | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CONFERENCE ROOM 1 | 9022000 | | | PP | 01 | | 2010 |
| A002218 | 179.00 | 167.06 | 11.94 7' CONFERENCE TABLE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CONFERENCE ROOM 1 | 9022000 | | | PP | 01 | | 2014 |
| A002219 | 612.00 | 396.40 | 5.59 UPHOLSTERED SWIVEL CHAIR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CONFERENCE ROOM 2 | 9022000 | | | PP | 01 | | 2018 |
| A002217 | 298.00 | 284.54 | SIX DRAWER LETTER FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CONFERENCE ROOM 2 | 9022000 | | | PP | 01 | | 2020 |
| A002275 | 298.00 | 253.34 | 18.60 5' METAL SHELF | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | DARKROOM | 9022000 | | | PP | 01 | | 2093 |
| A002277 | 95.00 | 80.67 | 6.33 COMBINATION SAFE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2095 |
| A002280 | 342.00 | 337.67 | 24.15 CARPET PROTECTOR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2722 |
| A002283 | 1,448.00 | 1,351.47 | 99.53 SWIVEL CHAIR H2 | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2733 |
| A002284 | 3,529.00 | 3,203.72 | SINGLE PEDESTAL MODULAR DESK | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2734 |
| A002285 | 643.00 | 600.14 | 42.86 TWO DRAWER LETTER FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2738 |
| A002298 | 438.00 | 396.45 | 25.54 FRAMED GRAPHICS | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2723 |
| A002304 | 298.00 | 253.34 | 18.60 6 DRAWER FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2747 |
| A002305 | 572.00 | 533.87 | 38.13 FOUR DRAWER LETTER FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2748 |
| A002327 | 361.00 | 305.80 | 21.48 UPHOLSTERED ARMCHAIR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2751 |
| A002330 | 35.80 | 43.14 | 2.06 17' COLOR TELEVISION | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2737 |
| A002336 | 35.00 | 24.25 | 1.74 5 LB CO2 FIRE EXTINGUISHER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL CORE | 9022000 | | | PP | 01 | | 2754 |
| A002335 | 572.00 | 533.87 | 38.13 FOUR DRAWER LETTER FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | LOBBY | 9022000 | | | PP | 01 | | 2643 |
| A002306 | 782.00 | 711.20 | 50.80 TWO DRAWER LATERAL FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | RECEPTION | 9022000 | | | PP | 01 | | 2725 |
| A002307 | 1,067.00 | 995.87 | 71.13 WALL RACK H4 | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | SCOTTSDALE | 9022000 | | | PP | 01 | | 2726 |
| A002310 | 514.00 | 479.73 | 34.27 METAL AND VINYL CHAIR H5 | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | STORAGE | 9022000 | | | PP | 01 | | 2739 |
| A002315 | 61.00 | 75.51 | 5.18 18 CU. FT. REFRIGERATOR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | STORAGE | 9022000 | | | PP | 01 | | 2713 |
| A002333 | 194.00 | 143.31 | 10.20 3 DRAWER LATERAL FILE CABINET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CLASSIFIED | 9022000 | | | PP | 01 | | 1913 |
| A002418 | 194.00 | 143.31 | 10.20 2 DRAWER LATERAL FILE CABINET DEBIT CARD TRANSACTION ENTRY | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | LOBBY | 9022000 | | | PP | 01 | | 1899 |
| A002406 | 117.00 | 117.60 | 8.45 SYSTEM DEBIT CARD TRANSACTION | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | VARIOUS | 9022000 | | | PP | 01 | | 2908 |
| A002401 | 3,145.00 | 3,123.64 | 223.96 MISCELLANEOUS OFFICE EQUIPMENT | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | RECEPTION | 9022000 | | | PP | 01 | | 2837 |
| A002403 | 618.00 | 503.00 | 42.49 PHOTOCOPIER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | TEMPE | 9022000 | | | PP | 01 | | 1834 |
| A002409 | 1,198.00 | 1,627.74 | 116.26 POSTAGE MACHINE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | ADVERTISING ARCHIVES | 9022000 | | NECSA | | PP | 01 | | 1835 |
| A002410 | 252.00 | 165.54 | 13.46 DIGITAL POSTAGE SCALE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | ADVERTISING ARCHIVES | 9022000 | | NECSA | | PP | 01 | | 1832 |
| A002445 | 167.00 | 155.95 | 11.14 MICROFICHE READER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | EDITORIAL LIBRARY | 9022000 | | NECSA | | PP | 01 | | 1352 |
| A002450 | 35.00 | 23.34 | 1.68 PAPER TAPE CALCULATOR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | FINANCE 2 | 9022000 | | NECSA | | PP | 01 | | 323 |
| A002476 | 286.00 | 291.60 | 4.64 RUBBER STAMP SET | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | FINANCE | 9022000 | | NECSA | | PP | 01 | | 150 |
| A002478 | 498.00 | 485.74 | 33.33 TIME CLOCK | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | MAILROOM | 9022000 | | NECSA | | PP | 01 | | 466 |
| A002416 | 35.80 | 24.25 | 1.74 POSTAL SCALE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | PRINT SHOP | 9022000 | | NECSA | | PP | 01 | | 800 |
| A002419 | 50.00 | 46.67 | 3.33 OVERHEAD PROJECTOR | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | TRAINING | 9022000 | | NECSA | | PP | 01 | | 117 |
| A002420 | 570.00 | 530.82 | 38.40 COIN SORTER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | COUNTING | 9022000 | | SUN CITY | | PP | 01 | | 2228 |
| A002443 | 110.00 | 104.54 | 7.46 MICROFICHE READER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | LIBRARY | 9022000 | | SUN CITY | | PP | 01 | | 2835 |
| A002414 | 33.00 | 30.80 | 2.20 POSTAL SCALE | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | RECEPTION | 9022000 | | SUN CITY | | PP | 01 | | 2063 |
| A002512 | 81.00 | 56.84 | 4.06 MICROFICHE READER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | FRONT | 9022000 | | MEGA NORTH | | PP | 01 | | 830 |
| A002518 | 110.00 | 104.54 | 7.46 MICROFICHE READER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | CONFERENCE ROOM 2 | 9022000 | | SCOTTSDALE | | PP | 01 | | 2617 |
| A002524 | 110.00 | 104.54 | 7.46 PAGER RECEIVER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | LOBBY | 9022000 | | SCOTTSDALE | | PP | 01 | | 2651 |
| A002522 | 120.00 | 117.60 | 8.40 RECEIPT PRINTER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | LOBBY | 9022000 | | SCOTTSDALE | | PP | 01 | | 2633 |
| A002524 | 170.00 | 164.37 | 11.73 CREDIT CARD READER/MODEM | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | LOBBY | 9022000 | | SCOTTSDALE | | PP | 01 | | 2654 |
| A002527 | 95.00 | 80.67 | 6.33 MICROFICHE READER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | TELEPHONE ROOM | 9022000 | | SCOTTSDALE | | PP | 01 | | 2693 |
| A002528 | 110.00 | 104.54 | 7.46 MICROFICHE READER | Office Furniture and Fixture | 9/22/2000 | | | Furniture & Fixtures | TELEPHONE ROOM | 9022000 | | SCOTTSDALE | | PP | 01 | | 2605 |

Exhibit A

Purchased Tangible Personal Property

SUB ASSET (INFO ASSETS)

| Asset ID | Costing | End Bal | Net Book Value/Description | Asset Type | Application (Common Acctum Depr Dt.) | Asset Cd, Asst # | Asset Cd, Asst # | Class | Cost Center Custodian | Description/Department/Project Location | Manufacturer | Model Number | Property Property Setting B Serial No Tag ID | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A002298 | 152.50 | 65.29 | 6.61 DRILL PRESS | Furniture & Fixtures | 9/20/2000 | | | Furniture & Fixtures | | | | | PP 01 | 2438 | A002089 Until $2,500 |
| A002319 | 237.00 | 333.31 | 23.76 PROMOTIONAL PROPS | Furniture & Fixtures | 9/20/2000 | | | Furniture & Fixtures | WORKSHOP | ADVERTISING LOUNGE | | | PP 01 | 1517 | A002089 Until $2,500 |
| New000099 | 5,030.00 | 4,743.33 | 783.72 Cube Printer SAN VALLE COFFEE OFFICE | Furniture & Fixtures | 9/12/2001 | | | Furniture & Fixtures | | MESA | | | PP 01 | | New000099 Until $2,500 |
| New000091 | 3,115.07 | 2,918.50 | 462.87 FURNITURE | Furniture & Fixtures | 7/1/2001 | | | Furniture & Fixtures | | | | | PP 01 | 01-039 | New000091 Until $2,500 |
| New000102 | 2,514.43 | 2,424.43 | 481.00 (2) WORKSTATIONS & ASSEMBLY | Furniture & Fixtures | 7/1/2001 | | | Furniture & Fixtures | | | | | PP 01 | | New000102 Until $2,500 |
| New000103 | 8,833.00 | 7,871.27 | 1,957.79 Customer Service Furniture | Furniture & Fixtures | 12/1/2001 | | | Furniture & Fixtures | Office Furniture and Fixtures | | | | PP 01 | | New000103 Until $2,500 |
| New000104 | 7,452.68 | 5,913.68 | 1,454.47 (25) Chairs(2) Tables (Cust. Service) | Furniture & Fixtures | 12/1/2001 | | | Furniture & Fixtures | Office Furniture and Fixtures | | | | PP 01 | | New000104 Until $2,500 |
| A002372 | 478.32 | 360.23 | 93.91 Storage Cabinet | Furniture & Fixtures | 12/1/2001 | | | Furniture & Fixtures | Office Furniture and Fixtures | | | | PP 01 | | A002089 Until $2,500 |
| A002089 | 2,185.57 | 1,538.90 | 622.77 Marketing Desks (Copenhagen) | Furniture & Fixtures | 11/10/2002 | | | Furniture & Fixtures | Office Furniture and Fixtures | | | | PP 01 | | A002089 Until $2,500 |
| New000073 | 7,813.25 | 5,533.70 | 2,376.53 Marketing Furniture (Platline) | Furniture & Fixtures | 11/10/2002 | | | Furniture & Fixtures | Office Furniture and Fixtures | | | | PP 01 | | New000073 Until $2,500 |
| New000078 | 1,196.21 | 815.43 | 320.73 Furniture for Marketing | Furniture & Fixtures | 12/1/2002 | | | Furniture & Fixtures | Office Furniture and Fixtures | | | | PP 01 | | New000078 Until $2,500 |
| NESA3095 | 1,323.44 | 627.37 | 526.17 A/I Fee PROCA345 – Column TV Cabinet | Furniture & Fixtures | 10/1/2004 | | | Furniture & Fixtures | Office Furniture and Fixtures | Gilbert | | | PP 04 | 528 | NESA3095 Until $2,500 |
| NESA3139 | 1,329.76 | 833.64 | 532.12 Central Coco Desks | Furniture & Fixtures | 10/1/2004 | | | Furniture & Fixtures | Office Furniture and Fixtures | Gilbert | | | PP 18 | 278 | NESA3139 Until $2,500 |
| NESA3119 | 1,143.44 | 540.75 | 535.68 Side Plante for Carved Cafe | Furniture & Fixtures | 10/1/2004 | | | Furniture & Fixtures | Office Furniture and Fixtures | Gilbert | | | PP 18 | 333 | NESA3119 Until $2,500 |
| NESA4100 | 2,743.71 | 1,374.28 | 1,374.28 6 +Office Desks | Furniture & Fixtures | 12/1/2004 | | | Furniture & Fixtures | Office Furniture and Fixtures | Mesa | | | PP 18 | 340 | NESA4100 Until $2,500 |
| NESA4500 | 2,299.00 | 1,149.80 | 1,149.80 24 –"Y" Back Direct Chairs | Furniture & Fixtures | 12/1/2004 | | | Furniture & Fixtures | Mesa | | | | PP 18 | 800 | NESA4500 Until $2,500 |
| NESA4510 | 1,110.00 | 555.00 | 555.00 6 –26" Tables in Inch/room | Furniture & Fixtures | 12/1/2004 | | | Furniture & Fixtures | Mesa | | | | PP 18 | 881 | NESA4510 Until $2,500 |
| NESA4530 | 1,724.00 | 862.00 | 862.02 Refrigerator in Inch/room | Furniture & Fixtures | 12/1/2004 | | | Furniture & Fixtures | Mesa | Maytag | AFI2538X05 | PP 18 | 888 | NESA4530 Until $2,500 |
| A002614 | 16,150.00 | 14,143.00 | 1,918.67 IMAGE SETTER (COMPRESSED AIR DISTRIBUTION) | Equipment | 6/2/2009 | | | Machinery & Equipment | Pre/od Processing Compressor | NEWPORT WAREHOUSE | | 104 KNO123P | PP 04 | 820 | A002614 Until $2,500 |
| A002125 | 814.00 | 615.74 | 62.19 LIGHT TABLE-4 | Equipment | 6/2/2009 | | | Machinery & Equipment | Pre/od Processing | CAMERA | Glora & Johnson | | PP 18 | 879 | A002125 Until $2,500 |
| A002151 | 233.00 | 201.46 | 15.34 PLATE CABINET | Equipment | 6/2/2009 | | | Machinery & Equipment | Pre/od Processing | CAMERA | | | PP 18 | 1227 | A002151 Until $2,500 |
| A002016 | 32,773.00 | 33,353.54 | 3,364.60 PLATE BENDER | Equipment | 9/2/2009 | | | Machinery & Equipment | Pre/od Processing | PRE/PRESSMAKING | None | None | PP 18 | 1410 | A002016 Until $2,500 |
| A002018 | 28,924.00 | 24,183.73 | 1,744.67 IMAGE SETTER | Equipment | 9/2/2009 | | | Machinery & Equipment | Pre/od Processing | PRE/PRESSMAKING | | | PP 18 | 1943 2178 | A002018 Until $2,500 |
| A002019 | 4,957.00 | 4,573.33 | 254.47 PROCESSOR | Equipment | 8/20/2009 | | | Machinery & Equipment | Pre/od Processing | PRE/PRESSMAKING | | | PP 18 | 2003 | A002019 Until $2,500 |
| A002021 | 3,456.00 | 3,304.63 | 233.29 PROCESSOR | Equipment | 8/20/2009 | | | Machinery & Equipment | Pre/od Processing | PRE/PRESSMAKING | | | PP 18 | 888 | A002021 Until $2,500 |
| A002025 | 2,040.00 | 1,904.00 | 136.00 IMAGE SETTER | Equipment | 8/20/2009 | | | Machinery & Equipment | Pre/od Processing | PRE/PRESSMAKING | | | PP 18 | 882 | A002025 Until $2,500 |
| A002020 | 3,795.00 | 3,542.01 | 252.99 GEOSYSTEM/STEM-3 | Equipment | 8/20/2009 | | | Machinery & Equipment | Equipment | PRESS | | | PP 18 | 879 | A002020 Until $2,500 |
| A002023 | 3,435.00 | 3,254.50 | 250.50 PROCESSOR | Equipment | 5/5/2009 | | | Machinery & Equipment | Equipment | DARKROOM | | | PP 18 | 9313242 2191 | A002023 Until $2,500 |
| A002035 | 723.00 | 673.81 | 62.19 LIGHT TABLE-4 | Equipment | 9/20/2009 | | | Machinery & Equipment | Equipment | OPERATIONS CORE 1 | | | PP 18 | 1227 | A002035 Until $2,500 |
| A002077 | 173.00 | 152.54 | 11.47 PLATE PUNCH | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | SUN CITY 123 West 1st Avenue Mesa, AZ 85210 | | | PP 18 | 1233 | A002077 Until $2,500 |
| A002015 | 208.00 | 194.01 | 13.47 ORIGINAL BASE | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | DARKROOM | | | PP 18 | 1258 | A002015 Until $2,500 |
| A002019 | 60,550.00 | 56,530.90 | 4,027.29 IMAGER | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | PRE/PRESS AREA | | | PP 18 | 1599 | A002019 Until $2,500 |
| New000708 | 8,374.18 | 6,386.00 | 5,354.95 PLATE PROCESSOR | Equipment | 9/3/2009 | | | Machinery & Equipment | Equipment | DARKROOM | | | PP 18 | 2002 | New000708 Until $2,500 |
| A000425 | 78.00 | 79.84 | 5.09 THERMO/CONTROLLER | Equipment | 9/20/2009 | | | Machinery & Equipment | Equipment | PHOTOGRAPHY | | | PP 42 | 1899 | A000425 Until $2,500 |
| A002043 | 236.00 | 220.27 | 15.73 STROBE CONTROLLER | Equipment | 9/20/2009 | | | Machinery & Equipment | Equipment | AMINTAINAZ | | | PP 42 | 1287 | A002043 Until $2,500 |
| A002045 | 445.00 | 415.33 | 29.67 STROBE CONTROLLER | Equipment | 9/20/2009 | | | Machinery & Equipment | Equipment | NESA | | | PP 42 | 913 | A002045 Until $2,500 |
| A002041 | 459.00 | 428.41 | 30.69 CPU PAPER DROP REEL | Equipment | 9/20/2009 | | | Machinery & Equipment | Equipment | PROMOTION STUDIO | | | PP 42 | 1338 | A002041 Until $2,500 |
| A002024 | 153.00 | 142.81 | 10.19 PANTAGRAPH-2 | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | PROMOTION STUDIO | Yellow parts | | PP 42 | 614 | A002024 Until $2,500 |
| A002006 | 233.00 | 307.08 | 21.94 STROBE LIGHT-2 | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | PROMOTION STUDIO | | | PP 42 | 807 | A002006 Until $2,500 |
| A002005 | 1,320.00 | 1,232.00 | 88.00 INK/DISTRIBUTION SYSTEM | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | PROMOTION STUDIO | | | PP 42 | 810 | A002005 Until $2,500 |
| New000708 | 1,851.00 | 1,727.61 | 123.33 5,000 GALLON BLACK INK TANK | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | INK PUMP ROOM | | | PP 42 | 811 | New000708 Until $2,500 |
| A002041 | 650.00 | 610.00 | 44.00 5 H.P. INK PUMP | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | INK PUMP ROOM | | | PP 42 | 446 | A002041 Until $2,500 |
| A002027 | 264.00 | 246.42 | 17.60 AIR COMPRESSOR | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | MAILROOM | Sedos | 5525520 | PP 42 | 447 | A002027 Until $2,500 |
| A002006 | 2,970.00 | 2,772.00 | 198.00 COMPLETE AIR DISTRIBUTION SYSTEM | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | MAILROOM | | | PP 42 | 446 | A002006 Until $2,500 |
| A002027 | 2,464.85 | 2,464.85 | 176.89 AC SERVICE PANEL | Equipment | 9/2/2009 | | | Machinery & Equipment | Equipment | MAILROOM | | | PP 42 | 450 | A002027 Until $2,500 |

