# EXHIBIT C

**Assigned Contracts**

EXHIBIT C TO SALE MOTION

LIST OF CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED

The Debtors seek to assume and assign the executory contracts and unexpired leases below to the Buyer or the Successful Bidder (if not the Buyer).
Upon receiving this Exhibit, counterparties to those contracts and leases should locate their names, contracts and leases on this Exhibit.

| Name of Non-Debtor Counterparty | Name of Agreement | Debtors' Proposed Cure Amount |
|---|---|---|
| AmeriPride | Rental Service Agreement between AmeriPride and Daily Sun News, dated November 2, 2007. | $1,503.29 |
| CIT Communications Finance Corporation | Lease Agreement between CIT Communications Finance Corporation and Freedom Arizona Information Inc., dated April 19, 2006. | $904.97 |
| Creators Syndicate | Agreement between Creators Syndicate and Daily News-Sun for the purchase of THE WIZARD OF ID DAILY, commemorated in a signed letter dated March 2, 1992.<br><br>Agreement between Creators Syndicate, Inc. and News Sun providing for Sun City News Sun's right to receive the daily comic strip MOMMA, commemorated in a signed letter dated March 8, 1988. | $231.24 |
| King Features Syndicate | Agreement between King Features Syndicate and Tribune Newspapers for the right to publish daily BABY BLUES in Tribune Newspapers, commemorated in a signed letter dated January 15, 2009.<br><br>Agreement between King Features Syndicate and Daily News Sun for the right to publish Crankshaft, the Editorial Cartoon Package and Rex Morgan | $549.76 |
| Qwest Communications | Agreement between Tribune Newspapers and Qwest Corporation for point-to-point T-1 connection, dated October 2004<br><br>Agreement between Tribune Newspapers and Qwest Corporation for point-to-point T-1 connection, dated June 2006<br><br>Agreement between Tribune News Papers and Qwest Corporation for ISDN PRS phone to network service, dated December 2006 | $2,703.67 |
| Nauman Hobbs | Long Term Rental Agreement between Nauman Hobbs and Northwest Valley Newspaper, dated August 29, 2006, amended by Lease Extension Addendum dated August 28, 2009. | $722.34 |
| Neopost Leasing, Inc. | Lease Agreement between Neopost Leasing, Inc. and Freedom Communications, dated February 26, 2009.<br><br>Agreement between Neopost Leasing, Inc. and AZ Interactive, dated November 17, 2004.<br><br>Lease Agreement between Neopost Leasing, Inc. and Sun City Daily News Sun, dated January 13, 2009. | $2,814.23 |
| Pitney Bowes Global Financial Services LLC | Equipment Lease between Pitney Bowes Global Financial Services LLC and Freedom Communications and Equipment Service Agreement between Pitney Bowes Inc. and Freedom Communications, dated March 10, 2008. | $7.42 |
| Sims Business Systems | Agreement between Sims Business Systems and Tribune Newspapers, dated January 6, 2009.<br><br>Smart Print Agreement between Sims Business Systems and East Valley Tribune, dated July 9, 2009. | $4,421.69 |
| | Service Agreement between United Feature Syndicate, Inc. and The Tribune, dated November 2, 2000, providing for the non-exclusive right to publish materials included in the Scripps Howard News Service in The Tribune.<br><br>Service Agreement between United Feature Syndicate, Inc. and The Tribune, dated November 2, 2000, providing for the non-exclusive right to publish materials included in the Scripps Howard Photos & Graphics in The Tribune.<br><br>Service Agreement between United Feature Syndicate Inc. and The Tribune, dated April 12, 2004.<br><br>Service Agreement between United Feature Syndicate, Inc. and Daily News, dated June 7, 1982.<br><br>Service Agreement between United Feature Syndicate, Inc. and News Sun, dated July 10, 2002.<br><br>Service Agreement between United Feature Syndicate, Inc. and News Sun, dated September 20, 2006. | |

