AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>FREEDOM COMMUNICATIONS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-13046-BLS |

**NOTICE OF PERFECTED LIENS AND LIMITED OBJECTION TO THE MOTION OF THE DEBTORS FOR ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 6004-1 (I) AUTHORIZING THE SALE OF CERTAIN ASSETS OF FREEDOM ARIZONA INFORMATION, INC. TO 1013 COMMUNICATIONS, LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS, SUBJECT TO HIGHER AND BETTER BIDS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AS OF THE DATE THE SALE IS CLOSED; (IV) AUTHORIZING PAYMENT OF COMMISSION AND EXPENSE REIMBURSEMENT TO DIRKS, VAN ESSEN & <u>MURRAY ON A FINAL BASIS; AND (V) GRANTING RELATED RELIEF</u>**
[Docket No. 1038]

Maricopa County, by and through its undersigned counsel, hereby provides notice that it claims perfected statutory liens in accordance with A.R.S. § 42-17153 and its limited objection to "Motion Of The Debtors For Order, Pursuant To Sections 105(A),

363 And 365 Of The Bankruptcy Code, Bankruptcy Rules 2002, 6004-1 (I) Authorizing The Sale Of Certain Assets Of Freedom Arizona Information, Inc. To 1013 Communications, LLC, Free And Clear Of Liens, Claims, Encumbrances And Other Interests, Subject To Higher And Better Bids; (Ii) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (Iii) Authorizing The Rejection Of Certain Executory Contracts And Unexpired Leases As Of The Date The Sale Is Closed; (Iv) Authorizing Payment Of Commission And Expense Reimbursement To Dirks, Van Essen & Murray On A Final Basis; And (V) Granting Related Relief" (the "Motion").

Maricopa County filed an Amended Proof of Claim on November 27, 2009 in the amount of $76,354.07 for unpaid pre-petition real property taxes representing the second half of the 2009 taxes, plus the accrual of interest at the statutory rate of 16% per annum until paid in full, if not timely paid. *See* A.R.S. § 42-18053.

In addition, the 2010 tax liens attached on January 1, 2010. *See* A.R.S. § 42-17153. The amounts due for 2010 will not be known until on or around September 1, 2010.

Maricopa County filed an Amended Proof of Claim on November 27, 2009 in the amount of $31,939.06 for unpaid pre-petition personal property taxes representing the second half of the 2009 taxes, plus the accrual of interest at the statutory rate of 16% per annum until paid in full, if not timely paid. *See* A.R.S. § 42-18053.

The real property parcels located at or around 120 W. 1st Avenue and 124 W. 1st Avenue, Mesa, Arizona (the "1st Avenue Property") located in Maricopa County are encumbered with fully perfected tax liens in the amounts listed below, as of February 17, 2010, plus accruing interest until paid in full, if not timely paid. The liens represent the 2009 tax liabilities.

### Real Property Parcels - 1st Avenue Property

| Parcel | Amount Due | Tax Year(s) |
|---|---|---|
| 138-42-011 | $249.09 | 2nd half of 2009 |
| 138-42-012C | $881.90 | 2nd half of 2009 |
| 138-42-012D | $457.49 | 2nd half of 2009 |
| 138-42-014 | $239.24 | 2nd half of 2009 |
| 138-42-015 | $129.21 | 2nd half of 2009 |
| 138-42-016 | $6,169.10 | 2nd half of 2009 |
| 138-42-017 | $1,249.05 | 2nd half of 2009 |
| 138-42-018 | $42,315.93 | 2nd half of 2009 |
| 138-42-019 | $342.25 | 2nd half of 2009 |
| 138-42-020 | $2,547.02 | 2nd half of 2009 |
| 138-42-012A | $658.80 | 2nd half of 2009 |

The real property parcels located at or around 10102 W. Santa Fe Drive, Sun City, Arizona (the "Santa Fe Drive Property") located in Maricopa County are encumbered with fully perfected tax liens in the amounts listed below, as of February 17, 2010, plus accruing interest until paid in full, if not timely paid. The liens represent the 2009 tax liabilities.

