AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>FREEDOM COMMUNICATIONS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-13046-BLS |

**NOTICE OF WITHDRAWAL OF MARICOPA COUNTY'S LIMITED OBJECTION TO THE MOTION OF THE DEBTORS FOR ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 6004-1 (I) AUTHORIZING THE SALE OF CERTAIN ASSETS OF FREEDOM ARIZONA INFORMATION, INC. TO 1013 COMMUNICATIONS, LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS, SUBJECT TO HIGHER AND BETTER BIDS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AS OF THE DATE THE SALE IS CLOSED; (IV) AUTHORIZING PAYMENT OF COMMISSION AND EXPENSE REIMBURSEMENT TO DIRKS, VAN ESSEN & MURRAY ON A FINAL BASIS; AND (V) GRANTING RELATED RELIEF**
[Docket No. 1071]

Maricopa County, a secured tax lien creditor, by and through its undersigned counsel, hereby withdraws its Limited Objection To The Motion Of The Debtors For Order, Pursuant To Sections 105(A), 363 And 365 Of The Bankruptcy Code, Bankruptcy

| | |
|---|---|
| 1 | Rules 2002, 6004-1 (I) Authorizing The Sale Of Certain Assets Of Freedom Arizona |
| 2 | Information, Inc. To 1013 Communications, LLC, Free And Clear Of Liens, Claims, |
| 3 | Encumbrances And Other Interests, Subject To Higher And Better Bids; (Ii) Authorizing |
| 4 | The Assumption And Assignment Of Certain Executory Contracts And Unexpired |
| 5 | Leases; (Iii) Authorizing The Rejection Of Certain Executory Contracts And Unexpired |
| 6 | Leases As Of The Date The Sale Is Closed; (Iv) Authorizing Payment Of Commission |
| 7 | And Expense Reimbursement To Dirks, Van Essen & Murray On A Final Basis; And (V) |
| 8 | Granting Related Relief filed on February 22, 2010 at Docket No. 1071. |

RESPECTFULLY SUBMITTED this 5th day of March, 2010.

Aiken Schenk Hawkins & Ricciardi P.C.

BY: /s/
Barbara Lee Caldwell
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Counsel for Maricopa County

Original of the foregoing E-filed
this 5th day of March, 2010 with:

Clerk, U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
*https://ecf.deb.uscourts.gov*

COPY of the foregoing mailed, or served
via electronic notification* or fax** or if so marked,
this 5th day of March, 2010, to:

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kara Hammond Coyle
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
Brandywine Building
Wilmington, DE 19801
Email: bankfilings@ycst.com
Co-Counsel for Debtors and Debtors in Possession

Michael R. Nestor
Young Conaway Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
Email: bankfilings@ycst.com
Co-Counsel for Debtors and Debtors in Possession

Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: bankfilings@ycst.com
Co-Counsel for Debtors and Debtors in Possession

Robert A. Klyman
Latham & Watkins LLP
355 S. Grand Ave.
Los Angeles, CA  90071
Email: Robert.klyman@lw.com
Co-Counsel for Debtors and Debtors in Possession

Rosalie Walker Gray
Michael J. Riela
Latham & Watkins LLP
885 Third Ave.
New York, NY  10022
Email:  Rosalie.gray@lw.com
Email:  Michael.riela@lw.com
Co-Counsel for Debtors and Debtors in Possession

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

_____/s/_____
Joanne Granville