| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |

| | |
|---|---|
| FREEDOM COMMUNICATIONS HOLDINGS INC ET AL | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-13046 |
| Debtor | } **Amount $1,951.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BIG JOE SALES & SERVICE BIG JOE LIFT TRUCKS INC**
**1112 E DOMINGUEZ**
**CARSON, CA 90746**

The transfer of your claim as shown above in the amount of **$1,951.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

497553

## TRANSFER NOTICE

BIG JOE SALES & SERVICE BIG JOE LIFT TRUCKS INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the administrative Claim of Assignor as set forth in the Agreement against Freedom Communications Holdings, Inc., et al. ("Debtors"), in the aggregate amount of $1,951.00 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-13046.

IN WITNESS WHEREOF, Assignor has signed below as of the __12__ day of __February__, 2010.

BIG JOE SALES & SERVICE BIG JOE LIFT TRUCKS INC

WITNESS:

BY: _____     _____
(Signature)                        (Signature)

SANDRA LUMELI / Accounts Receivable     ERIC HOSN.
(Print Name and Title)                   (Print Name of Witness)

491553