| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| Odessa American | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-13080 |
| Debtor | } Amount **$3,225.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BAMBAMS LLC**
**9704 GUNSTON COVE RD UNIT A**
**LORTON, VA 22079**

The transfer of your claim as shown above in the amount of **$3,225.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

3124553

## TRANSFER NOTICE

Bambams Llc ("Assignor"), transfers and assigns unto **Liquidity Solutions, Inc.**, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Odessa American** (the "Debtor"), in the aggregate amount of **$3,225.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-13080.

IN WITNESS WHEREOF, Assignor has signed below as of the 19 day of Feb., 2010

Bambams Llc

[signature]
(Signature)

Brock Taylor
(Print Name and Title)

[signature]
(Signature)

Daniel M. Taylor
(Print Name of Witness)

Odessa American
Bambams Llc

3124553

Freedom Communications