| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| FREEDOM COMMUNICATIONS INC | } Chapter 11 |
|  | } |
|  | } |
|  | } |
|  | } Case No. |
|  | } 09-13047 |
| Debtor | } **Amount $1,919.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**HEADSETTERS**
**7758 CASS ST**
**OMAHA, NE 68114**

The transfer of your claim as shown above in the amount of **$1,919.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

3124419

**TRANSFER NOTICE**

Headsetters ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **FREEDOM COMMUNICATIONS INC** (the "Debtor"), in the aggregate amount of **$1,919.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-13047.

IN WITNESS WHEREOF, Assignor has signed below as of the 12 day of February 2010

Headsetters

_____
(Signature)

MARVIN A. HOLST, PRESIDENT
(Print Name and Title)

_____
(Signature)

ERIC HORN
(Print Name of Witness)

FREEDOM COMMUNICATIONS INC
Headsetters


3124419

Freedom Communications