IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-13046 (BLS)<br><br>Jointly Administered |

NOTICE OF EFFECTIVE DATE OF JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11, TITLE 11, UNITED STATES CODE OF FREEDOM COMMUNICATIONS HOLDINGS, INC., ET AL., DEBTORS, DATED JANUARY 28, 2010, AS MODIFIED BY FIRST MODIFICATION DATED FEBRUARY 24, 2010, SECOND MODIFICATION DATED MARCH 8, 2010, AND THIRD MODIFICATION DATED MARCH 9, 2010

APRIL 30, 2010

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on April 30, 2010, the previously-confirmed Joint Plan of Reorganization of Freedom Communications Holdings, Inc., et al., Debtors, Dated January 28, 2010, as Modified by First Modification Dated February 24, 2010, Second Modification Dated March 8, 2010, and Third Modification Dated March 9, 2010, as filed with the Bankruptcy Court on March 9, 2010 and entered at Docket No. 1150 (the "Plan"), became effective in accordance with its terms. All references in the Plan to the "Effective Date" are to April 30, 2010.

Dated: Wilmington, Delaware
      April 30, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

1

Telephone: 302-571-6600
Fax: 302-571-1253
Email: mnestor@ycst.com
       kcoyle@ycst.com

- and -

Robert A. Klyman
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: 213-485-1234
Fax: 213-891-8763
Email: robert.klyman@lw.com

- and -

Rosalie Walker Gray
Michael J. Riela
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: 212-906-1200
Fax: 212-751-4864
Email: rosalie.gray@lw.com
       michael.riela@lw.com

Counsel for Debtors and Debtors in Possession