IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FREEDOM COMMUNICATIONS HOLDINGS, INC., _et al._, | Case No. 09-13046 (BLS) |
| Debtors.[1] | Joint Administration |

| STATE OF NEW JERSEY | ) |
|---|---|
| | ) ss. |
| COUNTY OF ESSEX | ) |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing Agent for the above-mentioned Debtors.

3. On February 16, 2010 I caused copies of:

   - **Motion of the Debtors for Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information, Inc. to 1013 Communications, LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (III) Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases as of the Date the Sale is Closed; (IV) Authorizing Payment of Commission and Expense Reimbursement to Dirks, Van Essen & Murray on a Final Basis; and (V) Granting Related Relief; Notice; Exhibits A through E [D.I. 1038]**

   to be served via first-class US mail, postage prepaid to those persons on the Service List attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_____
Kathleen M. Logan

Sworn to before me this
18th day of February 2010

_/s/ Melissa Mendez_
Notary Public

MELISSA MENDEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 9/29/2011

---

[1] The Debtors in these cases are Freedom Communications Holdings, Inc.; Freedom Communications, Inc.; Freedom Broadcasting, Inc.; Freedom Broadcasting of Florida, Inc.; Freedom Broadcasting of Florida Licensee, L.L.C.; Freedom Broadcasting of Michigan, Inc.; Freedom Broadcasting of Michigan Licensee, L.L.C.; Freedom Broadcasting of New York, Inc.; Freedom Broadcasting of New York Licensee, L.L.C.; Freedom Broadcasting of Oregon, Inc.; Freedom Broadcasting of Oregon Licensee, L.L.C.; Freedom Broadcasting of Southern New England, Inc.; Freedom Broadcasting of Southern New England Licensee, L.L.C.; Freedom Broadcasting of Texas, Inc.; Freedom Broadcasting of Texas Licensee, L.L.C.; Freedom Broadcasting of Tennessee, Inc.; Freedom Broadcasting of Tennessee Licensee, L.L.C.; Freedom Magazines, Inc.; Freedom Metro Information, Inc.; Freedom Newspapers, Inc.; Orange County Register Communications, Inc.; OCR Community Publications, Inc.; OCR Information Marketing, Inc.; Appeal-Democrat, Inc.; Florida Freedom Newspapers, Inc.; Freedom Arizona Information, Inc.; Freedom Colorado Information, Inc.; Freedom Eastern North Carolina Communications, Inc.; Freedom Newspapers of Illinois, Inc.; Freedom Newspapers of Southwestern Arizona, Inc.; Freedom Shelby Star, Inc.; Illinois Freedom Newspapers, Inc.; Missouri Freedom Newspapers, Inc.; Odessa American; The Times-News Publishing Company; Victor Valley Publishing Company; Daily Press; Freedom Newspaper Acquisitions, Inc.; The Clovis News-Journal; Freedom Newspapers of New Mexico L.L.C.; Gaston Gazette LLP; Lima News; Porterville Recorder Company; Seymour Tribune Company; Victorville Publishing Company; Freedom Newspapers; The Creative Spot, L.L.C.; Freedom Interactive Newspapers, Inc.; Freedom Interactive Newspapers of Texas, Inc.; Freedom Services, Inc. The address for Freedom Communications Holdings, Inc., and certain other Debtors is 17666 Fitch, Irvine, California, 92614.

EXHIBIT A
SERVICE LIST

FCI-JJ

**SERVICE LIST**

Page 1 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.   **CASE:** 09-13046

| | | |
|---|---|---|
| CREDITOR ID: 95862-62<br>AARON WOLF<br>SUN CAPITAL<br>5200 TOWN CENTER CIRCLE, SUITE 600<br>BOCA RATON FL 33486 | CREDITOR ID: 18370-06<br>ABARCA, RENE<br>5248 N 42ND PKWY<br>PHOENIX AZ 85019-2408 | CREDITOR ID: 95912-17<br>AHUMADA, SANDRA LUZ<br>8428 W CLARENDON AVE<br>PHOENIX AZ 85037-2700 |
| CREDITOR ID: 69894-99<br>AIKEN SCHENK HAWKINS & RICCIARDI PC<br>COUNSEL TO MARICOPA COUNTY<br>ATTN: BARBARA LEE CALDWELL<br>4742 NORTH 24TH STREET, STE 100<br>PHOENIX AZ 85016-4859 | CREDITOR ID: 95845-62<br>ALEX DAVIS<br>OPENGATE CAPITAL<br>1999 AVENUE OF THE STARS<br>LOS ANGELES CA 90067 | CREDITOR ID: 35818-06<br>ALLBRIGHT, MARYELLEN<br>4446 E DESERT WILLOW RD<br>PHOENIX AZ 85044 |
| CREDITOR ID: 17289-06<br>ALVAREZ, BIBIANA<br>546 S COUNTRY CLUB DR<br># 2108<br>MESA AZ 85210 | CREDITOR ID: 90455-99<br>AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES CO, INC CORP CARD<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | CREDITOR ID: 71220-G2<br>AMERIPRIDE<br>6025 W VAN BUREN<br>PHOENIX AZ 85063 |
| CREDITOR ID: 95963-63<br>AMERIPRIDE<br>6025 W VAN BUREN<br>PHOENIX AZ 85063 | CREDITOR ID: 20887-17<br>ARIZONA DEPT OF REVENUE<br>UNCLAIMED PROPERTY UNIT<br>1600 WEST MONROE ST<br>PHOENIX AZ 85007 | CREDITOR ID: 20890-16<br>ARIZONA DEPT OF REVENUE<br>PO BOX 29070<br>PHOENIX AZ 85038-9070 |
| CREDITOR ID: 95964-63<br>ARIZONA RECORD STORAGE CENTER (ARCS)<br>236 E PIMA ST, #111<br>PHOENIX AZ 85004 | CREDITOR ID: 95909-07<br>ARIZONA RENAISSANCE FESTIVAL<br>ATTN ANNA BROWN<br>12601 E US HWY 60<br>APACHED JUNCTION AZ 85218 | CREDITOR ID: 21319-17<br>ARIZONA STATE SENATE<br>ATTN: TRAVIS SWALLOW<br>1700 W WASHINGTON ROOM 111<br>PHOENIX AZ 85007 |
| CREDITOR ID: 95965-63<br>ARMLS<br>110 S PRIEST DRIVE<br>TEMPE AZ 85281-2493 | CREDITOR ID: 71260-G2<br>ASPEN BUSINESS CENTERS, LLC<br>R.E.B. LIMITED<br>123 N. CENTENNIAL WAY<br>SUITE 112<br>MESA AZ 85201 | CREDITOR ID: 51079-99<br>ASSISTANT US ATTORNEY<br>ATTN ELLEN W SLIGHTS, ESQ<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 |
| CREDITOR ID: 21414-17<br>AVAYA FINANCIAL SERVICES<br>PO BOX 93000<br>CHICAGO IL 60673-3000 | CREDITOR ID: 95966-63<br>AVOCON SOLUTIONS<br>ATTN: JEFF HOSEK<br>8936 N CENTRAL AVENUE<br>PHOENIX AZ 85020 | CREDITOR ID: 94914-99<br>BARTLETT HACKET FEINBERG PC<br>COUNSEL TO IRON MOUNTAIN<br>ATTN: FRANK F MCGINN, ESQ<br>155 FEDERAL STREET, 9TH FL<br>BOSTON MA 02110 |
| CREDITOR ID: 95865-62<br>BENJAMIN QUAYLE<br>TYNWALD CAPITAL<br>7001 N. SCOTTSDALE RD., SUITE 2010<br>SCOTTSDALE AZ 85253 | CREDITOR ID: 95967-63<br>BENNY BALLESTEROZ<br>18628 E. LARK DR.<br>QUEEN CREEK AZ 85242 | CREDITOR ID: 95837-62<br>BILL BREHM<br>BREHM COMMUNICATIONS<br>16644 W. BERNARDO DR., SUITE 300<br>SAN DIEGO CA 92127 |
| CREDITOR ID: 95869-62<br>BILL HIGGINSON<br>JOURNAL REGISTER COMPANY<br>790 TOWNSHIP LINE ROAD<br>YARDLEY PA 19067 | CREDITOR ID: 95861-62<br>BILL KERNAN<br>KERNAN PARTNERS<br>533 N. 86 STREET<br>OMAHA NE 68114 | CREDITOR ID: 95835-62<br>BILL MARCIL<br>FORUM COMMUNICATIONS<br>101 NORTH 5TH STREET<br>FARGO ND 58102 |