Page 64 of 25

Exhibit A

## Purchased Tangible Personal Property

*The following are non-cash expenditures, depreciation or net book value amounts contained herein.
These limits are for illustrative purposes only and assume the Tax Basis of acquisition of assets shown is equal to the cost of the assets. To the extent installations and tax depreciation are based on the Purchased Real Property set forth on the Exhibit A shall be derived and included herein.*

| Asset ID | Ending | End Bal. | Net Book Value | Description | Asset Type | Acquisition/In-Service Date | Asset GL Acct # | Asset GL Acct # | Cost Center | Department Dept GL Acct # | Description Asset Location | Manufacturer | Model Number | Property | Property | Selling ID | Vendor | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A00020 | 1,230.00 | 1,140.13 | 81.67 | TRANSFORMER | Primary Press Equipment | 6/20/00 | | | | MAILROOM | MESA | | | PP | 42 | | 456 | Under $2,500 |
| A00009 | 1,403.00 | 1,333.52 | 125.58 | 99.45 STEEL ROLLER INVENTORY | Primary Press Equipment | 6/20/00 | | | | NEWSPRINT WAREHOUSE | MESA | | | PP | 42 | | 917 | Under $2,500 |
| A00010 | 1,508.00 | 1,508.00 | 78.39 | PLATE STACKER 2 | Primary Press Equipment | 6/20/00 | | | | NEWSPRINT WAREHOUSE | MESA | | | PP | 42 | | 824 | Under $2,500 |
| A00012 | 4,596,917.00 | 4,596,917.00 | 323,814.14 | EIGHT UNIT PRESS WITH FOUR 1/2 UNITS, 4 REEL ... | Primary Press Equipment | 9/20/00 | 0000-1513-0000-01-0000-0000 | | | PRESS | 122 West 1st Avenue  Mesa, AZ 85210 | MESA | | 3225 | PP | 42 | 3225 | 949 | Under $2,500 |
| A00014 | 1,846.00 | 1,724.60 | 123.20 | NEWSPRINT QUARTER-4 | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | | | PP | 42 | | 554 | Under $2,500 |
| A00015 | 4,936.00 | 4,606.40 | 323.60 | 311.9L INK CANISTER-27 | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | | | PP | 42 | | 563 | Under $2,500 |
| A00016 | 2,310.00 | 2,106.69 | 154.06 | 314 DISTRIBUTION SYSTEM | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | Various parts | | PP | 42 | | 564 | Under $2,500 |
| A00017 | 1,782.00 | 1,663.39 | 118.92 | 200 1/8L INK CANISTER-15 | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | | | PP | 42 | | 565 | Under $2,500 |
| A00018 | 310.00 | 289.34 | 20.66 | DEEP SINK | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | | | PP | 42 | | 567 | Under $2,500 |
| A00019 | 0.00 | 0.00 | 0.00 | SILKONE APPLICATOR | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | | | PP | 42 | | 670 | Under $2,500 |
| A00024 | 782.00 | 730.20 | 51.80 | 250 ROLLER MAT-2 | Primary Press Equipment | 9/20/00 | | | | PRESS | MESA | | | PP | 42 | | 671 | Under $2,500 |
| A00021 | 1,432.00 | 1,333.55 | 98.45 | 90" INK ROLLER-62 | Primary Press Equipment | 9/20/00 | | | | PRESS MACHINE SHOP | MESA | | | PP | 42 | | 686 | Under $2,500 |
| A00028 | 709.00 | 674.40 | 66.60 | REEL CART-4 | Primary Press Equipment | 9/20/00 | | | | REEL ROOM | MESA | | | PP | 42 | | 734 | Under $2,500 |
| A00030 | 2,640.00 | 2,464.00 | 176.00 | AIR DISTRIBUTION SYSTEM | Primary Press Equipment | 9/20/00 | | | | LOFT | MESA | | | PP | 42 | | 97368 2503 | Under $2,500 |
| A00027 | 1,564.00 | 1,476.40 | 108.60 | 8" WOOD NEWSPRINT PLATFORM RACK | Primary Press Equipment | 9/20/00 | | | | MAILROOM | SUN CITY | | | PP | 42 | | 2450 | Under $2,500 |
| A00032 | 295.00 | 265.50 | 29.43 | PIN PUNP | Primary Press Equipment | 9/20/00 | | | | MAILROOM | SUN CITY | | | PP | 42 | | 2482 | Under $2,500 |
| A00040 | 45.00 | 42.93 | 3.07 | ROLLER STAND | Primary Press Equipment | 9/20/00 | | | | PRESS | SUN CITY | | | PP | 42 | | 2430 | Under $2,500 |
| A00031 | 2,313.00 | 2,164.41 | 154.50 | 160' REEL TRUCK SYSTEM | Primary Press Equipment | 9/20/00 | | | | PRESS | SUN CITY | Various parts | | PP | 42 | | 2501 | Under $2,500 |
| A00039 | 315.00 | 300.13 | 14.87 | STEEL STAND | Primary Press Equipment | 9/20/00 | | | | PRESS | SUN CITY | | | PP | 42 | | 2506 | Under $2,500 |
| A00043 | 20,342.00 | 19,045.67 | 1,296.13 | PLATE BENDER-2 | Primary Press Equipment | 9/20/00 | | | | PRESS | SUN CITY | Singels | CARDS | PP | 42 | | 2509 | Under $2,500 |
| A00034 | 2,640.00 | 2,464.00 | 176.00 | INK DISTRIBUTION SYSTEM | Primary Press Equipment | 9/20/00 | 0001-0909-0000-10-0000-0000 | | | PRESS | 10102 Santa Fe Drive  Sun City, AZ 85351 | Locations Mesa and Sun City | | 9400K 2220 | PP | 42 | 9400K | 2220 | Under $2,500 |
| A00035 | 584,029.00 | 584,024.34 | 36,033.14 | EIGHT UNIT OFFSET PRESS | Primary Press Equipment | 9/20/00 | 0001-0909-0000-10-0000-0000 | | | PRESS | 10102 Santa Fe Drive  Sun City, AZ 85351 | | 3325 | | PP | 42 | | 2410 | AS9845 Under $2,500 |
| A00010 | 8,720.00 | 7,258.44 | 525.42 | FOLDER FORMER-3 | Real Property | 8/7/00 | | | | GROUNDS | | | | PP | 11 | | | Mine601513 Under $2,500 |
| Hew601720 | 10,471.00 | 8,824.50 | 1,532.42 | FINAL FMT ON WEB CUTDOWN | Real Property | 9/20/01 | | | | GROUNDS | | | | PP | 11 | | | Hew601720 Mine607750 |
| Hew601700 | 27,219.55 | 23,923.39 | 7,295.17 | Stripping Machine (Sun City) | Real Property | 11/15/01 | | | | CONVEYER | 120 West 1st Avenue  Mesa, AZ 85210 | | | PP | 15 | | | Hew601700 Mine607750 |
| Hew601700 | 12,533.00 | 10,206.98 | 2,408.12 | Dynmax System | Real Property | 11/16/01 | | | | REAR | 120 West 1st Avenue  Mesa, AZ 85210 | | | PP | 15 | | | Hew607700 Mine607750 |
| Hew601700.1 | 2,923.99 | 2,124.00 | 323.89 | ParFrees Protection | Real Property | 12/1/01 | | | | REAR | 120 West 1st Avenue  Mesa, AZ 85210 | | Order #144117 | PP | 27 | 01420 | | Hew607700.1 Under $2,500 |
| Hew601700.2 | 4,243.51 | 3,473.15 | 822.53 | 4 Dryers | Real Property | 12/1/01 | 0000-1514-0000-01-0000-0000 | | | GRINDER | 120 West 1st Avenue  Mesa, AZ 85210 | | 020000540 | PP | 15 | 0131300 010.017 | | Hew607700.2 Under $2,500 |
| Hew601700.2 | 4,243.51 | 3,473.15 | 822.53 | 4 Dryers | Real Property | 12/1/01 | 0000-1514-0000-01-0000-0000 | | | GRINDER | 120 West 1st Avenue  Mesa, AZ 85210 | | SODTGO4D | PP | 15 | 014140510-0.017 | | Hew607700.2 Under $2,500 |
| Hew601700 | 952.23 | 669.80 | 222.43 | 668.67 Air Dryers | Real Property | 12/1/01 | | | | REAR | 120 West 1st Avenue  Mesa, AZ 85210 | | | PP | 15 | 01423 | | Hew607700 Under $2,500 |
| Hew601700 | 214,261.00 | 87,855.26 | 216,637.04 | RAISE PRESS AND OFFICE BUILDING | Real Property | 12/1/01 | 0000-1516-0000-01-0000-0000  0000-0000 | | | GRINDER | 10102 Santa Fe Drive  Sun City, AZ 85351 | | | PP | 15 | | 2033 | Hew607700 Under $2,500 |
| A00001.1 | 88,533.00 | 27,554.72 | 61,014.28 | RAISE PRESS AND OFFICE BUILDING | Real Property | 12/1/01 | 0000-1516-0000-01-0000-0000  0000-0000 | | | Buildings | Mesa | Various parts F041305460 | | PP | 15 | | | A00001.1  A00001.1 Under $2,500 |
| A00001.2 | 1,071,374.00 | 332,471.43 | 738,902.57 | BUILDING | Real Property | 12/1/01 | 0100 0000 | | | Buildings | Mesa | | | PP | 15 | | 2021 | A00001.2 Hew607750 |
| A00004 | 216,000.00 | 151,479.66 | 65,360.39 | Upgrade Press Hall (Rebuild) | Real Property | 12/1/01 | 0000-1513-0000-01-0000-0000  0000-0000 | | | PRESS | 120 West 1st Avenue  Mesa, AZ 85210 | | | PP | 15 | | 2043 2045 | A00004  Hew607750 |
| Hew607550.1 | 34,295.00 | 6,000.00 | 6,355.00 | Digital Flags Press Insert | Software | 11/15/01 | | | | Furniture & Fixtures | | | | PP | 22 | | | Hew607550.1 Hew607750 |
| Hew607550.2 | 1,362.40 | 1,040.00 | 243.41 | 38 Dayton Press | Software | 11/15/01 | | | | Furniture & Fixtures | | | | PP | 22 | | | Hew607550.2 Hew607750 |
| Hew607550.3 | 754.00 | 519.95 | 285.05 | Spyder Column Bars & Crosses | Software | 7/1/2002 | | | | Furniture & Fixtures | | | | PP | 22 | | | Hew607550.3 Under $2,500 |
| A00A4410 | 1,721.40 | 223.56 | 1,454.93 | Dock Levels (Grnd) | Signs | 9/1/06 | | | | Furniture & Fixtures | Mesa | | | PP | 11 | | | A00A4410 Under $2,500 |
| A00A4419 | 2,415.50 | 223.45 | 233.43 | Dock of Product (specs for Newspdata ) | Signs | 7/1/06 | | | | Furniture & Fixtures | Mesa | | | PP | 11 | | | A00A4419 Under $2,500 |
| 000110 | 700.00 | 700.00 | 0.00 | DRUMMER DATA 4 | Software | 9/30/2001 | | | | Computer Software | | | | PP | 23 | | | 000110 Under $2,500 |
| 000140 | 457.00 | 451.00 | 0.00 | HOUSE/STL 4.3 CEDOM | Software | 9/30/2001 | | | | Computer Software | | | | PP | 23 | | | 000140 Under $2,500 |
| 000170 | 1,070.00 | 1,070.00 | 0.00 | (3) HENDERSON COLLECTION 4.0 | Software/ Application | 2/10/03 | | | | Computer Software | | | | PP | 23 | | | 000170 Under $2,500 |
| 000150 | 1,533.00 | 1,533.00 | 0.00 | (3) QUARKXPRESS 4.1 | Software/ Application | 2/10/03 | | | | Computer Software | | | | PP | 23 | | | 000150 Under $2,500 |