| Counterparty | Agreement | Amount |
|---|---|---|
| United Feature Syndicate, Inc. / United Media | Feature Agreement between United Feature Syndicate, Inc. and News Sun, dated September 19, 1997. | |
| | Pluscode Agreement between United Feature Syndicate, Inc. and Daily News-Sun, dated January 27, 1994. | |
| | Service Agreement between United Feature Syndicate, Inc. and The News Sun, dated January 2, 1984. | |
| | Features Agreement between United Feature Syndicate and The Sun City, dated January 29, 1987. | |
| | Service Agreement between United Feature Syndicate and News Sun, dated July 26, 1994. | |
| | Service Agreement between Newspaper Enterprise Association, Inc. and Daily News Sun, dated June 29, 1992. | $4,208.43 |
| Universal Press Syndicate | Agreement between Universal Press Syndicate and East Valley Tribune, dated January 4, 2006 | |
| | Agreement between Universal Press Syndicate and Daily News Sun, dated April 26, 2002 | |
| | Agreement between Universal Press Syndicate and Sun City News Sun, dated March 9, 1995 | $454.28 |
| Aspen Business Center, LLC | Industrial Net Lease between Aspen Business Center, LLC and Freedom Arizona Information, Inc., dated September 15, 2005. | $0.00 |
| New ProImage America | Contract for Services by and between The Tribune and New ProImage America, dated July 1, 2005. | $0.00 |
| Schad Enterprises, Inc. | Lease Agreement between Schad Enterprises, Inc. and Thomson Newspapers Inc., dated November 20, 1998. | $0.00 |
| Arizona Renaissance Festival | Print Trade Agreement between Arizona Renaissance Festival and Ahwatukee Foothills News, dated September 23, 2009. | $0.00 |
| Rock Bottom Brewery | Trade Agreement between Ahwatukee Foothills News and Rock Bottom Brewery, dated September 1, 2009. | $0.00 |
| Byron Marlowe | Independent Contractor/Advertising Sales Agreement by and between Freedom, d.b.a. The Tribune, and Byron Marlowe, dated April 27, 2009. | $0.00 |
| Rob Christensen | Independent Contractor/Advertising Sales Agreement by and between Freedom, d.b.a. The Tribune, and Rob Christensen, dated April 27, 2009. | $0.00 |
| Robin Clutter | Independent Contractor/Advertising Sales Agreement by and between Freedom Arizona, d.b.a. Clipper, and Robin Clutter, dated April 24, 2009. | $0.00 |
| Jeff Fair | Independent Contractor/Advertising Sales Agreement by and between Freedom Communications AZ Interactive, d.b.a. Clipper Magazine, and Jeff Fair, dated December 16, 2009. | $0.00 |
| Natasha Thorson | Independent Contractor/Advertising Sales Agreement by and between Freedom Communications AZ Interactive, d.b.a. Clipper Magazine, and Natasha Thorson, dated January 15, 2010. | $0.00 |
| Sylvia Charbonneau | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044A). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044B). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044F). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated January 1, 2010 (Delivery Area/Route Number AFN044I). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sylvia Charbonneau, dated May 15, 2009 (Delivery Area/Route Number TCH286G) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated January 1, 2010 (Delivery Area/Route Number AFN044C). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated January 1, 2010 (Delivery Area/Route Number AFN044D). | $0.00 |