### Real Property Parcels - Santa Fe Drive Property

| Parcel | Amount Due | Tax Year(s) |
|---|---|---|
| 200-82-020A | $1,618.09 | 2nd half of 2009 |
| 200-82-030B | $19,496.80 | 2nd half of 2009 |

The personal property parcels located in Maricopa County are encumbered with fully perfected tax liens in the amounts listed below, as of February 17, 2010, plus

accruing interest until paid in full, if not timely paid. The liens represent the 2009 tax liabilities.

**Personal Property Parcels**

| Parcel | Amount Due | Tax Year(s) | Situs Address |
|---|---|---|---|
| 901-23-127 (Mesa Tribune) | $31,939.06 | 2nd half of 2009 | 120 W. 1st Ave., Mesa, AZ |
| 924-60-912 (Mesa Tribune) | $0.00 | | 4930 E. Main St., Ste. 1 Mesa, AZ |
| 929-91-390 (Mesa Tribune) | $0.00 | | 1700 W. Washington St. Phoenix, AZ |
| 941-52-029 (Mesa Tribune) | $0.00 | | 27 S. Robson, Mesa, AZ |
| 915-86-606 (Tempe Daily News) | $0.00 | | 227 E. Baseline Rd. Tempe, AZ |
| 923-86-431 (Ahwatukee Foothills News) | $0.00 | | 10631 S. 51st St., Ste. 1 Ahwatukee, AZ |
| 949-86-325 (East Valley Tribune) | $0.00 | | 3871 S. Gilbert Rd., Ste. 106 Gilbert, AZ |

Maricopa County objects to the Sale Motion as it is unclear as to what real and personal property is included in the sale. Exhibit A of the Asset Purchase Agreement ("APA") includes personal property assets located in Mesa, Arizona including personal property located at the 1st Avenue property. The Excluded Assets list, Exhibit E, then indicates that personal property parcel 901-23-127, which is located on the 1st Avenue property, is excluded from the sale. Arizona law grants Maricopa County a valid lien that

is "prior and superior to all other liens and encumbrances on the property." *See* A.R.S. § 42-17153. Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." *See* A.R.S. § 42-19107(A). The county is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate." *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir.1954). In *Ingram v. Coos County, Or.*, the Court held that "It follows therefore that appellee's claim for taxes out of the proceeds of the bankrupt's property sold to satisfy the tax lien, is entitled to priority over all other claims 'except the payment of the actual and necessary costs of the sale of the personal property upon which said taxes were assessed'." *Ingram v. Coos County, Or.*, 71 F.2d 889 (9th Cir. 1934).

Maricopa County objects to the Sale Motion and the sale of the real and personal property if the tax liabilities associated with such property included in the sale to 1013 Communications, LLC are not fully paid at closing, including any accrued interest, from the proceeds of the sale in accordance with A.R.S. § 42-17153.

RESPECTFULLY SUBMITTED this 22nd day of February, 2010.

Aiken Schenk Hawkins & Ricciardi P.C.

BY: /s/
Barbara Lee Caldwell
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Counsel for Maricopa County

Original of the foregoing E-filed
this 22nd day of February, 2010 with:

Clerk, U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
*https://ecf.deb.uscourts.gov*

COPY of the foregoing mailed, or served
via electronic notification* or fax** or if so marked,
this 22nd day of February, 2010, to:

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Michael R. Nestor
Joseph M. Barry
Kara Hammond Coyle
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
Brandywine Building
Wilmington, DE 19801
Email: bankfilings@ycst.com
Co-Counsel for Debtors and Debtors in Possession

Robert A. Klyman
Latham & Watkins LLP
355 S. Grand Ave.
Los Angeles, CA 90071
Email: Robert.klyman@lw.com
Co-Counsel for Debtors and Debtors in Possession

Rosalie Walker Gray
Michael J. Riela
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022
Email: Rosalie.gray@lw.com
Email: Michael.riela@lw.com
Co-Counsel for Debtors and Debtors in Possession

David L. Buchbinder  
Office of the U.S. Trustee  
J. Caleb Boggs Federal Building  
Suite 2207  
Wilmington, DE 19801

_____/s/_____  
Joanne Granville