**SERVICE LIST**  
Page 2 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.      **CASE:** 09-13046

---

CREDITOR ID: 95850-62  
BILL TOLER  
SWIFT COMMUNICATIONS  
500 DOUBLE EAGLE CT., 2ND FL.  
RENO NV 89511

CREDITOR ID: 20435-06  
BOSTWICK, LISA  
315 N VALENCIA DR  
CHANDLER AZ 85226

CREDITOR ID: 95968-63  
BRAIN SQUEEZE  
ATTN: NANCY TRILLER  
P.O. BOX ?[972]  
HUNTSVILLE TX 77342-1972

CREDITOR ID: 95838-62  
BRIAN FERGUSON  
ANTHEM NEWSPAPER HOLDINGS  
CENTRAL PARK STATION  
AUSTIN TX 78703

CREDITOR ID: 69883-99  
BROUDE SMITH & JENNINGS PC  
COUNSEL TO IMPRESSION INKS WEST  
ATTN: S AARON HOLLAND JR  
309 WEST 7TH ST, SUITE 1100  
FORT WORTH TX 76102

CREDITOR ID: 95843-62  
BRUCE AUNGER  
GLACIER INVESTMENTS  
1970 ALBERTA STREET  
VANCOUVER BC V5Y 3X4  
CANADA

CREDITOR ID: 90400-99  
BRYAN CAVE LLP  
COUNSEL TO CERTAIN SHARHOLDERS  
LLOYD A PALANS, ESQ  
CULLEN K KUHN, ESQ  
211 NORTH BROADWAY, STE 3600  
ST LOUIS MO 63102

CREDITOR ID: 90431-99  
BUCHALTER NEMER  
COUNSEL TO ORACLE USA INC  
SHAWN M CHRISTIANSON, ESQ  
333 MARKET STREET, 25TH FL  
SAN FRANCISCO CA 94105-2126

CREDITOR ID: 9912-18  
BYRON A MARLOWE  
7008 GOLD DUST AVE  
#207  
PARADISE VALLEY AZ 85253

CREDITOR ID: 17530-06  
CAKALIC, KATHLEEN  
6819 S 40TH WAY  
PHOENIX AZ 85042-5109

CREDITOR ID: 95259-99  
CALLAHAN THOMPSON SHERMAN & CAUDILL LLP  
COUNSEL TO TOM PORTER  
ATTN: JAMES A HAYES JR, ESQ  
2601 MAIN STREET, SUITE 800  
IRVINE CA 92614

CREDITOR ID: 17528-06  
CASTELLANOS, JUDITH  
6301 W ALTADENA AVE  
GLENDALE AZ 85304-3110

CREDITOR ID: 25009-06  
CHARBONNEAU, SYLVIA  
10202 S 48TH PL  
PHOENIX AZ 85044

CREDITOR ID: 95839-62  
CHARLIE MORRIS  
MORRIS MULTIMEDIA, INC.  
27 ABERCORN STREET  
SAVANNAH GA 31401

CREDITOR ID: 95969-63  
CHICAGO TRIBUNE SYNDICATE  
220 EAST 42ND STREET  
NY NY 10017

CREDITOR ID: 95847-62  
CHRIS ANDERSON  
23061 VIA CELESTE  
TRABUCO CANYON CA 92679

CREDITOR ID: 95877-62  
CHRIS MILES  
MAINELY MEDIA  
3 BUSINESS PARKWAY  
BRUNSWICK ME 04011

CREDITOR ID: 23412-17  
CHRISTENSEN, ROB  
8310 E. MCDONALD DR #4201  
SCOTTSDALE AZ 85250

CREDITOR ID: 22499-06  
CHUNGA, PEDRO  
7551 W ROSE LN  
GLENDALE AZ 85303-4232

CREDITOR ID: 23498-31  
CITY OF APACHE JUNCTION  
BUSINESS LICENSE DIVISION  
300 E SUPERSTITION BLVD  
APACHE JUNCTION AZ 85219

CREDITOR ID: 20168-31  
CITY OF AVONDALE  
ATTN: SALES TAX  
11465 W CIVIC CENTER DR # 270  
AVONDALE AZ 85323

CREDITOR ID: 23590-31  
CITY OF CASA GRANDE-LICENSE  
510 E FLORENCE BLVD  
CASA GRANDE AZ 85222-4100

CREDITOR ID: 23592-17  
CITY OF CHANDLER TAX & LICENSE DIVISION  
MAIL STOP 701  
PO BOX 4008  
CHANDLER AZ 85244-4008

CREDITOR ID: 23594-31  
CITY OF CHANDLER-SALES TAX  
MAIL STOP 701  
PO BOX 15001  
CHANDLER AZ 85244-5001

CREDITOR ID: 24404-31  
CITY OF GLENDALE  
TAX & LICENSE DIVISION  
5850 W GLENDALE AVE  
GLENDALE AZ 85301-2599

CREDITOR ID: 24406-31  
CITY OF GLENDALE-SALES TAX  
PO BOX 800  
GLENDALE AZ 85311-0800

CREDITOR ID: 24824-31  
CITY OF MESA  
PO BOX 1466  
MESA AZ 85211-1466

SERVICE LIST

Page 3 of 12

Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]