Page 29 of 29

# Exhibit A

## Purchased Tangible Personal Property

*Note: GLA refers to representations or warranties regarding the assets between representations in each row whose numbers (continue here). Assets listed on this sheet are those whose numbers in the Purchased Real Property from the assets to be conveyed as a part of the contemplated transaction, as described in the Purchased Real Property. This worksheet and the representations and warranties set out in the Purchased Real Property set forth on this Exhibit A shall be deemed Excluded Assets.*

REPRODUCTION

| Asset ID | Ending | End Bal | Net Book Value Description | Asset Type | Acquisition Disposal | Accum Depr GL Acct # | Asset GL Acct # | Department Dept Exp GL Acct # | Cost Center/Controller | Class | Description/Description/Impr Location | Manufacturer | Serial Number | Property | Property | Property Selling G Serial No / Tag ID | Vendor | GLA BASE/PROP VALUE Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000000 | 534.00 | 534.00 | 0.00 | (3) DREAMWEAVER 4 | Software - Application | 3/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | 000000 Units $2,500 |
| 000000 | 574.00 | 574.00 | 0.00 | (3) HD AFTER 2001 MAC EDITION | Software - Application | 3/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | 000000 Units $2,500 |
| 000020 | 574.00 | 574.00 | 0.00 | (3) Adobe Photoshop 6.0 Win | Software - Application | 3/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | 000020 Units $2,500 |
| 000000 | 4,050.00 | 4,050.00 | 0.00 | (3) Adobe Acrobat 5.0, Dreamweaver 4, Fireworks | Software - Application | 6/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | 000000 Units $2,500 |
| 000010 | 283.00 | 283.00 | 0.00 | (3) Adobe Streamline 4.0 | Software - Application | 6/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | 000010 Units $2,500 |
| 000020 | 483.50 | 483.50 | 0.00 | (1) Microsoft Office 2001 | Software - Application | 6/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | 000020 Units $2,500 |
| hmwd00033 | 1,776.96 | 1,776.96 | 0.00 | Adobe InDesign/Illustrator | Software - Application | 5/16/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00033 Units $2,500 |
| hmwd00700 | 1,517.00 | 1,517.00 | 0.00 | ADOBE PHOTOSHOP/ADOBE/ATP/WEB/QUICK TIME/ENTERPRISE (3) DVD SD ACROBAT 7.0/7 FOR MAC | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00700 Units $2,500 |
| hmwd00750 | 2,555.00 | 2,555.00 | 0.00 | ENTERPRISE | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00750 Units $2,500 |
| hmwd01500 | 1,347.00 | 1,347.00 | 0.00 | (3) MICROSOFT OFFICE 2001 FOR MACS | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd01500 Units $2,500 |
| hmwd00000 | 378.00 | 378.00 | 0.00 | (3) ADOBE PHOTOSHOP 6.0 UPGRADES | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd00000 | 800.00 | 800.00 | 0.00 | (3) ADOBE ILLUSTRATOR | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd00000 | 480.71 | 480.71 | 0.00 | (3) (3) ADOBE ACROBAT 5.0 | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd00000 | 149.00 | 149.00 | 0.00 | (3) PHOTO TOOLS V2.0 | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd00000 | 239.00 | 239.00 | 0.00 | (3) GENUINE FRACTALS PRINT PRO | Software - Application | 7/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd01100 | 590.00 | 590.00 | 0.00 | (3) PHOTO MECHANIC PRO | Software - Application | 7/10/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd01100 Units $2,500 |
| hmwd00100 | 410.00 | 410.00 | 0.00 | (3) DREAMWEAVER 4 FIREWORKS 4 STUDIO | Software - Application | 8/10/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00100 Units $2,500 |
| hmwd00170 | 579.00 | 579.00 | 0.00 | (3) MITSUBISHI 1800X1200 MONITOR | Software - Application | 9/24/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00170 Units $2,500 |
| hmwd00170 | 323.14 | 323.14 | 0.00 | (10) OPTICAL MICE | Software - Application | 9/24/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | 01-611 | hmwd00170 Units $2,500 |
| hmwd00000 | 3,022.00 | 3,022.00 | 0.00 | PDF Module for IBF3 | Software - Application | 12/1/2001 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd00000 | 3,813.54 | 3,813.54 | 0.00 | Networking Software | Software - Application | 12/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd00000 | 1,335.00 | 1,335.00 | 0.00 | Citrix Software | Software - Application | 1/1/2003 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00000 Units $2,500 |
| hmwd02010 | 129,103.00 | 129,103.00 | 0.00 | Novell Software | Software - Application | 12/1/2002 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd02010 Units $2,500 |
| hmwd00120 | 3,960.33 | 3,960.33 | 0.00 | Oracle / Firehand | Software - Application | 1/1/2003 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00120 Units $2,500 |
| hmwd00130 | 6,865.31 | 6,865.31 | 0.00 | Illustrator / Photoshop | Software - Application | 5/1/2003 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd00130 Units $2,500 |
| hmwd02010 | 8,154.26 | 8,154.26 | 0.00 | Mini Office | Software - Application | 9/1/2003 | | | | Computer Software | Computer Software | | | PP | 23 | | | hmwd02010 Units $2,500 |
| hmwd00100 | 7,100.00 | 7,100.00 | 0.00 | Barchmans MillTime/ Mac Intl Professional V1.2 Devices | Software - Application | 9/1/2003 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | hmwd00100 Units $2,500 |
| hmwd00160 | 1,437.29 | 1,437.29 | 0.00 | Mapping | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | hmwd00160 Units $2,500 |
| MESA2000 | 11,456.41 | 11,456.41 | 0.00 | FoxitReaders, Lib Adhr v3 Software, Tools | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA2000 Units $2,500 |
| MESA0400 | 414.00 | 414.00 | 0.00 | Trapeze Cycle Software | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 23 | | | MESA0400 Units $2,500 |
| MESA2010 | 1,269.00 | 1,269.00 | 0.00 | 2007 CafeRosetti Dana Software Adobe Pagebrella Elements 2.0 for | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 23 | | | MESA2010 Units $2,500 |
| MESA0070 | 194.54 | 194.54 | 0.00 | Windows | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA0070 Units $2,500 |
| MESA2010 | 11,000.00 | 11,000.00 | 0.00 | Workstation Software | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA2010 Units $2,500 |
| MESA0000 | 436.00 | 436.00 | 0.00 | MS Office 2004 for Mac | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 23 | | | MESA0000 Units $2,500 |
| MESA4000 | 4,192.18 | 4,192.18 | 0.00 | 13 - ADO TUTC CreaVrc STD | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4000 Units $2,500 |
| MESA4000 | 544.61 | 544.61 | 0.00 | Professional Upgrade English | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4000 Units $2,500 |
| MESA4070 | 321.42 | 321.42 | 0.00 | MoanMa Pro Tech Support | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 23 | | | MESA4070 Units $2,500 |
| MESA4140 | 11,339.73 | 11,339.73 | 0.00 | Mapmaker Plus Software | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 17 | | | MESA4140 Units $2,500 |
| MESA4070 | 507.12 | 507.12 | 0.00 | 18 - Extreme Software | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4070 Units $2,500 |
| MESA4020 | 332.07 | 332.07 | 0.00 | Acrobat Software | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4020 Units $2,500 |
| MESA4420 | 443.93 | 443.93 | 0.00 | APC Smart UPS | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4420 Units $2,500 |
| MESA4030 | 1,737.00 | 1,737.00 | 0.00 | 7 - Adobe Photoshop for Mac | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 23 | | | MESA4030 Units $2,500 |
| MESA4060 | 1,196.18 | 1,196.18 | 0.00 | 3 - Dreamweaver Software | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4060 Units $2,500 |
| MESA4070 | 13,919.45 | 13,919.45 | 0.00 | 12 - Office Pro 2003 | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 17 | | | MESA4070 Units $2,500 |
| MESA4040 | 95.52 | 95.52 | 0.00 | Extenis Release | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4040 Units $2,500 |
| MESA4440 | 541.73 | 541.73 | 0.00 | ADO Creative Suite | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4440 Units $2,500 |
| MESA4440 | 306.12 | 306.12 | 0.00 | MS Office 2004 for Mac | Software - Application | 12/1/2004 | | | | Computer Software | Computer Software | | News | PP | 23 | | | MESA4440 Units $2,500 |
| MESA4470 | 233.00 | 233.00 | 0.00 | Ralmwork 6.5 Winegroup | Software - Application | 10/1/2005 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4470 Units $2,500 |
| MESA4000 | 104.19 | 104.19 | 0.00 | Stella 661 2004 | Software - Application | 1/9/2005 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4000 Units $2,500 |
| MESA4000 | 104.19 | 104.19 | 0.00 | Adobe Photoshop C3 | Software - Application | 1/9/2005 | | | | Computer Software | Computer Software | | Gilbert | PP | 23 | | | MESA4000 Units $2,500 |

# Exhibit A

## Purchased Tangible Personal Property

[stamp box, top right, illegible]

*Note: [fine-print note regarding the Assets listed on Exhibit A — illegible]*

| Asset ID | End Bal | End Bal | Net Book Value | Description | Asset Type | Class | Acquisition/Conversion Date | Depreciation/Clr Acct # | Asset Clr Acct # | Description/Obsolete Project Location | Mfr | Model Number | Property | Serial No/Tag ID | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MES4540 | 54.10 | 54.10 | 0.00 | Adobe Audition 1.5 | Software - Application | Computer Software | 10/1/2005 | | | Gilbert | | | PP | 23 | |
| MES4530 | 50,000.00 | 50,000.00 | 0.00 | Posto Smart Software | Software - Application | Computer Software | 4/1/2005 | | | None | | | PP | 23 | |
| MES4060 | 8,617.00 | 8,617.00 | 0.00 | Adobe CS Premium Upgrade (13) | Software - Application | Computer Software | 9/1/2006 | | | Gilbert | | | PP | 23 | |
| MES4050 | 2,792.36 | 2,792.36 | 0.00 | RETROSPECT, W3 OFF | Software - Application | Computer Software | 9/1/2006 | | | Gilbert | Ingcor | QGF1114 | PP | 23 | 2200004AF002 |
| MES4010 | 949.23 | 949.23 | 0.00 | ADD PHOTO CS3 WIN EX | Software - Application | Control Software | 9/1/2006 | | | Gilbert | | | PP | 23 | |
| MES4379 | 994.17 | 994.17 | 0.00 | RETROSPECT RETEX | Software - Application | Control Software | 9/1/2006 | | | Gilbert | | | PP | 23 | |
| MES4379 | 1,464.50 | 1,464.50 | 0.00 | CUS EX 1 LIC MAC X 10-99 LIC | Software - Application | Control Software | 9/1/2006 | | | Gilbert | | | PP | 23 | |
| MES4050 | 4,104.00 | 4,104.00 | 0.00 | (12) | Software - Application | Computer Software | 12/1/2006 | | | Gilbert | | | PP | 23 | |
| MES4040 | 295,300.00 | 189,194.73 | 87,415.27 | Omniface Creator Control Software, | Software - Application | Computer Software | 11/1/2007 | 0000-132-0-00000-01-0000-0000 810.0000 | 0000-132-0-00000-01-0000-0000 | AnondLake 120 West 1st Avenue Mesa, AZ 85210 | None | | PP | 23 | |
| MES4730 | 1,357.59 | 601.54 | 357.34 | Apple Final Cut Studio 5.1 | Software - Application | Computer Software | 11/1/2007 | | | None | | | PP | 23 | |
| MES4290 | 240.39 | 171.39 | 73.40 | old Office 2004 | Software - Application | Computer Software | 11/1/2007 | | | None | | | PP | 23 | |
| MES4170 | 295.47 | 220.72 | 88.66 | Apple Final Cut Express 3.5 | Software - Application | Computer Software | 11/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4110 | 2,522.53 | 2,460.66 | 1,072.87 | Art 300 Max 8 Standalone | Software - Application | Computer Software | 11/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4320 | 20.96 | 13.39 | 8.67 | ADOBE INCOPY CS3 5 MAC MEDIA | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4320 | 20.96 | 13.39 | 8.67 | ADOBE INCOPY CS3 5 MAC MEDIA | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4342 | 20.96 | 13.39 | 8.67 | ADOBE INCOPY CS3 5 MAC MEDIA | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4040 | 810.01 | 810.01 | 300.33 | FX 2 MAKER FOR 3 ACM UPG | Software - Application | Corporate Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4390 | 117.09 | 79.67 | 33.72 | ADOBE CS3 MAC | Software - Application | Computer Software | 12/1/2007 | 0800-732-0-00000-01-0000-0000 810.0000 | 0800-732-0-00000-01-0000-0000 | Gilbert 13102 Santa Fe Drive  San City, AZ  85351 | None | | PP | 23 | |
| MES4370 | 9,013.79 | 5,742.62 | 2,911.27 | ADOBE INCOPY CS3 5 MAC FULL LEV 4 - | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4390 | 439.70 | 265.79 | 153.91 | ADOBE INCOPY CS3 5 MAC FULL LEV 4 - | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4370 | 439.70 | 265.79 | 153.91 | ADOBE INCOPY CS3 5 MAC FULL LEV 4 - | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4060 | 1,254.00 | 993.72 | 431.37 | ADOBE DESIGN PRM CS3 WIN EB | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4010 | 777.07 | 515.04 | 258.03 | CONV 3 DUO EB D | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4390 | 397.30 | 284.67 | 123.43 | MS OFFICE 2004 KEY-MAC | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4370 | 1,967.47 | 1,257.44 | 525.13 | MS OFFICE 2004 MAC - 5 EB 3/12/14 | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | Intel | PP | 23 | |
| MES4070 | 727.47 | 274.62 | 124.15 | QUICKTIME/OFFICE 9 WK07 MAC | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 23 | |
| MES4670 | 1,378.37 | 559.54 | 1,054.73 | Quickbooks premier edition install over 2006 | Software - Application | Computer Software | 12/1/2007 | | | Gilbert | | | PP | 22 | |
| NewAS00110 | 555.00 | 555.00 | 0.00 | Fractured Graphics upgrade | Software - Operational Assets | Computer Software | 4/13/2001 | | | Gilbert | | | PP | 22 | |
| NewAS00720 | 445.00 | 445.00 | 0.00 | Appleshare Network upgrade | Software - Operational Assets | Computer Software | 4/13/2001 | | | Gilbert | | | PP | 22 | |
| NewAS00160 | 873.21 | 873.21 | 0.00 | Install Estate System | Software - Operational Assets | Computer Software | 4/17/2001 | | | Gilbert | | | PP | 21 | |
| NewAS00070 | 17,351.24 | 17,351.24 | 0.00 | VPN Hardware and Support | Software - Operational Assets | Computer Software | 10/1/2002 | | | Sun City | | | PP | 21 | |
| MES4010 | 42,751.16 | 42,751.16 | 0.00 | CTP SOFTWARE | Computer Software | | 6/1/2008 | Invoice from Screens etc 2/21/2008 | | | | | | PP | 36 | 53-00044 |
| 000400 | 366.05 | 366.05 | 0.00 | (9) SATELLITE DISHES ECHOSTAR 2800 | Tools | | 2/22/2002 | | | | Caterpillar - Mildrum | GLDIX | PP | 25 | A15/C/227325 |
| NewAS01840 | 21,342.24 | 21,342.24 | 0.00 | Caterpillar 420Eit Lift Truck | Video Equipment | | 11/15/2001 | | | | | | PP | 13 | |
| 000060 | 554.43 | 554.43 | 0.00 | (3) PHILIPS TVs 25F9402 | Video Equipment | | 2/22/2002 | | | | | | PP | 13 | |
| 000510 | 295.45 | 295.45 | 0.00 | 20" TV VHS & VCR Hitevt | Video Equipment | | 3/1/2022 | | | | | | PP | 13 | |
| MES4399 | 1,041.60 | 261.66 | 673.84 | 42" HD Plasma TV | Equipment | | 11/1/2007 | | | Mesa | | | PP | 12 | |
| MES4069 | 1,041.60 | 261.66 | 673.84 | 42" HD Plasma TV | Equipment | | 11/1/2007 | | | Mesa | | | PP | 12 | |