| Contractor | Agreement | Amount |
|---|---|---|
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated January 1, 2010 (Delivery Area/Route Number AFN044E). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated May 15, 2009 (Delivery Area/Route Number TCH248D) | $0.00 |
| Lisa Bostwick | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lisa Bostwick, dated May 25, 2009 (Delivery Area/Route Number TCH248E) | $0.00 |
| Douglas Landuyt | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Douglas Landuyt, dated January 1, 2010. | $0.00 |
| Lori Hodgen | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lori Hodgen, dated January 1, 2010. | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Penny Ulness, dated January 1, 2010 (Delivery Area/Route Number AFN045A). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Penny Ulness, dated January 1, 2010 (Delivery Area/Route Number AFN045B). | $0.00 |
| Penny Ulness | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Penny Ulness, dated January 1, 2010 (Delivery Area/Route Number AFN045C). | $0.00 |
| Roberta E. Hauser | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta E. Hauser, dated January 1, 2010. | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gerald C. Hornbeck, dated December 1, 2009 (Delivery Area/Route Number AFN048B). | $0.00 |
| Gerald C. Hornbeck | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gerald C. Hornbeck, dated December 1, 2009 (Delivery Area/Route Number AFN048D). | $0.00 |
| Melissa J. Tanner | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Melissa J. Tanner, dated January 1, 2010. | $0.00 |
| Stephen Morgan | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Stephen Morgan, dated January 1, 2010. | $0.00 |
| Tammy Gordon | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tammy Gordon, dated January 1, 2010. | $0.00 |
| Eric Pierce | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Eric Pierce, dated January 1, 2010. | $0.00 |
| MaryEllen Albright | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and MaryEllen Albright, dated January 1, 2010. | $0.00 |
| Gladys Decastro | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gladys Decastro, dated January 1, 2010. | $0.00 |
| Conrad Robert Ernst | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Conrad Robert Ernst, dated January 1, 2010. | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Barbara Ratliff, dated October 28, 2009. | $0.00 |
| Barbara Ratliff | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Barbara Ratliff, dated December 9, 2009 | $0.00 |
| Don Nordstrom | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Don Nordstrom, dated October 30, 2009. | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Judy Castellanos, dated November 1, 2009 (Delivery Area/Route Number 5105). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Judy Castellanos, dated November 1, 2009 (Delivery Area/Route Number 5309) | $0.00 |
| Judy Castellanos | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Judy Castellanos, dated December 28, 2009 | $0.00 |

| Contractor | Agreement | Amount |
|---|---|---|
| Miguel Rosas | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5121). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5179). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5180). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5122) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated October 29, 2009 (Delivery Area/Route Number 5187). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Miguel Rosas, dated November 18, 2009 | $0.00 |
| Tom Corn | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Corn, dated November 11, 2009 (Delivery Area/Route Number 5123). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Corn, dated November 11, 2009 (Delivery Area/Route Number 5134). | $0.00 |
| Naomi Corn | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Naomi Corn, dated November 11, 2009 (Delivery Area/Route Number 5183). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Naomi Corn, dated November 11, 2009 (Delivery Area/Route Number 5176). | $0.00 |
| Cashina Rodriguez | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5132). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5136). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5144). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5145). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated October 30, 2009 (Delivery Area/Route Number 5190). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 732) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 734) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 736) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 751) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 753) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Cashina Rodriguez, dated December 9, 2009 (Delivery Area/Route Number 761) | $0.00 |

| | | |
|---|---|---|
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5186). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5235). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Angelique Markert, dated October 29, 2009 (Delivery Area/Route Number 5240). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 739) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 754) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 768) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated December 11, 2009 (Delivery Area/Route Number 617) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 650) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 651) | $0.00 |
| Angelique Markert | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Angelique Markert, dated November 20, 2009 (Delivery Area/Route Number 698) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5142). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5164). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5171). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Bruno Montoya, dated October 27, 2009 (Delivery Area/Route Number 5215). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 3, 2009 (Delivery Area/Route Number 733) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 3, 2009 (Delivery Area/Route Number 757) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 14, 2009 (Delivery Area/Route Number 605) | $0.00 |
| Bruno Montoya | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bruno Montoya, dated December 3, 2009 (Delivery Area/Route Number 606) | $0.00 |
| Mario Montoya | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Mario Montoya, dated October 26, 2009 (Delivery Area/Route Number 5207). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta Maillet, dated October 27, 2009 (Delivery Area/Route Number 5174). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Roberta Maillet, dated October 29, 2009 (Delivery Area/Route Number 5236). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta Maillet, dated November 20, 2009 | $0.00 |