DEBTOR:   FREEDOM COMMUNICATIONS HOLDINGS, INC.         CASE:  09-13046

| | | |
|---|---|---|
| CREDITOR ID: 24904-34<br>CITY OF MESA UTILITIES<br>PO BOX 1878<br>MESA AZ 85211-1878 | CREDITOR ID: 24906-31<br>CITY OF MESA-SALES TAX<br>PO BOX 16350<br>MESA AZ 85211-6350 | CREDITOR ID: 93206-59<br>CITY OF PEORIA - LICENSE AND TAXES<br>8401 W MONROE ST<br>PEORIA AZ 85345 |
| CREDITOR ID: 23628-31<br>CITY OF PEORIA-SALES TAX<br>8401 W. MONROE STREET<br>SUITE 220<br>PEORIA AZ 85345 | CREDITOR ID: 23629-31<br>CITY OF PHOENIX<br>PO BOX 78815<br>PHOENIX AZ 85062-8815 | CREDITOR ID: 23705-31<br>CITY OF PHOENIX<br>AVIATION DEPT<br>3400 E SKY HARBOR BLVD, STE 3300<br>PHOENIX AZ 85034 |
| CREDITOR ID: 23704-31<br>CITY OF PHOENIX LICENSE & TAXES<br>CITY TREASURER<br>PO BOX 29690<br>PHOENIX AZ 85038-9690 | CREDITOR ID: 24538-31<br>CITY OF PHOENIX SALES TAX<br>CITY TREASURER<br>PO BOX 29690<br>PHOENIX AZ 85038-9690 | CREDITOR ID: 24033-31<br>CITY OF SAN LUIS<br>LICENSE & TAX DIVISION<br>788 E. B STREET<br>PO BOX 3750<br>SAN LUIS AZ 85349 |
| CREDITOR ID: 24115-31<br>CITY OF SCOTTSDALE<br>SALES TAX<br>PO BOX 1949<br>SCOTTSDALE AZ 85252-1949 | CREDITOR ID: 24122-31<br>CITY OF SOMERTON<br>PO BOX 638<br>SOMERTON AZ 85350 | CREDITOR ID: 24125-31<br>CITY OF SURPRISE<br>COMMUNITY & RECREATION SERVICE<br>15930 N BULLARD AVE<br>SURPRISE AZ 85374 |
| CREDITOR ID: 93169-59<br>CITY OF SURPRISE/PLAN & ZONE<br>12425 W BELL RD APT 205-B<br>SURPRISE AZ 85374-9799 | CREDITOR ID: 24126-17<br>CITY OF TEMPE - LICENSE<br>TAX & LICENSE DIV./FORMS<br>PO BOX 29618<br>PHOENIX AZ 85038-9618 | CREDITOR ID: 24128-31<br>CITY OF TEMPE-SALES TAX<br>TAX & LICENSE DIVISION<br>PO BOX 29618<br>PHOENIX AZ 85038-9618 |
| CREDITOR ID: 24534-31<br>CITY OF YUMA BUSINESS LICENSE<br>ONE CITY PLAZA<br>PO BOX 13012<br>YUMA AZ 85366-3012 | CREDITOR ID: 24535-31<br>CITY OF YUMA RECORDS<br>OFFICE OF THE CITY CLERK<br>ONE CITY PLAZA<br>PO BOX 13012<br>YUMA AZ 85366-3012 | CREDITOR ID: 95970-63<br>CLASSIFIED PLUS<br>6400 MAIN ST.<br>WILLIAMVILLE NY 14221 |
| CREDITOR ID: 22282-06<br>CLAYTON, DAVID D<br>15804 W PORT AU PRINCE LN<br>SURPRISE AZ 85379-6288 | CREDITOR ID: 69959-99<br>CLEAR CHANNEL OUTDOOR<br>ATTN: CORPORATE BANKRUPTCY SPECIALIST<br>PO BOX 591790<br>200 EAST BASSE ROAD<br>SAN ANTONIO TX 78259 | CREDITOR ID: 74383-SF<br>CLERK OF SUPERIOR COURT<br>COLLECTION /DEFFERRAL&BILLING<br>PO BOX 25426<br>PHOENIX AZ 85002 |
| CREDITOR ID: 69877-99<br>COHEN WEISS AND SIMON LLP<br>COUNSEL TO COMMUNICATION WORKERS OF AMERICA<br>ATTN: JOSEPH JVITALE<br>330 WEST 42ND STREET, 25TH FL<br>NEW YORK NY 10036-6976 | CREDITOR ID: 95971-63<br>COMMERCIAL TRANSACTION ENFORCEMENT BUREAU<br>5134 N. CENTRAL AVENUE<br>SUITE 100<br>PHOENIX AZ 85012 | CREDITOR ID: 69977-99<br>COMMONWEALTH OF PENNSYLVANIA<br>ATTN: JOSEPH W KOTS<br>DEPT OF LABOR AND INDSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>625 CHERRY STREET - ROOM 203<br>READING PA 19602-1184 |
| CREDITOR ID: 35982-06<br>CONN, LADONN<br>10207 W. CONCORD AVE.<br>SUN CITY AZ 85351 | CREDITOR ID: 69876-99<br>COOCH AND TAYLOR PA<br>COUNSEL TO COMMUNICATIONS WORKERS OF AMERICA<br>ATTN: SUSAN E KAUFMAN, ESQ<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 10TH FL<br>WILMINGTON DE 19801 | CREDITOR ID: 16643-06<br>COOK, MARK<br>354 W BRISA DR<br>GILBERT AZ 85233-7306 |

SERVICE LIST

Page 4 of 12

Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code,
Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of
Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens,
Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the
Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.     **CASE:** 09-13046

CREDITOR ID: 25065-06
CORN, NAOMI
19219 N 109TH AVE
SUN CITY AZ 85373-9750

CREDITOR ID: 25066-06
CORN, THOMAS A
19219 N 109TH AVE
SUN CITY AZ 85373-9750

CREDITOR ID: 95906-06
CORTES SOLIS, JULIAN
2129 E VIRGINIA ST
PHOENIX AZ 85006

CREDITOR ID: 18476-28
COUNTY OF YUMA TREASURER
ATTN GEORGE J ROMERO, ESQ
410 MAIDEN LANE, STE C
YUMA AZ 85364

CREDITOR ID: 69874-99
CRAVATH SWAINE MOORE LLP
COUNSEL TO JPMORGAN CHASE BANK, NA
ANDREW R BONNES, ESQ
825 EIGHTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 69279-99
CRAVATH SWAINE MOORE LLP
COUNSEL TO JPMORGAN CHASE BANK, NA
ATTN: ROBERT H. TRUST, ESQ.
825 EIGHTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 1166-07
CREATORS SYNDICATE
SHEILA TELLE, SALES COORDINATOR
5777 W. CENTURY BLVD.
SUITE 700
LOS ANGELES CA 90045

CREDITOR ID: 95972-63
CYPRESS GOLF SOLUTIONS/GOLFNOW INC.
ATTN: BRIAN ZIMMER/503-9720860 (X27)
400 SW 6TH AVENUE
SUITE 515
PORTLAND OR 97204-1605

CREDITOR ID: 95857-62
DAN EHRMAN
GANNETT
7950 JONES BRANCH DRIVE
MCLEAN VA 22107

CREDITOR ID: 95864-62
DAN KORTICK
WICKS GROUP
405 PARK AVENUE, SUITE 702
NEW YORK NY 10022

CREDITOR ID: 95836-62
DAVID BLACK
BLACK PRESS
818 BROUGHTON STREET
VICTORIA MC V8W 1E4
CANADA

CREDITOR ID: 95840-62
DEAN BLYTHE
TDF VENTURES, LLC
C/O HARTE-HANKS COMMUNICATIONS,
200 CONCORD PLAZA DRIVE, SUITE 800
SAN ANTONIO TX 78216

CREDITOR ID: 23877-06
DECASTRO, GLADYS
962 W TULSA ST
CHANDLER AZ 85225

CREDITOR ID: 51080-99
DEPT OF JUSTICE, CIVIL DIVISION
ATTN DIRECTOR
COMMERCIAL LITIGATION BRANCH
PO BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044

CREDITOR ID: 474-02
DEPT OF REVENUE
PO BOX 29009
PHOENIX AZ 85038

CREDITOR ID: 16878-26
DEPT OF REVENUE TAXPAYER
INFORMATION AND ASSISTANCE
1600 W. MONROE
PHOENIX AZ 85007-2650

CREDITOR ID: 95904-06
DIAZ GONZALES, PEDRO
7351 W SOLANA DRIVE S
GLENDALE AZ 85303-4725

CREDITOR ID: 26326-06
DIAZ, MARIA ALEMAN
7351 W SOLANO DR S
GLENDALE AZ 85303

CREDITOR ID: 69886-99
DLA PIPER LLP (US)
ASSOCIATED PRESS COUNSEL
T W WALSH & C L SIMMONS, ESQS
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1104

CREDITOR ID: 95889-62
DOLPH SIMONS III
LAWRENCE WORLD JOURNAL
609 NEW HAMPSHIRE STREET
LAWRENCE KS 66044

CREDITOR ID: 95841-62
DONALD SORCHYCK
SONORAN NEWS
6812 EAST CAVE CREEK ROAD
CAVE CREEK AZ 85331

CREDITOR ID: 95859-62
DONOVAN KRAMER
CASA GRANDE VALLEY NEWSPAPERS
PO BOX 15002
CASA GRANDE AZ 85230

CREDITOR ID: 95842-62
DOUG RANES
32416 WOMSI RD.
PALIMA VALLEY CA 92061

CREDITOR ID: 69869-99
ELECTRIC POWER BOARD OF CHATTANOOGA
ATTN: KATHRYN G SMITH
STAFF COUNSEL - LEGAL SERVICES DIV
PO BOX 182255
CHATTANOOGA TN 37422