**Exhibit B**

**Purchased Real Property**

**[SEE ATTACHED]**

**PARCEL NO. 1:**

Lot 5 and a portion of Tract B, SUN CITY INDUSTRIAL PARK UNIT ONE, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 109 of Maps, page 38, more particularly described as follows:

That portion of that certain parcel of land described in Deed dated January 9, 1967, to the Atchison, Topeka and Santa Fe Railway Company recorded May 8, 1967, in Docket 6556, page 564, records of said County, lying Southerly of that certain 0.845 acre parcel of land described in Deed dated March 1, 1983, to PEOPLE OF FAITH, INC., recorded May 25, 1983, in Document No. 83-200169, records of said County;

EXCEPT therefrom all minerals, without limiting the generality thereof, oil, gas and other hydrocarbon substances, as well as metallic or other solid minerals without the right to go upon or use the surface of said land, or any part thereof, for the purpose of drilling for, mining or otherwise removing any of said minerals and hereby reserving the right to remove any of said minerals from said land by means of wells, shafts, tunnels or other means of access to said minerals which may be constructed, drilled or dug from other land, provided that the exercise of such rights shall in no way interfere with or impair the use of the surface of said land or of any improvement thereon, as reserved by the Atchison, Topeka and Santa Fe Railway Company, a Delaware corporation, in Special Warranty Deed recorded in Document No. 85-295058.

**PARCEL NO. 2:**

The West 18.00 feet of Lot 7 and all of Lot 8, HOME SERVICE CENTER, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 121 of Maps, page 46.

**Exhibit C-1**

**Excluded Contracts**

This Exhibit contains those Contracts of Seller and Seller's Affiliates with the parties or relating to the services set forth below. For purposes of this Exhibit, any amendments and/or extensions to such Contracts are incorporated therein:

1. Master License Agreement between Claritas Inc. and Freedom Metro Information, Inc., dated November 13, 2002.

2. License Order between The Nielsen Company (US), Inc. and Freedom Newspapers, Inc., dated July 7, 2008.

3. License Agreement between Ranger Data Technologies, Inc. and Freedom Newspapers, Inc. dated July 29, 2008.

4. Master ASP Production and Hosting Services Agreement by and between Olive Software, Inc. and Freedom Newspapers, Inc., dated September 25, 2008.

5. Newspaper Pricing Exhibit between Olive Software and Freedom Newspapers, dated October 13, 2008.

6. System Procurement Agreement by and between Digital Technology International, LLC and Freedom Communications, Inc., dated December 5, 2007.

7. Agreement between Parade Publications, Inc. and Freedom Newspapers, Inc., dated March 13, 2009.

8. Preferred Service Agreement between Freedom Communications, Inc. and Aramark Uniform Services, dated July 16, 2007.

9. Member Choice Agreement between The Associated Press and Freedom Arizona Information Inc., dated January 1, 2010.

10. Agreement by and between Publishing Group of America, Inc. and Freedom Newspapers, Inc., dated October 13, 2008, providing for the sale and publication of *American Profile*.

11. Agreement by and between Publishing Group of America, Inc. and Freedom Newspapers, Inc., dated October 13, 2008, providing for the sale and publication of *Relish*.

12. Agreement by and between Publishing Group of America, Inc. and Freedom Newspapers, Inc., dated October 13, 2008, providing for the sale and publication of *SPRY*.

13. Publisher Services Agreement by and between Freedom Newspapers, Inc. and Heritage Microfilm, Inc., dated December 22, 2009.

14. Participation Agreement between CoreTrust Purchasing Group, a division of HealthTrust Purchasing Group, LP and Freedom Communications, Inc., dated July 15, 2006.

15. License Agreement between Freedom Communications, Inc. and Cision, Inc., dated September 30, 2008.

16. License Agreement between Freedom Communications Inc. and Burrelle's Information Services, LLC, dated April 21, 2005.

17. Accunet Website Agreement between AccuWeather, Inc. and Freedom Communcations, Inc., dated August 1, 2009.

18. DoubleClick Master Services Agreement between DoubleClick and Freedom Communications, Inc., dated February 23, 2009.

19. DART Service Attachment for Publishers by and between DoubleClick and Freedom Communications, Inc., dated February 23, 2009.

20. Statement of Work between Freedom Communications, Inc. and DoubleClick, a division of Google Inc., dated April 15, 2009.

21. Amendment to DFP Attachment by and between DoubleClick, a division of Google Inc., and Freedom Communications, dated April 24, 2009.

22. Boomerang for Publishers Service Attachment by and between DoubleClick, a division of Google Inc. and Freedom Communications, Inc., dated May 1, 2009.

23. Beta Agreement between Freedom Communications, Inc. and Google Inc., dated May 16, 2007.

24. Amended and Restated Google Services Agreement by and between Google Inc. and Freedom Communications, Inc., dated May 1, 2009.

25. Google Services Agreement Order Form between Google Inc. and Freedom Communications, Inc., dated January 15, 2007.

26. SiteCatalyst Service Agreement by and between Omniture, Inc. and Freedom Communications, Inc., dated October 4, 2006.

27. Master Services Agreement between Verican and Freedom Newspapers, Inc., dated October 6, 2004.

28. Products Agreement between Upickem and Freedom Communications, Inc., dated February 1, 2008.

29. Order Form between Upickem and Freedom Communications, Inc., dated December 1, 2008.

2

30. Service Agreement by and between Freedom Communications, Inc. and Caspio, Inc., dated May 9, 2008.

31. Master License and Services Agreement between infoUSA, Inc. and Freedom Communications, Inc., dated April 20, 2008.

32. Strategic Alliance Agreement by and between Monster, Inc. and Freedom Communications, Inc., dated November 22, 2006.

33. Order Form and Services Agreement by and between Zvents Inc. and Freedom Communications Inc., dated December 27, 2006.

34. Advertising Sales and Services Agreement, by and between Orange Soda, Inc. and Freedom Communications, Inc., dated December 20, 2007.

35. Access Order between Hitwise and Freedom Communications, Inc., dated September 29, 2008.

36. Revenue Sharing and License Agreement between Verve Wireless Inc. and Freedom Communications, Inc., dated March 31, 2008.

37. Newsmap Service Agreement between The Associated Press and Freedom Newspapers, Inc., dated July 1, 2008.

38. Content Enrichment Agreement between The Associated Press and Freedom Newspapers, Inc., dated July 1, 2008.[1]

39. Agreement by and between Legacy.com, Inc. and Freedom Orange County Information, dated December 20, 2002.

40. Master Services Agreement by and between Gabriels Technology Solutions, Inc. and Freedom Communications, Inc., dated January 1, 2008.

41. Publisher Agreement between Rubicon Project, Inc. and Freedom Communications, Inc., dated December 1, 2008.

42. Services Agreement by and between Pluck Corporation and Freedom Communications, Inc., dated June 5, 2007.

43. Brightcove Publisher Services Agreement, by and between Brightcove Inc. and Freedom Communications, Inc., dated April 26, 2007.

44. YuMe Publisher Agreement between YuMe, Inc. and Freedom Communications, Inc., dated March 27, 2009.

---

[1] To the extent that this agreement has not been superseded by a subsequent agreement, it is deemed an Excluded Contract.

3

45. Agreement by and between Freedom Communications, Inc. and Digital Media Communications, Inc., dated February 8, 2008.

46. Videoad Service Reseller Agreement by and between Mixpo Portfolio Broadcasting, Inc. and Freedom Communications, Inc., dated May 30, 2008.

47. LocalConnect Services Agreement by and between Local.com Corporation and Freedom Communications, Inc., dated January 10, 2008.

48. DTI Subscription Services Agreement between Freedom Communications, Inc. and Digital Technology International, LLC, dated November 20, 2009.

49. Agreement between Freedom Communcations, Inc. and Publishing Business Systems, Inc., dated June 21, 2004.

**Exhibit C-2**

**Assumed Contracts**

## Assumed Contracts – Vendors with Outstanding Cure Amounts

AmeriPride – Cure Amount - $1,503.29

1. Rental Service Agreement between AmeriPride and Daily Sun News, dated November 2, 2007.

Avaya Financial Services – Cure Amount: $904.97

2. Lease Agreement between CIT Communications Finance Corporation and Freedom Arizona Information Inc., dated April 19, 2006.

Creators Syndicate – Cure Amount: $231.24

3. Agreement between Creators Syndicate and Daily News-Sun for the purchase of THE WIZARD OF ID DAILY, commemorated in a signed letter dated March 2, 1992.

4. Agreement between Creators Syndicate, Inc. and News Sun providing for Sun City News Sun's right to receive the daily comic strip MOMMA, commemorated in a signed letter dated March 8, 1988.

King Feature Syndicates – Cure Amount: $549.76

5. Agreement between King Features Syndicate and Tribune Newspapers for the right to publish daily BABY BLUES in Tribune Newspapers, commemorated in a signed letter dated January 15, 2009.

6. Agreement between King Features Syndicate and Daily News Sun for the right to publish Crankshaft, the Editorial Cartoon Package and Rex Morgan.

Naumann Hobbs – Cure Amount: $722.34

7. Long Term Rental Agreement between Nauman Hobbs and Northwest Valley Newspaper, dated August 29, 2006, amended by Lease Extension Addendum dated August 28, 2009.

Neopost Leasing – Cure Amount: $2,814.23

8. Lease Agreement between Neopost Leasing, Inc. and Freedom Communications, dated February 26, 2009. [*]

9. Agreement between Neopost and AZ Interactive, dated November 17, 2004.

---

[*] Notwithstanding that such agreement is with Freedom Communications and by definition an Excluded Asset, such agreement will be assumed and assigned to Buyer at Closing.

10. Lease Agreement between Neopost Leasing, Inc. and Sun City Daily News Sun, dated January 13, 2009.

Pitney Bowes – Cure Amount: $7.42

11. Equipment Lease between Pitney Bowes Global Financial Services LLC and Freedom Communications and Equipment Service Agreement between Pitney Bowes Inc. and Freedom Communications, dated March 10, 2008. [*]

Qwest – Cure Amount: $2,703.67

12. Agreement between Tribune Newspapers and Qwest Corporation for point-to-point T-1 connection, dated October 2004 (Agreement #AA2546).

13. Agreement between Tribune Newspapers and Qwest Corporation for point-to-point T-1 connection, dated June 2006.

14. Agreement between Tribune News Papers and Qwest Corporation for ISDN PRS phone to network service, dated December 2006.

Sims Business Systems Inc. – Cure Amount: $4,421.69

15. Agreement between Sims Business Systems and Tribune Newspapers, dated January 6, 2009.

16. Smart Print Agreement between Sims Business Systems and East Valley Tribune, dated July 9, 2009.

United Media – Cure Amount: $4,208.43

17. Service Agreement between United Feature Syndicate, Inc. and The Tribune, dated November 2, 2000, providing for the non-exclusive right to publish materials included in the Scripps Howard News Service in The Tribune.

18. Service Agreement between United Feature Syndicate, Inc. and The Tribune, dated November 2, 2000, providing for the non-exclusive right to publish materials included in the Scripps Howard Photos & Graphics in The Tribune.

19. Service Agreement between United Feature Syndicate Inc. and The Tribune, dated April 12, 2004.

20. Service Agreement between United Feature Syndicate, Inc. and Daily News, dated June 7, 1982.

---

[*] Notwithstanding that such agreement is with Freedom Communications and by definition an Excluded Asset, such agreement will be assumed and assigned to Buyer at Closing.

21. Service Agreement between United Feature Syndicate, Inc. and News Sun, dated July 10, 2002.

22. Service Agreement between United Feature Syndicate, Inc. and News Sun, dated September 20, 2006.

23. Feature Agreement between United Feature Syndicate, Inc. and News Sun, dated September 19, 1997.

24. Pluscode Agreement between United Feature Syndicate, Inc. and Daily News-Sun, dated January 27, 1994.

25. Service Agreement between United Feature Syndicate, Inc. and The News Sun, dated January 2, 1984.

26. Features Agreement between United Feature Syndicate and The Sun City, dated January 29, 1987.

27. Service Agreement between United Feature Syndicate and News Sun, dated July 26, 1994.

28. Service Agreement between Newspaper Enterprise Association, Inc. and Daily News Sun, dated June 29, 1992.

Universal Press Syndicate – Cure Amount: $454.28

29. Agreement between Universal Press Syndicate and East Valley Tribune, dated January 4, 2006.

30. Agreement between Universal Press Syndicate and Daily News Sun, dated April 26, 2002.

31. Agreement between Universal Press Syndicate and Sun City News Sun, dated March 9, 1995.

**Total Cure Amount for Assumed Contracts: $18,521.32**


**Assumed Contracts – Vendors with No Outstanding Cure Amounts**

1. Industrial Net Lease between Aspen Business Center, LLC and Freedom Arizona Information, Inc., dated September 15, 2005.