| Name | Agreement | Amount |
|---|---|---|
| Roberta Maillet | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Roberta Maillet, dated January 10, 2009 | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Roberta Maillet, dated October 29, 2009 (Delivery Area/Route Number 5230). | $0.00 |
| Kevin Klose | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kevin Klose, dated January 27, 2010 (Delivery Area/Route Number 5175). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 4, 2009 (Delivery Area/Route Number 5185). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 23, 2009 (Delivery Area/Route Number 755) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 19, 2009 (Delivery Area/Route Number 601) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 19, 2009 (Delivery Area/Route Number 652) | $0.00 |
| Joanne Maillet | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Joanne Maillet, dated November 4, 2009 (Delivery Area/Route Number 5177). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Rene Abarca, dated October 27, 2009 (Delivery Area/Route Number 5181). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Rene Abarca, dated October 27, 2009 (Delivery Area/Route Number 5223). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Rene Abarca, dated October 27, 2009 (Delivery Area/Route Number 5228). | $0.00 |
| Rene Abarca | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Rene Abarca, dated December 1, 2009 | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz, dated January 12, 2010 (Delivery Area/Route Number 5182). | $0.00 |
| Pedro Diaz | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz, dated January 12, 2010 (Delivery Area/Route Number 5188). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Maria Diaz, dated October 28, 2009 (Delivery Area/Route Number 5226). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Maria Diaz, dated October 28, 2009 (Delivery Area/Route Number 5254). | $0.00 |
| Maria Diaz | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Maria Diaz, dated October 28, 2009 (Delivery Area/Route Number 5258) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated October 29, 2009 (Delivery Area/Route Number 5203). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated October 29, 2009 (Delivery Area/Route Number 5205). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated October 29, 2009 (Delivery Area/Route Number 5365) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated December 1, 2009 (Delivery Area/Route Number 602) | $0.00 |
| Donald Romani | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donald Romani, dated December 20, 2009 (Delivery Area/Route Number 603) | $0.00 |

| Contractor | Agreement | Amount |
|---|---|---|
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and June Pearson, dated October 29, 2009 (Delivery Area/Route Number 5210). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and June Pearson, dated October 29, 2009 (Delivery Area/Route Number 5217). | $0.00 |
| June Pearson | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and June Pearson, dated November 20, 2009 | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Scott Pauls, dated October 27, 2009 (Delivery Area/Route Number 5212). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Scott Pauls, dated October 27, 2009 (Delivery Area/Route Number 5229). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Scott Pauls, dated December 3, 2009 (Delivery Area/Route Number 612) | $0.00 |
| Scott Pauls | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Scott Pauls, dated December 3, 2009 (Delivery Area/Route Number 631) | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Raful Villada, dated October 27, 2009 (Delivery Area/Route Number 5214). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Raful Villada, dated October 27, 2009 (Delivery Area/Route Number 5221). | $0.00 |
| Raful Villada | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Raful Villada, dated October 27, 2009 (Delivery Area/Route Number 5103). | $0.00 |
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Janis L. Irvin, dated October 27, 2009 (Delivery Area/Route Number 5220). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated November 24, 2009 (Delivery Area/Route Number 766) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated November 24, 2009 (Delivery Area/Route Number 767) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated December 10, 2009 (Delivery Area/Route Number 610) | $0.00 |
| Janis Irvin | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Janis Irvin, dated November 24, 2009 (Delivery Area/Route Number 616) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated October 27, 2009 (Delivery Area/Route Number 5252). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated December 1, 2009 (Delivery Area/Route Number 765) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated October 27, 2009 (Delivery Area/Route Number 5253). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated December 1, 2009 (Delivery Area/Route Number 637) | $0.00 |
| Steve Irvin | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steve Irvin, dated December 1, 2009 (Delivery Area/Route Number 638) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Wilson Hinkle, dated October 29, 2009 (Delivery Area/Route Number 5225). | $0.00 |
| Wilson Hinkle | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Wilson Hinkle, dated November 20, 2009 | $0.00 |