CREDITOR ID: 27420-06
ERNST, CONRAD ROBERT
16030 S 45TH ST
PHOENIX AZ 85048

CREDITOR ID: 11020-99
EVELYN CARLSON
2122 CENTURY PARK LANE #318
LOS ANGELES CA 90067

CREDITOR ID: 96009-07
FAIR, JEFF
1132 W MANGO DRIVE
GILBERT AZ 85233

**SERVICE LIST**

Page 5 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.    **CASE:** 09-13046

CREDITOR ID: 71538-G2
FEINBERG, MARK
12448 N. 68TH PL
SCOTTSDALE AZ 85251

CREDITOR ID: 69897-99
FOX ROTHSCHILD LLP
COUNSEL TO THE GONZALEZ PLAINTIFF
ATTN: JEFFREY M SCHLERF, ESQ &
SETH A NIEDERMAN, ESQ
CITIZENS BANK CENTER, 919 NO MARKET ST, STE 1600
WILMINGTON DE 19801

CREDITOR ID: 28588-17
GADSDEN SCHOOL DISTRICT #32
1453 N MAIN ST, STE F
SAN LUIS AZ 85349

CREDITOR ID: 95833-62
GENE CARR
AMERICAN COMMUNITY NEWSPAPERS
14875 LANDMARK BLVD., SUITE 100
DALLAS TX 75254

CREDITOR ID: 95856-62
GERRY STORY
PRINT MEDIA SOLUTIONS
2401 WEST SOUTHERN AVENUE, SUITE 52
TEMPE AZ 85282

CREDITOR ID: 30612-06
GORDON, TAMMY
924 W ORION ST
TEMPE AZ 85283

CREDITOR ID: 28726-06
HARGRAVE, BARRY
2936 W TOPEKA DR
PHOENIX AZ 85027-4928

CREDITOR ID: 30620-06
HART, DONNA M
11411 N 91ST AVE # 229
PEORIA AZ 85345

CREDITOR ID: 30236-06
HAUSER, ROBERTA
11232 S PEWAUKEE ST
PHOENIX AZ 85044

CREDITOR ID: 32716-06
HETRICK, ROBERT
4725 E BROWN RD #41
MESA AZ 85205

CREDITOR ID: 69960-99
HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1
C/O JOHN T BANKS
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
3301 NORTHLAND DRIVE, STE 505
AUSTIN TX 78731

CREDITOR ID: 33264-06
HINKLE, WILSON
12010 N SUN VALLEY DR
SUN CITY AZ 85351-3651

CREDITOR ID: 69896-99
HINSHAW & CULBERTSON
COUNSEL TO CENTRAL INK CORPORATION
ATTN: WILLIAM J CONNELLY, ESQ
222 NORTH LASALLE STREET, STE 30
CHICAGO IL 60601

CREDITOR ID: 96011-07
HODGEN, LORI
43204 W ASKEW DRIVE
MARICOPA AZ 85138-8407

CREDITOR ID: 69892-99
HOGAN & HARTSON LLP
COUNSEL TO ABITIBI CONSOLIDATED SALES CORP.
AND BOWATER AMERICA INC
SCOTT A GOLDEN & DENA C KAUFMAN, ESQS
875 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 96016-07
HOLMES, CURTIS
1927 E HAMPTON AVE
UNIT 244
MESA AZ 85204-6070

CREDITOR ID: 96012-07
HORNBECK, GERALD C.
PO BOX 195
HIGLEY AZ 85236

CREDITOR ID: 95973-63
ICOPYRIGHT
ATTN: MICHAEL O'DONNELL
4580 KLAHANIE DRIVE SE
#258
ISSAQUAH WA 98029

CREDITOR ID: 90112-99
IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
PO BOX 13708
MACON GA 31208-3708

CREDITOR ID: 51078-99
INTERNAL REVENUE SERVICE
ATTN DISTRICT DIRECTOR SPF
1352 MARROWS RD
NEWARK DE 19711-5475

CREDITOR ID: 51077-99
INTERNAL REVENUE SERVICE
ATTN CAROLYN KIDWELL
INSOLVENCY UNIT
31 HOPKINS PLAZA, ROOM 1140
BALTIMORE MD 21201