2. Contract for Services by and between The Tribune and New ProImage America, dated July 1, 2005.

3. Lease Agreement between Schad Enterprises, Inc. and Thomson Newspapers Inc., dated November 20, 1998.

3

4. Print Trade Agreement between Arizona Renaissance Festival and Ahwatukee Foothills News, dated September 23, 2009.

5. Trade Agreement between Ahwatukee Foothill News and Rock Bottom Brewery, dated September 1, 2009.

## **Assumed Contracts – Independent Contractors**

Sales

1. Independent Contractor/Advertising Sales Agreement by and between Freedom, d.b.a. The Tribune, and Byron Marlowe, dated April 27, 2009.

2. Independent Contractor/Advertising Sales Agreement by and between Freedom, d.b.a. The Tribune, and Rob Christensen, dated April 27, 2009.

3. Independent Contractor/Advertising Sales Agreement by and between Freedom Arizona, d.b.a. Clipper, and Robin Clutter, dated April 24, 2009.

4. Independent Contractor/Advertising Sales Agreement by and between Freedom Communications AZ Interactive, d.b.a. Clipper Magazine, and Jeff Fair, dated December 16, 2009.

5. Independent Contractor/Advertising Sales Agreement by and between Freedom Communications AZ Interactive, d.b.a. Clipper Magazine, and Natasha Thorson, dated January 15, 2010.

AFN Independent Contractors

1. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044A).

2. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044B).

3. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated January 1, 2010 (Delivery Area/Route Number AFN044C).

4. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated January 1, 2010 (Delivery Area/Route Number AFN044D).

5. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated January 1, 2010 (Delivery Area/Route Number AFN044E).

LA\2061335.3

6. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044F).

7. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Douglas Landuyt, dated January 1, 2010.

8. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lori Hodgen, dated January 1, 2010.

9. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044I).

10. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Penny Ulness, dated January 1, 2010 (Delivery Area/Route Number AFN045A).

11. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Penny Ulness, dated January 1, 2010 (Delivery Area/Route Number AFN045B).

12. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Penny Ulness, dated January 1, 2010 (Delivery Area/Route Number AFN045C).

13. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta E. Hauser, dated January 1, 2010.

14. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gerald C. Hornbeck, dated December 1, 2009 (Delivery Area/Route Number AFN048B).

15. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Melissa J. Tanner, dated January 1, 2010.

16. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gerald C. Hornbeck, dated December 1, 2009 (Delivery Area/Route Number AFN048D).

17. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Stephen Morgan, dated January 1, 2010.

18. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tammy Gordon, dated January 1, 2010.

19. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Eric Pierce, dated January 1, 2010.

20. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and MaryEllen Albright, dated January 1, 2010.

21. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gladys Decastro, dated January 1, 2010.

22. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Conrad Robert Ernst, dated January 1, 2010.

Daily News-Sun Indpendent Contractors

1. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Barbara Ratliff, dated October 28, 2009.

2. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Raful Villada, dated October 27, 2009 (Delivery Area/Route Number 5103).

3. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Don Nordstrom, dated October 30, 2009.

4. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Judy Castellanos, dated November 1, 2009 (Delivery Area/Route Number 5105).

5. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5121).

6. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5122).

7. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Corn, dated November 11, 2009 (Delivery Area/Route Number 5123).

8. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 1, 2009 (Delivery Area/Route Number 5131).

9. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5132).

10. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Corn, dated November 11, 2009 (Delivery Area/Route Number 5134).

LA\2061335.3

11. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5136).

12. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 1, 2009 (Delivery Area/Route Number 5137).

13. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 1, 2009 (Delivery Area/Route Number 5138).

14. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5139).

15. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 1, 2009 (Delivery Area/Route Number 5141).

16. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5142).

17. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5143).

18. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5144).

19. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5145).

20. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5146).

21. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5164).

22. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5171).

23. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta Maillet, dated October 27, 2009 (Delivery Area/Route Number 5174).

24. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kevin Klose, dated January 27, 2010 (Delivery Area/Route Number 5175).

25. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Naomi Corn, dated November 11, 2009 (Delivery Area/Route Number 5176).

26. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 4, 2009 (Delivery Area/Route Number 5177).

27. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5179).

28. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5180).

29. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Rene Abarca, dated October 27, 2009 (Delivery Area/Route Number 5181).

30. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz, dated January 12, 2010 (Delivery Area/Route Number 5182).

31. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Naomi Corn, dated November 11, 2009 (Delivery Area/Route Number 5183).

32. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 1, 2009 (Delivery Area/Route Number 5184).

33. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 4, 2009 (Delivery Area/Route Number 5185).

34. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5186).

LA\2061335.3

35. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5187).

36. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz, dated January 12, 2010 (Delivery Area/Route Number 5188).

37. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5190).

38. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donnie Romani, dated October 29, 2009 (Delivery Area/Route Number 5203).

39. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donnie Romani, dated October 29, 2009 (Delivery Area/Route Number 5205).

40. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Mario Montoya, dated October 26, 2009 (Delivery Area/Route Number 5207).

41. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and June Pearson, dated October 29, 2009 (Delivery Area/Route Number 5210).

42. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Scott Pauls, dated October 27, 2009 (Delivery Area/Route Number 5212).

43. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Raful Villada, dated October 27, 2009 (Delivery Area/Route Number 5214).

44. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5215).

45. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and June Pearson, dated October 29, 2009 (Delivery Area/Route Number 5217).

46. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Janis L. Irvin, dated October 27, 2009 (Delivery Area/Route Number 5220).

9

47. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Raful Villada, dated October 27, 2009 (Delivery Area/Route Number 5221).

48. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Rene Abarca, dated October 27, 2009 (Delivery Area/Route Number 5223).

49. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Wilson Hinkle, dated October 29, 2009 (Delivery Area/Route Number 5225).

50. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Maria Diaz, dated October 28, 2009 (Delivery Area/Route Number 5226).

51. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Rene Abarca, dated October 27, 2009 (Delivery Area/Route Number 5228).

52. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Scott Pauls, dated October 27, 2009 (Delivery Area/Route Number 5229).

53. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Roberta Maillet, dated October 29, 2009 (Delivery Area/Route Number 5230).

54. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Francisco Zamora, dated October 28, 2009 (Delivery Area/Route Number 5232).

55. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5235).

56. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Roberta Maillet, dated October 29, 2009 (Delivery Area/Route Number 5236).

57. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5240).

58. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz Gonzales, dated October 28, 2009 (Delivery Area/Route Number 5244).

LA\2061335.3

59. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Zamora, dated October 28, 2009 (Delivery Area/Route Number 5245).

60. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz Gonzales, dated October 28, 2009 (Delivery Area/Route Number 5248).

61. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Metro, dated October 28, 2009 (Delivery Area/Route Number 5249).

62. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Shultz, dated October 28, 2009 (Delivery Area/Route Number 5250).

63. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irwin, dated October 27, 2009 (Delivery Area/Route Number 5252).

64. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irwin, dated October 27, 2009 (Delivery Area/Route Number 5253).

65. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Maria Diaz, dated October 28, 2009 (Delivery Area/Route Number 5254).

66. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Metro, dated October 28, 2009 (Delivery Area/Route Number 5255).

67. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Moreno, dated October 30, 2009 (Delivery Area/Route Number 5256).

68. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Metro, dated October 28, 2009 (Delivery Area/Route Number 5257).

69. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Maria Diaz, dated October 28, 2009 (Delivery Area/Route Number 5258).

70. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Chunga, dated October 28, 2009 (Delivery Area/Route Number 5270).

LA\2061335.3

71. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donna Hart, dated October 29, 2009 (Delivery Area/Route Number 5273).

72. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Shultz, dated October 28, 2009 (Delivery Area/Route Number 5308).

73. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Judy Castellanos, dated November 1, 2009 (Delivery Area/Route Number 5309).

74. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Zamora, dated October 29, 2009 (Delivery Area/Route Number 5310).

75. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz Gonzalez, dated October 28, 2009 (Delivery Area/Route Number 5311).

76. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Moreno, dated October 30, 2009 (Delivery Area/Route Number 5314).

77. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Plagens, dated November 5, 2009 (Delivery Area/Route Number 5359).

78. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Plagens, dated October 28, 2009 (Delivery Area/Route Number 5361).

79. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Moreno, dated October 30, 2009 (Delivery Area/Route Number 5363).

80. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donnie Romani, dated October 29, 2009 (Delivery Area/Route Number 5365).

LA\2061335.3

1. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Plagens, dated November 30, 2009 (Delivery Area/Route Number 720).

2. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Plagens, dated November 30, 2009 (Delivery Area/Route Number 721).

3. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Plagens, dated November 30, 2009 (Delivery Area/Route Number 722).

4. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 22, 2009 (Delivery Area/Route Number 731).

5. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 732).

6. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 3, 2009 (Delivery Area/Route Number 733).

7. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 734).

8. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 736).

9. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 22, 2009 (Delivery Area/Route Number 737).

10. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Julian Cortes Solis, dated December 1, 2009 (Delivery Area/Route Number 738).

11. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 739).

12. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nancy Roja, dated November 20, 2009 (Delivery Area/Route Number 742).

13. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Rene Abarca, dated December 1, 2009.

14. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Wilson Hinkle, dated November 20, 2009.

15. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated November 18, 2009.

16. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and June Person, dated November 20, 2009.

17. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Dave Clayton, dated December 4, 2009 (Delivery Area/Route Number 747).

18. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Dave Clayton, dated December 4, 2009 (Delivery Area/Route Number 748).

19. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bobby Mason, dated November 22, 2009 (Delivery Area/Route Number 749).

20. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Julian Cortes Solis, dated December 30, 2009 (Delivery Area/Route Number 750).

21. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 751).

22. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nancy Roja, dated November 20, 2009 (Delivery Area/Route Number 752).

23. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 753).

24. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 754).

25. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 23, 2009 (Delivery Area/Route Number 755).

26. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donna Hart, dated January 4, 2009

27. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 3, 2009 (Delivery Area/Route Number 757)

28. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 760).

29. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 761).

30. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta Maillet, dated November 20, 2009.

31. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Dave Clayton, dated December 21, 2009 (Delivery Area/Route Number 763).

32. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Julian Cortes Solis, dated December 30, 2009 (Delivery Area/Route Number 764).

33. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated December 1, 2009 (Delivery Area/Route Number 765).

34. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated November 24, 2009 (Delivery Area/Route Number 766).

35. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated November 24, 2009 (Delivery Area/Route Number 767).

36. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 768).

37. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Judy Castellanos, dated December 28, 2009.

38. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 770).

39. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 771).

40. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 772).

41. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 773).

42. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 774).

43. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 775).

Tribune

1. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Curtis Holmes, dated November 12, 2009.

2. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Mark Feinberg, dated May 16, 2009 (Delivery Area/Route Number Gilbert HD).

3. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Mark Feinberg, dated May 15, 2009 (Route Gilbert SC).

4. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Media Distribution Services, dated May 16, 2009 (Delivery Area/Route Number Mesa HD).

5. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Media Distribution Services, dated May 16, 2009 (Delivery Area/Route Number Mesa SC).

6. Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Cynthia Izor, dated May 15, 2009.

LA\2061335.3

7. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lucero Miranda, dated May 15, 2009 (Delivery Area/Route Number TCH225A).

8. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Stephen Morgan, dated August 3, 2009 (Delivery Area/Route Number TCH225B).

9. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Stephen Morgan, dated November 16, 2009 (Delivery Area/Route Number TCH225C).

10. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pascual Pascual-Felipe, dated May 15, 2009 (Delivery Area/Route Number TCH225D).

11. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Blanca Morales, dated May 15, 2009 (Delivery Area/Route Number TCH225E).

12. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kathleen Cakalic, dated May 15, 2009 (Delivery Area/Route Number TCH225F).

13. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bibiana Alvarez, dated May 15, 2009 (Delivery Area/Route Number TCH225G).

14. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gisela Monjaras-Lechuga, dated May 15, 2009 (Delivery Area/Route Number TCH248A).

15. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gloria Rosales, dated May 15, 2009 (Delivery Area/Route Number TCH248B).

16. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gloria Rosales, dated May 15, 2009 (Delivery Area/Route Number TCH248C).

17. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated May 15, 2009 (Delivery Area/Route Number TCH248D).

18. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated May 25, 2009 (Delivery Area/Route Number TCH248E).

19. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pascual Pascual-Felipe, dated May 25, 2009 (Delivery Area/Route Number TCH249A).

20. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bibiana Alvarez, dated September 28, 2009 (Delivery Area/Route Number TCH249B).

21. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bibiana Alvarez, dated September 28, 2009 (Delivery Area/Route Number TCH249C).

22. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and David Krizman, dated May 16, 2009 (Delivery Area/Route Number TCH249D).

23. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and David Krizman, dated May 16, 2009 (Delivery Area/Route Number TCH249E).

24. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kathleen Cakalic, dated May 15, 2009 (Delivery Area/Route Number TCH286C).

25. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated November 10, 2009 (Delivery Area/Route Number TCH286D).

26. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gloria Serrano, dated November 16, 2009 (Delivery Area/Route Number TCH286E).

27. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nichelle Maule, dated May 15, 2009 (Delivery Area/Route Number TCH286E).

28. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gordon Brown, dated May 15, 2009 (Delivery Area/Route Number TCH286F).

29. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated May 15, 2009 (Delivery Area/Route Number TCH286G).

30. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Mark Cook, dated May 16, 2009 (Delivery Area/Route Number TGB233B).

LA\2061335.3

31. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sandra Luz Ahumada, dated October 13, 2009 (Delivery Area/Route Number TGB295A).

32. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Elizabeth Pina-Pascual, dated October 13, 2009 (Delivery Area/Route Number TGB295B).

33. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Elizabeth Pina-Pascual, dated May 25, 2009 (Delivery Area/Route Number TME206C).

34. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Elizabeth Pina-Pascual, dated May 25, 2009 (Delivery Area/Route Number TME206D).

35. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Christian Canez, dated September 1, 2009 (Delivery Area/Route Number TQC240A).

36. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kristopher Reticulian, dated May 11, 2009 (Delivery Area/Route Number TQC242A).

37. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Clifton Palmer, dated May 15, 2009 (Delivery Area/Route Number TQC242B).

38. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Andria Johnson-Rieger, dated May 15, 2009 (Delivery Area/Route Number TQC242C).

39. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Clifton Palmer, dated May 15, 2009 (Delivery Area/Route Number TQC242D).

40. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Shannon Young, dated May 15, 2009 (Delivery Area/Route Number TQC242E).

41. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Shannon Young, dated May 15, 2009 (Delivery Area/Route Number TQC242F).

42. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Andria Johnson-Rieger, dated May 15, 2009 (Delivery Area/Route Number TQC242G).

LA\2061335.3

43. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Clifton Palmer, dated May 15, 2009 (Delivery Area/Route Number TQC242H).

44. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lauren J. Miller, dated June 10, 2009 (Delivery Area/Route Number TQC242I).

45. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Christian Canez, dated September 28, 2009 (Delivery Area/Route Number TQC243A).

46. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Robert Hetrick, dated May 11, 2009.

Glendale/Peoria Today

1. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 19, 2009 (Delivery Area/Route Number 601).

2. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated December 1, 2009 (Delivery Area/Route Number 602).

3. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated December 20, 2009 (Delivery Area/Route Number 603).

4. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 14, 2009 (Delivery Area/Route Number 605).

5. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 3, 2009 (Delivery Area/Route Number 606).

6. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Barry Hargrave, dated December 7, 2009.

7. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated December 28, 2009 (Delivery Area/Route Number 608).

8. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Majorie Leary, dated November 23, 2009 (Delivery Area/Route Number 609).

LA\2061335.3

9. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated December 10, 2009 (Delivery Area/Route Number 610).

10. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Scott Pauls, dated December 3, 2009 (Delivery Area/Route Number 612).

11. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Barbara Ratliff, dated December 9, 2009.

12. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Majorie Leary, dated November 23, 2009 (Delivery Area/Route Number 615).

13. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated November 24, 2009 (Delivery Area/Route Number 616).

14. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated December 11, 2009 (Delivery Area/Route Number 617).

15. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Julian Cortes Solis, dated December 30, 2009.

16. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 628).

17. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 629).

18. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 630).

19. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Scott Pauls, dated December 3, 2009 (Delivery Area/Route Number 631).

20. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Walter LaCoste, dated January 14, 2010 (Delivery Area/Route Number 633).

21. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Walter LaCoste, dated January 14, 2010 (Delivery Area/Route Number 634).

22. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated December 1, 2009 (Delivery Area/Route Number 637).

23. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated December 1, 2009 (Delivery Area/Route Number 638).

24. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta Maillet, dated January 10, 2009.

25. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nancy Rojas, dated November 20, 2009.

26. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 650).

27. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 651).

28. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 19, 2009 (Delivery Area/Route Number 652).

29. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 680).

30. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 691).

31. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 693).

32. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 695).

LA\2061335.3

33. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 696).

34. Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 698).

# Exhibit D

## Intercompany Accounts

1. 0000-14510-00000-01-0601-0000 Intercompany - LT - FNI
2. 0000-14510-00000-01-0760-0000 Intercompany-Yuma Adj
3. 0000-14510-00000-01-0100-0000 Interco-Metro Division
4. 0000-14510-00000-01-0200-0000 Intercompany - OCR
5. 0000-14510-00000-01-0400-0000 Intercompany Colorado Springs
6. 0000-14510-00000-01-0600-0000 Intercompany - FNI
7. 0000-14510-00000-01-0720-0000 Intercompany - Victorville
8. 0000-14510-00000-01-0750-0000 Intercompany-Yuma
9. 0000-14510-00000-01-1010-0000 Intercompany - Gastonia
10. 0000-14510-00000-01-1020-0000 Intercompany - Seymour
11. 0000-14510-00000-01-1040-0000 Intercompany - Jacksonville IL
12. 0000-14510-00000-01-1530-0000 Intercompany - Brownsville
13. 0000-14510-00000-01-1630-0000 Intercompany - Sedalia
14. 0000-14510-00000-01-1810-0000 Intercompany - Panama City
15. 0000-14510-00000-01-4510-0000 Intercompany
16. 0000-14510-00000-01-4520-0000 Intercompany - FSVC
17. 0000-14510-00000-01-4540-0000 Intercompany - ITHQ

<center>**Exhibit E**</center>

<center>**Excluded Assets**</center>

1. Any and all cash on hand as of the Closing Date, including all cash in Freedom bank accounts and Credit card processing accounts, contained as part of the following:

   Accounts 10203-10720 on the balance sheet

   | | | |
   |---|---|---|
   | Chase Bank depository | #xxxxxxxxxx5566 | Freedom Arizona Information Inc. |
   | American Express | # xxx xxx 606 7 | Freedom Newspaper of Az |
   | Suntrust Merchant Services | # xxxx xxxx 0882 | Mesa Tribune - Classif |
   | Suntrust Merchant Services | # xxxx xxxx 8886 | Mesa Tribune-Adv/Circ |
   | Suntrust Merchant Services | # xxxx xxxx 1880 | Mesa Tribune-Sun City |
   | Suntrust Merchant Services | # xxxx xxxx 9884 | Mesa Tribune-Front Count |
   | Discover Network | # xxxx xxxx x063 77x | Freedom Newspaper of Arizona |

2. Any and all Land, Building and Building Improvements located at 120 W. First Avenue, Mesa, AZ, 85210 and 124 W. First Avenue Mesa, AZ 85210, including parcel numbers: 901-23-127-1; 138-42-015-5; 138-42-016-2; 138-42-014-8; 138-42-011-6; 138-42-017-0; 138-42-018-7; 138-42-020-5; 138-042-019-4; 138-42-012c-1; 138-42-012a-2; and 138-42-012d-0.

3. Tutor Time Accounts Receivable aka National Child Care; Rick Sodja Natl Child Care, and R Sodja/Natl Retail Development and bad debt reserves included in the AZIMG A/R commercial Printing account 12200 and bad debt reserve account 12510.

4. Freedom Loan receivable included in A/R Employees account 14100.

5. Monster receivable in account 12000.

6. Deposit with Salt River Project.

7. Credit card deposit in account 11936.

8. Assets for Publisher's use including: Laptop, Monitor, Printer, Docking station and 2007 Acura MDX.

9. Except for the editorial/advertising system servers currently residing on the Seller's premises, any and all hardware, software, licenses, systems, technology or intellectual property provided by or related to Digital Technology International, LLC (also known as Publisher Business Systems) products and services, including, but not limited to, the following:

   | DTI Software | Sold | In Use |
   |---|---|---|
   | SpeedWriter | 74 | 74 |
   | Archive Access for SpeedWriter | 12 | 12 |

| | | |
|---|---|---|
| Advanced Search (R-Ware) Plug-In for SpeedWriter | 12 | 12 |
| Message Center Plug-In for SpeedWriter (74 Mesa, 12 Sun City) | 86 | 86 |
| SpeedWriter w/Message Center & Editorial Media Access (Ahwatukee) | 8 | 8 |
| PageSpeed | 38 | 38 |
| Archive Access for PageSpeed | 12 | 12 |
| Advanced Search (R-Ware) Plug-in for PageSpeed | 12 | 12 |
| Plan Center Plug-In for PageSpeed (38 Mesa, 12 Sun City) | 50 | 50 |
| Messge Center Plug-In for PageSpeed (38 Mesa, 12 Sun City | 50 | 50 |
| PageSpeed w/Message Center & Editorial Media Access (Ahwatukee) | 6 | 6 |
| ClassSpeed | 50 | 50 |
| Contact Management Plug-In for ClassSpeed | 50 | 50 |
| Class Speed | 15 | 15 |
| Contact Management Plug-In for ClassSpeed | 15 | 15 |
| Account Speed | 10 | 10 |
| ClassSpeed Web Order Entry | 1 | 1 |
| eWriter | 1 | 1 |
| AdProof | 1 | 1 |
| AdReady | 1 | 1 |
| SpeedURL | 1 | 1 |
| ImageSpeed w/Mess Ctr, Ad, Ed, Adv Search & Arch (Ahwatukee) | 3 | 3 |
| PlanCenter (upgraded from SpeedPlanner) | 22 | 22 |
| Ad Speed | 20 | 20 |
| Report Writer (Bi-Query – User) | 9 | 9 |
| Report Writer (Bi-Query – User) | 1 | 1 |
| Report Writer (GQL for Mac) | 4 | 4 |
| Report Writer (GQL for Mac) | 1 | 1 |
| Report Model | 1 | 1 |
| Report Model – Crystal | 1 | 1 |
| SpeedDriver | 3 | 4 |
| Message Center Plug-In (4 Mesa, 2 Sun City) | 6 | 6 |
| PlanSpeed (upgrade from PlanBuilder) | 2 | 2 |
| Message Center (4 Mesa, 3 Sun City) | 6 | 6 |
| PlanSpeed (PlanBuilder w/Classified & Graphics DB Access) | 1 | 1 |
| WireSpeed | 1 | 1 |
| WireSpeed (Back-up) | 1 | 1 |
| PhotoWire Receiver | 1 | 1 |
| PhotoWireSpeed (Back-up) | 1 | 1 |
| ERD & Data Dictionary Specifications | 1 | 1 |
| DTI Failover Solution | 2 | 2 |
| DTI Failover Solution | 2 | 2 |
| DTI Failover Solution (Mesa) | 1 | 1 |
| SpeedAuthorize | 1 | 1 |
| SpeedAuthorize | 1 | 1 |
| INT: Standard XML for Web Expor (Advertising) | 1 | 1 |
| INT: Custom - PBS Billing | 1 | 1 |
| INT: Custom – Cash Register Interface | 1 | 1 |

2

| | | |
|---|---|---|
| INT: Billing – GEAC | 1 | 1 |
|    Upgraded | 1 | 1 |
| INT: Custom – ASCII 05 | 1 | 1 |
| INT: Standard Web Export | 1 | 1 |
|    Upgraded (Custom) | 1 | 1 |
| INT: DTI to Olive | 1 | 1 |
| DB: Environment Licenses (2 Mesa, 17 Ahwatukee) | 19 | 19 |
| DB: Environment Licenses | 16 | 16 |
| DB: Editorial | 94 | 94 |
| DB: Media (Graphics) | 52 | 52 |
| DB: Classified | 36 | 36 |
| DB: Pagination | 24 | 24 |
| DB: AdManage (Ad DB Lic.) | 21 | 21 |
| DB: Classified for ClassSpeed | 2 | 2 |
| DB: Classified for PlanBuilder | 1 | 1 |
| DB: Adv/Class | 1 | 1 |

**SyBase**

| | | |
|---|---|---|
| SyBase Server License for Test Server | 1 | 1 |
| SyBase ADL Server ASE workplace | 3 | 3 |
| SyBase ADL Server ASE Enterprise | 4 | 4 |
| SyBase IAL | 8 | 8 |
| SyBase ADL Seat Licenses | 208 | 208 |

**Adobe**

| | | |
|---|---|---|
| Adobe InDesign | 77 | 77 |
| Adobe InCopy | 128 | 128 |
| Adobe CS2 Premium PhotoShop Upgrade | 9 | 9 |
| Adobe CS2 Premium Upgrade | 13 | 13 |

**Other Software:**

| | | |
|---|---|---|
| Pagination Client Access | 56 | 0 |
| Speed FTP | 2 | 0 |
| WAN Client Software | 5 | 0 |
| ImageSpeed | 1 | 0 |
| DB: RetrievalWare | 12 | 0 |
| DB: WAN | 5 | 0 |

**Other Applications:**

| | | |
|---|---|---|
| Web Client Software | 1 | 0 |
| Javelin | 16 | 0 |
| Internet Publisher | 1 | 0 |
| ClassSpeed User Replication | 1 | 0 |

LA\2063177.1

**PBS Software**

Media Plus Graphical Circulation Management
Media Plus List MatchPlus
Media Plus InsertPlus Management
Media Plus Circulation InSight
Media Plus iServices Subscriber
Customer Service API
Circulation Database Conversion Utilities

| Third Party Programs | Number of Users |
|---|---|
| **Progress (Production Server)** | |
| Enterprise Server Runtime | 50 |
| Query/RESULTS | 1 |
| Full Development | 1 |
| Client Networking | 1 |
| WebSpeed Transaction Server | 25 |
| ESQL/C | 1 |
| | |
| **Progress (Backup Server)** | |
| Enterprise Server Runtime | 50 |
| Query/RESULTS | 1 |
| Full Development | 1 |
| Client Networking | 1 |
| WebSpeed Transaction Server | 25 |
| ESQL/C | 1 |
| | |
| **Firstlogic/Postal Soft** | |
| PostWare ACE | |
| PostWare Presort Plus Manager | |
| PostWare Presort Plus Standard A | |
| DataLabel Plus | |
| | |
| **Cognos (Circulation InSight)** | |
| PowerPlay User | 10 |
| PowerPlay Administrator | 1 |
| Impromptu User | 10 |
| Impromptu Administrator | 1 |

10. In the event that Buyer elects to exclude the Purchased Real Property from the assets to be transferred to Buyer at Closing pursuant to 5.12, the utility installations and like improvements located at or on the Purchased Real Property set forth on this Exhibit A shall be deemed Excluded Assets.

11. Intellitunes Server and Software.

4

12. All intercompany receivables – Account sequence 14510.

13. Any and all of the following:
   a. Original Personnel records and files – Copies to be provided to buyer at time of closing.
   b. Contracts and agreements which serve Seller's Affiliates that will not be assigned as part of this Agreement.
   c. Systems and software that will be used or accessed as part of the Transition Services Agreement.
   d. Benefits, accruals or receivables under Seller's or Seller's Affiliates' benefit, retirement or insurance policies and plans.
   e. Tax refunds/rebates arising before the Closing Date.
   f. Tradenames, trademarks, names or logos applicable to Seller's Affiliates, including, but not limited to, any tradename, trademark, name or logo involving "Freedom".