| Contractor | Agreement | Amount |
|---|---|---|
| | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Francisco Zamora, dated October 28, 2009 (Delivery Area/Route Number 5232). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Zamora, dated October 28, 2009 (Delivery Area/Route Number 5245). | $0.00 |
| Francisco Zamora | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Zamora, dated October 29, 2009 (Delivery Area/Route Number 5310) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz Gonzales, dated October 28, 2009 (Delivery Area/Route Number 5244). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz Gonzales, dated October 28, 2009 (Delivery Area/Route Number 5248). | $0.00 |
| Pedro Diaz Gonzales | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Diaz Gonzales, dated October 28, 2009 (Delivery Area/Route Number 5311) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Metro, dated October 28, 2009 (Delivery Area/Route Number 5249). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Metro, dated October 28, 2009 (Delivery Area/Route Number 5255). | $0.00 |
| Tom Metro | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Tom Metro, dated October 28, 2009 (Delivery Area/Route Number 5257) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated October 28, 2009 (Delivery Area/Route Number 5250). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 760) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 771) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 628) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Schultz, dated November 23, 2009 (Delivery Area/Route Number 629) | $0.00 |
| Debbie Schultz | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Debbie Shultz, dated October 28, 2009 (Delivery Area/Route Number 5308) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Moreno, dated October 30, 2009 (Delivery Area/Route Number 5256). | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Moreno, dated October 30, 2009 (Delivery Area/Route Number 5314) | $0.00 |
| Francisco Moreno | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Francisco Moreno, dated October 30, 2009 (Delivery Area/Route Number 5363) | $0.00 |
| Pedro Chunga | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pedro Chunga, dated October 28, 2009 (Delivery Area/Route Number 5270) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donna Hart, dated October 29, 2009 (Delivery Area/Route Number 5273) | $0.00 |
| Donna Hart | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Donna Hart, dated January 4, 2009 | $0.00 |

| | | |
|---|---|---|
| Steven Plagens | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 5, 2009 (Delivery Area/Route Number 5359) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 5, 2009 (Delivery Area/Route Number 5361) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 720) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 721) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 722) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 680) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 691) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 693) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 695) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Steven Plagens, dated November 30, 2009 (Delivery Area/Route Number 696) | $0.00 |
| Julian Cortes Solis | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Julian Cortes Solis, dated December 30, 2009 (Delivery Area/Route Number 764) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Julian Cortes Solis, dated December 30, 2009 | $0.00 |
| Nancy Rojas | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nancy Rojas, dated November 20, 2009 (Delivery Area/Route Number 742) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nancy Rojas, dated November 20, 2009 (Delivery Area/Route Number 752) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Nancy Rojas, dated November 20, 2009 | $0.00 |
| Dave Clayton | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Dave Clayton, dated December 4, 2009 (Delivery Area/Route Number 747) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Dave Clayton, dated December 4, 2009 (Delivery Area/Route Number 748) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Dave Clayton, dated December 21, 2009 (Delivery Area/Route Number 763) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 770) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 772) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 773) | $0.00 |

| | | |
|---|---|---|
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 774) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 775) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated December 28, 2009 (Delivery Area/Route Number 608) | $0.00 |
| Ladonn Conn | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Ladonn Conn, dated November 19, 2009 (Delivery Area/Route Number 630) | $0.00 |
| Curtis Holmes | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Curtis Holmes, dated November 12, 2009 | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Mark Feinberg, dated May 16, 2009 (Delivery Area/Route Number Gilbert HD) | $0.00 |
| Mark Feinberg | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Mark Feinberg, dated May 15, 2009 (Route Gilbert SC) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Media Distribution Services, dated May 16, 2009 (Delivery Area/Route Number Mesa HD) | $0.00 |
| Media Distribution Services | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Media Distribution Services, dated May 16, 2009 (Delivery Area/Route Number Mesa SC) | $0.00 |
| Cynthia Izor | Independent Contractor Single Copy Distribution Agreement by and between Freedom Arizona, Information Inc. and Cynthia Izor, dated May 15, 2009 | $0.00 |
| Lucero Miranda | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Lucero Miranda, dated May 15, 2009 (Delivery Area/Route Number TCH225A) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Stephen Morgan, dated August 3, 2009 (Delivery Area/Route Number TCH225B) | $0.00 |
| Stephen Morgan | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Stephen Morgan, dated November 16, 2009 (Delivery Area/Route Number TCH225C) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pascual Pascual-Felipe, dated May 15, 2009 (Delivery Area/Route Number TCH225D) | $0.00 |
| Pascual Pascual-Felipe | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Pascual Pascual-Felipe, dated May 25, 2009 (Delivery Area/Route Number TCH249A) | $0.00 |
| Blanca Morales | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Blanca Morales, dated May 15, 2009 (Delivery Area/Route Number TCH225E) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kathleen Cakalic, dated May 15, 2009 (Delivery Area/Route Number TCH225F) | $0.00 |
| Kathleen Cakalic | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kathleen Cakalic, dated May 15, 2009 (Delivery Area/Route Number TCH286C) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bibiana Alvarez, dated May 15, 2009 (Delivery Area/Route Number TCH225G) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bibiana Alvarez, dated September 28, 2009 (Delivery Area/Route Number TCH249B) | $0.00 |
| Bibiana Alvarez | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Bibiana Alvarez, dated September 28, 2009 (Delivery Area/Route Number TCH249C) | $0.00 |
| Gisela Monjaras-Lechuga | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gisela Monjaras-Lechuga, dated May 15, 2009 (Delivery Area/Route Number TCH248A) | $0.00 |