CREDITOR ID: 51076-99
INTERNAL REVENUE SERVICE
IRS INSOLVENCY DEPT
31 HOPKINS PLAZA
BALTIMORE MD 21201-2825

CREDITOR ID: 32575-16
INTERNAL REVENUE SERVICE
40 W. BASELINE ROAD
STE 212, STOP 5102TEM
TEMPE AZ 82583-9821

CREDITOR ID: 95974-63
IRON MOUNTAIN
PO BOX 601002
LOS ANGELES CA 90060-1002

CREDITOR ID: 29978-06
IRVIN, JANIS L
5265 W LUPINE AVE
GLENDALE AZ 85304

CREDITOR ID: 29979-06
IRVIN, STEVE
5265 W LUPINE AVE
GLENDALE AZ 85304-3427

CREDITOR ID: 95905-06
IRWIN, STEVE
5625 W LUPINE AVENUE
GLENDALE AZ 85304

**SERVICE LIST**  Page 6 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.  **CASE:** 09-13046

| | | |
|---|---|---|
| CREDITOR ID: 25919-06<br>IZOR, CYNTHIA<br>20934 E OCOTILLO RD APT 1090<br>QUEEN CREEK AZ 85142-7636 | CREDITOR ID: 95851-62<br>JACK HUMPHREVILLE<br>TARGET MEDIA PARTNERS<br>5900 WILSHIRE BOULEVARD, SUITE 550<br>LOS ANGELES CA 90036 | CREDITOR ID: 95876-62<br>JAMES CONLEY<br>CITIZEN PUBLISHING COMPANY<br>801 NORTH WENTWORTH ROAD<br>TUCSON AZ 85748 |
| CREDITOR ID: 95886-62<br>JEREMY HALBREICH<br>AMERCOMM<br>100 HIGHLAND PARK VILLAGE, STE. 200<br>DALLAS TX 75205 | CREDITOR ID: 95858-62<br>JIM LARKIN<br>VILLAGE VOICE<br>1201 EAST JEFFERSON<br>PHOENIX AZ 85034 | CREDITOR ID: 95863-62<br>JIM SPRUNG<br>THE VILLAGES<br>1100 MAIN STREET<br>THE VILLAGES FL 32159 |
| CREDITOR ID: 95844-62<br>JOE SMYTH<br>INDEPENDENT PUBLICATIONS<br>WEBBS LANE & NEW BURTON ROAD<br>DOVER DE 19903 | CREDITOR ID: 95853-62<br>JOE SOLDWEDEL<br>WESTERN COMMUNICATIONS<br>1748 SOUTH ARIZONA AVENUE<br>YUMA AZ 85364 | CREDITOR ID: 95866-62<br>JOHN ALLEN<br>1264 N. RACINE CT.<br>GILBERT AZ 85234 |
| CREDITOR ID: 95854-62<br>JOHN MATHEW<br>WICK COMMUNICATIONS<br>333 W. WILCOX DR., STE. 302<br>SIERRA VISTA AZ 85635 | CREDITOR ID: 95881-62<br>JOHN OPPEDAHL<br>AMERICAN DAILY NEWSPAPERS<br>1000 CHESTNUT STREET #138<br>SAN FRANCISCO CA 94109 | CREDITOR ID: 95852-62<br>JOHN TOMPKINS<br>NEWS MEDIA CORPORATION<br>211 EAST STATE ROUTE 38<br>ROCHELLE IL 61068 |
| CREDITOR ID: 34517-06<br>JOHNSON-RIEGER, ANDRIA<br>21061 E SADDLE WAY<br>QUEEN CREEK AZ 85242-6510 | CREDITOR ID: 95831-97<br>JPMORGAN CHASE BANK, AS COLLATERAL AGENT<br>PO BOX 2558<br>HOUSTON TX 77252-2558 | CREDITOR ID: 72851-D1<br>JPMORGAN CHASE BANK, NA, AGENT<br>ATTN CHARLES FREEDGOOD<br>277 PARK AVENUE<br>NEW YORK NY 10017 |
| CREDITOR ID: 69882-99<br>KELLEY DRYE & WARREN LLP<br>COUNSEL TO TELEREP LLC<br>ATTN: GABRIELLE A ROHWER, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 95883-62<br>KEVIN SMITH<br>HIG CAPITAL<br>1001 BRICKELL BAY DRIVE, 27TH FL.<br>MIAMI FL 33131 | CREDITOR ID: 71927-G2<br>KING FEATURES SYNDICATE<br>300 WEST 57TH ST<br>NEW YORK NY 10019 |
| CREDITOR ID: 96015-07<br>KLOSE, KEVIN<br>PO BOX 7392<br>SUN CITY AZ 85374-0106 | CREDITOR ID: 95975-63<br>KMPH SOLUTIONS<br>P.O. BOX 21913<br>MESA AZ 85277 | CREDITOR ID: 95976-63<br>KNIGHT RIDDER/TRIBUNE<br>ATTN: RON MENDELL<br>435 N. MICHIGAN AVE.<br>SUITE 1500<br>CHICAGO IL 60611 |
| CREDITOR ID: 95977-63<br>KODAK POLYCHROME GRAPHICS<br>401 MERRITT 7<br>NORWALK CT 06851 | CREDITOR ID: 26085-06<br>KRIZMAN, DAVID<br>21093 E DESERT HILLS CIR<br>QUEEN CREEK AZ 85242 | CREDITOR ID: 35890-06<br>LACOSTE, WALTER K.<br>2936 W. BLUEFIELD AVE<br>PHOENIX AZ 85053 |
| CREDITOR ID: 34610-06<br>LANDUYT, DOUGLAS<br>14837 S 46TH PL<br>PHOENIX AZ 85044 | CREDITOR ID: 34258-06<br>LEARY, MARJORIE<br>9363 W. YUKON DR.<br>PEORIA AZ 85382 | CREDITOR ID: 95978-63<br>LEGAL NOTICE REGISTRY CORPORATION<br>8701 GEORGIA AVENUE<br>SUITE 404<br>SILVER SPRING MD 20910 |

**SERVICE LIST**

Page 7 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.  **CASE:** 09-13046

CREDITOR ID: 80854-99
LINEBARGER GOOGAN BLAIR & SAMPSON LLP
COUNSEL TO ORANGE COUNTY
ATTN: JOHN P DILLMAN
PO BOX 3064
HOUSTON TX 77253-3064

CREDITOR ID: 94540-99
LINEBARGER GOOGAN BLAIR & SAMPSON LLP
COUNSEL TO JEFFERSON COUNTY
CLAYTON E MAYFIELD, ESQ
1148 PARK STREET
BEAUMONT TX 77701-3614

CREDITOR ID: 69875-99
LINEBARGER GOOGAN BLAIR & SAMPSON LLP
COUNSEL TO CAMERON COUNTY ET AL
ATTN: DIANE W SANDERS
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN TX 78760-7428

CREDITOR ID: 69871-99
LINEBARGERGOGGAN BLAIR & SAMPSON LLP
COUNSEL TO ECTOR CAD
ATTN: DAVID G AELVOET
711 NAVARRO, SUITE 300
SAN ANTONIO TX 78205

CREDITOR ID: 95879-62
LISSA WALLS VAHLDIEK
SOUTHERN NEWSPAPERS
5701 WOODWAY DRIVE, SUITE 300
HOUSTON TX 77057

CREDITOR ID: 95871-62
LOUIS SAMSON
PLATINUM EQUITY
250 PARK AVE., 3RD FLOOR
NEW YORK NY 10177

CREDITOR ID: 95979-63
MACDONALD ADVERTISING SERVICES
203 FERRY STREET
LAFAYETTE IN 47901

CREDITOR ID: 36105-06
MAILLET, JOANNE
PO BOX 6329
PEORIA AZ 85385-6329

CREDITOR ID: 36107-06
MAILLET, ROBERTA
11728 W FOOTHILLS CT
SUN CITY AZ 85373

CREDITOR ID: 18104-28
MARICOPA COUNTY ASSESSOR
KEITH E. RUSSELL
201 W. JEFFERSON STREET
PHOENIX AZ 85003

CREDITOR ID: 35321-31
MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ 85072-2133

CREDITOR ID: 69868-99
MARISCAL WEEKS MCINTRYE & FRIEDLANDER PA
COUNSEL TO CHARLESTON CENTRAL CENTER LLC
ATTN: WILLIAM NOVOTNY
2901 NORTH CENTRAL AVE, SUITE 200
PHOENIX AZ 85012-2705

CREDITOR ID: 19870-06
MARKERT, ANGELIQUE M
17308 W CARIBBEAN LN
SURPRISE AZ 85388-7737

CREDITOR ID: 95860-62
MATT HOLT
NEW MOUNTAIN CAPITAL
787 SEVENTH AVE., 49TH FLOOR
NEW YORK NY 10019

CREDITOR ID: 35433-06
MAULE, NICHELLE
11842 N MILLER RD
SCOTTSDALE AZ 85260

CREDITOR ID: 72007-G2
MEDIA DISTRIBUTION SERVICES, LLC
JAMES WOOD
2224 W. HARWELL
HARWELL AZ 85042

CREDITOR ID: 38022-17
MESA PUBLIC SCHOOLS
RENEE BARCARELLA
63 E. MAIN ST #101
MESA AZ 85201

CREDITOR ID: 95980-63
METRO CREATIVE SERVICES
519 EIGHTH AVE
NEW YORK NY 10018

CREDITOR ID: 46126-06
METRO, TOM
6322 W. CHRISTY DR.
GLENDALE AZ 85304

CREDITOR ID: 95878-62
MIKE GUGLIOTTO
PIONEER NEWSPAPERS
221 FIRST AVENUE WEST
SEATTLE WA 98119

CREDITOR ID: 70001-15
MIRACOM COMPUTER CORP
ATTN PRESIDENT
60 MORGAN STREET
EASTCHESTER NY 10709

CREDITOR ID: 38119-06
MIRANDA-LEVANO, LUCERO M
2412 E REMINGTON PL
CHANDLER AZ 85286-1521

CREDITOR ID: 69958-99
MISSOURI DEPT OF REVENUE
BANKRUPTCY UNIT
ATTN: SHERYL L MOREAU, ESQ
PO BOX 475
JEFFERSON CITY MO 65105-0475