LA\2063177.1

**Exhibit F**

**Purchased Business Employees**

1. Abel, Andrew Corey
2. Acosta Nunez, Maria
3. Acosta, Teresa
4. Adams, Christopher A.
5. Allen, John F
6. Anderson, Juannell L
7. Andrews, Caitlyn
8. Aslandes, Patricia G
9. Barajas, Maria G.
10. Barakat, Darren
11. Bates, Mitchell L.
12. Beeson, Carlton C
13. Behrendt, Emily A
14. Benear, Lorain
15. Benson, John A
16. Bertolino, Bill
17. Biddulph, Deanna
18. Black, Belinda
19. Boeding, Doug W
20. Boggan, Thomas
21. Bolas, Richard A
22. Bradshaw, Todd E.
23. Brady, Laura L.
24. Brandsoy, Barbara
25. Brasher, Ron

26. Brown, Karen M

27. Brown, Scott R.

28. Brown, Theodore W.

29. Bruns, Penny

30. Bucio, Jose M.

31. Burks, Steven C.

32. Bustamante, Katherine S

33. Byerly, Christy

34. Carlston, Christine J

35. Carlton, Ruth

36. Carranza, Cameron M

37. Case, Michael A

38. Cassaro, Nelson C

39. Cervantes, Angel M

40. Chapman, Wade R.

41. Chernek, Stephen L

42. Cohn, Ari

43. Cole, Kim I

44. Connolly, Dennis A

45. Cook, Deborah

46. Coppola, Mary K

47. Cornall, Shannon

48. Cota, Elaine

49. Cuenca, George

50. Dempsey, Jeff

51. Denham, Brad B.

52. Dentice, Frank

2

53. Desantis, Maria G

54. Devine, Gloria

55. Dibona, Theresa

56. Dickey, James B

57. Dickey, Monica L

58. Dionisio, Lori

59. Dixie, Patricia Lynn

60. Donohue, Patricia K

61. Dubishar, Brock

62. Dubois, Michelle S

63. Duke, Terry M

64. Elvers, Lori

65. Farfan, Alma I.

66. Fera, Brett C

67. Flake, R Kevin

68. Flores, Jose Manuel

69. Fox, Jennifer

70. Freedman, Paul H

71. Freso, Ralph D.

72. Gage, Robert

73. Gaines, Jason F

74. Galusha, Robert A

75. Gamez, Tina M

76. Garber, Lynn G.

77. Gately, Edward

78. Gatschet, Jacob C

79. Gerdes, Nancy J.

80. Gerster, Janet D

81. Gerz-Lilley, Marie A

82. Gibbs, Sandra

83. Gonzales De Zaragoza, Maria

84. Goodenough, Lesa L

85. Gossie, Michael

86. Goze, Daniel L.

87. Grado, Gary

88. Granillo, Alfonso

89. Groff, Garin

90. Gross, Nancy

91. Groves, Theodore R

92. Gutierrez, Bertina

93. Gutierrez, Guadalupe

94. Gutierrez, Olivia

95. Hacker, Timothy S.

96. Hammer, Charles R.

97. Harden, Cheryl M

98. Harris, Julie Ann

99. Harter, Jess J

100. Hasenauer, Linda J.

101. Hayes, Krystal

102. Heckart, James R

103. Hedgpeth, Michael D

104. Hein, Jamie L

105. Heller, Mark

106. Hernandez, Margarita

107. Herrera, Oliva

108. Herrera, Paula

4

109. Herzog, Blake E.

110. Hoppes, Mollie J

111. Huskey, Sarah

112. Infalt, Michele L

113. Jepson, Cameron

114. Johnson, Brian

115. Johnson, Phil S

116. Joseph, Jason

117. Kagebein, Michael

118. Kaseburg, Clint E

119. Kedzierski, Leslie S

120. Keefe, Joni A

121. Keim, Amanda

122. Keyser, Elizabeth

123. Kirshman, S Mark

124. Kleine, James A

125. Klepser, Roberta A.

126. Kollman, Kristene E

127. Kopta, Kathleen

128. Lambert-Slagowski, Joy E.

129. Landreth, Casey

130. Leyshon, Maryanne

131. Lienard, Chris

132. Lowery, Ashley

133. Lowery, Mary J

134. Loyola, Graciela

135. Luna, Bridget

136. Luna, Shelly

LA\2063178.1

137. Lynch, Thomas

138. Martin, Emily

139. Martinez, Edward

140. Matthews, Blaine R

141. Matthews, Patricia

142. Mays, Karen S.

143. McCarthy, Daniel T

144. McColey, Kerry

145. McMahon, Mary E

146. Melissa, Michael A.

147. Mendoza Diaz, Maricela

148. Mercure, Randol

149. Mier, Veronica

150. Miles, Casey R

151. Millslagle, Gary

152. Mims, Zsaber

153. Mixer, Kelly A

154. Morales, Flora

155. Morin, Charlotte

156. Munshi, Sonu

157. Murphy, Douglas

158. Myers, Eva

159. Navarrette, Mona Lisa R

160. Nice, Richard

161. Nick, John R

162. Odegard, Kyle

163. Ontiveros, Daniel

164. Ortiz, Jesus

165. Ottley, Aimee Dawn

166. Palmerine, Michael

167. Parker, William D

168. Patton, RaeAnn Rene

169. Pesetsky, Kitty

170. Peters, Jayson

171. Pitts, Christopher L.

172. Portillo, Jose L.

173. Ptak, Kathleen N

174. Purdon, Timothy G.

175. Reese, Michelle

176. Richardson, Rosemary

177. Ringle, Hayley J

178. Rissi, Jeanne M

179. Roach, Holli

180. Roberts, William C

181. Rodriguez, Brandi

182. Rogers, Curtis

183. Rohrer, Amanda J.

184. Romantic, Robert

185. Roquemore, Vincent

186. Rovegno, Susan

187. Sakal, Mike J

188. Salgado, Leticia

189. Sanchez, Robertina

190. Sanders, Cindy

191. Schwan, Brenda L.

192. Scott, Anthony J

7

193. Serna, Victoria

194. Settles, Frank

195. Sherrill, Claudia L.

196. Smith, Gary A

197. Smith, Richard L

198. Snoble, Diane S

199. Sosa, Maria

200. Spino, Valerie

201. Sullivan, Teresa

202. Swartz, Matthew

203. Taylor, Edward

204. Terrill, Lorraine A

205. Todd, Cecelia A

206. Torres, Joseph I

207. Travis, Alison

208. Tsianos, Vasiliki K.

209. Turner, Erin

210. Utasi, Gabriel

211. Vantrease, Mitchell L.

212. Villegas, Jorge M

213. Walker, Janet G.

214. Ward, Larry G.

215. Waters, Robert K.

216. Watkins, Derek D

217. Webb, Brian K.

218. Webb, Darryl

219. Webb, Shelly Michele

220. Webb, Terry D

8

221. Welton, Michael L

222. Wiggs, Krystin

223. Willett, Alfred C

224. Willis, Patricia A

225. Willsey, William L

226. Wolf, Laurie

227. Wood, Keaton H

228. Woodfill, David

229. Woodruff, Brittany D

230. Wurtz, Nancy L.

231. Yantis, John

232. Zajac, Amanda

LA\2063178.1

**Exhibit G**

**Transition Services Agreement**

**[SEE ATTACHED]**

## TRANSITION SERVICES AGREEMENT

This **TRANSITION SERVICES AGREEMENT** (this "Agreement") dated as of [      ], 2010, is by and among 1013 Communications, LLC, a Nevada limited liability company ("Buyer") and Freedom Arizona Information, Inc., a California corporation ("Seller").

## RECITALS

A.     Seller and Buyer have entered into an Asset Purchase Agreement, dated as of February 12, 2010 (the "Asset Purchase Agreement"), pursuant to which Buyer has agreed to purchase certain assets and assume certain liabilities from Seller.

B.     The Asset Purchase Agreement provides that Buyer and Seller shall enter into an agreement pursuant to which Seller will provide Buyer with certain transition services after the Closing Date for a limited period of time.

C.     Seller is not in the business of providing transition services to third parties; however, at Buyer's request and subject to the terms and conditions of this Agreement, in fulfillment of Seller's obligations under the Asset Purchase Agreement, Seller is willing to provide the transition services specified in the schedules attached hereto (each, a "Schedule") to Buyer for a limited period of time to facilitate the transfer of the Purchased Business to Buyer in connection with the Asset Purchase Agreement.

In connection with the Asset Purchase Agreement, Buyer desires to engage Seller to perform certain transition services for Buyer, and Seller is willing to perform such services, on the terms set forth in this Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## ARTICLE I.

## DEFINITIONS AND INTERPRETATIONS

Section 1.01. Definitions.  In addition to the following terms, which shall have the meanings indicated below, all capitalized terms used herein but not defined in this Agreement shall have the meanings set forth in the Asset Purchase Agreement:

"Change of Control" means:  (i) the direct or indirect sale or other disposition (in one or more transactions to one or more parties) of all or any material portion of the Purchased Business Assets; or (ii) the direct or indirect transfer of more than 25% of the outstanding voting interests (on a primary basis) or economic interests in any entity that directly or indirectly controls the Purchased Business or owns the Purchased Business Assets in a single transaction or series of related transactions.

"Event of Insolvency" means that Buyer shall:  (a) be or become insolvent (as defined in any applicable state law and/or the United States Bankruptcy Code); (b) make a general assignment for the benefit of creditors or to an agent authorized to liquidate any

substantial amount of its assets; (c) become the subject of an "order for relief" within the meaning of the United States Bankruptcy Code or similar foreign laws; (d) file a petition for relief under the United States Bankruptcy Code or similar foreign laws, or to effect a plan or other arrangement with creditors; (e) file an answer to a creditors petition, admitting the material allegations thereof, for involuntary bankruptcy or for reorganization or to effect a plan or other arrangement with creditors; (f) apply to a court for the appointment of a receiver or custodian for any of its assets or properties; (g) have a receiver or custodian appointed for any of its assets or properties, with or without consent, and such receiver shall not be discharged within 60 days after appointment; (h) propose, implement or adopt a plan of liquidation or disposition of a substantial amount of its assets; or (i) admit in writing its inability to pay its debts as they become due or take any corporate action in furtherance of any such action, or, to the fullest extent permitted by law, dissolve or liquidate; or Buyer's board of directors or any other person or entity charged with directing the affairs of Buyer shall take any action to initiate any of the actions specified in subsections (a) through (i).

"Fees" shall have the meaning set forth in Section 3.01.

"Term" means, with respect to any Services, the period during which Seller is required to perform or provide (or cause to be performed or provided) such Services, as set forth in Schedule 2.01.

## ARTICLE II.

## PROVISION OF SERVICES

Section 2.01. <u>Services</u>. Subject to the terms and conditions of this Agreement, Seller shall perform or provide to Buyer (or cause to be performed or provided to Buyer) at Buyer's request the services, functions and responsibilities listed on Schedule 2.01 (the "Services"), in each case during the applicable Term for such Services, as indicated therein. Seller shall have no obligation to perform or provide Services (a) unless or until Buyer requests in writing that every such service be provided or (b) if and to the extent that Seller's performance or provision thereof requires data, information, instructions, access to facilities or reasonable assistance or cooperation from Buyer, and Buyer fails timely to provide the same.

Section 2.02. <u>Standard of Performance</u>. Subject to the terms and conditions hereof, Seller shall use commercially reasonable efforts to perform or provide (or cause to be performed or provided) the Services at levels of quality and care that are consistent in material respects with the levels at which services similar to such Services have been performed or provided to or by Seller during the three (3) month period immediately prior to the Closing Date. In the event of any failure by Seller to comply with this covenant, Seller shall, at Seller's sole and exclusive option and as Buyer's sole and exclusive remedy, either (i) reperform or re-provide (or cause to be reperformed or re-provided) the affected Services, or (ii) refund to Buyer (or set off against amounts payable by Buyer to Seller) a portion of the Fees actually paid by Buyer for the affected Services that is equal, in Seller's sole and exclusive judgment, to the diminution in the value of the Services actually performed or provided to Buyer.

Section 2.03. Disclaimer. EXCEPT AS SPECIFICALLY SET FORTH IN SECTION 2.02, SELLER HEREBY EXPRESSLY DISCLAIMS ON BEHALF OF ITSELF AND ITS AFFILIATES, SUBCONTRACTORS AND SERVICE PROVIDERS ANY AND ALL REPRESENTATIONS, WARRANTIES, LIABILITIES AND OBLIGATIONS (WHETHER WRITTEN OR ORAL, EXPRESS, IMPLIED OR STATUTORY) WITH RESPECT TO THE SERVICES, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OR MERCHANTABILITY, SUITABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT.

Section 2.04. Non-Exclusivity. Nothing in this Agreement shall prevent Seller or its Affiliates, subcontractors or service providers from providing any Service to any other Person.

ARTICLE III.

COMPENSATION FOR SERVICES

Section 3.01. Compensation. Buyer shall timely pay to Seller in advance the monthly fees set forth on Schedule 2.01 in respect of the Services to be performed or provided by Seller during such month (such fees, as may be adjusted from time to time in accordance with Section 3.03, the "Fees"). Seller shall submit to Buyer in advance monthly statements of account ("Invoices") setting forth the Fees payable for the subsequent month, including any estimated Fees with respect to Services to be provided on an hourly basis during such month (each, an "Invoiced Amount"). If and to the extent that actual Services provided on an hourly basis during a particular month differ from Seller's estimate of such Services on the Invoice for such month, Seller shall adjust the Fees payable for the subsequent month accordingly (or charge or reimburse Buyer for the difference, if this Agreement is terminated). Each Invoiced Amount shall be paid in full within five (5) calendar days after the date of Invoice. Any Invoiced Amount not paid when due hereunder shall bear interest from and including the applicable due date to but excluding the date such amount is paid, at an annual rate equal to the lesser of six percent (6%) and the maximum rate permitted by applicable law.

Section 3.02. Disputed Amounts. If Buyer in good faith disputes the accuracy or legitimacy of any Invoice or Invoiced Amount, it shall promptly notify Seller in writing of such dispute and pay any undisputed portion of the Invoice or Invoiced Amount. Upon resolution of the dispute, Buyer shall promptly pay any portion of the disputed amount determined to be due and payable.

Section 3.03. Fee Adjustments. In the event that Buyer desires that Seller provide one or more of the Services (other than those charged on an hourly basis) materially in excess of the levels contemplated by this Agreement or Schedule 2.01, or materially in excess of the levels at which Seller used similar services during the three (3) months immediately prior to the Closing Date, and Seller is willing to provide such increased levels of Services, then Seller shall have the right, immediately upon notice to Buyer, to make reasonable adjustments to the Fees to reflect such increased levels of Services.

LA\2020664.8

ARTICLE IV.

LIMITATIONS OF LIABILITY

NOTWITHSTANDING ANYTHING IN THIS AGREEMENT TO THE CONTRARY, NEITHER PARTY OR THEIR AFFILIATES, SUBCONTRACTORS OR SERVICE PROVIDERS SHALL BE LIABLE TO THE OTHER PARTY OR ITS AFFILIATES IN CONTRACT, TORT, STRICT LIABILITY, WARRANTY OR OTHERWISE, FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, DELAY, DISRUPTION, LOSS OF ANTICIPATED PROFITS OR REVENUE, DIMINUTION IN VALUE, DAMAGE TO REPUTATION, LOSS OF USE OF EQUIPMENT OR SYSTEM, OR EQUITY OR DEBT FINANCING COSTS, REGARDLESS OF WHETHER BUYER OR SELLER WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SELLER'S AND ITS AFFILIATES', SUBCONTRACTORS' AND SERVICE PROVIDERS' AGGREGATE LIABILITY TO BUYER UNDER THIS AGREEMENT SHALL BE LIMITED TO AND SHALL IN NO EVENT EXCEED THE AGGREGATE FEES ACTUALLY PAID TO SELLER HEREUNDER FOR THE SERVICES. THIS IS AN AGGREGATE LIMITATION; THE EXISTENCE OF ONE OR MORE CLAIMS UNDER THE AGREEMENT SHALL NOT INCREASE THE FOREGOING LIMITATION. BUYER EXPRESSLY ACKNOWLEDGES AND AGREES THAT THE RISK OF OWNERSHIP AND ANY ECONOMIC OUTCOME THAT RESULTS FROM ANY SERVICES PROVIDED OR PERFORMED HEREUNDER SHALL BE THE SOLE RESPONSIBILITY OF BUYER.