| Name | Agreement | Amount |
|---|---|---|
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gloria Rosales, dated May 15, 2009 (Delivery Area/Route Number TCH248B) | $0.00 |
| Gloria Rosales | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gloria Rosales, dated May 15, 2009 (Delivery Area/Route Number TCH248C) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and David Krizman, dated May 16, 2009 (Delivery Area/Route Number TCH249D) | $0.00 |
| David Krizman | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and David Krizman, dated May 16, 2009 (Delivery Area/Route Number TCH249E) | $0.00 |
| Gloria Serrano | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Gloria Serrano, dated November 16, 2009 (Delivery Area/Route Number TCH286E) | $0.00 |
| Michelle Maule | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Michelle Maule, dated May 15, 2009 (Delivery Area/Route Number TCH286E) | $0.00 |
| Mark Cook | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Mark Cook, dated May 16, 2009 (Delivery Area/Route Number TGB233B) | $0.00 |
| Sandra Luz Ahumada | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Sandra Luz Ahumada, dated October 13, 2009 (Delivery Area/Route Number TGB295A) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Elizabeth Pina-Pascual, dated October 13, 2009 (Delivery Area/Route Number TGB295B) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Elizabeth Pina-Pascual, dated May 25, 2009 (Delivery Area/Route Number TME206C) | $0.00 |
| Elizabeth Pina-Pascual | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Elizabeth Pina-Pascual, dated May 25, 2009 (Delivery Area/Route Number TME206D) | $0.00 |
| Kristopher Reticulian | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Kristopher Reticulian, dated May 11, 2009 (Delivery Area/Route Number TQC242A) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Clifton Palmer, dated May 15, 2009 (Delivery Area/Route Number TQC242B) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Clifton Palmer, dated May 15, 2009 (Delivery Area/Route Number TQC242D) | $0.00 |
| Clifton Palmer | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Clifton Palmer, dated May 15, 2009 (Delivery Area/Route Number TQC242H) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Andria Johnson-Rieger, dated May 15, 2009 (Delivery Area/Route Number TQC242C) | $0.00 |
| Andria Johnson-Rieger | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Andria Johnson-Rieger, dated May 15, 2009 (Delivery Area/Route Number TQC242G) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Shannon Young, dated May 15, 2009 (Delivery Area/Route Number TQC242E) | $0.00 |
| Shannon Young | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Shannon Young, dated May 15, 2009 (Delivery Area/Route Number TQC242F) | $0.00 |
| Robert Hetrick | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Robert Hetrick, dated May 11, 2009 | $0.00 |
| Barry Hargrave | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Barry Hargrave, dated December 7, 2009 | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Majorie Leary, dated November 23, 2009 (Delivery Area/Route Number 609) | $0.00 |

| | | |
|---|---|---|
| Majorie Leary | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Majorie Leary, dated November 23, 2009 (Delivery Area/Route Number 615) | $0.00 |
| | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Walter LaCoste, dated January 14, 2010 (Delivery Area/Route Number 633) | $0.00 |
| Walter LaCoste | Independent Contractor Home Delivery Distribution Agreement by and between Freedom Arizona Information, Inc. and Walter LaCoste, dated January 14, 2010 (Delivery Area/Route Number 634) | $0.00 |