CREDITOR ID: 37751-06
MONJARAS, GISELA
715 W 1ST ST
MESA AZ 85201-6437

CREDITOR ID: 37031-06
MONTOYA, BRUNO JR
PO BOX 753
EL MIRAGE AZ 85335

CREDITOR ID: 37038-06
MONTOYA, MARIO
15585 N GIL BALCOME
SUN CITY AZ 85374-5235

CREDITOR ID: 39641-06
MORALES, BLANCA
530 W HORSESHOE AVE
GILBERT AZ 85233-6367

**SERVICE LIST**

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

Page 8 of 12

**DEBTOR: FREEDOM COMMUNICATIONS HOLDINGS, INC.**  **CASE: 09-13046**

| | | |
|---|---|---|
| CREDITOR ID: 38086-06<br>MORENO, FRANCISCO<br>16517 N 157TH AVE<br>SUN CITY AZ 85374-4323 | CREDITOR ID: 36866-06<br>MORGAN, STEPHEN<br>1630 W BARTLETT WAY<br>CHANDLER AZ 85248 | CREDITOR ID: 69895-99<br>MORRIS JAMES LLP<br>COUNSEL TO CENTRAL INK CORPORATION<br>ATTN: CARL N KUNZ III<br>500 DELAWARE AVE, STE 1500<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 |
| CREDITOR ID: 95981-63<br>MSNBC INTERACTIVE NEWS, LLC<br>ATTN: ULI HALLER<br>ONE MICROSOFT WAY<br>REDMOND WA 98052-6399 | CREDITOR ID: 95982-63<br>MULTIAD<br>35176 EAGLE WAY<br>CHICAGO IL 60678-1351 | CREDITOR ID: 95983-63<br>MXTREME-BORDERWARE<br>ATTN: DEMETRI FANOURGIAKIS<br>50 BURNHAMTHORPE ROAD WEST<br>SUITE 502<br>MISSISSAUGA ON L5B 3C2<br>CANADA |
| CREDITOR ID: 72129-G2<br>NAUMANN-HOBBS<br>519 EIGHTH AVE<br>NEW YORK NY 10018 | CREDITOR ID: 95984-63<br>NAUMANN-HOBBS<br>519 EIGHTH AVE<br>NEW YORK NY 10018 | CREDITOR ID: 38268-17<br>NEOPOST LEASING<br>PO BOX 45822<br>SAN FRANCISCO CA 94145-0822 |
| CREDITOR ID: 50641-31<br>NEVADA DEPT OF TAXATION<br>PO BOX 52674<br>PHOENIX AZ 85072-2674 | CREDITOR ID: 70975-G1<br>NEW PROIMAGE AMERICA, INC.<br>JOHN J. IALACCI, PRESIDENT<br>212 CARNEGIE CENTER<br>SUITE 206<br>PRINCETON NJ 08540 | CREDITOR ID: 72168-G2<br>NEWSPAPER ENTERPRISE ASSOCIATION, INC.<br>RON O'NEAL<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| CREDITOR ID: 95985-63<br>NEWSWAY - PROIMAGE<br>ATTN: JOHN J. IALACCI<br>212 CARNEGIE CENTER<br>SUITE 206<br>PRINCETON NJ 08540 | CREDITOR ID: 69970-99<br>NIXON PEABODY LLP<br>COUNSEL TO CALIFORNIA SELF-INSURERS SECURITY FUND<br>ATTN: DANIEL R SOVOCOOL,<br>LOUIS J CISZ III & PETER W HOEFS<br>ONE EMBARCADERO CENTER, 18TH FL<br>SAN FRANCISCO CA 94111-3600 | CREDITOR ID: 95872-62<br>NOEL STRAUSS<br>STEPHENS CAPITAL PARTNERS<br>111 CENTER STREET<br>LITTLE ROCK AR 72201 |
| CREDITOR ID: 96014-07<br>NORDSTROM, DON<br>9414 W HIDDEN VALLEY CIRCLE<br>SUN CITY AZ 85351-1420 | CREDITOR ID: 95986-63<br>OCE IMAGISTICS<br>PO BOX 856193<br>LOUISVILLE KY 40285-6193 | CREDITOR ID: 51088-99<br>OFFICE OF THE US TRUSTEE<br>DAVID BUCHBINDER, ESQ<br>844 KING STREET, ROOM 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 |
| CREDITOR ID: 69893-99<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO UNSECURED CREDITORS' COMMITTEE<br>R FEINSTEIN & B GROHSGAL, ESQS<br>919 N MARKET ST, 17TH FL<br>PO BOX 8705<br>WILMINGTON DE 19801 | CREDITOR ID: 38382-06<br>PALMER, CLIFTON ANO<br>23138 E MUNOZ ST<br>QUEEN CREEK AZ 85242 | CREDITOR ID: 41294-17<br>PARADISE VALLEY UNIFIED SCHOOL DISTRICT<br>P.V.U.S.D.<br>15032 N 32ND ST<br>PHOENIX AZ 85032 |
| CREDITOR ID: 39557-06<br>PASCUAL-FELIPE, PASCUAL<br>2115 E EVERGREEN ST<br>MESA AZ 85213 | CREDITOR ID: 39885-17<br>PASUCAL, ELIZABETH PINA<br>2115 E EVERGREEN ST<br>MESA AZ 85213 | CREDITOR ID: 95874-62<br>PAUL SEVESKA<br>BLUELINE MEDIA<br>2419 MAPLE GROVE DRIVE<br>NEENAH WI 54956 |
| CREDITOR ID: 41426-06<br>PAULS, CHRISTOPHER SCOTT<br>4732 W PIUTE AVE<br>GLENDALE AZ 85308 | CREDITOR ID: 41425-06<br>PAULS, CHRISTOPHER SCOTT<br>7821 W MCRAE WAY<br>GLENDALE AZ 85308 | CREDITOR ID: 40652-06<br>PEARSON, JUNE<br>12010 N SUN VALLEY DR<br>SUN CITY AZ 85351-3651 |

SERVICE LIST
Page 9 of 12

Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.     **CASE:** 09-13046

CREDITOR ID: 41054-06
PEDRO DIAZ GONZALEZ
8951 W. WINDSOR AVE
PHOENIX AZ 85037

CREDITOR ID: 69872-99
PENSION BENEFIT GUARANTY CORPORATION
ATTN: KELLY R CUSICK, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON DC 20005-4026

CREDITOR ID: 69978-99
PENSION BENEFIT GUARANTY CORPORATION
ATTN: JOEL W RUDERMAN & MARC S PFEUFFER
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON DC 20005-4026

CREDITOR ID: 95908-06
PERSON, JUNE
12010 N. SUN VALLEY DR
SUN CITY AZ 85351-3651

CREDITOR ID: 95987-63
PICTOPIA
ATTN: MARK LIEBMAN
1300 66TH STREET
EMERYVILLE CA 94608

CREDITOR ID: 41636-06
PIERCE, ERIC
312 S WILSON # 101
TEMPE AZ 85281

CREDITOR ID: 40998-17
PITNEY BOWES
ATTN: LINDA MANNING
PO BOX 856390
LOUISVILLE KY 40285-6390

CREDITOR ID: 40314-06
PLAGENS, STEVEN
10032 W CLAIR DR
SUN CITY AZ 85351-4529

CREDITOR ID: 69971-99
POST & SCHELL PC
COUNSEL TO AON CONSULTING
ATTN: BRIAN W BISIGNANI, ESQ
17TH NORTH 2ND STREET, 12TH FL
HARRISBURG PA 17101-1601

CREDITOR ID: 95988-63
QWEST COMMUNICATIONS
1801 CALIFORNIA ST.
# 900
DENVER CO 80202

CREDITOR ID: 71010-G1
QWEST COMMUNICATIONS CO, LLC
ATTN JANE FRAY
1801 CALIFORNIA ST, ROOM 900
DENVER CO 80202-2658

CREDITOR ID: 95891-62
RANDY COPE
AMERICAN CONSOLIDATED MEDIA
1420 W. MOCKINGBIRD LANE, SUITE 100
DALLAS TX 75247

CREDITOR ID: 95846-62
RANDY MILLER
THIRTEENTH STREET MEDIA
575 13TH ST.
BOULDER CO 80302

CREDITOR ID: 43040-06
RATLIFF, BARBARA
8852 W SAINT JOHN RD
PEORIA AZ 85382-3054

CREDITOR ID: 95638-99
RAY QUINNEY & NEBEKER PC
STEPHEN C TINGEY
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY UT 84145-0385