ARTICLE V.

TERM OF SERVICES; TERMINATION

Section 5.01. Term. Seller shall perform each of the Services during the applicable Term specified on Schedule 2.01. Nothing in this Agreement shall obligate Seller to provide any Service or portion thereof (i) after the applicable Term has expired for such Service or (ii) after such Service or portion thereof has been terminated for any reason in accordance with this Agreement.

Section 5.02. Termination.

(a)     This Agreement, and Seller's obligation to perform Services hereunder, shall automatically terminate three (3) months after the Closing Date, unless both parties agree in writing to extend the Term for one or more Services.

(b)     Buyer may terminate this Agreement or any or all particular Services (with respect to any individual Service, in whole and not in part), at any time during the applicable Term, upon thirty (30) days' written notice to Seller; provided, however, if Seller determines in its reasonable judgment that the termination of such Service is impracticable without also terminating other Services, Seller shall notify Buyer of such determination and Buyer shall have ten (10) days to notify Seller in writing of Buyer's intent to either (i) terminate the Service subject to Buyer's original notice as well as all related Services designated by Seller

(which termination shall be effective as of the end of the longest of the required termination notice periods for all Services terminated), or (ii) withdraw its request for termination of the Service subject to Buyer's original termination notice.

(c)     The effective termination date for any Service must be the last day of the month.

(d)     Seller may terminate any individual Service identified in <u>Schedule 2.01</u> upon thirty (30) days' written notice to Buyer where such Service is a service no longer provided by Seller to itself or any of its Affiliates.

(e)     If Buyer breaches any term of this Agreement (including failure to timely pay Fees pursuant to <u>Section 3.01</u>) and fails to cure such breach within five (5) days after receipt of notice from Seller, Seller may, in its sole and absolute discretion, terminate this Agreement or any one or more of the Services immediately upon written notice to Buyer.

(f)     This Agreement shall terminate automatically and without any further action upon: (i) the occurrence of an Event of Insolvency (as defined above) with respect to Buyer; (ii) the discontinuance by Buyer and its Affiliates of the Purchased Business; or (iii) a Change of Control.

Section 5.03.  <u>Effects of Termination</u>.

(a)     In the event of any termination with respect to any one or more, but less than all, of the Services, this Agreement shall continue in full force and effect with respect to any Services not terminated thereby.

(b)     Upon any termination of particular Services in accordance with the terms hereof, each party agrees that the terminating party shall not be liable for damages or indemnification of any nature as a result of exercising such termination right.

(c)     Upon any termination of particular Services in accordance with the terms hereof, no party shall have any further payment or performance obligations with respect to such terminated Service(s) (except for any Fees payable with respect to such Service(s) that have not been invoiced and/or paid as of the date of termination).

Section 5.04.  <u>Confidentiality</u>.     Seller shall undertake reasonable precautions to safeguard and protect the confidentiality of any non-public information relating to Buyer or its businesses disclosed to Seller by Buyer. Buyer shall undertake reasonable precautions to safeguard and protect the confidentiality of any non-public information relating to Seller or its businesses disclosed to Buyer by Seller. The confidentiality covenants contained in this Section 5.04 shall survive until two years from the date of termination of this Agreement.

ARTICLE VI.

GENERAL PROVISIONS

Section 6.01. <u>Notices</u>.  Any and all notices or other communications required or permitted to be given in connection with this Agreement shall be provided in the manner set forth in the Asset Purchase Agreement.

Section 6.02. <u>Entire Agreement</u>.  This Agreement, including all Schedules hereto, all of which are hereby incorporated herein by reference, constitutes the entire agreement between the parties, and all promises, representations, understandings, warranties and agreements with reference to the subject matter hereof and inducements to the making of this Agreement relied upon by any party hereto, have been expressed herein or in the documents incorporated herein by reference.

Section 6.03. <u>Severability</u>.  The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provision hereof.

Section 6.04. <u>Assignability</u>.  This Agreement may not be assigned without the prior written consent of the other party; <u>provided</u>, <u>however</u>, that (i) Seller may assign any or all of its rights hereunder to one or more of its Affiliates and (ii) Seller or any of its Affiliates may assign any rights or obligations hereunder in connection with a sale of all or substantially all of its assets.  Notwithstanding the foregoing, Seller may freely, and without notice to or consent from Buyer, subcontract to one or more third parties (including to its Affiliates) the performance of any of Seller's obligations hereunder.  This Agreement shall inure to the benefit of and be binding upon the parties and their respective heirs, legal representatives, successors and permitted assigns.

Section 6.05. <u>Amendment</u>.  This Agreement may be amended only by a written agreement executed by each of the parties.

Section 6.06. <u>Counterparts</u>.  This Agreement may be executed in multiple counterparts and delivered via facsimile, each of which shall be deemed in original but all of which together shall constitute one and the same instrument.

Section 6.07. <u>Governing Law; Dispute Resolution</u>.  The parties agree that this Agreement and any disputes, controversies or claims arising hereunder or related to the transactions contemplated hereby shall be interpreted according to the laws of the State of Delaware, excluding its choice of law rules that would apply any other law.  Any and all disputes arising under or relating to this Agreement or the parties' respective rights and obligations hereunder shall be resolved in the manner provided in the Asset Purchase Agreement.

Section 6.08. <u>Force Majeure</u>.  In the event of an act of God, government order or restraint, war (declared or undeclared) or warlike conditions, act of terrorism, blockade, revolution, strike, work stoppage, lockout, civil commotion, fire, flood, storm, earthquake, epidemic or any other occurrence beyond a party's reasonable control that materially impacts such party's ability to perform its obligations under this Agreement (other than its obligation to pay Fees for Services), such party shall notify the other party thereof and, so long as such

- 6 -

condition continues to impair such party's ability to perform its obligations under this Agreement, such party shall not be liable for, or deemed to be in breach as a result of, any delay in performing, or its failure to perform, such obligations.

Section 6.09. <u>Seller as Independent Contractor</u>. The parties agree that Seller shall perform the Services hereunder in the capacity of an independent contractor. Buyer shall not be considered an employer or joint employer of the personnel performing the Services, and Seller shall be solely responsible for and assume all liability for the safety and supervision of its own employees, agents, representatives and subcontractors in connection with the provision of the Services. Nothing in this Agreement shall be construed to mean or imply that Seller is a partner, joint venturer, agent or representative of, or otherwise associated with, Buyer. Neither Buyer nor Seller shall have the authority or power to bind each other or to contract in the name of, or create liability against, each other in any way or for any purpose. Neither party shall represent to others, or take any action from which others could reasonably infer, that one party is a partner, joint venturer, agent or representative of, or otherwise associated with, the other party.

Section 6.10. <u>Waiver</u>. Except where a specific period for action or inaction is provided herein, neither the failure nor any delay on the part of any party in exercising any right, power or privilege under this Agreement or the documents referred to in this Agreement shall operate as a waiver thereof, nor shall any waiver on the part of any party of any such right, power or privilege, nor any single or partial exercise of any such right, power or privilege, preclude any other or further exercise thereof or the exercise of any other such right, power or privilege. The failure of a party to exercise any right conferred herein within the time required shall cause such right to terminate with respect to the transaction or circumstances giving rise to such right, but not to any such right arising as a result of any other transactions or circumstances.

(Signature page follows)

LA\2020664.8

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Closing Date.

"SELLER"

**FREEDOM ARIZONA INFORMATION, INC.,**
a California corporation


By: _____

     Name: _____

     Its: _____

"BUYER"

**1013 COMMUNICATIONS, LLC,**
a Nevada limited liability company


By: _____

     Name: _____

     Its: _____

# SCHEDULE 2.01

**[See attached schedule of services and fees.]**

# Transition Services Agreement
## Schedule 2.01
Schedule of services and fees if requested by Buyer

| Systems | Monthly Access Total Monthly | Hourly Rate | Applicable Term |
|---|---|---|---|
| PBS maintenance - Mesa | $ 8,043 | | not to exceed 90 days from Closing Date |
| | | | |
| Financial Systems | | | |
| Great Plains | 1,278 | | not to exceed 90 days from Closing Date |
| Sourcecorp | is billed locally | | not to exceed 90 days from Closing Date |
| Infosys services | 8,592 | | not to exceed 90 days from Closing Date |
| **Total Finance** | **9,870** | | |
| | | | |
| Lockbox service | 1,600 | | not to exceed 90 days from Closing Date |
| | | | |
| Web Support | 210 | | not to exceed 90 days from Closing Date |
| Web Bandwidth | 573 | | not to exceed 90 days from Closing Date |
| Space / Power | 429 | | not to exceed 90 days from Closing Date |
| **Total Systems** | **20,725** | | |
| | | | |
| **Interactive** | | | |
| Indirect platform fees | | | |
| Brightcove video player | $ 275 | | not to exceed 90 days from Closing Date |
| Yume video adserving | 110 | | not to exceed 90 days from Closing Date |
| Pluck for comments and blogs | 1,018 | | not to exceed 90 days from Closing Date |
| Caspio for databases | 161 | | not to exceed 90 days from Closing Date |
| Zvents for event tracking | 293 | | not to exceed 90 days from Closing Date |
| Omniture for web analytics | 584 | | not to exceed 90 days from Closing Date |
| Hitwise for market research | 1,555 | | not to exceed 90 days from Closing Date |
| Doubleclick for ad serving fees | 668 | | not to exceed 90 days from Closing Date |
| Localeze for database content | 176 | | not to exceed 90 days from Closing Date |
| Upickem for contests | 220 | | not to exceed 90 days from Closing Date |
| Total indirect Platform fees | 5,060 | | |
| Direct Platform fees * | | | |
| Local Search - Orange Soda | 5,280 | | not to exceed 90 days from Closing Date |
| Legacy - obits | 154 | | not to exceed 90 days from Closing Date |
| Mixpo - Video on Profile Pages | 264 | | not to exceed 90 days from Closing Date |
| Real Estate - Gabriels | 5,400 | | not to exceed 90 days from Closing Date |
| Total direct Platform Fees | 11,098 | | |
| | | | |
| Google Search and Application Fees | 427 | | not to exceed 90 days from Closing Date |
| Ad Ops - mgmt, remnant, reporting and dept exp | 1,463 | | not to exceed 90 days from Closing Date |
| Ad Ops - Shared resources | 2,905 | | not to exceed 90 days from Closing Date |
| IT - Develop/Support/Maintenance | | 100.00 | not to exceed 90 days from Closing Date |
| Content - Products and Usability | | 100.00 | not to exceed 90 days from Closing Date |
| preceding hourly rates are to convert and/or migrate data | | | |
| Olive* | | | not to exceed 90 days from Closing Date |
| Monster** | | | not to exceed 90 days from Closing Date |
| | | | |
| **Total Interactive** | **20,953** | | |
| | | | |
| **Total TSA Fees - Freedom Corporate** | **$ 41,678** | | |

**Other potential transition services**

| | | |
|---|---|---|
| Lynn Garber and/or Pat Donohue accounting transition services monthly | **1,600** | not to exceed 90 days from Closing Date |

| | | |
|---|---|---|
| **Total Net TSA Fees** | **$ 40,078** | |

**Newsprint Ordering/Payment**

Newsprint will be ordered for 50 days past the closing date by Freedom with mutual agreement from the buyer for the order. Freedom shall pay newsprint payments through Papex for 30 days past the closing date and shall invoice Buyer immediately for such payments, which are due net 10. Buyer will be responsible for newsprint orders and payment after such time.

**Exhibit H**

**Assignment and Assumption Agreement/Bill of Sale**

**[SEE ATTACHED]**

## BILL OF SALE

This BILL OF SALE (this "Bill of Sale") is made as of [___] [•], 2010 by and among Freedom Arizona Information, Inc., a Delaware corporation, ("Seller"), and 1013 Communications, LLC, a Nevada limited liability company ("Buyer").

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of February 12, 2010, by and among Seller, Buyer and, solely for purposes of Article VII thereof, Freedom Newspapers, Inc., a Delaware corporation (as amended from time to time, the "Purchase Agreement"), Seller has agreed to sell to Buyer, and Buyer has agreed to purchase from Seller, for the consideration and upon the terms and subject to the conditions set forth in the Purchase Agreement, the Purchased Business Assets;

WHEREAS, the execution and delivery of this Bill of Sale is required by Section 2.6(d)(xi) of the Purchase Agreement;

WHEREAS, the Purchase Agreement provides that Seller shall sell, convey, transfer, assign and deliver to Buyer all of Seller's right, title and interest as of the Effective Time in, to and under the Purchased Business Assets; and

WHEREAS, Buyer desires to deliver to Seller such instruments as are required in order to effectuate and evidence the sale by Seller and purchase by Buyer of the Purchased Business Assets.

NOW, THEREFORE, for good and valuable consideration paid or payable to Seller by Buyer pursuant to the Purchase Agreement and in consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties to this Bill of Sale hereby agree as follows:

1.  Definitions. Each capitalized term used but not defined in this Bill of Sale shall have the meaning ascribed to it in the Purchase Agreement.

2.  Sale of Purchased Business Assets. Effective as of the Closing, on the terms and subject to the conditions of the Purchase Agreement, Seller hereby sells, conveys, transfers, assigns and delivers to Buyer all of Seller's right, title and interest as of the Effective Time in, to and under the Purchased Business Assets.

3.  Governance. Notwithstanding any other provision of this Bill of Sale to the contrary, nothing contained in this Bill of Sale shall in any way supersede, merge with, modify, replace, amend, change, rescind, waive, exceed, expand, enlarge or in any way affect the provisions set forth in the Purchase Agreement nor shall this Bill of Sale reduce, expand or enlarge any remedies under the Purchase Agreement. This Bill of Sale is intended only to evidence the sale, conveyance, transfer, assignment and delivery to Buyer of the Purchased Business Assets as of the Closing pursuant to the Purchase Agreement and shall be governed entirely in accordance with the terms and conditions of the Purchase Agreement. The terms of the Purchase Agreement are incorporated herein by this reference. In the event of a conflict or an inconsistency between this Agreement and the Purchase Agreement, the terms of the Purchase Agreement shall prevail.