CREDITOR ID: 43110-06
RETICULIAN, KRISTOPHER
809 W JEROME CIRCLE
MESA AZ 85210

CREDITOR ID: 95888-62
REX RUST
RUST COMMUNICATIONS
301 BROADWAY STREET
CAPE GIRARDEAU MO 63701

CREDITOR ID: 95882-62
RICHARD FRANKS
WELCOME HOME MEDIA
29 TOPS FIELD ROAD
BOXFORD MA 01921

CREDITOR ID: 95744-99
RICOH BUSINESS SOLUTIONS
C/O IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT ROAD, STE 400
MACON GA 31210

CREDITOR ID: 95910-07
ROCK BOTTOM BREWERY
ATTN ROLAND BROOKE
14205 S 50TH STREET
PHOENIX AZ 85044

CREDITOR ID: 81797-90
RODRIGUEZ, CASHINA CHARLENE COWAN
PO BOX 7374
SURPRISE AZ 85374-0106

CREDITOR ID: 95258-99
ROENTHAL & WATSON PC
COUNSEL TO IVAN ANTONIO CORONADO
MARC ROSENTHAL, ESQ
6601 VAUGHT RANCH RD, STE 200
AUSTIN TX 78730

CREDITOR ID: 42351-06
ROJAS, NANCY
15047 W. BRILES
SURPRISE AZ 85387

CREDITOR ID: 42453-06
ROMANI, DONALD
9611 N 111TH AVE
SUN CITY AZ 85351-4638

CREDITOR ID: 95260-99
ROMERO LAW FIRM
COUNSEL TO CNTY OF SAN BERNARDINO CA
ATTN: MARTHA E ROMERO
BMR PROFESSIONAL BUILDING
6516 BRIGHT AVE
WHITTIER CA 90601

CREDITOR ID: 95849-62
RON STERN
STERN PARTNERS
650 W. GEORGIA STREET, SUITE 2900
VANCOUVER BC V6B 4N8
CANADA

CREDITOR ID: 95911-17
ROSALES, GLORIA
6444 W SOPHIE LANE
LAVEEN AZ 85339

**SERVICE LIST**

Page 10 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.     **CASE:** 09-13046

CREDITOR ID: 42061-06
ROSAS, MIGUEL
13427 W CARIBBEAN LN
SURPRISE AZ 85379

CREDITOR ID: 95868-62
RUSSELL ROENICK
TRANSOM CAPITAL GROUP
1801 CENTURY PARK EAST, SUITE 520
LOS ANGELES CA 90067

CREDITOR ID: 95870-62
RYAN FELDMAN
CLAIRVEST GROUP
22 ST. CLAIR AVENUE EAST, SUITE 1700
TORONTO ON M4T 2S3
CANADA

CREDITOR ID: 95834-62
RYAN MCKIBBEN
CLARITY MEDIA GROUP
555 SEVENTEENTH STREET, SUITE 2400
DENVER CO 80202

CREDITOR ID: 95993-63
SALARY.COM
ATTN: KEVIN PLUNKETT
15 CRAWFORD STREET
NEEDHAM MA 02138

CREDITOR ID: 95097-15
SANTA MONICA MEDIA COMPANY, LLC
ATTN DAVID GANEZER, PUBLISHER
1844 UNION BLVD
SANTA MONICA CA 90404

CREDITOR ID: 95994-63
SCARBOROUGH RESEARCH
ATTN: MITCH MCKINNON
11 WEST 42ND ST
NEW YORK NY 10036

CREDITOR ID: 45613-25
SCHAD ENTERPRISES
4548 E CAPISTRANO
PHOENIX AZ 85044

CREDITOR ID: 93160-59
SCOTT, ROBIN CLUTTER
1367 W STRAFORD AVE
GILBERT AZ 85233

CREDITOR ID: 51087-99
SECRETARY OF STATE
DIV OF CORPORATIONS, FRANCHISE TAX
401 FEDERAL ST, STE 4
PO BOX 898
DOVER DE 19903

CREDITOR ID: 51086-99
SECRETARY OF STATE
ATTN LEGAL DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST, 4TH FL
WILMINGTON DE 19801

CREDITOR ID: 51085-99
SECRETARY OF TREASURY
STATE TREASURER'S OFFICE
820 SILVER LAKE BLVD, STE 100
DOVER DE 19904-2464

CREDITOR ID: 51081-99
SECRETARY OF TREASURY
ATTN LEGAL DEPT
15TH & PENNSYLVANIA AVENUE NW
WASHINGTON DC 20020

CREDITOR ID: 45688-06
SERRANO, GLORIA R
2141 N EVERGREEN ST
# 1004
CHANDLER AZ 85225

CREDITOR ID: 95848-62
SHERM FREDERICK & MARK HINUEBER
STEPHENS MEDIA GROUP
1111 WEST BONANZA ROAD
LAS VEGAS NV 89106

CREDITOR ID: 23866-06
SHULTZ, DEBBIE
10720 W. INDIAN SCHOOL RD #19
PBM206
PHOENIX AZ 85037

CREDITOR ID: 79758-SF
SIMS BUSINESS SYSTEMS INC
ATTN NICOLE JOHNSON, ADMIN ACCT CLERK
124 W JULIE DRIVE
TEMPE AZ 85283

CREDITOR ID: 70087-55
STATE OF ARIZONA
DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY UNIT
P.O. BOX 29026, SITE CODE 604
PHOENIX AZ 85038-9026

CREDITOR ID: 20892-31
STATE OF ARIZONA
DEPT OF REVENUE
PO BOX 29079
PHOENIX AZ 85038-9010

CREDITOR ID: 20885-31
STATE OF ARIZONA
DEPT OF ECONOMIC
PO BOX 52027
PHOENIX AZ 85072-2027

CREDITOR ID: 44292-31
STATE OF ARIZONA
SECRETARY OF STATE
JAN BREWER - TRADE NAME DIV
1700 W WASHINGTON 7TH FL
PHOENIX AZ 85007

CREDITOR ID: 21136-31
STATE OF ARIZONA DEPT OF REVENUE
SALES TAX
PO BOX 29010
PHOENIX AZ 85038-9010

CREDITOR ID: 20888-31
STATE OF ARIZONA DEPT OF REVENUE
TRANSACTION PRIVILEGE TX
PO BOX 29010
PHOENIX AZ 85038-9010

CREDITOR ID: 73548-SF
STATE OF ARIZONA PUBLIC SAFETY DEPT
TELECOM MAIL DROP 2800
PO BOX 6638
PHOENIX AZ 85005

CREDITOR ID: 93595-59
STATE OF ARIZONA REVENUE DEPT
PO BOX 29010
PHOENIX AZ 85038-9010

CREDITOR ID: 93148-59
STATE OF ARIZONA REVENUE DEPT
PO BOX 29085
PHOENIX AZ 85038-9085

CREDITOR ID: 73549-SF
STATE OF ARIZONA TRANSPORTATION DEPT
MOTOR VEHICLE DIVISION
4005 N 51ST AVE
PHOENIX AZ 85031-2688

Page 11 of 12

SERVICE LIST
Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.  **CASE:** 09-13046

| | | |
|---|---|---|
| CREDITOR ID: 70140-32<br>STATE OF AZ ENV QUALITY DEPT<br>ATTN DIRECTOR<br>1110 W WASHINGTON STREET<br>PHOENIZ AZ 85007 | CREDITOR ID: 95884-62<br>STEPHEN LEBOWITZ<br>TOPSPIN PARTNERS<br>3 EXPRESSWAY PLAZA, SUITE 100<br>ROSLYN HEIGHTS NY 11577 | CREDITOR ID: 95855-62<br>STEVE HADLAND<br>SANTA MONICA MEDIA COMPANY<br>4346 SEPULVEDA BLVD.<br>CULVER CITY CA 90230 |
| CREDITOR ID: 95995-63<br>SUN MICROSYSTEMS<br>4150 NETWORK CIRCLE<br>SANTA CLARA CA 95054 | CREDITOR ID: 46468-06<br>TANNER, MELISSA<br>4102 E RAY RD #1005<br>PHOENIX AZ 85044-4603 | CREDITOR ID: 69969-99<br>TENNESSEE EDUCATION LOTTERY CORPORATION<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| CREDITOR ID: 95887-62<br>TERRY KROEGER<br>OMAHA WORLD HERALD COMPANY<br>1314 DOUGLAS STREET, SUITE 1500<br>OMAHA NE 68102 | CREDITOR ID: 95996-63<br>THE ASSOCIATED PRESS<br>ATTN: THOMAS R. BRETTINGER, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | CREDITOR ID: 95997-63<br>THE SPORTS NETWORK<br>ATTN: KEN ZAJAC<br>2200 BYBEERRY ROAD<br>HATBORO PA 19040 |
| CREDITOR ID: 95875-62<br>THOMAS SHEARMAN<br>SHEARMAN NEWSPAPERS<br>4900 HIGHWAY 90 EAST<br>LAKE CHARLES LA 70615 | CREDITOR ID: 95890-62<br>THOMPSON LANG<br>ALBUQUERQUE PUBLISHING COMPANY<br>7777 JEFFERSON STREET, NE<br>ALBUQUERQUE NM 87109 | CREDITOR ID: 96010-07<br>THORSON, NATASHA<br>19113 E RAVEN DRIVE<br>QUEEN CREEK AZ 85142 |
| CREDITOR ID: 95998-63<br>TINBU<br>ATTN: JIM SCHONEWOLF<br>2360 BAYOU BOULEVARD<br>PENSACOLA FL 32503 | CREDITOR ID: 95885-62<br>TODD SCHURZ<br>SCHURZ COMMUNICATIONS<br>1301 EAST DOUGLAS ROAD<br>MISHAWAKA IN 46545 | CREDITOR ID: 95832-62<br>TONY ALLEGRETTI<br>MAINSTREET MEDIA GROUP<br>6400 MONTEREY RD.<br>GILROY CA 95020 |
| CREDITOR ID: 96001-63<br>TRIBUNE MEDIA SERVICES, INC.<br>ATTN: JAMES D. FEHNEL, VP<br>435 N. MICHIGAN AVE.<br>CHICAGO IL 60611 | CREDITOR ID: 95999-63<br>TRIBUNE MEDIA SERVICES, INC.<br>ATTN: J. SCOTT CAMERON, DIRECTOR OF SALES<br>64 EAST CONCORD STREET<br>ORLANDO FL 32801 | CREDITOR ID: 96002-63<br>TSI TAILORED SYSTEMS<br>ATTN: MICHAEL WAVADA<br>7 B PASCO DR.<br>EAST WINDSOR CT 06088 |
| CREDITOR ID: 69887-99<br>TW TELECOM INC.<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON CO 80124 | CREDITOR ID: 96003-63<br>UCLICK.COM<br>4520 MAIN STREET<br>KANSAS CITY MO 64111 | CREDITOR ID: 48668-06<br>ULNESS, PENNY<br>2840 S TUMBLEWEED LN<br>CHANDLER AZ 85248 |
| CREDITOR ID: 72680-G2<br>UNITED FEATURE SYNDICATE, INC.<br>RON O'NEAL, SALES REPRESENTATIVE<br>200 MADISON AVENUE<br>4TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 72699-G2<br>UNIVERSAL PRESS SYNDICATE<br>4520 MAIN STREET<br>KANSAS CITY MO 64111 | CREDITOR ID: 70125-32<br>US ENVIRONMENTAL PROTECTION AGENCY<br>ATTN REGION 9 DIRECTOR<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 96004-63<br>VERIZON WIRELESS<br>15505 SAND CANYON AVE.<br>IRVINE CA 92618 | CREDITOR ID: 96006-63<br>VERTIS<br>ATTN: LUKE BRANDONISIO<br>2004 MCGAW AVENUE<br>IRVINE CA 92614 | CREDITOR ID: 96007-63<br>VERTIS-SPEC.DEPT.COM<br>2004 MCGAW AVE<br>IRVINE CA 92614 |

SERVICE LIST

Page 12 of 12

**Motion of the Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 6006 and Local Bankruptcy Rule 6004-1 (I) Authorizing the Sale of Certain Assets of Freedom Arizona Information to 1013 Communications LLC, Free and Clear of Liens, Claims, Encumbrances and Other Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... [DI 1038]**

**DEBTOR:** FREEDOM COMMUNICATIONS HOLDINGS, INC.  **CASE:** 09-13046

| | | |
|---|---|---|
| CREDITOR ID: 95867-62<br>VIC CASEBOLT<br>VIC CASEBOLT C/O CASEBOLT, GERMAINE & SCHENK, PLC<br>4420 E. CHOLLA ST.<br>PHOENIX AZ 85028 | CREDITOR ID: 50224-06<br>VILLADA, RAFUL<br>17792 W DREYFUS ST<br>SURPRISE AZ 85388-5001 | CREDITOR ID: 95880-62<br>W. DEAN SINGLETON<br>MEDIANEWS GROUP<br>101 WEST COLFAX AVENUE, SUITE 1100<br>DENVER CO 80202 |
| CREDITOR ID: 95892-62<br>W. DEBERNIERE MEBANE<br>CRESCENT PUBLISHING COMPANY<br>109 LAURENS ROAD, SUITE 1-D<br>GREENVILLE SC 29607 | CREDITOR ID: 96008-63<br>WALL STREET JOURNAL<br>ATTN: URBAN C. LEHNER<br>P.O. BOX 300<br>PRINCETON NJ 08543-0300 | CREDITOR ID: 95873-62<br>WALTER HUSSMAN<br>WEHCO MEDIA<br>115 EAST CAPITOL AVENUE<br>LITTLE ROCK AR 72209 |
| CREDITOR ID: 69898-99<br>WHITE & CASE LLP<br>COUNSEL TO THE GONZALEZ PLAINTIFF<br>ATTN: CRAIG H AVERCH, ESQ &<br>ROBERT J KAMPFNER, ESQ<br>633 WEST FIFTH STREET, STE 1900<br>LOS ANGELES CA 90071 | CREDITOR ID: 473-02<br>WORKERS COMPENSATION AGENCY<br>800 WEST WASHINGTON<br>PHOENIX AZ 85007 | CREDITOR ID: 50668-06<br>YOUNG, SHANNON<br>7482 W RUSHMORE<br>FLORENCE AZ 85232 |
| CREDITOR ID: 17330-28<br>YUMA COUNTY ASSESSOR<br>JOESPH L. WEHRLE<br>410 MAIDEN LANE<br>YUMA AZ 85364-2311 | CREDITOR ID: 28548-31<br>YUMA COUNTY TREASURER<br>ATTN KAREN FRITZ<br>410 MAIDEN LN, STE C<br>YUMA AZ 85364 | CREDITOR ID: 49987-17<br>YUMA SCHOOL DISTRICT # 1<br>450 6TH ST<br>YUMA AZ 85364 |
| CREDITOR ID: 50481-06<br>ZAMORA, FRANCISCO J<br>16517 N 157TH AVE<br>SURPRISE AZ 85378 | | |

**Total: 310**